7/13/2018 uno - search result, Dongguan Brilliant Packaging Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 1 of 226

**Alibaba.com**
Global trade starts here.®

Sourcing Solutions ▾   Services & Membership ▾   Help & Community ▾   🔍 On Alibaba   👤 My Alibaba 99+   📦 Orders 8

8 YRS 👤 Dongguan Brilliant Packaging Co., Ltd. ▾   ♡ Favorite Supplier   🏅 Trade Assurance   🏅 Gold Plus Supplier

Click ♥ be ❤ to add us as your favorite supplier
FOLLOW OUR NEWEST FEEDS

Assessed videos

Factory inspection r

Verified production li

**DONGGUAN BRILLIANT PACKAGING CO.,LTD**
📞 +86 13713006185     ✉ chris@evapackage.com

| Home | Product Categories | Verified Company Profile | Contacts | | Search In This Store |

Home > Product Categories > uno

Search products here 🔍

Product Showcase ▸

**Product Categories**

EVA Electronic Case ›
EVA Tool Case ›
EVA Medical Device Tool Ca... ›
EVA Video Game Case ›
EVA Cosmetic Tool Case ›
Laptop/Tablet/Computer C... ›
EVA Headphone Case ›
EVA Earphone Case ›
EVA Watch/Jewelry Case ›
EVA Camera Case ›
EVA Eyeglass Case ›
EVA Musical Instrument Case ›
Neoprene/SBR Bag ›
EVA Bicycle Case ›
Hand Bag ›
EVA Party/Sport Supplies ›

**Related Products**

Result found for "uno"

View as: ≡ ⊞   ‹

Selected Products (0/20)    Contact Supplier   Start O

Click ➕ to select products and contact the supplier.


Travel Zipper Carrying Case for UNO Card Game - fits up to 400 cards f...
Min. Order: 1000 Pieces
FOB Price: US $0.8 - 2 / Piece
➕


Hot sales portable own logo hard case for UNO card
Min. Order: 1000 Pieces
FOB Price: US $2.43 - 2.78 / Piece
➕

☐ Display similar p

‹ 1 ›     Go to page


Main Product ✔
Custom Hard Car...


Custom EVA durable shockproof safet...


custom multiple colorful eva guitar...



Contact Supplier

Chat Now

Browsing History

Message Center

Trade Manager

TOP

211

2/2

7/13/2018     Company Overview - Dongguan Brilliant Packaging Co., Ltd.

**Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 2 of 226**



Alibaba.com
Global trade starts here™

Sourcing Solutions ⌄    Services & Membership ⌄    Help & Community ⌄

8YRS   Dongguan Brilliant Packaging Co., Ltd. ⌄   ♡ Favorite Supplier     🏅 Trade Assurance     ✅ Gold Plus Supplier

Assessed videos

Factory inspection rep...

Verified production lin...

**DONGGUAN BRILLIANT PACKAGING CO.,LTD**
📞 +86 13713006185    ✉ chris@evapackage.com

| Home | Product Categories | Verified Company Profile | Contacts | Search In This Store |

✅ **Gold Plus Supplier**    A premium membership for higher-level suppliers, This supplier has been verified onsite by world-leading inspection company,   SGS   **SGS Group**

## Basic Information

Dongguan Brilliant Packaging Company was founded in 2001,engaged in glasses case in early stage. To building a modern factory, from 2012,we invested in purchasing a series of mechanical equipment, recruiting professional and experienced talent, and integrating human resources with a whole collection of management, operation and service. We are committed to research and develop, produce and sale EVA case for headset, earphone, camera, laptop ,switch, watch, glasses, emergency care items, cosmetic, tool etc. Thereby we provide our partners with professional and efficient one-stop service.

Our factory has perfect supporting service by setting department of designing, press- molding, sewing, packing, etc, so it not only can reduce production cost, improve delivery time and save purchasing cost for customer, but also control every step of production and make sure efficient and stable in production.

"SUPER QUALITY & BEST PRICE" is our principle and our promise for clients . Nowadays 90% of our case are exported to Europe, USA, Australia , Southeast Asian countries and achieved a good reputation. What we want to be is to be BRILLIANT, we want to be TRUSTED as well. We believe we have creativity to tell you the story with power, emotion and clarity!

**Verified**
Location: Guangdong, China (Mainland)
Main Products: EVA Case
Ownership: Private Owner
Total Employees: 51 - 100 People
Total Annual Revenue: USD 4960360
Year Established: 2010
Top 3 Markets: North America 30.12%
     Domestic Market 19.45%
     Eastern Asia 14.98%
Certifications(1): ISO9001
Product Certifications(1): Test Report
Trademarks(1): BRN

Business Type: Manufacturer, Trading Company

## COMPANY CAPACITY

View More >

The video includes the validation, scale, qualification and factory environment of the company

**R&D Capacity**    Production Capacity    Trade Capacity



Verified


ISO9001


Test Report


BRN

| Buyer Interaction | View More > | | | Transaction History | View More > | |
|---|---|---|---|---|---|---|
| Response Rate | Response Time | Quotation Performance | | Transaction Level | Transactions | Total Amount |
| ↗ 92.2% | ⏱ <24h | 🗒 10 | | 🔶🔶🔶🔶 | 48 | 490,000+ |

7/13/2018     Company Overview - Dongguan Brilliant Packaging Co., Ltd.

Case 1:18-cv-08824-LAP  Document 15-2  Filed 10/18/18  Page 3 of 226

**Rating & Reviews**                      View More

| **5.0**/5 | **Very satisfied**<br>2 Reviews | Supplier Service<br>★★★★★ 5.0 Very satisfied | On-time Shipment<br>★★★★★ 5.0 Very satisfied | Product Quality<br>★★★★★ 5.0 Very satisfied |
|---|---|---|---|---|

**Factory inspection reports By**  **SGS Group**

Supplier Assessment



Report(1)

Main Product Lines Verification Report



Report(1)



**MAIN PRODUCTS**



*Main Product* ✔ Wholesales nature felt dog toys eva...



*Main Product* ✔ wholesale big capacity Family car...



*Main Product* ✔ portable eva thermoformed wholesal...



*Main Product* ✔ hard shell Kids pocket survival...



*Main Product* ✔ Custom EVA Hard Protective...

**Send message to supplier**

To: chris Xiao

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

[ Send ]

☑ I agree to share my Business Card to the supplier.

Ⓐ Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

213



214



7/13/2018    Transaction History - Dongguan Brilliant Packaging Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 6 of 226



7/13/2018       Contact Information for Dongguan Brilliant Packaging Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 7 of 226

**Alibaba.com**
Global trade starts here

Sourcing Solutions ⌄    Services & Membership ⌄    Help & Community ⌄

8YRS   Dongguan Brilliant Packaging Co., Ltd. ⌄   ♡ Favorite Supplier     Trade Assurance    Gold Plus Supplier

Assessed videos

Click ♡ be ❤ to add us as your favorite supplier
FOLLOW OUR NEWEST FEEDS

Factory inspection rep

**DONGGUAN BRILLIANT PACKAGING CO.,LTD**

Verified production li

📞 +86 13713006185    ✉ chris@evapackage.com

Contact Supplier

Chat Now

Browsing History

Message Center

Trade Manager

| Home | Product Categories | Verified Company Profile | Contacts | Search In This Store |

## Contact Information

**Mr. chris Xiao**

Sales
Sale Manager

💬 Chat Now!

| | |
|---|---|
| Telephone: | 86-0769-81807166 |
| Mobile Phone: | 0086-13713006185 |
| Fax: | 86-0769-81807266 |
| Address: | No.45 Kangwang Road,Shangbaotan Industrial Area,Hengshan,Shipai,Dongguan City |
| Zip: | 523330 |
| Country/Region: | China (Mainland) |
| Province/State: | Guangdong |
| City: | Dongguan City |

Contact Supplier     Start Order

---

## Company Contact Information

| | |
|---|---|
| ✓ Company Name: | Dongguan Brilliant Packaging Co., Ltd. |
| ✓ Operational Address: | No. 45, Kangwang Road, Shangbaotan Industrial Zone, Hengshan Village, Shipai Town, Dongguan, Guangdong, China (Mainland) |
| Website: | http://www.brncase.com |
| Website on alibaba.com: | dgwdsd.en.alibaba.com |

---

### Send message to supplier

To:   chris Xiao

* Message:   Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

☑ I agree to share my Business Card to the supplier.

---

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - ภาษาไทย - עברית - Türk - Nederlands - tiếng Việt - Indonesian - ภ

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.



# Communications between NAL and Defendant







# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

**Dongguan Brilliant Pacakaging Co.,Ltd**

| TEL:86-769-81807166    Fax;86-769-81807266   Web: www.dgbrilliant.com.cn |
|---|
| Contact Email: sales2@brncase.com    Mobile:+86 13423426890 |
| Add: No.45 Kangwang Road, Shangbaotan Industrial Area,Hengshan, Shipai , Dongguan City |

**Sample Invoice**

| To: Mrs. ███████ | From: winnie |
|---|---|
| Company Name:█████████ | Brilliant Packaging co.,ltd. |
| Address: 7854 Heritage St. Brooklyn, NY 11223 | Date: 2018/7/13 |
| TEL: | Price Terms: 100%sample fee |
| Email: | Invoice No. BR18713 |
| Payment: Total payment before sample production including express freight. | Country: |
| Packing: 1pcs/pp bag, then in express paper box. | |
| Sample Time:about 7 -10 days after received remitance to our bank | |

| No. | Item Name | Description | Size (CM) | Color | Sample charge (USD) |
|---|---|---|---|---|---|
| | EVA  Case | 1)outside material: black oxford 2)inner: black spandex 3)inside:top with pocket 4)outside with nylon handle | 10x7x6cm(3cm tall+3cm bottom) |  | total:USD140 |

Total Amount:  total USD 140 ONLY

**Payment information:**

**Opening Bank:**  Hang Seng Bank of Hongkong

**Swift Code:**  HASEHKHH

**Address:** 83 Des Voeux Road Central Hong Kong

**Beneficiary:**  brilliantpackagingco.,limited

**Account No. :** 3904 9415 1883

**Paypal aconnt is :  dgwdsd@163.com**

CONFIRMED BY :_Guanghui Liu__                                            SIGNED BY :  Winnie

# DEFENDANT doubled

# Defendant's Listing for Infringing Products

7/5/2018    Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl Game Play Card Cards Online Games From Doubled, $1.42| Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 16 of 226

**STEP INTO STYLE**

**STARTING AT 20% OFF**

The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!

shop now ▶

Hello, ▬▬▬▬ | DH | ✉ 1 | Sign out

🛡 Buyer Protection   Help ▾   🔗 DHport   🟠 Save more on our App!   English ▾

# DHgate.com
Buy Globally · Sell Globally

Shop by Categories ▾    [I'm shopping for...]   All Categories ▾   🔍

Hi, ▬▬▬ My DHgate ▾   ♡ Favorites   🛒 0 Cart ▾

Home › Toys & Gifts › Games › Card Games › Product detail

**Free Shipping**

## 120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping



↩ See larger image

< 🂠 🃏 🃟 >

Share on 📘 📌 🐦 B 🔵 ✉

| Price: | **US $1.42 - 1.79** / Piece | | Reference Currency ▾ |
|---|---|---|---|

| Wholesale Price ( Piece ): | 120 + US $1.79 | 185 + US $1.70 | 195 + US $1.55 | 300 + US $1.52 | 682 + US $1.47 | › |
|---|---|---|---|---|---|---|

Quantity: [120] Pieces

Shipping Cost: **Free Shipping** to United States Via EMS ▾
Estimated delivery time: Jul 17 and Aug 6, ships out within 7 business days ❓

Total Cost: **US $214.80**

[ **Buy it Now** ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 0 )

Seller Guarantee   🔄 Return policy   ⏱ On-time Delivery in 25 days

**Sold By**
Doubled
12 Transactions
100% Positive Feedback
Detailed seller ratings ▾

**Contact Seller**
✉ Message
💬 Online Chat

**🛡 Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   🟧   Skrill
BANK TRANSFER   MasterCard   AMERICAN EXPRESS

Learn more ▸

---

## Customers Who Bought This Item Also Bought
1/4



| 2015 Most Popuar Card Games Superlight Cards 500- | MXZA Cards Adult Games Complete Ticket To Ride | UNO Card Standard Edition UNO Poker Card Game | 120 Set Entertainment Card Games UNO cards Fun Poker | ulik hight quality UNO poker card standard Card Games | ulik DHL free UNO poker card standard Card Games UNO |
|---|---|---|---|---|---|
| **US $13.88 - 14.66** / Piece | **US $11.06 - 17.15** / Piece | **US $2.32 - 2.95** / Piece | **US $1.46 - 1.95** / Piece | **US $1.21 - 1.72** / Piece | **US $1.61 - 2.29** / Piece |
| Sold: 350 | Sold: 180 | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback |

---

| **Item Description** | Customer Reviews(0) | Shipping Time & Cost | | Report Item |
|---|---|---|---|---|

### Item specifics

| | |
|---|---|
| Gender: | Unisex |
| Age: | Big Kids |
| Theme: | other |
| Type: | Poker |
| Material: | Paper |
| Location: | Yangzhou Toy |

### Return policy details
* Buyers can receive a partial refund, and keep the item(s) if they are not as described or with quality issues by negotiating directly with seller within 30 days from the day the item(s) were received.

### Description

| | |
|---|---|
| Product Name: | 120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping |
| Item Code: | 410179926 |
| Category: | Card Games |
| Short Description: | Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard Quantity: 1 Set |
| Quantity: | 1 Piece |
| Package Size: | 20.0 * 20.0 * 20.0 ( cm ) |
| Gross Weight/Package: | 2.0 ( kg ) |



7/5/2018   Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl Game Play Card Cards Online Games From Doubled, $1.42| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 17 of 226



## DESCRIPTION



Introduction :

As a young business, the prices are all lowest.  If you buy more, you will get more discount for the shipping costs. There are new listings every day. **Please add us as your favorite shop for you to find us easier**

Guarantee & Refund

We guarantee your 100% satisfaction on all of our auctions. As a seller , our goals are your 100% satisfaction, your repeat business and your positive feedback. If you have any problem with your purchase, please let us know immediately and give us a to resolve it to your satisfaction. Buyer can return the item within 3 days after receipt as long as the item is in the same condition when you received, Please email me in time if you are dissatisfied with the items. I will try my best to resolve the problem. If don`t want the item, please return it to me in good condition. Then I will refund the price of the item to you. Or I could replace it with another item of same value . Buyer has to pay roundtrip-shipping costs in this case

## PAYMENT

There are many payment methods available on DHgate.com such as credit cards, real-time bank transfers, offline payments (bank transfers and Western Union). You can choose a method which is the most convenient for you. To protect your interests, your payment will be temporarily held by DHgate, and will not be released to us until you receive your order and are satisfied with it.

## SHIPPING

1. Shipping cost: Click &Ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

7/5/2018    Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl Game Play Card Cards Online Games From Doubled, $1.42| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 18 of 226



| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx | 2-4 days | www.fedex.com |
| UPS | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| HongKong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

## FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

## CUSTOMER SATISFACTION

Please don't hesitate to contact us if you have any questions or concerns before or after your purchase. We are committed to your 100% satisfaction.

If you are searching for a funny game to spend your leisure time, look into this category. Various game play card from Uno to Taxes poker, any cards online games in many themes is collected here. You can buy a cards playing games and enjoy the entertaining game with your friends and families. All our game playing cards are contained in a dedicate box for you. The best humanity play online cards for you. You can now buy card game online free in the cheapest price ever and all the goods will be shipping freely.

Advertisement ?

**Sponsored Products You May Be Interested In** 我要出现在这里

     

| Hot poker 100Pcs GX collection of cards cut... | 324pcs set New Poker Trading Cards Sun and ... | Poket Pikachu Playing Trading Cards Games S... | cards against muggles party cards game more... | New cards against muggles The Harry Potter ... | UNO Playing Poker Cards Table Game Standard... |
|---|---|---|---|---|---|
| US $4.7 - 13.15 / Set | US $0.02 - 0.03 / Piece | US $0.02 - 0.04 / Piece | US $26.14 - 29.8 / Piece | US $26.14 - 29.8 / Piece | US $ 2.12 - 3.26 / Set |
| Sold: 8 | Sold: 50 | Sold: 8 | | | |

Related Keywords:   credit card american,   easter photo holder card,   mens card,   card navy,   laptop display card,   thick card paper,   id card badge clip,   card lost,   red star card,   scrapbooking paper card

**Customers Who Viewed This Item Also Viewed**    1/4

| New card Game Poopyhead Board Game Parent-child | 126 Pcs TCG DIY white core Board game Custom | 24K Gold Foil Plated Poker Playing Cards Traditional Set | Free DHL Cards Against Muggles The Harry Potter | Gold foil plated Poker Card High Quality US dollar Euro | No Repeat English POKER GX Trading Card 35 Card 11 |
|---|---|---|---|---|---|
| US $5.9 - 6.59 / Set | US $0.2 - 0.27 / Piece | US $3.6 - 11.43 / Piece | US $28.15 - 30.21 / Piece | US $2.63 - 2.73 / Piece | US $2.52 - 6.86 / Set |
| Sold: 1670 | Sold: 167 | Sold: 482 | Sold: 30 | Sold: 200 | Sold: 2 |

**Other products from Card Games**    Page 1 of 2

7/5/2018     Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl Game Play Card Cards Online Games From Doubled, $1.42| Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 19 of 226








Uno Card Game Toys Standard Edition family party
**US $ 1.91 - 3.58 / Set**

Gold Foil Playing Cards Texas Hold'em Poker Gold Foil
**US $ 4.91 - 8.84 / Piece**

200pcs hot 3 designs Gold foil plated playing cards Plastic
**US $2.59 - 2.97 / Piece**

Harry Potter Cards Game Toys 408 pieces set Funny
**US $ 11.59 - 25.11 / Set**

No Repeat English POKER GX Trading Card 35 Card 11
**US $2.52 - 6.86 / Set**

SUPERFIGHT Core Deck The Superfight Card Game
**US $9.78 - 11.07 / Piece**

---

**Your Recently Viewed Items and Featured Recommendations**      1/8








Luxury brand formal dress genuine leather men's shoes
**US $95.48 - 118.86** / Pair
80 % Positive feedback

Bottle Opener Tool Fashion Hot Stylish Poker Playing
**US $1.0 - 1.31** / Piece
99.2 % Positive feedback

Fun One Pack Family Funny Entertainment Board Game
**US $2.32 - 2.67** / Piece
97.1 % Positive feedback

Green Power Lithium Battery Pack 7S6P Samsung 24V
**US $332.67 - 344.8** / Piece
100 % Positive feedback

Fashion Luxury Brand wholesale women summer
**US $106.54 - 121.15** / Pair
100 % Positive feedback

Royal Blue Quinceanera Dresses Sweetheart Sparkly
**US $143.72 - 169.15** / Piece
99 % Positive feedback

**You Viewed:**

             

Please give us your feedback about this page    Click Here

Message Seller    Online Chat

**Related Searches**

- Toys & Gifts    • Games    • Card Games

**Wholesale Card Games Resources**     Fewer ▲

- wholesale stars card    • wholesale keychain key card    • wholesale control sim card    • wholesale lg android sim card    • red card systems Australia

**Card Games on Sale**

- discount diy card 3d    • discount paper card board    • discount smartwatch sim card waterproof    • discount retractable id card badge holder    • credit card mouse Canada

**Online Shopping Card Games**

- free cable card online    • ti card online    • key card systems online    • valentine day handmade 3d card online    • scrapbooking paper card UK

**Card Games Suppliers**

- cheapest mobile sim card supply    • micro center card supply    • nano sim card tray supply    • station card supply    • travel card women NZ

**Card Games Coupons**

- sega card coupons    • dual sim card single standby coupons    • unlock mobile sim card coupons    • card agp coupons    • kirigami 3d card Australia

**Shop By Country**

- lg android sim card Canada    • 5s sim card Australia    • easter photo holder card NZ    • fast credit card UK    • credit card wallet holder Canada

---

Bookmark & Share             

Help improve your experience on DHgate.com. Please tell us what you think about this page.

            

China Wholesale   Security & Privacy   Help   China Manufacturers   Seller Home   New Products   Top Searches   Products Online   Refined Products   Discount Products   China Suppliers   Customer Service

Terms of Use   Russian   Portuguese   Italian   Spanish   French   German   Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

7/5/2018     Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl Game Play Card Cards Online Games From Doubled, $1.42| Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 20 of 226

STEP INTO STYLE
**STARTING AT 20% OFF**
The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!
shop now ▶

Hello, ▊▊▊ | 🔴LED | ✉ 1) Sign out      🛡 Buyer Protection | Help ▾ | 🔗 DHport | 💾 Save more on our App! | English ▾

**DHgate.com**
Buy Globally · Sell Globally

Shop by Categories ▾    [ I'm shopping for... ] [ All Categories ▾ ] [🔍]    Hi ▊▊▊ My DHgate ▾   ♡ Favorites   🛒 0 Cart ▾

Home >   Toys & Gifts >   Games >   Card Games >   **Product detail**



**Free Shipping**

**See larger image**

< 🂠 🃏 🎴 >

Share on 🔵 📌 🐦 Ⓑ ✉

### 120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping

| Price: | US **$1.42 - 1.79** / Piece | | | | Reference Currency ▾ |
|---|---|---|---|---|---|

| Wholesale Price ( Piece ): | 120 +<br>US $1.79 | 185 +<br>US $1.70 | 195 +<br>US $1.55 | 300 +<br>US $1.52 | 682 +<br>US $1.47 | > |
|---|---|---|---|---|---|---|

Quantity: [ 120 ] Pieces

Shipping Cost: **Free Shipping** to United States Via EMS ▾
Estimated delivery time: Jul 17 and Aug 6, ships out within 7 business days ❓

Total Cost: US **$214.80**

[ **Buy It Now** ]   [ Add to Cart ]

♡ Add to Favorite Items - ( 0 )

Seller Guarantee    🔄 Return policy   ⏱ On-time Delivery in 25 days

**Sold By**
Doubled
12 Transactions
100% Positive Feedback
Detailed seller ratings ▾

**Contact Seller**
✉ Message
💬 Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA | MasterCard | Skrill
BANK TRANSFER | AMERICAN EXPRESS

Learn more ▶

---

### Customers Who Bought This Item Also Bought

1/4

     

| 2015 Most Popuar Card Games Superlight Cards 500- | MXZA Cards Adult Games Complete Ticket To Ride | UNO Card Standard Edition UNO Poker Card Game | 120 Set Entertainment Card Games UNO cards Fun Poker | ulik hight quality UNO poker card standard Card Games | ulik DHL free UNO poker card standard Card Games UNO |
|---|---|---|---|---|---|
| US **$13.88 - 14.66** / Piece | US **$11.06 - 17.15** / Piece | US **$2.32 - 2.95** / Piece | US **$1.46 - 1.95** / Piece | US **$1.21 - 1.72** / Piece | US **$1.61 - 2.29** / Piece |
| Sold: 350 | Sold: 180 | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback |

---

| Item Description | **Customer Reviews(0)** | **Shipping Time & Cost** | | Report Item |
|---|---|---|---|---|

#### Shipping Time and Cost

Item Location:
Shipping to: [ United States ▾ ]   Purchase Quantity: [ 120 ] [ Calculate ]

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| EMS | 5-25 days | **Free Shipping** |

#### Payments

**DH**   DHgate Service Pledge is especially designed for online transaction.
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.

1 🛒 Buyer Places Order → 2 💲 Buyer Pays DHgate → 3 ✈ Seller Ships Package → 4 🏬 DHgate Checks Package → 5 💲 DHgate Pays Seller

Related Keywords: credit card american, easter photo holder card, mens card, card navy, laptop display card, thick card paper, id card badge clip, card lost, red star card, scrapbooking paper card

---

### Customers Who Viewed This Item Also Viewed

1/4

| New card Game Poopyhead Board Game Parent-child | 126 Pcs TCG DIY white core Board game Custom | 24K Gold Foil Plated Power Playing Cards Traditional Set | Free DHL Cards Against Muggles The Harry Potter | Gold foil plated Poker Card High Quality US dollar Euro | No Repeat English POKER GX Trading Card 35 Card 11 |
|---|---|---|---|---|---|
| US **$5.9 - 6.59** / Set | US **$0.2 - 0.27** / Piece | US **$3.6 - 11.43** / Piece | US **$28.15 - 30.21** / Piece | US **$2.63 - 2.73** / Piece | US **$2.52 - 6.86** / Set |
| Sold: 1670 | Sold: 167 | Sold: 482 | Sold: 30 | Sold: 200 | Sold: 2 |

---

**Other products from Card Games**        Page 1 of 2    230



# Defendant's Storefront

7/3/2018    doubled: Movie &amp; Games Wholesaler, Toys &amp; Gifts Wholesaler on DHgate.com - Page 1.

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 22 of 226

STEP OUT IN STYLE   STARTING AT 20% OFF   The Hottest Shoes This Season   Sandals, Sneakers, Heels & More!   shop now ▶

Hello, ▮▮▮▮▮▮▮   Sign out    ⊡ Buyer Protection | Help ▾ | DHport | Save more on our App! | English ▾

# DHgate.com
Buy Globally · Sell Globally

I'm shopping for...   | All Categories ▾   🔍

Hi, ▮▮▮▮▮▮   My DHgate ▾   ♡ Favorites   🛒 Cart ▾ (0)

ALL CATEGORIES ▾    Flash Deals   Superior Suppliers   Coupon Center [NEW]   2 Day Shipping   DH Select   Just For You

Home > Wholesale

## CATEGORIES

**Toys & Gifts** (53)
**Baby, Kids & Maternity** (13)

### Recently Viewed

US $1.42 - 1.79 / Piece

US $1.61 - 2.29 / Piece

US $1.6 - 2.19 / Set

US $1.46 - 1.95 / Piece

US $12.18 - 13.84 / Set

### Top Recommendations



ulik hight quality UNO poker card standard

US $1.21 - 1.72 / Piece

---

**59** items found

Price: $ [ ] - $ [ ]   Min Order: less than [ ] Unit(s)   Ship to: 🇺🇸 United States ▾   DHL,ePacket ▾

☐ Free Shipping ▾   ☐ Wholesale ▾   ☐ Customer Review   ☐ On Sale   ☐ In Stock

Sort by: Best Match   Price   Bestselling   Recently Listed   Customer Review    ☰ ⊞

---

The Avengers PVC Action Figures Marvel Heros 30cm Iron Man Spiderman Captain America Ultron Wolverine Figure Toys

**US $ 5.82 - 7.43** / Piece

Free shipping Via DHL
Ships out within 6 business days
Min. Order: 20 Pieces

8 Photos

Seller: doubled 💬 Chat
100.0% Positive Feedback

[ Add to Cart ]

---

FlowRings Stainless Steel Rings Toys Kinetic Spring Toy Toroflux Magic Flow Rings Silver Magic Flow rings for Kids gift

**US $ 1.90 - 2.62** / Piece

Free shipping Via DHL
Ships out within 4 business days
Min. Order: 100 Pieces

4 Photos

Seller: doubled 💬 Chat
100.0% Positive Feedback

[ Add to Cart ]

---

60pcs lot Novelty Water Hatching Inflation Dinosaur Eggs Toys Surprise Eggs Educational Toys Interesting Gift Dinosaur Model

**US $ 0.23 - 0.28** / Piece

Free shipping Via ePacket
Ships out within 5 business days
Min. Order: 60 Pieces

5 Photos

Seller: doubled 💬 Chat
100.0% Positive Feedback

[ Add to Cart ]

---

Children Anti Lost strap Kids Safety Wristband Wrist Link Toddler Harness Leash Strap Bracelet baby Wrist Leash Walking 1.5M

**US $ 1.91 - 2.35** / Piece

Free shipping Via DHL
Ships out within 7 business days
Min. Order: 100 Pieces | Sold: 100

3 Photos

Seller: doubled 💬 Chat
100.0% Positive Feedback

[ Add to Cart ]

---

Manhattan Toy winkel activity toy Winkel Rattle and Sensory Silicone Teeth Teether Magic Ball Hand Bell Toys baby learning toys

**US $ 5.03 - 6.11** / Piece

Free shipping Via DHL
Ships out within 7 business days
Min. Order: 48 Pieces

4 Photos

Seller: doubled 💬 Chat
100.0% Positive Feedback

[ Add to Cart ]

---

Rainbow Plush Unicorn Pendant Bag Charms Handbag Accessory Bag Charms Handbag Accessory Cute Horse Fur Keychain

**US $ 1.61 - 2.10** / Piece

Free shipping Via ePacket
Ships out within 5 business days
Min. Order: 3 Pieces

3 Photos

Seller: doubled 💬 Chat
100.0% Positive Feedback

[ Add to Cart ]

---

232



7/5/2018                                           doubled: Movie &amp; Games Wholesaler, Toys &amp; Gifts Wholesaler on DHgate.com - Page 1.

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 23 of 226



Recreation Standard
108 Playing Fun Cards

US $3.92 - 4.46 / Piece



Bicycle Prestige Plastic
Playing Cards High

US $19.17 - 24.22 / Piece



Bicycle Porcelain
Playing Cards Original

US $16.89 - 19.2 / Piece



Entertainment Card
Games UNO cards Fun

US $2.82 - 3.43 / Set

1/2   <   >



3 Photos

**Mermaid Sequin Bracelet Wristband Cuff Sequins Bracelets Women Charm Jewelry Girl Wedding Favors Mermaid Bracelet Wristband Bangle**

US $ 1.43 - 1.92 / Piece

Free shipping  Via ePacket
Ships out within 6 business days
Min. Order: 50 Pieces

Seller: doubled      Chat
100.0% Positive Feedback

Add to Cart





3 Photos

**Anti Stress Mesh Face Reliever Grape Ball Autism Mood Squeeze Relief Healthy Toy Funny Gadget Vent Decompression toys Gifts**

US $ 0.61 - 0.85 / Piece

Free shipping  Via ePacket
Ships out within 7 business days
Min. Order: 100 Pieces  |  Sold: 100

Seller: doubled      Chat
100.0% Positive Feedback

Add to Cart



3 Photos

**Paddling Toys Bath Water Shower Toy Plaything Bathroom Baby No Skidding Sturdy And Durable Non Toxic Plastic**

US $ 3.46 - 5.39 / Piece

Free shipping  Via ePacket
Ships out within 7 business days
Min. Order: 30 Pieces

Seller: doubled      Chat
100.0% Positive Feedback

Add to Cart



3 Photos

**Infant Baby Bath Mat 80cm Cute Flower Shape Blooming Super Soft Plush Lotus Bathing Tube Baby Care Accessories 8 Colors**

US $ 11.11 - 13.32 / Piece

Free shipping  Via DHL
Ships out within 6 business days
Min. Order: 10 Pieces

Seller: doubled      Chat
100.0% Positive Feedback

Add to Cart





3 Photos

**Wall-Mounted Toilet Baby Boy Potty Toilet Training Frog Children Stand Vertical Urinal Boys Penico Pee Infant Toddler**

US $ 6.73 - 10.86 / Piece

Free shipping  Via ePacket
Ships out within 6 business days
Min. Order: 1 Piece  |  Sold: 17

Seller: doubled      Chat
100.0% Positive Feedback

Add to Cart



3 Photos

**Summer Inflatable Water spray balloon Outdoors Play in the water Beach ball Children toy ball**

US $ 11.14 - 14.86 / Piece

Free shipping  Via EMS
Ships out within 7 business days
Min. Order: 3 Pieces

Seller: doubled      Chat
100.0% Positive Feedback

Add to Cart



3 Photos

**Reborn Baby Dolls Real Doll Handmade Reborn 11 inch Real Looking Newborn Baby Girl Silicone Realistic Doll**

US $ 16.74 - 21.65 / Piece

Free shipping  Via ePacket
Ships out within 7 business days
Min. Order: 3 Pieces

Seller: doubled      Chat
100.0% Positive Feedback

Add to Cart

**8 inch DIY Funny Wood Doll Puppet Painting Model Wooden Male Artist Manikin Jointed Mannequin Hand Blockhead Puppet Learning Toys Gift**

US $ 6.52 - 9.24 / Piece

Seller: doubled      Chat
100.0% Positive Feedback

233

7/5/2018      doubled: Movie &amp; Games Wholesaler, Toys &amp; Gifts Wholesaler on DHgate.com - Page 1.

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 24 of 226



Ships out within 6 business days
Min. Order: 1 Piece

---



**No-Face Piggy Bank Toy Multi Styles Saving Money Box Cartoon Design Automatic Stole Eat Coin Box Creative Sound Kids Toys**

**US $ 20.29 - 25.15** / Piece

**Free shipping** Via ePacket

Ships out within 7 business days

Min. Order: 1 Piece

Seller: doubled   💬 Chat

100.0% Positive Feedback

Add to Cart

---



**Cartoon Dog Model piggy bank Eat Bank Money Save Pot Saving Coin Box Creative Gift can't resist Taste So Good I Love money freeshipping**

**US $ 9.03 - 11.20** / Piece

**Free shipping** Via ePacket

Ships out within 7 business days

Min. Order: 1 Piece

Seller: doubled   💬 Chat

100.0% Positive Feedback

Add to Cart

---



**2018 Gift Toys Brand New Cash Cannon Money Gun Fashion Toy Make Money Rain Red Gun For Fun**

**US $ 17.39 - 22.63** / Piece

**Free shipping** Via ePacket

Ships out within 7 business days

Min. Order: 3 Pieces

Seller: doubled   💬 Chat

100.0% Positive Feedback

Add to Cart

---



**12cm Kawaii Slow Rising Squeeze Toy Collectibles Cute Phone Straps Pendant Bread Cake Cream Scented Kids Gift**

**US $ 1.92 - 2.53** / Piece

**Free shipping** Via ePacket

Ships out within 7 business days

Min. Order: 50 Pieces

Seller: doubled   💬 Chat

100.0% Positive Feedback

Add to Cart

---



**6pcs Lot 23-30cm Movies Cartoon Plush Poppy Branch Trolls Stuffed Toy Doll For Baby Best Gifts #2**

**US $ 2.14 - 2.76** / Piece

**Free shipping** Via ePacket

Ships out within 7 business days

Min. Order: 6 Pieces

Seller: doubled   💬 Chat

100.0% Positive Feedback

Add to Cart

---



**Tamagotchi Digital Pet Electronic Virtual Game Machine Tamagochi Toy Game Handheld Mini Funny Virtual Pet Machine Toys**

**US $ 1.52 - 2.08** / Piece

**Free shipping** Via EMS

Ships out within 7 business days

Min. Order: 80 Pieces

Seller: doubled   💬 Chat

100.0% Positive Feedback

Add to Cart

---



**120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping**

**US $ 1.42 - 1.79** / Piece

**Free shipping** Via EMS

Ships out within 7 business days

Min. Order: 120 Pieces

Seller: doubled   💬 Chat

100.0% Positive Feedback

Add to Cart

234

7/5/2018     doubled: Movie &amp; Games Wholesaler, Toys &amp; Gifts Wholesaler on DHgate.com - Page 1.

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 25 of 226

2018 Now Hot Mixed Color Soft Squishy Cat Healing Squeeze Fun Kids Toy Gift Stress Reliever Lovely Decor

**US $ 0.32 - 0.48** / Piece

**Free shipping** Via ePacket
Ships out within 6 business days
Min. Order: 60 Pieces

4 Photos

Seller: **doubled**   Chat
100.0% Positive Feedback

[Add to Cart]

---

Magnetic Block Puzzle Block 3D Transparent Magnet Construction Brick Toys 115PCS Magnetic Blocks Construction MatchingToy Bricks Magaformers

**US $ 42.22 - 51.43** / Piece

**Free shipping** Via ePacket
Ships out within 5 business days
Min. Order: 1 Piece  | Sold: 3
★★★★☆ (1 Customer Review)

4 Photos

Seller: **doubled**   Chat
100.0% Positive Feedback

[Add to Cart]

---

Hot Sale 20pcs lot 4x4cm Cute Baby Girl Boy Bath Bathing Classic Toys Rubber Race Squeaky Ducks Yellow

**US $ 0.17 - 0.45** / Piece

**Free shipping** Via ePacket
Ships out within 7 business days
Min. Order: 20 Pieces

4 Photos

Seller: **doubled**   Chat
100.0% Positive Feedback

[Add to Cart]

---

‹   1   **2**   3   ›

## Other items you might be interested in

Entertainment Card Games UNO cards Fun Poke...
**US $2.82 - 3.43** / Set

BY DHL 270g UNO poker card standard edition ...
**US $1.91 - 2.75** / Set

UNO Poker Card Family Fun Entermainment Boa...
**US $2.05 - 2.35** / Piece

Entertainment Card Games UNO cards Fun Poke...
**US $1.6 - 2.19** / Set

UNO Playing Poker Cards Table Game Standard...
**US $1.61 - 2.06** / Set

## Search Feedback

Did you find what you were looking for?   [Yes] [No]

Bookmark & Share   f   G   t   v   VK   k   del   StumbleUpon   in   reddit   g+

Help improve your experience on DHgate.com, Please tell us what you think about this page.

mastercard VISA AMERICAN EXPRESS UnionPay maestro JCB   Sofort.   BANK TRANSFER   ✓ VeriSign Secured   PCI DSS   novoshop   square trade   DHimport   socialshops

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

235

# Communications between NAL and Defendant



Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 28 of 226

hello,Total $214

2018-07-05 20:48

Okay. I wanna pay via paypal.

**doubled**   2018-07-05 21:01

I have sent the bill to you. You can pay it at paypal

**doubled**   2018-07-05 21:34

are you online?

2018-07-05 22:08

Please attach here your account.

**doubled**   2018-07-05 22:12

1992764223@qq.com

2018-07-05 22:17

Can I have your email?

I wanna contact you easily whenever and wherever I am

**doubled**   2018-07-05 22:18

yuyundai@outlook.com

**doubled**   2018-07-05 22:21

I have initiated payment collection from you on paypal

2018-07-05 22:27

Is this your paypal? 1992764223@qq.com

**doubled**   2018-07-05 22:27

yes

**doubled**   2018-07-05 22:27

yes

**Reply:**

Please use English and do not leave any contact message here, i.e. phone number, email address, web address, etc. We will monitor this reply in case it contains any message of this kind.

max.charactors: 4000/4000

Upload File :   You may upload a maximum of 4 files. Format: JPG/GIF/RAR/PDF/DOC/DOCX/TXT. Maximum file size: 1MB.

Email reminder :   The seller has switched off his email alerts but he can still receive your messages.

[ Send ]

           

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved.

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



# DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| Place Order | Pay Your Order | Success |

**Place your order**

Payment Help

## Shipping Address

Add a new address

⬛⬛⬛    20 Cooper Square

New York,New York,10003

**United States**

⬛⬛⬛

Edit

### Order Summary

Your **1** item order will be dispatched in **1** parts.

Items Subtotal:   US $214.80
( 1 items )

Shipping Cost:   US $0.00

Grand Total:
**US $214.80**

Proceed to Pay

## Order Details

**doubled**



120 Set Entertainment Card Games UNO cards Fun Pok...

Stock in: China

120 Pieces

Price
US $1.79/Piece

Amount
**$214.80**

Shipping Cost
**Free Shipping**

EMS

Delivery: Estimated between Wed Aug 1 and Tue Aug 21 (seller ships within 7 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

Item Subtotal:   US $214.80

Shipping Cost:   US $0.00

**Order Total:**   US $214.80

« Back to Cart

Item Subtotal(1 items):   US $214.80

Shipping Cost:   US $0.00

Grand Total:   **US $214.80**

Proceed to Pay



Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

240

# DEFENDANT FireFox outdoor Store

# Defendant's Listing for Infringing Products

 **AliExpress**

I'm shopping for...

Buyer Protection | Help | Save big on our app! | Ship to | USD | Language

🛒 0   ♡   👤

New here? Get your coupons!   $

Store:  **FireFox outdoor Store**    **100%** Positive feedback ▾    Follow

Home  >  All Categories  >  Sports & Entertainment  >  Fitness & Body Building  >  Fitness Equipments  >  Resistance Bands





### Key account

| | |
|---|---|
| Price: | ~~US $35.00 / lot~~ (10 pieces / lot , US $ 3.33 / piece ) |
| Discount Price: | **US $33.25** / lot  -5%   2 days left |
| | 🔳 **Get our app to see exclusive prices** ▾ |

| | |
|---|---|
| Shipping: | **Free Shipping to United States via ePacket** ▾ |
| | Estimated Delivery Time: **12-20 days** ? |
| Quantity: | ⊖  1  ⊕  lot (300 lots available) |
| Total Price: | **US $33.25** |

**Buy Now**    **Add to Cart**

♡ Add to Wish List ▾

| New User Coupon: | US $4.00   **GET IT NOW** |
|---|---|
| Store Promotion: | Get Seller Coupons ▾   US $2.00 per US $35.00 ▾ |

| Return Policy | 🔳 Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸ |
|---|---|
| Seller Guarantees: | 🔳 On-time Delivery **35 days** |
| Payment: | VISA  mastercard  💳  💳  WESTERN UNION  🏦 Bank Transfer   View More ▸ |

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund** , if the item is not as described

Learn More ▸



---

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |
|---|---|---|---|

**Seller Discount**
On all products

Time left until promotion ends：5d 0h 0m
<u>Shop Now</u> ▸

• Get US $2.00 off on orders over US $35.00(Incl. shipping costs)

If you want to purchase more than one product, please add everything to your Cart first. When you proceed to the checkout page, the Seller Discount will be automatically calculated.

### Item specifics

| | | |
|---|---|---|
| Brand Name: | OUTAD | Department Name: Unisex |
| Function: | Comprehensive Fitness Exercise | |

### Product Description

Recently Viewed ⊙



### Packaging Details

Unit Type: lot (10 pieces/lot)       Package Weight: 2.0kg (4.41lb.)

Package Size: 50cm x 10cm x 5cm (19.69in x 3.94in x 1.97in)

## More Products

### From This Seller

      

| US $49.31 | US $4.05 | US $8.29 | US $1.45 | US $8.18 | US $1.70 | US |
|---|---|---|---|---|---|---|
| 2 orders | 3 orders | 2 orders | 4 orders | | | |

### From Other Sellers

      

| US $1.79 | US $5.53 | US $4.99 | US $5.69 | US $1.86 | US $5.97 | US |
|---|---|---|---|---|---|---|
| (9,226) | (3,573) | (512) | (4) | (1,736) | (6,761) | |
| 20,216 orders | 7,512 orders | 1,812 orders | 69 orders | 3,488 orders | 13,485 orders | 26 |

### Premium Related Products

Recently Viewed



Buyer Protection    Help    Save big on our app!    Ship to / USD    Language

# AliExpress
I'm shopping for...

New here? Get your coupons!    $

Store:  **FireFox outdoor Store**    **100%** Positive feedback    Follow

Home > All Categories > Sports & Entertainment > Fitness & Body Building > Fitness Equipments > Resistance Bands





### Key account

| | |
|---|---|
| Price: | US $35.00 / lot  (10 pieces / lot , US $ 3.33 / piece ) |
| Discount Price: | **US $33.25** / lot  -5%  2 days left |
| | ⊞ Get our app to see exclusive prices ▾ |

| | |
|---|---|
| Shipping: | Free Shipping to United States via ePacket ▾ |
| | Estimated Delivery Time: 12-20 days ❓ |
| Quantity: | − 1 +  lot (300 lots available) |
| Total Price: | **US $33.25** |

**Buy Now**    **Add to Cart**

♡ Add to Wish List ▾

| | |
|---|---|
| New User Coupon: | US $4.00  **GET IT NOW** |
| Store Promotion: | Get Seller Coupons ▾  US $2.00 off per US $35.00 |

Return Policy    Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ›

Seller Guarantees:    On-time Delivery  **35 days**

Payment:    VISA  mastercard  🔵  ▪️  WESTERN UNION  🏦 Bank Transfer  View More ›

## 🛡 Buyer Protection
☑ **Full Refund** if you don't receive your order
☑ ▬▬▬▬▬▬ if the item is not as described

Learn More ›

---

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |
|---|---|---|---|

### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1    Ship to: 🇺🇸 United States

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| **ePacket** | US $28.45  Free Shipping | 12-20 days | Available |

### Packaging Details

Unit Type: lot (10 pieces/lot)    Package Weight: 2.0kg (4.41lb.)
Package Size: 50cm x 10cm x 5cm (19.69in x 3.94in x 1.97in)

### Payment

We support the following payment methods.



VISA  mastercard  ▪️  QIWI Wallet  💰  WebMoney  Наличный расчет  Мобильный платеж  ID  Boleto  ▪️  SOFORT ÜBERWEISUNG  giropay  Przelewy24  mercado pago  Doku  WESTERN UNION  🏦 Bank Transfer

## More Products

**From This Seller**

# Defendant's Storefront



Buyer Protection    Help    Save big on our app!    Ship to  / USD     Language 

I'm shopping for...    On AliExpress   In this store   🛒 0   ♡   👤

Store: **FireFox outdoor Store**    **100%** Positive feedback    Follow    3 Followers

| Store Home | Products ▾ | Sale Items ▾ | Top Selling | New Arrivals | Feedback |

Home > Store Home > Key account

## Store Categories

**Cycling**
- Bicycles
- Bicycle Lights
- Bicycle Computer
- Bicycle Parts

**Fishing**
- Fishing Net
- Fish Finder
- Fishing RodsRod...
- Fishing Vests&Waders

**Water sports**
- Swimming & Diving
- Water Safety Products
- Surfing
- Beach shoes

**Bikini**
- Women Bikini
- Men Swimwears
- Child Bikini

**Camping & Hiking**
- Travel Kits
- stove
- Picnic
- Tents & Sleeping Bags
- Safety & Survival
- Water Bags
- Walking Sticks
- Outdoor Tools
- Climbing Bags
- Outdoor Tablewares

**Yoga**
- Yoga Pants
- Yoga Sets
- Yoga Mats
- Sports Bras
- Resistance Bands
- Pedometers
- Hand Grips

**Hunting**
- Bow & Arrow
- Hunting Optics
- Hunting Bags &...
- Hunting Gun...
- Hunting Cameras
- Telescope

**Sports Products**
- Fitness Equipments
- Ball Sports Products
- Skiing & Snowboarding
- Cycling Clothing
- Sports Bags

**Sportswear &...**
- Sport Caps
- Sports Safety
- Trainning & Exercise
- Sports Shoes

**Entertainment**
- Playing Cards
- Gambling

**Others**

## Service Center

📞 Contact Now

---

Store Categories >   Key account   🔍    1 Items found      Hide Filter ▾

| Department Name | Unisex | Multiple |
| Function | Comprehensive Fitness Exercise | Multiple |
| Application | Other | Multiple |

Best Match    Orders ⬇    New ⬇    price ⬍   ☐ Free Shipping     View ▦ ☰ ◀ ▶



5 % OFF

Key account
**US $3.33** / piece
US $3.50 / piece
Min. Order : 10 pieces

◀ 1 ▶

# Communications between NAL and Defendant





 Gmail

## Pokers Quotation from AliExpress Seller
35 messages

---

**SMT-杜佳辉-销售助理 <1686956544@qq.com>**      Tue, Jul 31, 2018 at 6:20 PM
To: ████████████ < ████████ >

Dear ██████,

Thank you for your interest in my products.

There are two choice for U
1.The price is 35USD for 10pcs with Epacket shipping, if you want 300pcs, it means you need to make 30 orders, the total price is 35USD*30 orders=1050USD
2.The price is 1000USD with DHL shipping for 300pcs to USA

Looking forward for your early reply. Have a nice day.

Best regards,
Du



---

████████████ < ████████ >      Wed, Aug 1, 2018 at 7:30 AM
To: 1686956544@qq.com

Hello! Please tell me your store name in the aliexpress. Thanks!
[Quoted text hidden]

**2 attachments**

 **2F0FF707@FF20947B.0B38605B.jpg**
150K

 **2F0FF707@FF20947B.0B38605B.jpg**
150K

---

**SMT-杜佳辉-销售助理 <1686956544@qq.com>**      Wed, Aug 1, 2018 at 9:47 AM
To: ████████████ < ████████ >

Dear friends,
Sorry, The product you want is forbidden on AliExpress.

发件人: ████████████ < ████████ >;
发送时间: 2018年8月1日(星期三) 上午7:30
收件人: "SMT-杜佳辉-销售助理"<1686956544@qq.com>;
主题: Re: Pokers Quotation from AliExpress Seller

[Quoted text hidden]

---

████████████ < ████████ >      Wed, Aug 1, 2018 at 10:00 AM
To: 1686956544@qq.com

Please tell me your store name in the aliexpress so that I can decide on what to buy. Thanks!
[Quoted text hidden]

---

████████████ < ████████ >      Wed, Aug 1, 2018 at 10:00 AM
To: 1686956544@qq.com

And why it is forbidden?
[Quoted text hidden]

**SMT-杜佳辉-销售助理** <1686956544@qq.com>            Wed, Aug 1, 2018 at 10:20 AM

To: ███████████   ███████████

Store:

**FireFox outdoor Store**

dear friend,
if you have any problem, please contact me freely.
hope we have a long-term cooperation. thanks .
Best Regards!

https://www.aliexpress.com/store/4376071?spm=2114.10010108.0.0.5e4b79ddcLwOtV

----------------- 原始邮件 -----------------
发件人: ███████████████ ███████ ;
发送时间: 2018年8月1日(星期三) 上午10:00
收件人: "SMT-杜佳辉-销售助理"<1686956544@qq.com>;
主题: Re: Pokers Quotation from AliExpress Seller

Please tell me your store name in the aliexpress so that I can decide on what to buy. Thanks!

On Wed, Aug 1, 2018 at 9:47 AM SMT-杜佳辉-销售助理 <1686956544@qq.com> wrote:

Dear friends,

Sorry, The product you want is forbidden on AliExpress.

发件人: ████████████████ ███████ ;
发送时间: 2018年8月1日(星期三) 上午7:30
收件人: "SMT-杜佳辉-销售助理"<1686956544@qq.com>;
主题: Re: Pokers Quotation from AliExpress Seller

Hello! Please tell me your store name in the aliexpress. Thanks!

On Tue, Jul 31, 2018 at 6:21 PM SMT-杜佳辉-销售助理 <1686956544@qq.com> wrote:

Dear ███████████

Thank you for your interest in my products.

There are two choice for U
1.The price is 35USD for 10pcs with Epacket shipping, if you want 300pcs, it means you need to make 30 orders, the total price is 35USD*30 orders=1050USD
2.The price is 1000USD with DHL shipping for 300pcs to USA

Looking forward for your early reply. Have a nice day.

Best regards,
Du

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>            Wed, Aug 1, 2018 at 10:25 AM

To: ███████████   ███████████

The AliExpress platform is not allowed to be sold, and the reason should be UNO infringement.
If you want to buy, I can give you a new link.

----------------- 原始邮件 -----------------
发件人: ███████████████ ███████ ;
发送时间: 2018年8月1日(星期三) 上午10:00
收件人: "SMT-杜佳辉-销售助理"<1686956544@qq.com>;
主题: Re: Pokers Quotation from AliExpress Seller

And why it is forbidden?

On Wed, Aug 1, 2018 at 10:00 AM ███████████   ███████████ wrote:
Please tell me your store name in the aliexpress so that I can decide on what to buy. Thanks!

On Wed, Aug 1, 2018 at 9:47 AM SMT-杜佳辉-销售助理 <1686956544@qq.com> wrote:

Dear friends,

Sorry, The product you want is forbidden on AliExpress.

发件人: ████████████████ ███████ ;
发送时间: 2018年8月1日(星期三) 上午7:30
收件人: "SMT-杜佳辉-销售助理"<1686956544@qq.com>;
主题: Re: Pokers Quotation from AliExpress Seller

Hello! Please tell me your store name in the aliexpress. Thanks!

On Tue, Jul 31, 2018 at 6:21 PM SMT-杜佳辉-销售助理 <1686956544@qq.com> wrote:

Dear ███████████

Thank you for your interest in my products.

There are two choice for U
1.The price is 35USD for 10pcs with Epacket shipping, if you want 300pcs, it means you need to make 30 orders, the total price is 35USD*30 orders=1050USD
2.The price is 1000USD with DHL shipping for 300pcs to USA

Looking forward for your early reply. Have a nice day.

Best regards,
Du

---

███████████   ███████████           Wed, Aug 1, 2018 at 11:35 AM

To: 1686956544@qq.com

I already saw it. Thanks for telling me your store name. Okay, I'll agree. By the way, can I pay through paypal?

[Quoted text hidden]

---

███████████             Wed, Aug 1, 2018 at 11:36 AM

To: 1686956544@qq.com

By the way, I'm choosing the option 1.

[Quoted text hidden]

███████████            Wed, Aug 1, 2018 at 11:37 AM

251

Why did you delete the link in the aliexpress. Kindly send the link here so that I can decide what to order. Thanks!

[Quoted text hidden]

---

**SMT-杜佳辉-销售助理 <1686956544@qq.com>**

To: ◼◼◼◼◼◼◼◼◼ <◼◼◼◼◼◼◼◼◼◼◼◼>

We support the following payment methods.





--------- 原始邮件 ---------
发件人: ◼◼◼◼◼◼ <◼◼◼◼◼◼◼◼>;
发送时间: 2018年8月1日(星期三) 中午11:36
[Quoted text hidden]

[Quoted text hidden]

---

To: 1686956544@qq.com        Wed, Aug 1, 2018 at 11:43 AM

So you mean you don't have paypal?

[Quoted text hidden]

**2 attachments**

3005F701@CE723862.B22B615B.jpg
83K

3005F701@CE723862.B22B615B.jpg
83K

---

To: 1686956544@qq.com        Wed, Aug 1, 2018 at 11:44 AM

Please send me the link of the product page. Thanks!

[Quoted text hidden]

**2 attachments**

3005F701@CE723862.B22B615B.jpg
83K

3005F701@CE723862.B22B615B.jpg
83K

---

**SMT-杜佳辉-销售助理 <1686956544@qq.com>**        Wed, Aug 1, 2018 at 12:03 PM

To: ◼◼◼◼◼◼ <◼◼◼◼◼◼◼◼◼>

Keep you waiting。 This is the new link.
https://www.aliexpress.com/item/For-Roxanne-Reyes/32905346468.html

--------- 原始邮件 ---------
发件人: ◼◼◼◼◼ <◼◼◼◼◼◼◼>;
发送时间: 2018年8月1日(星期三) 中午11:44
[Quoted text hidden]

[Quoted text hidden]

---

To: 1686956544@qq.com        Wed, Aug 1, 2018 at 12:11 PM

Thanks! Is this the same product as before? Please remove my name in the product title. Thanks! I appreciate it a lot!

---

**SMT-杜佳辉-销售助理 <1686956544@qq.com>**        Wed, Aug 1, 2018 at 1:51 PM

To: ◼◼◼◼◼ <◼◼◼◼◼◼◼◼>

I am really sorry, this is a new link for you, the previous link is off the shelf.
https://www.aliexpress.com/item/Key-account/32905346468.html

--------- 原始邮件 ---------
发件人: ◼◼◼◼◼ <◼◼◼◼◼◼>;
发送时间: 2018年8月1日(星期三) 中午11:35
[Quoted text hidden]

[Quoted text hidden]

---

**SMT-杜佳辉-销售助理 <1686956544@qq.com>**        Wed, Aug 1, 2018 at 1:58 PM

To: ◼◼◼◼◼ <◼◼◼◼◼◼◼◼>

The initial link, because the infringement has been removed. This link is new and is in accordance with Option 1. You need to make 30 orders

--------- 原始邮件 ---------
发件人: ◼◼◼◼◼ <◼◼◼◼◼◼◼>;
发送时间: 2018年8月1日(星期三) 中午12:11
[Quoted text hidden]

[Quoted text hidden]

---

To: 1686956544@qq.com        Wed, Aug 1, 2018 at 2:07 PM

Okay, but same product, right?

[Quoted text hidden]

**Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 43 of 226**

**SMT-杜佳辉-销售助理** <1686956544@qq.com> ▪▪▪▪▪▪▪▪▪                         Wed, Aug 1, 2018 at 2:10 PM

To: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ < ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ >

Yes, of course.

------------------ 原始邮件 ------------------
发件人: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ;
发送时间: 2018年8月1日(星期三) 下午2:07
[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                       Wed, Aug 1, 2018 at 2:11 PM

To: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ < ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ >

By the way, do you use WeChat?

------------------ 原始邮件 ------------------
发件人: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ;
发送时间: 2018年8月1日(星期三) 下午2:07
[Quoted text hidden]

---

To: 1686956544@qq.com ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪               Wed, Aug 1, 2018 at 2:13 PM

Good. By the way, Can I pay through paypal?
[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                       Wed, Aug 1, 2018 at 2:16 PM

To: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ < ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ >

I am afraid this will not work, AliExpress will not be able to pay through paypal for the time being.

------------------ 原始邮件 ------------------
发件人: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ;
发送时间: 2018年8月1日(星期三) 下午2:13
[Quoted text hidden]

---

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪                       Wed, Aug 1, 2018 at 2:40 PM

To: 1686956544@qq.com

What about alipay? Can I pay through alipay?
[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                       Wed, Aug 1, 2018 at 3:01 PM

To: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ < ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ >

Dear friends, we only currently support these payment methods.Really sorry
We support the following payment methods.



------------------ 原始邮件 ------------------
发件人: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ;
发送时间: 2018年8月1日(星期三) 下午2:40
[Quoted text hidden]

---

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪                       Wed, Aug 1, 2018 at 3:16 PM

To: 1686956544@qq.com

Don't you accept any of these payment below?:

US Bank Account;DHpay; Payoneer; CMB; Credit Card; Pingpong
[Quoted text hidden]

**2 attachments**

    **310A8972@7FEABB2D.C55A615B.jpg**
    82K

    **310A8972@7FEABB2D.C55A615B.jpg**
    82K

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                       Wed, Aug 1, 2018 at 4:15 PM

To: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ < ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ >

Dear friend, you can try to pay.

------------------ 原始邮件 ------------------
发件人: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ;
发送时间: 2018年8月1日(星期三) 下午3:16
[Quoted text hidden]

[Quoted text hidden]

---

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪                       Thu, Aug 2, 2018 at 10:07 AM

To: 1686956544@qq.com

Please confirm if you can choose any of what I've mentioned above.
[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                       Thu, Aug 2, 2018 at 11:58 AM

To: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ < ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ >



Dear friend, credit card payment is OK ✚

---------- 原始邮件 ----------
发件人: ████████ <████████>;
发送时间: 2018年8月2日(星期四) 上午10:07

[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                                        Thu, Aug 2, 2018 at 11:59 AM
To: ████████ <████████>

US Bank Account; DHpay; Payoneer; CMB, these channels are not supported by AliExpress.

Card is supported here but it is only Visa credit and debit and Master card credit card.

---------- 原始邮件 ----------
发件人: ████████ <████████>;
发送时间: 2018年8月2日(星期四) 上午10:07

[Quoted text hidden]

---

████████ <████████>                                                            Thu, Aug 2, 2018 at 12:52 PM
To: 1686956544@qq.com

Great! Please reply here your Credit card account number so that I can pay you right away! Thanks!

[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                                       Thu, Aug 2, 2018 at 1:54 PM
To: ████████ <████████>

Dear friends, you can use your credit card to pay directly on AliExpress. This is more secure for you. 🍪

---------- 原始邮件 ----------
发件人: ████████ <████████>;
发送时间: 2018年8月2日(星期四) 中午12:52

[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                                       Thu, Aug 2, 2018 at 1:57 PM
To: ████████ <████████>

by the way,Do you use WeChat or other social apps?...

---------- 原始邮件 ----------
发件人: ████████ <████████>;
发送时间: 2018年8月2日(星期四) 中午12:52

[Quoted text hidden]

---

████████ <████████>                                                            Thu, Aug 2, 2018 at 2:08 PM
To: 1686956544@qq.com

Unfortunately, our internet connection is not functioning well. I have tried ordering directly but It does not working.

[Quoted text hidden]

---

████████ <████████>                                                            Thu, Aug 2, 2018 at 2:08 PM
To: 1686956544@qq.com

None, only email.

[Quoted text hidden]

---

**SMT-杜佳辉-销售助理** <1686956544@qq.com>                                       Fri, Aug 3, 2018 at 9:41 AM
To: ████████ <████████>

Dear friends, you can try to use other networks, product links, we will keep you for a week. Looking forward to your order. 🙂

---------- 原始邮件 ----------
████████ <████████>;
发送时间: 2018年8月2日(星期四) 下午2:08

[Quoted text hidden]

[Quoted text hidden]

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



**Review your Order**

## 1. Select your shipping information:



██████████

105 Avenue B
Apt 4B
New york, New York, 10009
United States

██████████

✎ Edit

✚ Add a new address

## 2. Review and confirm your order (1 items):



Seller: FireFox outdoor Store

Product Name & Details

Key account                                  1  lot  ×  US $33.25          ePacket ▾

                                                                    **Free shipping**
                                                            Delivery Time:  **12-20 days**

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

Subtotal:              US $33.25
Shipping:              US $0.00
Total:                **US $33.25**

## 3. Payment method



○  VISA  ⬤ ⬤ AMEX JCB DISCOVER ⬤

⬤  Other payment methods   Bank Transfer  WESTERN UNION  WebMoney

☐ Apply AliExpress Coupon:  You don't have any coupons  ▾         - US $0.00

🛡 **Buyer Protection**                          All Total:  **US $33.25**

☑ **Full Refund** if you don't receive
  your order
☑ **Full or Partial Refund** , if the item is      [ **Confirm & Pay** ]
  not as described

Learn More ▸

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Alipay Privacy Notice
- Promotion Terms & Conditions
Click here to learn more about Buyer Protection for online transactions on AliExpress

256

# DEFENDANT FZCSPEEDS Store

# Defendant's Listing for Infringing Products

7/26/2018     UNO Card Standard Edition Playing Cards Chrome Paper Multi colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alib...

Case 1:18-cv-08824-LAP     Document 15-2     Filed 10/18/18     Page 49 of 226

BACK TO SCHOOL     FULL MARKS FOR STYLE     More style, less voltage. Now up to 40% off.     SHOP NOW

**AliExpress™**

Buyer Protection | Help ▾ | Save big on our app! | Ship to 🇺🇸 / USD ▾ | Language ▾

I'm shopping for... 🔍 | 🛒 0 | ♡ | 👤

New here? Get your coupons!

Store: **FZCSPEEDS Store**     97.3% Positive feedback ▾     Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

### UNO Card Standard Edition Playing Cards Chrome Paper Multi-colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual

| | |
|---|---|
| Price: | US $9.99 / piece |
| Discount Price: | **US $8.99** / piece  **-10%**  01h:41m:01s |

🚚 **Get our app to see exclusive prices** ▾ | Bulk Price ▾

| | |
|---|---|
| Shipping: | **US $3.26** to United States via ePacket ▾ |
| | Estimated Delivery Time: **12-20 days** ❓ |
| Quantity: | − 1 + piece (1974 pieces available) |
| Total Price: | **US $12.25** |

**Buy Now**     **Add to Cart**

♡ Add to Wish List ▾

| | | |
|---|---|---|
| New User Coupon: | US $4.00 | GET IT NOW |
| Store Promotion: | US $1.00 off per $19.00 ▾ | |
| Return Policy | Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸ | |
| Seller Guarantees: | 🚚 On-time Delivery **35 days** | |
| Payment: | VISA  MasterCard  💳  PayPal  WESTERN UNION  🏦 Bank Transfer | |

View More ▾

🛡️ **Buyer Protection**
✓ **Full Refund** if you don't receive your order
✓ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

**Product Details** | Feedback (0) | Shipping & Payment | Seller Guarantees

**Seller Discount**
On all products
Time left until promotion ends : 7d 0h 0m
Shop Now ▸

- Get US $1.00 off on orders over US $19.00
- Get US $2.00 off on orders over US $37.00
- Get US $4.00 off on orders over US $73.00
(Incl. shipping costs)

If you want to purchase more than one product, please add everything to your Cart first. When you proceed to the checkout page, the Seller Discount will be automatically calculated.

**Item specifics**

| | |
|---|---|
| Brand Name: pgm | Age: >4 Years |
| Maximum Player Number: 8 | Minimum Player Number: 2 |
| Game Length: 0-30 minutes | Type: UNO Card |
| Teaching Mode: Book | Tabletop Game Product: Card Cover |
| Game Difficulty Level: Intermediate | Material: Paper |
| Type: Normal | Model Number: 2507017 |
| is_customized: Yes | Name: Standard Edition UNO Playing Cards |
| Color: Multi-colored | Material: Chrome Paper |
| Card Size: 8.6cm x 5.6 cm (L x W) | Net Weight: about 176g |
| Package: 1 set family game poker (108pcs cards) | Code: 2507017 |
| Origin ofplace: China | Gender: Unisex |
| Quantity: One piece | |

Recently Viewed ▲

259

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 50 of 226

Product Description

Detail Information

UNO Card Standard Edition Playing Cards Chrome Paper Multi-colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual

Card Color: Multi-colored
Material: Chrome Paper
Card Size: 8.6cm x 5.6 cm (L x W)
Net Weight: about 176g

Package: 1 set family game poker (108pcs cards)

Note: Due to the difference between different Monitors, the picture may not reflect the actual color of the article. We guarantee the style is the same as shown in the pictures. Thank you!
Code:2507017

Real Pictures

Recently Viewed

260

7/26/2018          UNO Card Standard Edition Playing Cards Chrome Paper Multi colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alib…





Recently Viewed ▲

7/26/2018     UNO Card Standard Edition Playing Cards Chrome Paper Multi colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alib…





Recently Viewed ⌃

https://www.aliexpress.com/item/UNO-Card-Standard-Edition-Playing-Cards-Chrome-Paper-Multi-colored-5-6-8-8CM-Family-Fun/32896036108.html                4/8

7/26/2018   UNO Card Standard Edition Playing Cards Chrome Paper Multi colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alib…

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 53 of 226





Recently Viewed

7/26/2018    UNO Card Standard Edition Playing Cards Chrome Paper Multi colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alib…

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 54 of 226





**Shipping**

. Mostly,the orders will send out within 2-4 working days after payment confirmed.
. We will inform you if we need more time to prepare.
. Items are only shipping after payment confirmed.
. Aliexpress need 24 hours to confirm your payment.
. All tracking in one website. 17TRACK.
. Mostly.It will takes 15-40 to your country by China Post Registered Air Mail.
. 7-12 days by epacket.3-7 days by EMS. 5-7 days by DHL.

Recently Viewed

7/26/2018   UNO Card Standard Edition Playing Cards Chrome Paper Multi colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alib…

Case 1:18-cv-08324-LAP   Document 15-2   Filed 10/18/18   Page 55 of 226

. Mostly,the tracking information on line.it can show logistics and email will update when it's working days.
. Please Check out your address carefully when processing order.
. We will only send to the address you write.
. **Russian friends** need to write your full name,or will can't receive the parcel.

### Service
. We offer 7-24 hours online service.
. Your inquiry will be reply within 6 hours
. We will check the goods carefully before shipping.
. Our working time. monday to Saturday.
. If anything we can help you.pls contact us.

### Dispute
. If you are not Satisfied with product.pls not open a dispute.pls contact us.we will give you a Solution asap.
. Dispute is not the only way to slove the problem.it's better happy to slove it.thank you.
. If our responsibility.we accept return the goods or refund.
. If confirm missing.we will check it and resend.
. If you not receive your items.pls contact us.
. Mostly,the parcel will arrive on time.but may be sometimes will delay.pls be patient and waitting.thank you for your understand.
. The payment is only for the order.different country different tax policy.may be you will charge tax fee.pls consulting the staff of local customs before purchase.

### Feedback
. If you are satisfied with the items.We will appreciated to you.if you give us 5 shining star and share your good feeling or share the beautiful real photos.
. Your positive feedback will be very helpful to us and the new buyer.
. If you are not Satisfied with product.pls not open a dispute or leave a negative feedbkack.pls contact us.we will give you a Satisfied Solution asap. thank you.

### Payment
. We accept the payment which Aliexpress support.
. Master card, VISA,Webmoney,Boleto

### FAQ
. Q1:does safe to pay in Aliexpress?
. R:yes.pls believe Aliexpress and Mr.Jack Ma.
. Q2:how long if shipping by China Post Registered Air Mail?
. R:mostly.it will takes 15-40 days to destination after send out.
. Q3:do you support mix order?
. R:yes.we support.you can choose all you like.
. Q4:do you do wholesale?
. R:yes.pls connact us.we will give you a best price.
. Q5:how can you meet our store again?
. R:en huh,just add our store to your favorite store list.

### Packaging Details

Unit Type: piece                                    Package Weight: 0.2kg (0.44lb.)

Package Size: 10cm x 10cm x 5cm (3.94in x 3.94in x 1.97in)

## More Products

### From This Seller

        

| US $16.79 | US $4.49 | US $1.68 | US $31.99 | US $10.51 | US $11.99 | US |
| ★★★★★ (127) | ★★★★★ (15) | ★★★★★ (263) | ★★★★★ (2) | ★★★★★ (42) | ★★★★★ (4) | ★ |
| 312 orders | 228 orders | 855 orders | 5 orders | 111 orders | 15 orders | 60 |

### From Other Sellers

      

| US $2.71 | US $1.74 | US $2.76 | US $2.77 | US $1.96 | US $1.30 | US |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ (1) | ★ |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

Recently Viewed 🔺

265

7/26/2018    UNO Card Standard Edition Playing Cards Chrome Paper Multi colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alib...

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 56 of 226

**BACK TO SCHOOL**    **FULL MARKS FOR STYLE**    More style, less money. Now up to 40% off.    SHOP NOW

Buyer Protection    Help ▾    📱 Save big on our app!    Ship to 🇺🇸 / USD ▾    Language ▾

**AliExpress**    ≡    I'm shopping for...    🔍    🛒 0    ♡    👤

New here? Get your coupons!    $

Store:  **FZCSPEEDS Store**    97.3% Positive feedback ▾    Follow

Home  ›  All Categories  ›  Sports & Entertainment  ›  Entertainment  ›  Gambling  ›  Playing Cards

### UNO Card Standard Edition Playing Cards Chrome Paper Multi-colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual

| | |
|---|---|
| Price: | US $9.99 / piece |
| Discount Price: | **US $8.99** / piece   -10%   01h:39m:21s |
| | 📱 Get our app to see exclusive prices ▾   Bulk Price ▾ |
| Shipping: | US $3.26 to United States via ePacket ▾ |
| | Estimated Delivery Time: 12-20 days ❓ |
| Quantity: | − 1 +   piece (1974 pieces available) |
| Total Price: | US $12.25 |

**Buy Now**    **Add to Cart**

♡ Add to Wish List

| | |
|---|---|
| New User Coupon: | US $4.00   GET IT NOW |
| Store Promotion: | US $1.00 off per US $19.00 |
| Return Policy | Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸ |
| Seller Guarantees: | On-time Delivery  35 days |
| Payment: | VISA  mastercard  🏧  💳  PayPal  WESTERN UNION  🏦 Bank Transfer  View More ▸ |

🛡 **Buyer Protection**
☑ Full Refund if you don't receive your order
☑ Full or Partial Refund , if the item is not as described

Learn More ▸

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |
|---|---|---|---|

### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1    Ship to: 🇺🇸 United States ▾

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| ePacket | ~~US $4.35~~  US $3.26  You save: US $1.09 (about 25%) | 12-20 days | Available |
| AliExpress Standard Shipping | ~~US $6.97~~  US $4.18  You save: US $2.79 (about 40%) | 19-39 days | Available |
| DHL | ~~US $57.54~~  US $23.01  You save: US $34.53 (about 60%) | 6-13 days | Available |
| EMS | ~~US $40.17~~  US $28.12  You save: US $12.05 (about 30%) | 12-21 days | Available |

### Packaging Details

Unit Type: piece
Package Size: 10cm x 10cm x 5cm (3.94in x 3.94in x 1.97in)
Package Weight: 0.2kg (0.44lb.)

### Payment

We support the following payment methods.

VISA  mastercard  maestro  American Express  QIWI WALLET  WebMoney  Наличный расчет  Мобильный платёж  iD  Boleto  Oldest Online  qiwi pay  Przelewy24  mercado pago  Doku  WESTERN UNION  🏦 Bank Transfer



## Seller Feedback

### Seller Summary

Seller: **FZCSPEEDS Store**

Positive Feedback (Past 6 months): **97.3%**

AliExpress Seller Since: **01 Jun 2016**

### Detailed seller ratings

| Item as Described : | ★★★★★ | 4.8 (2119 ratings) | 0.63% Higher than other sellers |
| Communication : | ★★★★★ | 4.7 (2119 ratings) | 1.47% Lower than other sellers |
| Shipping Speed : | ★★★★★ | 4.7 (2119 ratings) | Equal to other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 440 | 995 | 1,979 |
| Neutral (3 Stars) | 1 | 13 | 30 |
| Negative (1-2 Stars) | 5 | 20 | 54 |
| Positive feedback rate | 98.9% | 98.0% | 97.3% |

Negative Feedback Received as a Seller (Past 6 months)    **Feedback Received as a Seller**

Viewing 1 - 10    ← Previous  **1**  2  ...  6  Next →

| Buyer | Transaction Details | Feedback | Sort by default |
|---|---|---|---|
| A***K | New Outdoor Mini 30x52 Dual for Foc...  2 pieces | ★☆☆☆☆  21 Jul 2018 09:00  mini | |
| W***o | 100pcs/pack 65*90mm New Card Sleeve...  4 pieces | ★☆☆☆☆  18 Jul 2018 11:34  es más grande que la Carta de visita  **Seller's reply**  hi,friend, any problem you should contact me at first,not give us 1 star feedback. | |
| a***a | New 10pcs/lot 19cm 7.41inch Cones M...  1 piece | ★☆☆☆☆  18 Jul 2018 18:10  ainda não recebi este produto | |
| A***s | Daddy Chen Women Sexy Mesh Bikini S...  1 piece | ★☆☆☆☆  04 Jul 2018 03:07  this is so bad it's hilarious  No Feedback Score | |
| M***Z | Women Beach Dress Swimwear Sexy Sli...  1 piece | ★★☆☆☆  28 Jun 2018 06:53  El vestido que me ha llegado no se corresponde con los colores que aparecen en el dibujo. Me ha llegado un vestido de color verde oscuro con dibujos de rosas muy grandes que tampoco se corresponde con la imágen. El color verde que había solicitado era de color verde muy claro con los dibujos de las rosas de color naranja. Es bastante diferente de lo que venden en la imágen y no me gusta. Lo siento. | |
| T***n | Hot Selling Golf Putter Grip PU Put...  1 piece | ★☆☆☆☆  28 Jun 2018 01:26  i ordered wrong side...Maybe My own fault.. but pictures should Be better?  **Seller's reply**  hi,friend, we have mentioned the correct size for the picture. | |
| R***g | SEOBEAN Briefs Swimming Trunks Sexy...  1 piece | ★☆☆☆☆  22 Jun 2018 12:35  didn't got the item  No Feedback Score | |
| B***e | PGM Golf Training Aids Golf Swing T...  1 piece | ★★☆☆☆  17 Jun 2018 02:40  It's too flabby. So, no aid for golf swing. | |
| B***e | PGM Golf Training Aids Golf Swing T...  1 piece | ★★☆☆☆  17 Jun 2018 02:40  It's too flabby. So, no aid for golf swing. | |
| M***r | Naturehike double giant Splicing En...  2 pieces | ★☆☆☆☆  05 Jun 2018 03:39  1 piece wrong color | |

← Previous  **1**  2  ...  6  Next →

Store Categories

- Wholesale
  - new product
  - Board Game
- Swimming
  - Bikini Part
  - Swimming Safety
  - Sandy beach User
  - swimsuit
  - Diving
  - Swimming Goggles
- Yoga
  - Yoga ball
  - Resistance Bands
  - Yoga clothing
  - Yoga Pants
- Bicycle
  - Helmet
  - Socks
  - Bicycle wear and...
  - Other Bicycle Parts
  - Bicycle Bags
- Boxing
  - Boxing Adult Gloves
  - Protective Gear
  - Boxing Sandbag
  - Boxing Children...
- Golf
  - Golf Gloves
  - Golf shoes
  - Other golf parts
  - Golf bag
  - PGM Golf Clothes
  - Golf Club
- Outdoor Sports
  - Outdoor Games
  - Outdoor Bags
  - Outdoor Tents
  - NatureHike Brand
  - Outdoor Safety
  - Outdoor Kitchenware
  - Other Outdoor Parts
  - Outdoor Lights
- Fishing
  - Fishing Lures
  - Fishing Tools
  - Fishing Clothings
  - Fishing Reel
- Fitness
  - Sport Socks
  - Pingpong
  - Soccer
  - Other sports parts
  - protective gear
  - Sport Shoes
- Balls
  - Soccer balls
  - Basketballs
  - Volleyball
- Others

Service Center

✉ Contact Now

Follow

606 Followers

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

Recently Viewed ⌃

# Defendant's Storefront

7/26/2018     Find All China Products On Sale from FZCSPEEDS Store on Aliexpress.com - UNO Card Standard Edition Playing Cards Chrome Paper Multi-colored 5.6*8.8CM Family Fun Play Cards Gift Box English...

Case 1:18-cv-08824-LAP     Document 15-2     Filed 10/18/18     Page 59 of 226



# Communications between NAL and Defendant



https://message.aliexpress.com/buyerMsgDetail.htm?channelId=118172318502&digest=322d2a78cd01ad47cc10e9b1a9dbe853833511bcaeadab3f401e0f848fd93056      1/1



M Gmail      ████████ < ████████████████ >

**Aliexpress Business**

3 messages

---

**Harry** <no_borders@163.com>        Thu, Jul 26, 2018 at 12:54 PM
To: "████████████████ < ████████████████ >

Hi, ████

I am harry,received your contact from Aliexpress.

I have paypal,my paypal:no_borders@163.com

I have Skype,my Skype:+86 13422254896,you can contact me on Skype.

best regards.

 **Harry**

邮箱: no_borders@163.com

签名由 网易邮箱大师 定制

---

To: no_borders@163.com        Thu, Jul 26, 2018 at 1:03 PM
████████ < ████████████████ >

Thank you dear! Please reply here your company name in the aliexpress.

[Quoted text hidden]

---

**Harry** <no_borders@163.com>        Thu, Jul 26, 2018 at 1:06 PM
To: ████████ < ████████████████ >

FZCSPEED STORE.

we also have electronic store,do you want electronic products?

do you have Skype?

 **Harry**

邮箱: no_borders@163.com

签名由 网易邮箱大师 定制

[Quoted text hidden]

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



# AliExpress

| Review your Order | | |
| --- | --- | --- |

## 1. Select your shipping information:



105 Avenue B
Apt 4B
New york, New York, 10009
United States

Edit

✚ Add a new address

## 2. Review and confirm your order (1 items):

Seller: FZCSPEEDS Store

Product Name & Details

| | UNO Card Standard Edition Playing Cards Chrome Paper Multi-colored 5.6*8.8CM Family Fun Play Cards Gift Box English Manual | 1 piece  US $8.99 | ePacket |
| --- | --- | --- | --- |

US $3.26
Delivery Time: 12-20 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

Subtotal:                                            US $8.99
Shipping:                                            US $3.26
Total:                                               US $12.25

## 3. Payment method

○ VISA ... 
○ PayPal
⦿ Other payment methods  WebMoney

☐ Apply AliExpress Coupon:  You don't have any coupons  ▾          - US $0.00

**Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund** , if the item is not as described
Learn More ▸

All Total:  **US $12.25**

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Alipay Privacy Notice

275

# DEFENDANT gift_master

# Defendant's Listing for Infringing Products

7/4/2018    Entertainment Uno Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J Free Cards Games Games Card From Gift_master, $1.51| Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 68 of 226



7/4/2018     Entertainment Uno Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J Free Cards Games Games Card From Gift_master, $1.51| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 69 of 226



## DESCRIPTION

**Note:**

Uno is a classic family card game which is quick and easy to learn

The aim is to score 500 points first by getting rid of all your cards

Players are dealt 7 cards each and the remainder form a draw pile

Match the card by colour or number, or take a card from the pile

Action Cards can be used to foil opponents and gain an advantage

7/4/2018    Entertainment Uno Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J Free Cards Games Games Card From Gift_master, $1.51| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 70 of 226





7/4/2018    Entertainment Uno Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J Free Cards Games Games Card From Gift_master, $1.51| Dhgate.Com

Case 1:18-cv-08824-LAP Document 15-2 Filed 10/18/18 Page 71 of 226





## PAYMENT

There are many payment methods available on DHgate.com such as credit cards, real-time bank transfers, offline payments (bank transfers and Western Union). You can choose a method which is the most convenient for you. To protect your interests, your payment will be temporarily held by DHgate, and will not be released to us until you receive your order and are satisfied with it.

## SHIPPING

281

7/4/2018    Entertainment Uno Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J Free Cards Games Games Card From Gift_master, $1.51| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 72 of 226

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| UPS | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| China Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

## FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

## CUSTOMER SATISFACTION

Please don't hesitate to contact us if you have any questions or concerns before or after your purchase. We are committed to your 100% satisfaction.

If you are searching for a funny game to spend your leisure time, look into this category. Various free cards games from Uno to Taxes poker, any games card in many themes is collected here. You can buy a patience card game and enjoy the entertaining game with your friends and families. All our play card are contained in a dedicate box for you. The best humanity online card game for you. You can now buy play cards online in the cheapest price ever and all the goods will be shipping freely.



Sponsored Products You May Be Interested In   我也要出现在这里

Advertisement ?

Hot poker 100Pcs GX collection of cards cut...
**US $4.7 - 13.15 / Set**
Sold: 8

324pcs set New Poker Trading Cards Sun and ...
**US $0.02 - 0.03 / Piece**
Sold: 50

Poket Pikachu Playing Trading Cards Games S...
**US $0.02 - 0.04 / Piece**
Sold: 8

UNO Playing Poker Cards Table Game Standard...
**US $ 2.12 - 3.26 / Set**
Sold: 50

UNO Playing Poker Cards Table Game Standard...
**US $ 1.70 - 2.54 / Set**
Sold: 50

UNO Playing Poker Cards Table Game Standard...
**US $1.61 - 2.06 / Set**
Sold: 120

Related Keywords: english card games, travel card games, play cards games free, play adult card games, nintendo card games, card games play children, card games children, original card games, educational card games, classic card games

**Customers Who Viewed This Item Also Viewed**   1/4



7/4/2018

Entertainment Uno Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J Free Cards Games Games Card From Gift_master, $1.51| Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 73 of 226








| New card Game Poopyhead Board Game Parent-child | 126 Pcs TCG DIY white core Board game Custom | 24K Gold Foil Plated Poker Playing Cards Traditional Set | No Repeat English POKER GX Trading Card 35 Card 11 | New Arrival Humor Classic Board Game Word Guessing | NEW Design Frosted Waterproof PVC Poker |
|---|---|---|---|---|---|
| US $5.9 - 6.59 / Set | US $0.2 - 0.27 / Piece | US $3.6 - 11.43 / Piece | US $2.02 - 3.23 / Set | US $4.58 - 7.95 / Piece | US $2.42 - 3.13 / Piece |
| Sold: 1670 | Sold: 165 | Sold: 482 | 100 % Positive feedback | 100 % Positive feedback | 98.3 % Positive feedback |

## Other products from Card Games

Page **1** of 2








| One Pack of 108pcs UNO Card Playing Puzzle Board | 24K Gold Foil Plated Poker Playing Cards Karat Golden | 408 PCS SET Harry Potter English Cards Game Funny | High Quality Humor Classic Board Game Word Guessing | Cheap UNO Card Standard Version 270g UNO Card | New card 100 pieces Flash card of GX collection of cards |
|---|---|---|---|---|---|
| US $ 2.60 - 6.29 / Set | US $4.53 - 5.72 / Set | US $ 20.15 - 29.81 / Set | US $4.18 - 5.8 / Piece | US $1.56 - 2.58 / Piece | US $5.13 - 11.09 / Set |

### Your Recently Viewed Items and Featured Recommendations

1/8








| Luxury Bamboo Wood Charger Station for Apple | Wholesale- New Portable Night Light Stick Up LED | Support ios 10.1 10.2 10.3 devices Version For iphone 7 | For iPhone 5 5S 6 6S Plus Apple Housing Back Cover | UNO card game Funny Entertainment Board Games | Fashion Paris Show for iPhone X Luxury Leather |
|---|---|---|---|---|---|
| US $4.36 - 4.9 / Piece | US $2.26 - 2.53 / Piece | US $0.86 - 0.94 / Piece | US $8.42 - 16.25 / Piece | US $1.93 - 2.23 / Piece | US $5.25 - 15.06 / Piece |
| 100 % Positive feedback | Sold: 2 | 98.8 % Positive feedback | Sold: 1172 | Sold: 50 | 97.4 % Positive feedback |

You Viewed:



Please give us your feedback about this page     Click Here

View Seller's Store     Message Seller     Online Chat

Related Searches

• Toys & Gifts                          • Games                          • Card Games

Wholesale Card Games Resources                                                              **More** ▾

• wholesale card games uno wholesale   • wholesale superfight card game core deck   • wholesale table card game   • wholesale easter card game   • interactive card games Australia

Bookmark & Share


Help improve your experience on DHgate.com, Please tell us what you think about this page.





China Wholesale  |  Security & Privacy  |  Help  |  China Manufacturers  |  Seller Home  |  New Products  |  Top Searches  |  Products Online  |  Refined Products  |  Discount Products  |  China Suppliers  |  Customer Service

Terms of Use    Russian    Portuguese    Italian    Spanish    French    German    Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

7/4/2018     Entertainment Uno Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J Free Cards Games Games Card From Gift_master, $1.51| Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 74 of 226



STEP OUT IN STYLE

**STARTING AT 20% OFF**

The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!

shop now ▸

Hello, ▮▮▮▮▮   (✉ 2) ▸ Sign out    🛡 Buyer Protection   Help ▾   ⬥ DHport   📱 Save more on our App!   English ▾

# DHgate.com
Buy Globally · Sell Globally

Shop by Categories ▾    I'm shopping for...   All Categories ▾ 🔍    Hi, ▮▮▮▮ My DHgate ▾   ♡ Favorites   🛒 0 Cart ▾

Home > Toys & Gifts > Games > Card Games > Product detail

## Entertainment UNO Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J

| Price: | US $1.51 - 2.35 / Piece | Reference Currency ▾ |
|---|---|---|

| Wholesale Price ( Piece ): | 120 +<br>US $2.35 | 141 +<br>US $2.14 | 300 +<br>US $1.93 | 500 +<br>US $1.88 | 553 +<br>US $1.81 | ➤ |
|---|---|---|---|---|---|---|

Quantity: 120   Pieces

Shipping Cost: **Free Shipping** to United States Via DHL ▾
Estimated delivery time: Jul 12 and 15, ships out within 5 business days ▾ ?

Total Cost: **US $282.00**

[ Buy it Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 0 )

Store Promotion: Spend US $300.00, Get **$30.00** OFF ▾

Seller Guarantee: 🛡 Return policy   ⏱ On-time Delivery in 7 days

### Sold By
Gift_master

Recommended 👍 1st year
23 Transactions
100% Positive Feedback
Detailed seller ratings ▾

[ Visit Store ]   [ Favorite Store ]

**Contact Seller**
✉ Message
○ Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   MasterCard   Skrill
BANK TRANSFER   AMERICAN EXPRESS

Learn more ▸

See larger image



## Customers Who Bought This Item Also Bought
1/4

2015 Most Popuar Card Games Superfold Cards 500-
**US $13.88 - 14.66** / Piece
Sold: 350

Luxury Gold Foil Poker Playing Card With Gift Box
**US $14.2 - 17.93** / Piece
100 % Positive feedback

270g Standard Edition UNO party cards game family fun
**US $1.41 - 2.18** / Piece
100 % Positive feedback

HOT SALE Entertainment Card Games UNO cards Fun
**US $1.6 - 2.19** / Set
Sold: 200

UNO Card Standard Edition UNO Playing Cards
**US $1.91 - 2.98** / Piece
Sold: 707

New card Game Poopyhead Board Game Parent-child
**US $5.9 - 6.59** / Set
Sold: 1670

---

| Item Description | Customer Reviews(0) | **Shipping Time & Cost** | Report Item |
|---|---|---|---|

### Shipping Time and Cost

Item Location:
Shipping to: United States ▾    Purchase Quantity: 120   [ Calculate ]

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| DHL | 3-6 days | Free Shipping |
| ePacket-sz | 7-15 days | Free Shipping |
| ePacket | 8-30 days | Free Shipping |

### Payments

 **DHgate Service Pledge is especially designed for online transaction.**
Your payment is ONLY released to the seller after you receive and are satisfied with the item. This value-added system is FREE and available for all transactions on DHgate.

 1 Buyer Places Order →  2 Buyer Pays DHgate →  3 Seller Ships Package →  4 Buyer Checks Package →  5 DHgate Pays Seller

$66 Coupon Pack

Related Keywords:   english card games,   travel card games,   play cards games free,   play adult card games,   nintendo card games,   card games play children,   card games children,   original card games,   educational card games,   classic card games

## Customers Who Viewed This Item Also Viewed
1/4

# Defendant's Storefront

DHgate.com   Buy Globally - Sell Globally

Hello, ████████   PayPal   ( ✉ 3 ) Sign out   My DHgate ▾   Help ▾   English ▾   0 Cart

**Gift_master**   ❤ Add To Favorite Stores ( 0 )

Recommended 👍 1ˢᵗyear

100% Positive Feedback   23 Transactions

💬 Online Chat   ✉ Message Seller

Share ▾   | Share 0

uno   | In this store | On DHgate

flow ring , Cartoon Toy , flowrings

| Store Home | **Products** | Sale Items ▾ | TopSelling | Review | About Us |

Store Home > uno

## Store Categories

› Card game (2)

## Popular Search

flow ring   Cartoon Toy   flowrings
flowring toys   magic ring   flow
toys   arm slinky   flow rings toys
Kid toy & Gifts   arm slinky toys
metal toroflux   intelligent toy
moving flow toys

**Top Selling** | Most Reviewed

Glow Stick Creative Light Up Party Tube
US $0.1 / Piece
Item Sold (3400)

Squishy PU Sport Ball Soft Jumbo Ball
US $1.66 / Piece
Item Sold (723)

Squeeze Toy Slow Rising Jumbo Toy Bun
US $0.26 / Piece
Item Sold (600)

New Twist Tangle Toy Fiddle Fidget ADHA
US $0.61 / Piece
Item Sold (320)

Animals Squishy Toy Fashion Cartoon
US $0.33 / Piece
Item Sold (200)

Toroflux Flow rings 5 inch flow toys arm
US $1.31 / Piece
Item Sold (181)

Growing Hatching Dinosaur 60 pcs Egg
US $0.16 / Piece
Item Sold (120)

Novelty Dinosaur Eggs 60 PCS Magic Hatching
US $0.16 / Piece
Item Sold (120)

Soft Jumbo Ice Cream Cone Squishy Hand
US $0.56 / Piece
Item Sold (100)

Water Balloons Portable Fast Fill Magic
US $1.61 / Set
Item Sold (50)

Store   Valid for 5 days
Spend US **$300**, Get $30 OFF

Spend US $300, Get $30 OFF
All store items are on sale! Spend US $300, Get $30 OFF. Please add all items you wish to buy to your shopping cart before proceeding to checkout. The total discount will automatically be calculated during checkout.Time left until promotion ends:
5d 02h 22m 20s

**2 matching products found for uno**

Sort by: Bestselling ▾ Price ▾   Best Match ▾   Price: $ ▢ - $ ▢ Go   Page 1/1 ‹ ›

108 UNO Playing Cards Game For Family Friend Latest version ...
Ships out within 5 business days
US $ 1.51 - 2.35 / Piece
Free Shipping
Add to Cart

Entertainment UNO Card Game Fun Tabletop Play Poker Cards Ex...
Ships out within 5 business days
US $ 1.51 - 2.35 / Piece
Free Shipping
Add to Cart

Bookmark & Share   f   g+   ⚫   v   k   ⚫   ⚫   in   ⚫   g+

✓ Help improve your experience on DHgate.com, Please tell us what you think about this page.

MasterCard   VISA   American Express   UnionPay   Maestro   iDEAL   Sofort   BANK TRANSFER   Verified Secured   PCI DSS   novadebis   square trade   DHimport   socialshops

China Wholesale   Security & Privacy   Help   China Manufacturers   Seller Home   New Products   Top Searches   Products Online   Refined Products   Discount Products   China Suppliers   Customer Service

Terms of Use   Russian   Portuguese   Italian   Spanish   French   German   Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

286



# Communications between NAL and Defendant

STEP OUT IN STYLE
**STARTING AT 20% OFF**

The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!

shop now ▸

Hello, ▮▮▮▮▮ ( ✉ 2 ) Sign out          📧 Buyer Protection   Help ▾    📱 Save more on our App!   Translate ▾

 **DH**gate.com
Buy Globally · Sell Globally

I'm shopping for...   🔍

Hi ▮▮▮▮
My DHgate ▾    ♡ Favorites    🛒 0 Cart ▾

| My DHgate | My Orders | Favorites | Messages | DHpay Account | Membership |

Home > My DHgate > Messages > My Messages > From Sellers > Detail

### My Messages ▾

**From Sellers**
From System(2)
From DHgate
Trash
Message Setting

### Customer Service ▾

Message DHgate
Message History

### Shortcuts

Shipped Orders
Awaiting Shipment
Awaiting Payment
Favorite Items
Completed Orders
Refund & Dispute
Order Tracking

**Customer Service**
Click here for
Live Help

---

[ « Back ]   [ View This Item ]   [ Delete This Conversation ]

☆ **Entertainment UNO Card Game Fun Tabletop Play Poker Cards Excellent Party Family Board Puzzle Game J**

**From:** ▮▮▮▮▮
**Created Time:** 2018-07-03 23:24

[ Reply ]

View This Item

---

Hide earlier news(15)

---

▮▮▮  2018-07-03 23:24

Hello! I am ▮▮▮ from USA, I am looking to purchase this item. Do you deliver to New York, USA?

**gift_master**  2018-07-03 23:53

Hello ▮▮▮ yes, we can deliver to New York via DHL, door to door express, could you pls advise the quantity you want?

**gift_master**  2018-07-03 23:57

pls order online directly, then we will arrange shipment shipped within 4 days, thanks, Gift_master

▮▮▮  2018-07-04 17:20

I need 100 pcs. How much will it cost including the shipping fee?

**gift_master**  2018-07-04 17:28

Hi ▮▮▮

Kindly order online for 120 pieces please, and we will alter the price for you. Meanwhile, the price shown on the Internet includes the shipping fee.

BTW, may i have your whatsapp for further discussion.

Thanks.
Gift_master

▮▮▮  2018-07-04 17:31

Hello! I don't have whats app.

Okay I will order 120 pcs. How should I pay?

**gift_master**  2018-07-04 17:34

Hi ▮▮▮

Thanks for your quick response. The total cost will be US$282, which inlcudes the shipping cost to NY. Items will be shipped out within 4 days after payment.

Thanks.
Gift_master

**gift_master**  2018-07-04 17:42

Hello ▮▮▮ pls order 120 pcs, then we will revise the total amount for 100pcs, it will be work for you

289



**[redacted]**    2018-07-04 20:02

Dear, I am having a hard checking out the item. It took me 2 hrs but nothing happened. can i pay directly to you? Please advise me your paypall

**gift_master**    2018-07-04 20:11

**[redacted]** may i have your email and then will send our Paypal account to you. Thank you. Gift_master

**gift_master**    2018-07-04 21:06

Paypal account is robbin（at）fsbenbi(doc)com. Delete brackets Change question mark. Total will be US$235. Thanks. Gift_master

**[redacted]**    2018-07-04 21:07

robbin @ fsbenbi . com

Is this your paypal?

**gift_master**    2018-07-04 21:08

Yes, you are right.

**gift_master**    2018-07-04 21:09

Actually, you're required to delete the blank. Thanks. Gift_master

**[redacted]**    2018-07-04 21:09

Can you send me your emaaail so that I will message you there when I ma done with the payment if ever I cannot chat you here.

**gift_master**    2018-07-04 21:11

Sure. It's jenny(at)fsbenbi(doc)com. Looking forward to hearing from you soon. Gift_master

**[redacted]**    2018-07-04 21:12

jenny @ fsbenbi . com

this is your email?

**gift_master**    2018-07-04 21:12

Correct.

**[redacted]**    2018-07-04 21:13

Have you tried shipping to USA before dear? How many times?

**gift_master**    2018-07-04 21:16

Sure. We have rich experience in delivering items to USA cus there is a large part of our customers come from USA. So pls don't worry about it. Gift_master

Reply:

Please use English and do not leave any contact message here, i.e. phone number, email address, web address, etc. We will monitor this reply in case it contains any message of this kind.

max.charactors: 4000/4000

Upload File :    You may upload a maximum of 4 files. Format: JPG/GIF/RAR/PDF/DOC/DOCX/TXT. Maximum file size: 1MB.

Email reminder :    The seller has switched off his email alerts but he can still receive your messages.

**Send**

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



# Place your order

Payment Help

## Shipping Address

Add a new address

105 Avenue B, Apt 4B

New York, New York, 10009

United States

Edit

### Order Summary

Your **1** item order will be dispatched in **1** parts.

| | |
|---|---|
| Items Subtotal: | US $282.00 |
| ( 1 items ) | |
| Shipping Cost: | US $0.00 |

**Grand Total:**

**US $282.00**

Proceed to Pay

## Order Details

gift_master



| | |
|---|---|
| Entertainment UNO Card Game Fun Tabletop Play Poke... | |
| Stock in: China | |

| | 120 Pieces | Price US $2.35/Piece | Amount US $282.00 | Shipping Cost Free Shipping |
|---|---|---|---|---|

DHL

Delivery: Estimated between Sat Jul 14 and Tue Jul 17 (seller ships within 5 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

| Item Subtotal: | US $282.00 |
|---|---|
| Shipping Cost: | US $0.00 |
| Order Total: | US $282.00 |

« Back to Cart

| Item Subtotal(1 items): | US $282.00 |
|---|---|
| Shipping Cost: | US $0.00 |
| Grand Total: | US $282.00 |

Proceed to Pay



Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

# DEFENDANT Globle Village Outdoor Store

# Defendant's Listing for Infringing Products

7/19/2018        High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | ...



295

https://www.aliexpress.com/item/High-Quality-UNO-card-game-poker-Family-Fun-One-Pack-of-108pcs-Pokers-Card-Game-Fold/32891100016.html

1/5

Game Difficulty Level: Advanced
Age: more than 8 Years
Type:Normal

**Specifications:**
Card Color: Multi-colored
Material:  Paper
Card Size: 8.7cm x 5.7 cm (L x  W)

**Package Includes:**
1 pcs Family Game Poker (108 cards)







Recently Viewed ⊙

296

7/19/2018    High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | ...

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 87 of 226





Recently Viewed

7/19/2018     High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | …

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 88 of 226





| Packaging Details | |
| --- | --- |
| Unit Type: **Set** | Package Weight: **0.2kg (0.44lb.)** |
| Package Size: **20cm x 20cm x 10cm (7.87in x 7.87in x 3.94in)** | |

## More Products

**From This Seller**













| US $0.62 | US $1.58 | US $35.60 | US $3.74 | US $0.92 | US $2.88 | US $1.58 |
| --- | --- | --- | --- | --- | --- | --- |
| ☆☆☆☆☆ (3) | ★★★★★ (6) | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ (1) | ☆☆☆☆☆ | ☆☆☆☆☆ |

Recently Viewed

7/19/2018　　High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | ...

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 89 of 226

133 orders

## From Other Sellers

      

| US $3.48 | US $3.40 | US $6.79 | US $4.99 | US $3.57 | US $168.00 | US $3.24 |
| --- | --- | --- | --- | --- | --- | --- |
| | (610) | | | | | (13) |
| 10 orders | 1,723 orders | | 5 orders | 5 orders | | 56 orders |

## Premium Related Products

 

| 1Pair 3D Animal Cartoon Socks For Women's | 3pcs Fit 25mm heart Glass Cabochons Antique |
| --- | --- |
| US $1.49 / pair | US $1.46 / piece |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection  -  Privacy Policy  -  Terms of Use  -  Law Enforcement Compliance Guide  © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed

7/19/2018　　High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | …

Case 1:18-cv-08824-LAP　　Document 15-2　　Filed 10/18/18　　Page 90 of 226

Brand of the Day | Featured Brands | **Bluedio** GET LOST IN SOUND On sale July 18th | SHOP NOW

Cookie Preferences　Buyer Protection　Help ▾　|　Save big on our app!　Ship to 🇺🇸 / USD ▾　Language ▾

**AliExpress**

I'm shopping for…

🛒 0　♡　👤

Store: **Globle Village Outdoor Store**　**100%** Positive feedback ▾　Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

Price:　　　US $4.99 / Set

Discount Price:　**US $4.49** / Set　**-10%**　07h:16m:15s

📱 Get our app to see exclusive prices ▾

Shipping:　**Free Shipping to United States via China Post Ordinary Small Packet Plus** ▾
　　　　　Estimated Delivery Time: 20-39 days ❓

Quantity:　　⊖　1　⊕　Set (996 Sets available)

Total Price:　**US $4.49**

[ Buy Now ]　[ Add to Cart ]

♡ Add to Wish List ▾

New User Coupon:　US $4.00　GET IT NOW

Store Promotion:　Get Seller Coupons ▾　US $1.00 off per US $39.00 ▾

Return Policy　Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:　On-time Delivery　60 days

Payment:　VISA  MasterCard  💳  AMERICAN EXPRESS  WESTERN UNION  🏦 Bank Transfer　View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

Product Details　Feedback (0)　**Shipping & Payment**　Seller Guarantees

**Shipping**

Calculate your shipping cost by country/region and quantity.

Quantity: 1　Ship to: 🇺🇸 United States ▾

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| **China Post Ordinary Small Packet Plus** | US $4.35 Free Shipping | 20-39 days | Not available |
| ePacket | US $4.35 US $1.32 You save: US $3.03 (about 70%) | 12-20 days | Available |
| AliExpress Standard Shipping | US $6.97 US $1.34 You save: US $5.63 (about 81%) | 19-39 days | Available |
| e-EMS | US $9.87 US $6.92 You save: US $2.95 (about 30%) | 20-40 days | Not available |
| EMS | US $40.17 US $30.13 You save: US $10.04 (about 25%) | 12-21 days | Available |
| DHL | US $76.66 US $49.83 You save: US $26.83 (about 35%) | 6-13 days | Available |

**Packaging Details**

Unit Type: Set　Package Weight: 0.2kg (0.44lb.)
Package Size: 20cm x 20cm x 10cm (7.87in x 7.87in x 3.94in)

**Payment**

We support the following payment methods.

Recently Viewed ▴

300

Case 1:18-cv-08824-LAP Document 15-2 Filed 10/18/18 Page 91 of 226



Bank Transfer

## More Products

### From This Seller

      

| US $0.62 | US $1.58 | US $35.60 | US $3.74 | US $0.92 | US $2.88 | US $1.58 |
| (3) | (6) | | | (1) | | |
| 133 orders | 40 orders | | 2 orders | 26 orders | 3 orders | 2 orders |

### From Other Sellers

     

| US $3.48 | US $3.40 | US $6.79 | US $4.99 | US $3.57 | US $168.00 | US $3.24 |
| | (610) | | | | | ( |
| 10 orders | 1,723 orders | | 5 orders | 5 orders | | 56 orders |

### Premium Related Products

  

1Pair 3D Animal Cartoon Socks For Women's
US $1.49 / pair

3pcs Fit 25mm heart Glass Cabochons Antique
US $1.46 / piece

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide  © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed

# Defendant's Storefront

7/9/2018    Find All China Products On Sale from Globle Village Outdoor Store on Aliexpress.com - High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertai...



# Communications between NAL and Defendant





**Message Center**

Conversations

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

Search

vincent chen    Search

Globle Village Outdoor Store    Original ▾    More ▾

Globle Village O...    6hours

Good evening Dear,the produ...

About this product    Reply
High Quality UNO card game po...

Hi, do you have different colors of this?    Me

vinc...    Hi Dear,

I only have this color now ,last year i just play this card in guilin with Ameraica n and other country friend,that is my first time to play this card,i think it is so f unny ,so i sell it now,haha

Send

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

**Help**
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

305



# AliExpress

I'm shopping for...    🔍    🛒 Cart 0    ♡    👤

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

**Message Center**
- Conversations
- Spam

**Service Notification**
- Notifications

**Setting**
- Contact Blacklist

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

vincent chen    [Search]

🛍 Globle Village Outdoor Store    Original ▾    More ▾

**Search** ⌄

Globle Village O...    6hours
Good evening Dear,the produ...

About this product
High Quality UNO card game po...    [Reply]

18/07/05 20:23

vinc...    Hi Dear,
I only have this color now ,last year i just play this card in guilin with Ameraica
n and other country friend,that is my first time to play this card,i think it is so f
unny ,so i sell it now,haha

18/07/05 07:27

Great! oh! i agree with you. That's why i am interesting to order this one just to    Me
play all day. Can i pay you now through paypal?

😊  📁

[Send]

---

**Help**
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

▶ Google Play    🍎 App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

7/12/2018                          Alibaba Manufacturer Directory - Suppliers, Manufacturers, Exporters & Importers

Buyer Protection | Help ▾      Mobile   Ship to 🇺🇸   USD ▾      Language ▾

**AliExpress**                              I'm shopping for...  🔍      🛒 Cart 0    ♡    👤

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

### Message Center ⊖

**Conversations**

Spam

### Service Notification ⊖

Notifications

### Setting ⊖

Contact Blacklist

---

AliExpress Mobile App

Search Anywhere, Anytime!



Scan or click to download

---

Search ⌄

Globle Village O...          6hours

Good evening Dear,the produ....

vincent chen          Search

🏪 Globle Village Outdoor Store          Original ⌄   More ⌄

7/6/17 09:07:57
vinc...   Dear,you can pay on aliexpress directly

7/6/17 09:08:26
why? i was trying to pay through paypal and its not going through! im so tired of
it thats why i am asking for your paypal!    Me

7/6/17 09:08:34
vinc...   Maybe you not binding your PayPal account or bank account?

7/6/17 09:08:41
but do you have paypal?    Me

😊  📁

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

307





**Message Center**

- Conversations
- Spam

**Service Notification**

- Notifications

**Setting**

- Contact Blacklist

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

---

vincent chen    [Search]

🔒 Globle Village Outdoor Store    [Original ▾] [More ▾]

**Search ▾**

Globle Village O...    6hours
Good evening Dear,the produ...

18/07/09 08:41
but do you have paypal?   Me

18/07/09 08:44
vinc...   Yes,but if for small quantity order it's complicated and the service charge is expensive,my friend

18/07/09 08:45
vinc...   By the way, how many do you need? my friend

18/07/09 08:45
i want 200 pieces friend.   Me

18/07/09 08:46

[Send]

---

**Help**

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

308





**Message Center**

- Conversations
- Spam

**Service Notification**
- Notifications

**Setting**
- Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

---

Search ▾

Globle Village O...                    6hours
Good evening Dear,the produ...

🏠 Globle Village Outdoor Store

| vincent chen | Search |

Original ▾    More ▾

vinc...    Ok,I will send my PayPal account to you now

okay please provide me your paypal now in order to pay now.    Me

vinc...    1390649701@qq.com this is my PayPal account,you can try now

vinc...    If any problem please feel free to contact me

do you also have alipay?    Me

Send

---

Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

309



Buyer Protection    Help    Mobile    Ship to    /USD    Language

I'm shopping for...    🔍    Cart 0    ♡    👤

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

**Message Center**    ⊖

**Conversations**

Spam

**Service Notification**    ⊕

Notifications

**Setting**    ⊖

Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!



Scan or click to download

Search ⌄

Globle Village O...        6hours

Good evening Dear,the produ...

vincent chen    Search

🛍 Globle Village Outdoor Store        Original ⌄    More ⌄

18/07/09 08:52

vinc...    Yes sure

18/07/09 08:52

vinc...    If you can pay via alipay that will more good

18/07/09 08:53

vinc...    1390649701@qq.com is also my alipay account

18/07/09 08:54

vinc...    If you can pay by alipay that will better than PayPal

18/07/09 08:57

🙂 📁

Send

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Google Play    App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

310





Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.







## Message Center

- **Conversations**
- Spam

### Service Notification
- Notifications

### Setting
- Contact Blacklist

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

Search ⌄

Globle Village O...                    6hours
Good evening Dear,the produ...

vincent chen          Search

🏠 Globle Village Outdoor Store          Original ⌄   More ⌄

vinc... When you finish the payment please let me know and send your detail address to me

vinc... Sure,USA is a big market for us

How about your email dear?          Me

vinc... scotfeng@foxmail.com

Send

## Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

## AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

## Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.







Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

313



Buyer Protection   Help   Mobile   Ship to   USD   Language

I'm shopping for...    Cart 0

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

**Message Center**

Conversations

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download



Search

Globle Village O...        6hours
Good evening Dear,the produ...

vincent chen        Search

⊟ Globle Village Outdoor Store        Original ▾   More ▾

18/07/09 09:53
vinc...   Dear, is any problem of payment?

18/07/09 09:57
WAIT FOR A WHILE I AM WAITING FOR MY MOTHER FRIEND.   Me

18/07/09 09:59
vinc...   Ok ,no problem my friend,take your time

18/07/09 08:32
18/07/09 08:32
vinc...   Good evening my friend,is everything goes well?

18/07/09 08:34

Send

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 Google Play    App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.



Buyer Protection | Help | Mobile | Ship to | AUD | Language

I'm shopping for...   🔍   Cart 0   ♡   👤

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

### Message Center ⊖

**Conversations**

Spam

### Service Notification ⊖

Notifications

### Setting ⊕

Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

[QR code]

Scan or click to download

---

Search ⌄

Globle Village O...          6hours

Good evening Dear,the produ...

---

vincent chen    Search

🛱 Globle Village Outdoor Store          Original ⌄    More ⌄



yes dear i will inform you as soon as possible.          Me

18/07/10 08:34

vinc...    Ok,thank you,dear

18/07/10 08:36

you're welcome          Me

18/07/10 08:36

vinc...    🌹

18/07/10 08:44

💗💗💗          Me

😊  📁

Send

---

### Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.







## Message Center

Conversations

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

Globle Village O...                6hours

Good evening Dear,the produ....

---

vincent chen          Search

🛍 Globle Village Outdoor Store          Original ⌄   More ⌄

Me

Will you finish the payment today?my friend,if you will finish it today,I will prepare product for you first

Will you finish the payment today?my friend,if you will finish it today,I will prepare product for you first

Good morning dear,I am still waiting for your reply

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.







Buyer Protection | Help | Mobile | Ship to | USD | Language

I'm shopping for...

Cart 0

## My AliExpress   My Orders   Message Center   Wish List   My Favorite Stores   Account Settings

### Message Center

| | |
| --- | --- |
| Conversations | |
| Spam | |
| **Service Notification** | |
| Notifications | |
| **Setting** | |
| Contact Blacklist | |

vincent chen   **Search**

**Search** ⌄

🔒 Globle Village Outdoor Store   Original ⌄   More ⌄

Globle Village O...          6hours

Good evening Dear,the produ....



18/07/11 08:45

😂😄😊❤️❤️   Me

18/07/11 08:47

vinc...   😂😂😂

18/07/11 08:59

vinc...   When you finish the payment please send your detail address to me so I can s
end the order to you at the first time 🐤

18/07/11 08:28

Good evening Dear the product is ready but I still not received your payment

😊   📁

**Send**

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

---

**Help**
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.





Buyer Protection   Help   Mobile   Ship to   USD   Language

I'm shopping for...     Cart **0**    ♡    👤

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |



**Message Center**
- Conversations
- Spam

**Service Notification**
- Notifications

**Setting**
- Contact Blacklist

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

**Search** ⌄

Globle Village O...    6hours
Good evening Dear,the produ....

vincent chen   [Search]

🏠 Globle Village Outdoor Store   Original ⌄   More ⌄

😀😍😄💗❤️   Me

18/07/11 08:47

vinc... 😍😍😍

18/07/11 09:09

vinc... When you finish the payment please send your detail address to me so I can s end the order to you at the first time 🙏

18/07/12 08:28

vinc... Good evening Dear,the product is ready,but I still not received your payment, would you mind let me know what happened and what can I do for you ?

😊 📁

[Send]

---

**Help**

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide   © 2010-2017 AliExpress.com. All rights reserved.

319

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant





Review your Order

## 1. Select your shipping information:

✓ Default address

105 Avenue B
Apt 4B
New york, New York, 10009
United States

Edit

✛ Add a new address

## 2. Review and confirm your order (1 items):



Seller: Globle Village Outdoor Store

Product Name & Details

High Quality UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

1   Set   ×   US $4.09

China Post Ordinary Small Packet Plus

**Free shipping**
Delivery Time: 20-39 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| | |
|---|---|
| Subtotal: | US $4.09 |
| Shipping: | US $0.00 |
| Total: | **US $4.09** |

## 3. Payment method



○ VISA ＭＣ 🌐 JCB discover Diners

● Other payment methods   Webmoney

☐ Apply AliExpress Coupon:   You don't have any coupons   - US $0.00



**Buyer Protection**

All Total:   **US $4.09**

☑ **Full Refund** if you don't receive your order

☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

**Confirm & Pay**

Upon clicking the button to confirm and pay, I warrant that I have read and acknowledged:

· Alibaba.com Transaction Services Agreement
· Alipay Services Agreement
· Alipay Privacy Notice
· Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

# DEFENDANT Guangzhou Yuan Cai Packaging Co., Ltd.

# Defendant's Listing for Infringing Products

7/23/2018 Hot Selling Plastic Uno Playing Cards - Buy Plastic Uno Playing Cards,Plastic Uno Playing Cards,Plastic Uno Playing Cards Product on Alibaba.com

Case 1:18-cv-08824-LAP Document 15-2 Filed 10/18/18 Page 114 of 226



7/23/2018　　Hot Selling Plastic Uno Playing Cards - Buy Plastic Uno Playing Cards,Plastic Uno Playing Cards,Plastic Uno Playing Cards Product on Alibaba.com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 115 of 226

Let's print the world!

Hot Selling plastic uno playing cards





## PRODUCTS PARAMETERS

### Hot Selling plastic uno playing cards

| | |
|---|---|
| Material: | 300g art paper |
| | 200g/250g/300g/350/450g are suitable |
| Dimensions/Size: | Customized |
| Finishing: | Printing or film lamination , or vanishing |
| Printing: | 4C/4C ;Full color/Pantone |

### Optional Features (Make to Order)

**Everything can be customized or manufactured based on your requirements**

| | |
|---|---|
| Material: | Art paper(80/128/157/250/300gsm) |
| | Specialty paper (128/157/200gsm) |
| | Kraft paper(100/120/150/200/250/300gsm) |
| Printing: | CMYK, PMS(Pantone Matching System), etc. |
| Dimensions/Size: | As per What You Desire |
| Finishing: | Glossy/Matte lamination;Embossing, Debossing, Hot Stamping(Gold, Silver, Black), |
| | UV spot, Glittering, Die cutting, Aqueous coating, vanishing, etc. |
| Artwork format: | PDF, Adobe Illustrator, Photoshop, Indesign files. |
| | At least 300dpi resolution. |
| Logo: | Customizable based on the provided artwork. |
| MOQ: | 100pcs per title. |

### Other Information

| | |
|---|---|
| Payment Term: | T/T (Bank Transfer), D/P, D/A, Western Union;Paypal,Money Gram, Trade Assurance,Cash |
| Trade Term: | EXW, FOB, CIF and other negotiable terms |
| Port: | Guangzhou, Shenzhen, HongKong |
| Quotation: | Depending on Your Specific Requirements |
| Sample: | Available |
| Packing details: | Polybag+Standard export carton,as your requests |

Key words:　**Hot Selling plastic uno playing cards**

7/23/2018     Hot Selling Plastic Uno Playing Cards - Buy Plastic Uno Playing Cards,Plastic Uno Playing Cards,Plastic Uno Playing Cards Product on Alibaba.com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 116 of 226



7/23/2018  Hot Selling Plastic Uno Playing Cards - Buy Plastic Uno Playing Cards,Plastic Uno Playing Cards,Plastic Uno Playing Cards Product on Alibaba.com

Case 1:18-cv-08824-LAP  Document 15-2  Filed 10/18/18  Page 117 of 226



Magazine

Cook Book / Recipe

Undergrated Aademic Catalog

Catalog / Photo Book

Staple Book

Drawing color filling Book

Leaflet

Folder

Paper Bag

Folding Box

Hardcover Box

Puzzle

Sticker

Wall Calandar

Table Calandar

Game Card

Learning Card

Hang Tag

Greeting Card

Post Cards

Name Cards

7/23/2018       Hot Selling Plastic Uno Playing Cards - Buy Plastic Uno Playing Cards,Plastic Uno Playing Cards,Plastic Uno Playing Cards Product on Alibaba.com

**Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 118 of 226**

## FACTORY PERSPECTIVE



Guangzhou YuanCai Packaging Co.: Ltd is a professional factory with **10+** years experience of providing printing servicces. It is specialized in high end printing and packaging factory in South of China. The Factory has advanced technologies and advanced equipments, such as Heidelberg printing machine, Diecutting machine, lamination machine, automatic binding machine, automacic mounting machine, UV spot printing machine, hotstamping machine and so on.

We have been successfully exporting our products to more than 100 countries world-wide, including Fortune 500 members such as Google, Nora's Nursery, Printing Press, Benz, Pepsi, McDonald and others.

Great service is our mission! Fast delivery is promised and no deliberate delay will happen on your case. High quality is our Obligation! All the products are manufactured according to ISO9001:2015. Customer comes first!Your requirements will be satisfied always at the first time!





## SHIPPING INFO



## * * * FAQ * * *

7/23/2018        Hot Selling Plastic Uno Playing Cards - Buy Plastic Uno Playing Cards,Plastic Uno Playing Cards,Plastic Uno Playing Cards Product on Alibaba.com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 119 of 226

## Q: How to Get in Contact with the Supplier?



 Tel&Whatsapp&Wechat: 0086 18620197009

 Email: sales@yuancaiprinting.com

Skype: yuancaipackaging@hotmail.com

 www.yuancaiprinting.com

Or you can chat with us via Trade Manager

Or you also can send us the inquire via Alibaba at the bottom of this website.

## Q: Why choose us?

**A:** 1.one stop servise form Design to Printing

2.Competitive price guarantee

3.ISO 9001 & SGS certificated

4.Fast delivery

5.24 hours attentive service mind

6.100% Rrturn Policy

7.Convenient location

8.Welcome factory inspection

## Q: What's 100% return policy?

**A:** We stand behind the quality of its proucts and services. If you are not 100% satisfied with your purchase from us.

Simply contact us within 45 days from the shipping date you receive it and we will refund the full price of the product(s). in question,excluding shipping ang processing costs. Indeed,we take great pride in its commitment to customer satisfaction. However, certain circumstances are beyond. Our control and are not covered by the guatantee.Please note that we cannot be responsible for:

1. Spelling,punctuation or grammatical errors made by the customer.

2. Inferior quality or low-resolution of uploaded printing files.

3. Design errors introduced by the customer in the document creation process.

4. Damage to the printing products arising after delivery to the customer.

5. Or any loses / damages caused by the buyers' mistakes &/or responsibility

## Q:Are you a manufacturer or a trading company?

A:We are a manufacturer in the printing & packaging area for 10+ years.We are located in Baiyun District in Guangzhou, China.

Welcome to visit our factory any time!

## Q:Can I get the samples?

A:Yes, of course.

You can get the stock sample for free or you can make samples for running tests on but there will be sample costs and express charges.

## Q:How much is the freight for samples?

A: It really depends on the weight and size of them. Generally speaking, it should be no less than 50 USD.

## Q:How soon can I expect to get the sample?

A:The samples will be ready for delivery in 3-5 days and will be sent via express and arrive in another 3-5 days.

## Q: Free sample policy: why I can not get an exactly same Sample as shown on the website?

**A:** Free sample policy is only valid for the sample we have in stock, not including the customized samples.

And, the samples are changed everyday. So, before place the order for the free sample, pls do contact the sales to check.

If there is no sample exactly the same as the photo displays available, we will show you what other similiar products sample available for you to check.

## Q:How to make the order?

A:Please send us your purchase order via Email or Whatsapp or Wechat, or you can request us to send you the proforma invoice for your order. We need to know the following information for your order:

1)Product information: Quantity, Specifications (Size, Material, Finish and Packing requirements etc.)

2)Required Delivery Time.

3)Shipping information: Company Name, Street address, Phone&Fax number,Destination Sea Port, etc.

4)Forwarder's contact details if there's any in China or you can choose to use the shipping services provided by the suplier.

Keyword: Hot Selling plastic uno playing cards

**\*\*\* The End \*\*\***

**Send your message to this supplier**

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 120 of 226

To: Gwendolyn Hu

*Message:



Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 1000 | Set/Sets ▼

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.  **RFQ** Request for Quotation

**Send**

## You May Like



Top Quality Marked Pl...
US $0.1-1.5 / Set
1000 Set/Sets

Baby sign fun playing ...
US $0.1-1.5 / Set
1000 Set/Sets

Student learning card...
US $0.1-1.5 / Set
1000 Set/Sets

Children Flash Cards
US $0.1-1.5 / Set
1000 Set/Sets

Not exactly what you want? 1 request, multiple quotations  Get Quotations Now >>

**Related Searches :**

pokemon cards
777 playing card
custom playing cards

nude playing card
bicycle playing cards
555 playing cards

blank playing cards
sexy playing cards
tarot cards

**China :**

China 555 playing cards
China nap playing cards
China gold playing cards

China cheap playing cards
China round playing cards
China blank playing cards

China custom playing cards
China arabic playing cards
China marked playing cards

TradeManager: 

  f t ▶ in

⊕ Alibaba.com Site: International · Español · Português · Deutsch · Français · Italiano · हिन्दी · Русский · 한국어 · 日本語 · العربية · עברית · Türk · Nederlands · tiếng Việt · Indonesian · العربية

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

330

# Defendant's Storefront

7/23/2018    Hot Selling plastic uno playing cards - search result, Guangzhou Yuan Cai Packaging Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 122 of 226



7/23/2018　　　　Company Overview - Guangzhou Yuan Cai Packaging Co., Ltd.

Case 1:18-cv-08824-LAP　　Document 15-2　　Filed 10/18/18　　Page 123 of 226

E Alibaba.com
Global trade starts here.™

Sourcing Solutions ⌄　　Services & Membership ⌄　　Help & Community ⌄　　🔍 On Alibaba　|　My Alibaba 91　　Orders 22

1 YRS 🇨🇳 Guangzhou Yuan Cai Packaging Co., L...　♡ Favorite Supplier　　　　　Trade Assurance　　Gold Supplier

**YUAN CAI PRINTING**
**Guangzhou Yuan Cai Packaging Co., Ltd**
◇ www.yuancaiprinting.com　sales@yuancaiprinting.com　Tel:0086 18620197009

| Home | Product Categories | Company Profile | Contacts | Search In This Store |

Home > Company Profile

### Company Overview
Company Introduction

### Company Capability
Trade Capacity
Production Capacity
R&D Capacity

### Business Performance
Buyer Interactions
Ratings & Reviews
Transaction History

### Additional Information
Transaction Level

## Guangzhou Yuan Cai Packaging Co., Ltd.

💬 Chat Now!　　✉ Contact Supplier　　Start O

| | |
|---|---|
| Business Type: | Manufacturer, Trading Company |
| Location: | Guangdong, China (Mainland) |
| Main Products: | Books,Packaging Boxes,Paper Bags,stickers,Games Cards |
| Total Employees: | 51 - 100 People |
| Total Annual Revenue: | US$2.5 Million - US$5 Million |
| Year Established: | 2017 |
| Top 3 Markets: | Domestic Market 23.40%<br>Africa 16.40%<br>North America 13.80% |

✓ Ver

✓ Ver

Guangzhou Yuan Cai Packaging Co., Ltd is a professional factory with 12+ years experience of providing printing services. It is specialized in high end printing and packaging factory in South of China. The Factory has advanced technologies and advanced equipment, such as Heidelberg printing machine, Diecutting machine, lamination machine, automatic binding machine, automatic mounting machine, UV spot printing machine, hot stamping machine and so on.

We have been successfully exporting our products to more than 100 countries world-wide, including Fortune 500 members such as Google, Nora's Nursery,Starbucks, Ferrari, Printing Press, Benz, Pepsi, McDonald and others.

Great service is our mission! Fast delivery is promised and no deliberate delay will happen on your case.
High quality is our Obligation! All the products are manufactured according to ISO9001:2015.
Customer comes first!Your requirements will be satisfied always at the first time!

OEM & ODM is welcome!

We are looking for exploring a bigger market and focusing on the bag industry.
We are looking for good, reliable and long-term business partners.
We are looking for WIN-WIN with our customers.
We are looking for YOU to come ...

Welcome to visit our factory!
Less ▲

## Trade Capacity

View M

| Main Markets | Total Revenue(%) |
|---|---|
| Domestic Market | 23.40% |
| Africa | 16.40% |
| North America | 13.80% |
| Eastern Asia | 10.50% |
| Mid East | 8.60% |
| Oceania | 8.50% |
| South America | 6.50% |
| Eastern Europe | 5.50% |
| Southeast Asia | 4.50% |
| Central America | 2.30% |

| | |
|---|---|
| Export Percentage: | 71% - 80% |
| Export Mode: | Using an agent |
| No. of Employees in Trade Department: | 6-10 People |

Email to this supplier


TOP

333

Alibaba.com Global trade starts here. Sourcing Solutions Services & Membership Help & Community On Alibaba | My Alibaba 91 Orders 22

1 YRS Guangzhou Yuan Cai Packaging Co., L... Favorite Supplier Trade Assurance Gold Supplier

YUAN CAI Guangzhou Yuan Cai Packaging Co., Ltd
www.yuancaiprinting.com sales@yuancaiprinting.com Tel:0086 18620197009

Home | Product Categories | Company Profile | Contacts | Search In This Store

Contact Supplier | Chat Now | Browsing History | Message Center 1 | Trade Manager

Home > Company Profile > Transaction History

**Company Overview**
- Company Introduction

**Company Capability**
- Trade Capacity
- Production Capacity
- R&D Capacity

**Business Performance**
- Buyer Interactions
- Ratings & Reviews
- Transaction History

**Additional Information**
- Transaction Level

## Transaction History

Chat Now! Contact Supplier Start

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

### Transaction Overview 2017.07 - 2018.06

Transactions

No. of Transactions: 4, 2, 0
Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun

Export Markets

No. of Transactions | Transaction Value

| Market | No. of Transactions |
|---|---|
| CN | 3 |
| US | 2 |
| AU | 1 |
| GH | 1 |

0 1 2 3 4 5

### Transaction Details

United States

This supplier has completed 2 Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| United States | USD $*,***.** | 04/25/2018 |
| United States | USD $*,***.** | 12/08/2017 |

1

**Email to this supplier**

To: Gwendolyn Hu

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.


TOP





**Alibaba.com**
Global trade starts here™

Sourcing Solutions ▾    Services & Membership ▾    Help & Community ▾

1 YRS    Guangzhou Yuan Cai Packaging Co., Ltd. ▾    ♡ Favorite Supplier    Trade Assurance    Gold Supplier

YUAN CAI
**Guangzhou Yuan Cai Packaging Co., Ltd**
◇ www.yuancaiprinting.com ✉ sales@yuancaiprinting.com  Tel:0086 18620197009

| Home | Product Categories | Company Profile | Contacts | Search In This Store |

Contact Supplier

Chat Now

Browsing History

Message Center

Trade Manager

## Contact Information



**Ms. Gwendolyn Hu**

◉ Chat Now!

| Telephone: | 0086-20-18620197009 |
| Address: | yongping street |
| Zip: | 510000 |
| Country/Region: | China (Mainland) |
| Province/State: | Guangdong |
| City: | Guangzhou |

✉ Contact Supplier        Start Order

## Company Contact Information



| ✔ Company Name: | Guangzhou Yuan Cai Packaging Co., Ltd. |
| ✔ Operational Address: | North Half, 2F, Bldg. E, Xinting Industry Zone, Yongping Street, Guangzhou, Guangdong, China (Mainland) |
| Website: | http://www.yuancaiprinting.com |
| Website on alibaba.com: | yuancai.en.alibaba.com |

**Send message to supplier**

To:  Gwendolyn Hu

* Message:    Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

⊕ Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - ภาษาไทย

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

# Communications between NAL and Defendant





# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

**GUANGZHOU YUAN CAI PACKAGING CO.,LIMITED**

**YUAN CAI**

**PROFORMA INVOICE**

| ORDER NO:  YC1-1401 | DATE:  23 July  2018 |
|---|---|

**MANUFACTURER AND SELLER：GUANGZHOU YUAN CAI PACKAGING CO.,LIMITED**
**Mobile: 0086-18620197009**
**E-mail: sales@yuancaiprinting.com**
**Website: www.yuancaiprinting.com**

**Buyer:**
**Address:  340 Clinton St, Brooklyn, NY 11231 USA**
**E-mail:**
**Tel:**

| MODEL | PICTURES | SPECS | QUANTITY (PCS) | UNIT PRICE (US$) | TOTAL AMOUNT (US$) |
|---|---|---|---|---|---|
| uno cards sample | | uno cards whole set sample 108pcs paper cards per set + paper box | 1 set | USD 60 | USD 60, including delivery |
| | | | | TOTAL | USD 60 |

**1. PAYMENT: 50%should be paid before production, and then Balance 50% should be paid before delivery. If order is urgent, better to pay 100%.**
        **All bank charges are buyer's responsibility.**

**2.Bank information :**
**Beneficiary Name: GUANGZHOU YUAN CAI CO., LIMITED**
**Beneficiary Account Number: 009-019266-055**
**Beneficiary Bank Name: HSBC BANK (CHINA) COMPANY LIMITED GUANGZHOU BRANCH**
**Swift Code: HSBCCNSHGZH**
**Beneficiary Bank Address:G2 G/F GARDEN HOTEL368 HUAN SHI DONG LU GUANGZHOU CHINA**

**3. Paypal Account:   samplepaygz@163.com**

**MANUFACTURE:**
**STAMP：**          *For and on behalf of*
**SIGNATURE:**      Guangzhou Yuan Cai Co., Limited
                    廣 州 原 彩 有 限 公 司
                    Gwendolyn
                    Authorized Signature(s)

**BUYER:**
 **STAMP：**
 **SIGNATURE:**

# DEFENDANT hitorhikeoutdoors Store

# Defendant's Listing for Infringing Products

7/19/2018 Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/16/18   Page 133 of 226

**Brand of the Day** | Featured **Brands** | **Bluedio** GET LOST IN SOUND On sale July 18th   SHOP NOW

Cookie Preferences    Buyer Protection    Help ⌄    📱 Save big on our app!    Ship to 🇺🇸 / USD ⌄    Language ⌄

**AliExpress**™ | ≡ | I'm shopping for... | 🔍 | 🛒 0 | ♡ | 👤

Store: **hitorhikeoutdoors Store**   97.9% Positive feedback ⌄   Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

## Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards

⭐⭐⭐⭐⭐ 5.0 (1 votes) ⌄    1 order

Price: ~~US $4.39 / piece~~

Discount Price: **US $4.17** / piece  -5%   06h:58m:18s

🎁 Get our app to see exclusive prices ⌄    Bulk Price ⌄

Shipping: **Free Shipping** to United States via Seller's Shipping Method ⌄
Estimated Delivery Time: 20-38 days ❓

Quantity: [ − ] 1 [ + ] piece (93 pieces available)

Total Price: **US $4.17**

[ Buy Now ]    [ Add to Cart ]

♡ Add to Wish List (21 Adds) ⌄

New User Coupon:  [ US $4.00   GET IT NOW ]

Store Promotion:  [ Get Seller Coupons ⌄ ]  [ US $1.00 off per US $30.00 ]

Return Policy: 🔄 Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees: 🚚 On-time Delivery **60 days**

Payment: VISA  MasterCard  🏧  💳  PayPal  WESTERN UNION  🏦 Bank Transfer   View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund** , if the item is not as described

Learn More ▸

---

Product Details | Feedback (1) | Shipping & Payment | Seller Guarantees

◢ **Seller Discount**
**On all products**

Time left until promotion ends: 2d 0h 0m
Shop Now ▸

• Get US $1.00 off on orders over US $30.00
• Get US $2.00 off on orders over US $59.00
• Get US $3.00 off on orders over US $88.00
(Incl. shipping costs)

If you want to purchase more than one product, please add everything to your Cart first. When you proceed to the checkout page, the Seller Discount will be automatically calculated.

### Item specifics

| | |
|---|---|
| Maximum Player Number: 10 | Type: Normal |
| Tabletop Game Product: Card Cover | Game Difficulty Level: Primary |
| is_customized: Yes | Material: Paper |
| Type: UNO Card | Age: >6 Years |
| Minimum Player Number: 2 | Game Length: 0-30 minutes |
| Model Number: DDSD | Teaching Mode: self learning |
| weight: 175g | material: paper |

### Product Description

7/19/2018    Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 134 of 226



**HITORHIKE 1Pc Aluminum Emergency**
US $0.94



Diving Diver Flashlight
US $27.16



6pcs Spoon Metal
US $5.12



Emergency Survival
US $0.99

Fishing Lures Crab
US $6.64

Gripper Grabber Fishing
US $6.97

High quality Mini Digital Hand Held 50Kg*10g
US $6.69

300g/pc Trek Pole Nordic Walking Poles
US $15.59

Pesca Artificial Lure 20pcs 0.6g/4.5-5cm for
US $2.39

New LED Electronic Luminous Shrimp Lure
US $1.49







344

Recently Viewed

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 135 of 226



Recently Viewed ⊙

345

7/19/2018　　　Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group



https://www.aliexpress.com/item/Topsale-Puzzle-Games-172-8g-108-Cards-Family-Funny-Entertainment-Board-Game-UNO-Fun-Poker-Playing/32735281635.html

Recently Viewed

7/19/2018    Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1.18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 137 of 226



## Q&A

**Wholesale and drop shipping are both welcomed.**

For wholesale,we will offer discount or free express shipping which only takes 15-25 days to arrive.
For drop shipping,we could send the goods to your customers directly and won't leave information about us if you'd like to.

**How can track my parecl?**
You can track your parcel on the following website using your tracking number: www.17track.net/en  (Copied to the browser to open)

**What can I do when purchase protection time is running out?**
If your purchase protection time is running out, please contact us and we can help you to extend it. So your money will not go to my account.

**Is there any customs tax?**
Usually we will declare the minimum value to avoid customs tax. But due to different policies in different countries, there might be customs tax that should be paid by buyer. So you could leave a message when placing the order about how much value you would like to declare.







Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 139 of 226

# About Hitorhike

Since Hitorhike's inception in 2010, it has been firmly committed to the outdoor lifestyle. With tireless dedication to research, design and marketing, Hitorhike has earned recognition as one of the leading brands of trekking poles and has become a favorite of outdoor enthusiasts of all ages.

In 2015, combining the advantages of trekking poles, Hitorhike expanded its scope to include a full set of outdoor exercise and camping to appeal to more people to get outside and let more people make close relationships with nature.

We constantly summarize experience, beyond the self. We've never wanted to settle for less, and we never will. And we are always innovating to produce the highest quality outdoor equipment with our unlimited passion and persist innovative concept. We are trying our best to make customers enjoy outdoor exercise as well as feel like at home with comfortable and portable multifunctional products. Our goal is to give you the best tools possible to enjoy the best the earth offers.

Our earth is simply the most beautiful planet in the universe and we only have this one. We do everything we can to protect it, experience it and share it with others.

**See you outdoors!**

## Buyer be attention please                                        ○ ●●

1. All our products are absolutely real and good, quality is guaranteed.

2. Generally in 30 days delivery, remote area and holiday will extend to 60 days, latest time to brazil is 90 days

3. All products are taken in kind, the color maybe will distorted, refer to the actual product.

4. About tariff/customs duties: We will be appropriate to reduce the value, to avoid tariffs, but does not promise it. It is based on every country's customs.

5. Paypal, if you use paypal,please contract with our customer service.

## Self-help shopping                    advocates the self-service
                                         shopping save shopping time      ○ ●●



Note: We accept Alipay, West union, TT. All major credit cards are accepted through secure payment processor ESCROW.

349

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 140 of 226



**5** ★★★★★
points highp raise

**100%** sincerity service for you

Consistent with description ★★★★★
Service attitude ★★★★★
Delivery speed ★★★★★

**5** STARS

**Dear customer:**



- If you are not satisfied, please contact us, we will provide you with the most satisfactory service!
- If you are satisfied our products and service, oh, please remember to play five points as your encouragement!

### Packaging Details

| | |
|---|---|
| Unit Type: piece | Package Weight: 0.2kg (0.44lb.) |
| Package Size: 15cm x 10cm x 3cm (5.91in x 3.94in x 1.18in) | |

## Transaction History

1 transactions in last 6 months.   Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| L***. MD | 1 piece 01 Jun 2018 10:50 |

◁ 1 ▷

## More Products

### From This Seller

       

| US $1.89 | US $7.99 ★★★★★ (1) 5 orders | US $7.91 ★★★★★ (2) | US $8.69 ★★★★★ (5) 5 orders | US $7.88 ★★★★★ (1) | US $29.88 ★★★★★ (64) 143 orders | US $6.01 ★★★★★ (21) 56 orders |
|---|---|---|---|---|---|---|

### From Other Sellers

      

| US $4.26 ★★★★★ (2) 2 orders | US $3.24 ★★★★★ (13) 56 orders | US $168.00 | US $4.09 ★★★★★ (1) | US $4.25 ★★★★★ (3) 7 orders | US $0.77 ★★★★★ (7) 15 orders | US $4.89 ★★★★★ (97) 270 orders |
|---|---|---|---|---|---|---|

Help
Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Recently Viewed ◉

350

Case 1:19-cv-08824-LAP    Document 15-3    Filed 10/18/19    Page 141 of 226

Brand of the Day    Featured Brands    Bluedio    GET LOST IN SOUND    On sale July 18th    SHOP NOW

Cookie Preferences    Buyer Protection    Help ▾    💬 Save big on our app!    Ship to 🇺🇸 / USD ▾    Language ▾

**AliExpress**    I'm shopping for...

Store:  **hitorhikeoutdoors Store**    97.9% Positive feedback ▾    Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

### Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards

⭐⭐⭐⭐⭐ 5.0 (1 votes) ▾    | 1 order

Price:              US $4.39 / piece
Discount Price:     **US $4.17** / piece    -5%    06h:57m:11s
                    🎁 Get our app to see exclusive prices ▾    Bulk Price ▾

Shipping:   **Free Shipping** to United States via Seller's Shipping Method ▾
            Estimated Delivery Time: 20-38 days ❓

Quantity:   [ − ] 1 [ + ]    piece (93 pieces available)

Total Price:   **US $4.17**

[ Buy Now ]    [ Add to Cart ]

♡ Add to Wish List (21 Adds) ▾

New User Coupon:     US $4.00    GET IT NOW
Store Promotion:     Get Seller Coupons ▾    US $1.00 off per US $30.00 ▾

Return Policy    📋 Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:   🚚 On-time Delivery    **60 days**

Payment:    VISA  MasterCard  💳  💳  PayPal  WESTERN UNION  🏦 Bank Transfer    View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund** , if the item is not as described

Learn More ▸

---

Product Details  |  Feedback (1)  |  **Shipping & Payment**  |  Seller Guarantees

#### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1    Ship to: 🇺🇸 United States

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| **Seller's Shipping Method** | US $0.00  Free Shipping | 20-38 days | Not available |
| **China Post Ordinary Small Packet Plus** | US $4.35  Free Shipping | 20-39 days | Not available |
| **ePacket** | US $4.35  US $1.00  You save: US $3.35 (about 77%) | 12-20 days | Available |
| **AliExpress Standard Shipping** | US $6.97  US $4.87  You save: US $2.10 (about 30%) | 19-39 days | Available |
| **UPS Expedited** | US $64.15  US $38.48  You save: US $25.67 (about 40%) | 11-17 days | Available |
| **EMS** | US $40.17 | 12-21 days | Available |
| **Fedex IE** | US $47.67 | 8-16 days | Available |

Note: Shipping costs shown include fuel surcharges. Import duties, taxes and other customs related charges are not included. Buyers bear all responsibility for all extra charges incurred (if any).
Note: UPS shipping cost savings displayed above reflect discounts offered to AliExpress sellers. They may also include other promotions, subsidies or discounts offered by individual sellers to their buyers, and are only valid on transactions completed via AliExpress.

#### Packaging Details

Unit Type: piece    Package Weight: 0.2kg (0.44lb.)
Package Size: 15cm x 10cm x 3cm (5.91in x 3.94in x 1.18in)

Recently Viewed ▾

351

7/19/2018    Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 142 of 226

Payment

We support the following payment methods.



## More Products

### From This Seller



| | | | | | | |
|---|---|---|---|---|---|---|
| US $1.89 | US $7.99 | US $7.91 | US $8.69 | US $7.88 | US $29.88 | US $6.01 |
| | ★★★★★ (1) | ★★★★★ (2) | ★★★★★ (5) | ★★★★★ (1) | ★★★★★ (64) | ★★★★★ (21) |
| | 5 orders | | 5 orders | | 143 orders | 56 orders |

### From Other Sellers

| | | | | | | |
|---|---|---|---|---|---|---|
| US $4.26 | US $3.24 | US $168.00 | US $4.09 | US $4.25 | US $0.77 | US $4.89 |
| ★★★★★ (2) | ★★★★★ (13) | ★★★★★ | ★★★★★ (1) | ★★★★★ (3) | ★★★★★ (7) | ★★★★★ (97) |
| 2 orders | 56 orders | | | 7 orders | 15 orders | 270 orders |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688



Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed ⊙    352



Store: hitorhikeoutdoors Store    Open: 2 year(s)    97.9%   Positive feedback ▾   Follow



Home > Store Home > Feedback

### Seller Feedback

**Follow**

#### Store Categories

- ⊞ Outdoor Bags
- ⊟ Camping Series
  - – Camping stove
  - – Camping tent
  - – Tools & Accessories...
  - – Inflatable Sofa...
  - – Sleeping Bags
  - – Outdoors cup
  - – Walking stick
  - – Outdoor tableware
  - – Hammock
- ⊟ Sports And Healhy
  - – Skiing
  - – Swimming
  - – Diving mask
  - – Running bag
  - – Sport gloves
  - – Sports protective...
  - – Fitness...
- ⊟ Fishing
  - – Fishing Lure
  - – Fishing tools
  - – Fishing gloves
- ⊟ Outdoors light
  - – Head lamp
  - – Flash light
  - – Tent light
- ⊟ Board games
- ⊟ Riding equipment
  - – Ridding gloves
- ⊟ Others



**Seller Summary**

Seller: hitorhikeoutdoors Store

Positive Feedback (Past 6 months): 97.9%

AliExpress Seller Since: 18 Jun 2016

**Detailed seller ratings**

| | | |
|---|---|---|
| Item as Described : ★★★★★ 4.8 (1789 ratings) | 0.63% Higher | than other sellers |
| Communication : ★★★★★ 4.7 (1789 ratings) | 1.47% Lower | than other sellers |
| Shipping Speed : ★★★★★ 4.7 (1789 ratings) | Equal to | other sellers |

**Feedback History**

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 342 | 1,079 | 1,684 |
| Neutral (3 Stars) | 10 | 33 | 40 |
| Negative (1-2 Stars) | 11 | 25 | 36 |
| Positive feedback rate | 96.9% | 97.7% | 97.9% |



Negative Feedback Received as a Seller (Past 6 months)    |    Feedback Received as a Seller

Viewing 1 - 10      ◀ Previous   1   2   ...   4   Next ▶

| Buyer | Transaction Details | Feedback | Sort by default |
|---|---|---|---|
| R***r | 2018 Sport Bicycle Multi Functional...<br>1 piece | ★☆☆☆☆ 15 Jul 2018 19:40<br>was sent a completely different patterned one :((<br>**Seller's reply**<br>Dear Valued Customer If you are not satisfied , please contact us , we will provide you with the most satisfactory service Please don't feel bad If you have any question I will try my best to help you solve it. Give you a satisfactory answer thanks | |
| L***d | Hitorhike 5L 25L Swimming Waterproo...<br>2 pieces | ★☆☆☆☆ 12 Jul 2018 15:14<br>Je n'ai pas reçu ma commande . Aucune communication du vendeur . | |
| p***a | Slimming male Vest Neoprene body Sh...<br>1 piece | ★★☆☆☆ 10 Jul 2018 18:44<br>Very small size, Wrong size<br>**Seller's reply**<br>How to choose the size: Choose the size ,which a little smaller one than your actually size to make sure this hot sharper to achiere effet. | |
| I***a | 2017 Waterproof Step Movement Calor...<br>1 piece | ★★☆☆☆ 08 Jul 2018 23:44<br>Счетчик пришел уже после того, как произошёл спор и вернули деньги. И это к лучшему, т.к. совершенно неработающая вещица. Отключается сам, снова включаешь - обнуляется результат<br>No Feedback Score<br>**Seller's reply**<br>Dear Valued Customer. If you are not satisfied , please contact us , we will provide you with the most satisfactory service Please don't give me a bad review directly. I hope that we can all handle the problem rationally. Thank you | |
| i***) | 10 Colors Fast Inflatable Lazy bag ...<br>1 piece | ★☆☆☆☆ 05 Jul 2018 21:17<br>○ ○<br>**Seller's reply**<br>Dear Valued Customer. If you are not satisfied , please contact us , we will provide you with the most satisfactory service Please don't give me a bad review directly. I hope that we can all handle the problem rationally. Thank you | |
| i***) | 10 Colors Fast Inflatable Lazy bag ...<br>1 piece | ★☆☆☆☆ 05 Jul 2018 21:17<br>그지<br>**Seller's reply**<br>Dear Valued Customer. If you are not satisfied , please contact us , we will provide you with the most satisfactory service Please don't give me a bad review directly. I hope that we can all handle the problem rationally. Thank you | |
| A***u | Slimming male Vest Neoprene body Sh... | ★★☆☆☆ 30 Jun 2018 03:56 | |

1 piece

**Seller's reply**

Dear Valued Customer You can take a picture of the package you received If it's as strange as you say If you are not satisfied , please contact us , we will provide you with the most satisfactory service You don't like a refund I will certainly agree But please don't make any bad comments thank you

| M***k | 10 PCs Size #8 #6 #4 #2 Nickle Rou... | ⭐☆☆☆☆ | 27 Jun 2018 22:56 |
|---|---|---|---|
| | 1 Lot | Never recieved | |

| M***k | 10 PCs Size #8 #6 #4 #2 Nickle Rou... | ⭐☆☆☆☆ | 27 Jun 2018 22:56 |
|---|---|---|---|
| | 1 Lot | Never recieved | |

| r***r | Slimming male Vest Neoprene body Sh... | ⭐⭐☆☆☆ | 26 Jun 2018 10:39 |
|---|---|---|---|
| | 1 piece | too small, looked bigger | |

**Seller's reply**

How to choose the size: Choose the size ,which a little smaller one than your actually size to make sure this hot sharper to achiere effet. If you are not satisfied , please contact us , we will provide you with the most satisfactory service Please don't give bad comments at will thank you

‹ Previous  **1**  2  ...  4  Next ›

---

### Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection  -  Privacy Policy  -  Terms of Use  -  Law Enforcement Compliance Guide  © 2010-2018 AliExpress.com. All rights reserved.

354

# Defendant's Storefront

7/9/2018    Find All China Products On Sale from hitorhikeoutdoors Store on Aliexpress.com - Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards and …

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 146 of 226





# Communications between NAL and Defendant







Hello, i am so happy that you have many positive feedbacks in your store about this product and because of that i want to order it dear for about 500 pieces and pay using paypal now.

Me

John...   Dear Valued Customer,
maybe the following questions will help you.

1、 i dont receive my order yet.
2、 Free shipping or not
3、 Delivery time and shipping rules

**Help**

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

358







## Message Center

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Conversations (4)**

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

---

Search ⌄

hitorhikeoutdoo...  2018-07-09
We have customers in the Uni...

---

Johny guo  [Search]

🏠 hitorhikeoutdoors Store  [FAQ] [Original ⌄] [More ⌄]

About this product
Topsale Puzzle Games 172.8g 1...  [Reply]

18/07/05 15:13

John... Dear Valued Customer,
maybe the following questions will help you.
1、i dont receive my order yet.
2、Free shipping or not
3、Delivery time and shipping rules

18/07/05 15:17

John... Dear Valued Customer
Thank you for choosing my products, wish you good luck.

hello

This is my PayPal: michael@homful.net

[Send]

---

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

---

### Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

### AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

### Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.





**Message Center**

Conversations **(4)**

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

Search

hitorhikeoutdoo...          2018-07-09

We have customers in the Uni...

Johny guo          Search

🛒 hitorhikeoutdoors Store          FAQ    Original    More

John...    Dear Valued Customer
Thank you for choosing my products, wish you good luck.

hello

This is my PayPal：michael@homful.net

If you are not satisfied ,
please contact us ,
we will provide you with the most satisfactory service

thanks and regards!

can you ship to new york?          Me

Send

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.



Buyer Protection   Help   Mobile   Ship to   USD   Language

I'm shopping for...

Cart 0

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

**Message Center**

Conversations (4)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download



Search ⌄

hitorhikeoutdoo...          2018-07-09
We have customers in the Uni...

Johny guo          Search

🛒 hitorhikeoutdoors Store          FAQ   Original ⌄   More ⌄

18/07/05 15:35

do you have email dear?          Me

18/07/05 15:58

please reply if can you ship to new york?          Me
what is your email address?
Have you been shipped before in USA?

18/07/05 16:23

John...    Dear Valued Customer

hello

sure,I can send to New York.
My email address:  eason@hitorhike.com

😊  📁

Send

Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.



Buyer Protection · Help · Mobile · Ship to · USD · Language

I'm shopping for... 🔍   Cart 0

My AliExpress   My Orders   Message Center   Wish List   My Favorite Stores   Account Settings

### Message Center

Conversations (4)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!



Scan or click to download

---

Search ⌄

hitorhikeoutdoo...        2018-07-09

We have customers in the Uni...

---

🏬 hitorhikeoutdoors Store

Johny guo        Search

💬 FAQ     Original ⌄     More ⌄



John...   18/07/05 16:23

Dear Valued Customer

hello

sure,I can send to New York.

My email address:   eason@hitorhike.com

We are shipping from China
So we can give you a small gift.
Thank you

18/07/05 07:35

So, have you been shipped before in USA?   Me

😊 📁

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Google Play   App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.





**Message Center**

Conversations (4)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

hitorhikeoutdoo...    2018-07-09
We have customers in the Uni...

Search

Johny guo    Search

hitorhikeoutdoors Store    FAQ   Original   More

John... We can send the package to the United States, delivery time is 14 to 20 days, thank you

but do you have customers before in USA?   Me

John... We have customers in the United States, you can buy with confidence, if you are worried about delivery time, I can give you a faster logistics service.If you are not satisfied ,
please contact us ,
we will provide you with the most satisfactory service

Send

**Help**

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Google Play    App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

363

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant





**1. Select your shipping information:**

Default address

105 Avenue B
Apt 4B
New york, New York, 10009
United States

Edit

+ Add a new address

**2. Review and confirm your order (1 items):**



Seller: hitorhikeoutdoors Store

Product Name & Details

Topsale Puzzle Games 172.8g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards

| 1 | piece | × | US $4.17 |

Seller's Shipping Method

Free shipping
Delivery Time: 20-38 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| Subtotal: | US $4.17 |
| Shipping: | US $0.00 |
| Total: | US $4.17 |

**3. Payment method**



○ VISA

● PayPal

AliExpress charges a fee of US $0.80 to use PayPal.

○ Other payment methods

☐ Apply AliExpress Coupon:  You don't have any coupons  - US $0.00



**Buyer Protection**

☑ **Full Refund** if you don't receive your order

☑ **Full or Partial Refund** , if the item is not as described

Learn More ›

All Total: **US $4.97**

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement

- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

# DEFENDANT HSPZCJ Store

# Defendant's Listing for Infringing Products

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 158 of 226

**CELEBRATION FOR TWO**
Turn up the heat this season

SHOP LIKE A CHAMPION

SHOP NOW

Buyer Protection   Help   Save big on our app!   Ship to 🇺🇸   USD   Language

# AliExpress

I'm shopping for...

🛒 0   ♡   👤

Store: **HSPZCJ Store**   **98.1%** Positive feedback   Follow

Home > All Categories > Toys & Hobbies > Classic Toys > Magic Tricks



BETTER -- ЛУЧШЕ -- MELHOR    Plastic Poker



### Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Magic Tricks for children gift Classic Toys GH369

⭐⭐⭐⭐⭐ **5.0** (2 votes) ⌄   5 orders

| Price: | **US $12.00** / lot 108 pieces / lot , US $0.12 / piece |
| --- | --- |
| | ‖ Bulk Price ⌄ |
| Color: | White |
| Shipping: | **Free Shipping** to United States via ePacket ⌄ |
| | Estimated Delivery Time: 12-20 days ? |
| Quantity: | − 1 + lot (9994 lots available) |
| Total Price: | Depends on the product properties you select |

**Buy Now**    **Add to Cart**

♡ Add to Wish List ⌄
(85 Adds) ⌄
♡ ⌄

| Store Promotion: | Get Seller Coupons ⌄ | US $1.00 off per US $50.00 ⌄ |
| --- | --- | --- |

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees: 🚚 On-time Delivery **35 days**

Payment: VISA MasterCard 💳 🏦 PayPal WESTERN UNION 🏦 Bank Transfer   View More ▸

### 🛡 Buyer Protection
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

| Product Details | Feedback (2) | Shipping & Payment | Seller Guarantees |
| --- | --- | --- | --- |

### Seller Discount
**On all products**

Time left until promotion ends: 8d 0h 0m
**Shop Now** ▸

- Get US $1.00 off on orders over US $50.00
- Get US $3.00 off on orders over US $145.00
- Get US $5.00 off on orders over US $240.00
(Incl. shipping costs)

If you want to purchase more than one product, please add everything to your Cart first. When you proceed to the checkout page, the Seller Discount will be automatically calculated.

### Item specifics

| | |
| --- | --- |
| Age Range: 12-15 Years,5-7 Years,Grownups,8-11 Y... | Plastic Type: **PVC** |
| Features: Beginner,Professional,Learn,Magicians,... | Performance Form: **Close-up Magic** |
| Model Number: **GH369** | Warning: **NONE** |
| Size: **One Size** | Gender: **Unisex** |
| Is Instructions Included: **Yes** | Material: **Plastic** |
| Type: **Card** | Size: **88*57mm** |
| Total number of cards: **108 pieces** | |

### Product Description

## Welcome To Our Store

Recently Viewed ⌃

Case 1:18-cv-08824-LAP Document 15-2 Filed 10/18/18 Page 159 of 226

# Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Street Magic Tricks for children gift Classic Toys GH369

**Item Name:** Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Street Magic Tricks for children gift Classic Toys GH369

**Age:** >3 Years Old

**Material:** Plastic

**Color:** Multicolor

**Size:** 88*57mm

**Model Number:** GH369

**Number:** Ordinary card (76), Function card (24), omnipotent card (8)

UNO is a originated in Europe, popular all over the world card game, invented by Merle Robbins in 1971,the production of UNO by the game company Mattel is Spanish and Italian for "1" means. Because of the rules of the game,when players have only one card, must shout "UNO", hense the game.

## Product Show





## Welcome To Our Store! Shopping Happily!

369

Recently Viewed

7/9/2018    Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Magic Tricks for children gift Classic Toys GH369-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 160 of 226



**Payment**

1.We can accept T/T,Western Union,Money Order,the best way is direct online payment.
or refer to  http://escrow.aliexpress.com/

2.Once your payment done Aliexpress need 24 hours to check the payment,unsafe order will be canceled automatic.

3.Make sure that information like contact person,address,post code,telephone is right.

4.Due to the adjustment of the Russian postal policy, the Russian Friend need to fill the full name of the consignee name
to normal pickup. **Please Give us Full Three Name For Us.**

Please contact with us in time,If you want change address,if not we will send parcel to the original address for this reason
deal is parcel lost,buyer should pay the loss.Thank you for your understanding.

**Shipping**

1.We will send the goods within 3 business days after the full payment has been confirmed.If the payment is not available,
your order will be closed automatically.

2.All goods will be marked as "gift or clothes",it's easy for your customs clearance.
(if you want to declare the goods as other item name,or specify an value for custom,please inform us before you buy)

| Transport Mode | Destination | Shipping Time | Freight Cost |
|---|---|---|---|
| Epacket | U.S | 10-30days | Free |
| China Post Air Mail | Other Country | 35-60days | Free |
| EMS | Russian Federation | 20-35days | Depend |
| DHL | Most country | 5-10days | Depend |
| Fedexal | Most Country | 4-7days | Depend |

Pls note,Shipping time depend on Logistics Company,in holiday will be delay is normal,Hope my dear friend can understand us

**Feedback**

Your satisfaction is our greatest motivation!

1. If you are satisfied with the item and our service, please
   take a minute to us a positive feedback with 5 stars
   We really appreciate it.
2. If you have any question, please feel free to contact us
   before you leave a negative feedback, we will try our best
   to provide the best service.

Item as described:  ★ ★ ★ ★ ★  5
Communication:  ★ ★ ★ ★ ★  5
Shipping Speed:  ★ ★ ★ ★ ★  5

**Thanks For Your 5 Star Feedback!**

**5 Star Service For All Customers All The Time.**

**Believe Us. Contact Us.**

**Believe You. Help You.**

**We are friends!**

**Quickly Solve All The Questions In Time.**

**Enjoy 5 Star Service Without 1~3 Star feedback.**

**Question**

**Q:** Is there any tracking Number for my item?

**A:** Yes, we ship every order with their Tracking Number, and you can view the shipment staus on the corresponding website.

**Q:** Can be sent by China Post Registered Air Mail when you chose the China Post Ordinary Small Packet Plus?

**A:** Yes, but we only send by China Post Registered Air Mail when you order total money above $14, no matter which shipping way you chose.

**Q:** If you get some problem, how to get the seller response quickly?

**A:** Via Order Message, Trademanager  cn1522858121vrdz

**Reply All Your questions In 1~5 hours.**

**Q:** If you are American buyer, which shipping way will more quickly and suitable?

**A:** ePacket which will more quickly than China Post Registered Air Mail.

**Q:** If you are Russian buyer, the Full name is very important, right?

**A:** yes, the full three name is very important.

**Q:** If you are a reseller, you would like to buy many pieces of your item, what's the wholesale price?

**A:** Welcome to ask us for wholesale. We will send the quantity of products about 35 pieces by the DHL for free shipping.

**Enjoy The Quickly Shipping.**

**Smarter Shopping, Better Living.**

Packaging Details

Unit Type: lot (108 pieces/lot)           Package Weight: 0.26kg (0.57lb.)

Recently Viewed ◉

7/9/2018 Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Magic Tricks for children gift Classic Toys GH369-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 161 of 226

Package Size: 10cm x 10cm x 10cm (3.94in x 3.94in x 3.94in)

## Transaction History

5 transactions in last 6 months.    Sort by latest ▾

| Buyer | Transaction Information |
|-------|------------------------|
|  R***. IS | 1 Lot<br>05 Jul 2018 05:22 |
| E***. IS | 1 Lot<br>02 Jun 2018 20:04 |
| Y***. BH | 1 Lot<br>18 May 2018 12:25 |
| B***. BE | 1 Lot<br>09 May 2018 00:17 |
| P***. IS | 1 Lot<br>02 May 2018 13:03 |

◀ 1 ▶

## More Products

### From This Seller

    

| US $0.90 | US $7.60 | US $2.99 | US $12.90 | US $0.94 | US $17.22 | US $8.33 |
|----------|----------|----------|-----------|----------|-----------|----------|
| ★★★★★ (2) | ★★★★★ | ★★★★★ (19) | ★★★★★ (5) | ★★★★★ (55) | ★★★★★ (14) | ☆☆☆☆☆ |
| 3 orders | | 98 orders | 18 orders | 278 orders | 35 orders | 8 orders |

### From Other Sellers

      

| US $3.40 | US $3.09 | US $3.39 | US $4.89 | US $16.00 | US $3.91 | US $4.54 |
|----------|----------|----------|----------|-----------|----------|----------|
| ★★★★★ (588) | ★★★★★ (142) | ★★★★★ (195) | ★★★★★ (87) | ☆☆☆☆☆ | ★★★★★ (4) | ★★★★★ (82) |
| 1,691 orders | 383 orders | 559 orders | 242 orders | | 38 orders | 225 orders |

### Premium Related Products

  

20pcs/Lot NFC TAG Sticker 13.56MHz ISO14443A  
US $0.17 / piece

100% Hand Painted Vincent Van Gogh Copy  
US $45.90 - 77.40 / piece

Metal Pleasant To The Ear Type Headset Turbine  
US $3.77 / piece

**Magic Tricks Products Related Searches:**

| cards tricks magic | zqion trick | uno game card |
|---|---|---|
| spong magic tricks | toys magic | takagism game magic |
| senses | magic children | magic tricks for boys |

**Wholesale Magic Tricks:**

| Wholesale 3sixty magic | Wholesale tricks magic | Wholesale freaky magic trick |
|---|---|---|
| Wholesale magic tricks for magicians professional | Wholesale poker dealere | Wholesale card game uno |
| Wholesale magical cards | Wholesale magic tricks | Wholesale card magic |

**Magic Tricks Price:**

| cards tricks magic Price | card rising Price | cards tricks magic Price |
|---|---|---|
| trick card Price | magic kids Price | card trick magic Price |
| card games kids Price | magic trick the gift Price | child card games Price |

**Magic Tricks Promotion:**

Recently Viewed ◉

371

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 162 of 226

**SHOP LIKE A CHAMPION**

**CELEBRATION FOR TWO**
Turn up the heat this season

SHOP NOW

Buyer Protection   Help ▾   🔔 Save big on our app!   Ship to 🇺🇸 / USD ▾   Language ▾

**AliExpress**™

I'm shopping for...

🛒 0   ♡   👤

Store: **HSPZCJ Store**   98.1% Positive feedback ▾   Follow

Home > All Categories > Toys & Hobbies > Classic Toys > Magic Tricks



BETTER -- ЛУЧШЕ -- MELHOR    Plastic Poker

### Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Magic Tricks for children gift Classic Toys GH369

★★★★★ 5.0 (2 votes) ▾   5 orders

Price:   **US $12.00** / lot 108 pieces / lot , US $0.12 / piece
| Bulk Price ▾

Color:   White

Shipping:   Free Shipping to United States via ePacket ▾
Estimated Delivery Time: 12-20 days ❓

Quantity:   — 1 +   lot (9994 lots available)

Total Price:   Depends on the product properties you select

**Buy Now**    **Add to Cart**

♡ Add to Wish List ▾
♡ (85 Adds) ▾
♡ ▾

Store Promotion:   Get Seller Coupons ▾   US $1.00 off per US $50.00 ▾

Return Policy   Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ›

Seller Guarantees:   On-time Delivery 35 days

Payment:   VISA   MasterCard   💳   PayPal   WESTERN UNION   Bank Transfer   View More ›

🛡 **Buyer Protection**
☑ Full Refund if you don't receive your order
☑ Full or Partial Refund, if the item is not as described

Learn More ›

| Product Details | Feedback (2) | Shipping & Payment | Seller Guarantees |

## Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1   Ship to: 🇺🇸 United States

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| ePacket | US $5.16 Free Shipping | 12-20 days | Available |
| AliExpress Standard Shipping | US $7.95   US $1.58 You save: US $6.37 (about 80%) | 19-39 days | Available |
| EMS | US $40.17   US $30.13 You save: US $10.04 (about 25%) | 12-21 days | Available |
| DHL | US $57.54   US $43.16 You save: US $14.38 (about 25%) | 6-13 days | Available |

## Packaging Details

Unit Type: lot (108 pieces/lot)    Package Weight: 0.26kg (0.57lb.)

Package Size: 10cm x 10cm x 10cm (3.94in x 3.94in x 3.94in)

## Payment

We support the following payment methods.

VISA   MasterCard   💳   QIWI WALLET   WebMoney   Наличный расчет   Мобильный платеж   Boleto   SOFORT ÜBERWEISUNG   giropay   Przelewy24   mercado pago   Doku   WESTERN UNION   Bank Transfer

## More Products



# Defendant's Storefront

7/9/2018 Find All China Products On Sale from HSPZCJ Store on Aliexpress.com - Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Magic Tricks for children gift Classic Toys GH369 and ...

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 165 of 226



# Communications between NAL and Defendant



**AliExpress**

I'm shopping for...

Cart **0**

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

**Message Center**

Conversations (1)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

‹ Back   **View Details**

✓ Message sent successfully

Send to: HSP ZCJ 🏬 HSPZCJ Store | Add to Blacklist

Insert smileys

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

**Message History**

Delete Conversation

Messages Translation: ◉ Disable ○ English

About this product
Fun Popular Poker Waterproof Clear Cards Desktop Fami...

Hello, are you available for random questions today?
Me
18/07/08 18:00

Hello, are you available for random questions today?
Me
18/07/08 18:00

‹ 1 2 3 4 5 6 ›    Go to Page [ ] Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Google Play    App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

377





Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (1)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Message sent successfully

Send to: HSP ZCJ HSPZCJ Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

Message History

Delete Conversation

**Messages Translation:** Disable English

HSP ZCJ 18/07/08 19:05
Dear I don't have paypal account

Okay, kindly leave me a paypal email. Thanks.
Me 18/07/08 19:04

HSP ZCJ 18/07/08 19:02
You can pay now.And I will send it to you today

HSP ZCJ 18/07/08 19:01
OK

Order NO. 92879127433232
Me 18/07/08 18:51

HSP ZCJ 18/07/08 18:51
OK

Okay, thank you. Please, include a paypal email.
Me 18/07/08 18:50

HSP ZCJ 18/07/08 18:49
you can buy now. And I will send it to you today

HSP ZCJ 18/07/08 18:48
OK

Thank you. Please, send it to me [redacted]
Me 18/07/08 18:42

1 2 3 4 5 6 Go to Page Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

Google Play | App Store

379

https://message.aliexpress.com/buyerMsgDetail.htm?channelId=117932814202&digest=273262919db9c0821fa770b62912c010a4efddddd71aab28332dcd86de9d69a3



I'm shopping for...    Cart 0

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |

## Message Center

- Conversations (1)
- Spam

**Service Notification**
- Notifications

**Setting**
- Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

‹ Back   **View Details**

✓ Message sent successfully

Send to:   HSP ZCJ   📄 HSPZCJ Store   |   Add to Blacklist

Insert smileys

[ Browse ]

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

[ Send ]

## Message History

[ Delete Conversation ]

Messages Translation: ○ Disable ○ English



> Thank you. If that's the case just give me an Alipay email? Please?
> Me — 18/07/08 20:15

HSP ZCJ — 18/07/08 20:14
> Don't worry
> You should trust Aliexpress

> Yes, I am going to pay and buy in AliExpress, but I need to ask for a secure account in case of unsuccessful transactions. :(
> Me — 18/07/08 20:10

> Yes, I am going to pay and buy in AliExpress, but I need to ask for a secure account in case of unsuccessful transactions. :(
> Me — 18/07/08 20:04

HSP ZCJ — 18/07/08 20:02
> Dear
> You can only pay on the Aliexpress
> We don't accept any other method

> I'll be waiting for your reply. I am very sorry for being a keen buyer.
> Me — 18/07/08 20:01

> or any of these?
> US Bank Account?
> Payoneer?
> DH Pay?
> CMB?
> Credit Card?
> Me — 18/07/08 19:57

> Okay thank you. Do you know pingpong method? At least, can I ask for a Pingpong email?
> Me — 18/07/08 19:56

HSP ZCJ — 18/07/08 19:55
> Yes,they always pay in the Aliexpress

> We, foreign people value valid email so much when we ordered because we are very afraid to be cheated.
> Me — 18/07/08 19:55

◄ 1 2 3 4 5 6 ►     Go to Page [ ] [ Go ]

### Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish



# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant





**Review your Order**

ⓘ You have changed the shipping destination; please note that the shipping cost will change accordingly.

## 1. Select your shipping information:



⦿ ▇▇▇▇▇▇

📍 630 Division Road
Bronx, New York, 10469
United States

📱 ▇▇▇▇▇▇

✏ Edit

✛ Add a new address

## 2. Review and confirm your order (1 items):

Seller: HSPZCJ Store

Product Name & Details

Fun Popular Poker Waterproof Clear Cards Desktop Family Games Plastic Magic Tricks for children gift Classic Toys GH369

Color: White

| | | |
|---|---|---|
| 1 lot | × US $12.00 | ePacket ▾ |

**Free shipping**
Delivery Time: 12-20 days

Leave a message for this seller:

> You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| | |
|---|---|
| Subtotal: | US $12.00 |
| Shipping: | US $0.00 |
| Total: | **US $12.00** |

## 3. Payment method

⦿ VISA 💳 💳 💳 💳 💳 💳

○ WebMoney 💰

⦿ PayPal 💳 PayPal

AliExpress charges a fee of US $0.80 to use PayPal.

Show all payment methods

☐ Apply AliExpress Coupon: You don't have any coupons ▾     - US $0.00



🛡 **Buyer Protection**

☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

All Total: **US $12.80**

**Confirm & Pay**

Upon clicking "Place Order", I acknowledge I have read and agreed to:

- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

# DEFENDANT IMDG Store

# Defendant's Listing for Infringing Products

7/6/2018
1pcs UNO Copperplate Paper UNO Cards Board Games Fun Desktop Games Party UNO Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 177 of 226



SHOP LIKE A CHAMPION
ALL-STAR PARENT
Win your kids' hearts as super moms & dads
SHOP NOW

Buyer Protection   Help ▾   Save big on our app!   Ship to 🇺🇸 / USD ▾   Language ▾

 AliExpress

I'm shopping for...

🛒 0   ♡   👤

Store: **IMDG Store**   96.1% Positive feedback ▾   Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards



## 1pcs UNO Copperplate Paper UNO Cards Board Games Fun Desktop Games Party UNO Playing Cards

★★★★★ 5.0 (1 votes) ▾   |   1 order

| | |
|---|---|
| Price: | US $19.12 / piece |
| Discount Price: | **US $16.25** / piece   -15%   8 days left |
| | 🎁 Get our app to see exclusive prices ▾   |   Bulk Price ▾ |

Shipping:   **Free Shipping** to United States via ePacket ▾
Estimated Delivery Time: 12-20 days ❓

Quantity:   − 1 +   piece (999 pieces available)

Total Price:   **US $16.25**

[ Buy Now ]   [ Add to Cart ]

♡ Add to Wish List (7 Adds) ▾

Return Policy   📄 Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:   🚚 On-time Delivery   **35 days**

Payment:   VISA  MasterCard  💳  💳  PayPal  WESTERN UNION  🏦 Bank Transfer   View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

| Product Details | Feedback (1) | Shipping & Payment | Seller Guarantees |

### Item specifics

| | | | |
|---|---|---|---|
| Brand Name: IMDG | | Maximum Player Number: 10 | |
| Type: Normal | | Game Difficulty Level: Primary | |
| Model Number: PK-CB10 | | is_customized: Yes | |
| Material: Paper | | Type: UNO Card | |
| Age: >6 Years | | Minimum Player Number: 2 | |
| Game Length: 0-30 minutes | | Card Size: About 86mm*56mm | |
| Weight: About 450g | | | |

### Product Description

Recently Viewed ▲

387

7/6/2018    1pcs UNO Copperplate Paper UNO Cards Board Games Fun Desktop Games Party UNO Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group





Recently Viewed
https://www.aliexpress.com/item/1pcs-UNO-Copperplate-Paper-UNO-Cards-Board-Games-Fun-Desktop-Games-Party-UNO-Playing-Cards/32784037159.html    2/5

7/6/2018   1pcs UNO Copperplate Paper UNO Cards Board Games Fun Desktop Games Party UNO Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 179 of 226





Recently Viewed ⌃

7/6/2018     1pcs UNO Copperplate Paper UNO Cards Board Games Fun Desktop Games Party UNO Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 180 of 226



## Packaging Details

Unit Type: piece

Package Size: 5cm x 13cm x 12cm (1.97in x 5.12in x 4.72in)

Package Weight: 0.46kg (1.01lb.)

## Transaction History

1 transactions in last 6 months.   Sort by latest ▼

| Buyer | Transaction Information |
|---|---|
| R***, IS | 1 piece <br> 09 Apr 2018 08:11 |

◀   1   ▶

## More Products

### From This Seller



| US $6.51 | US $6.79 | US $12.82 | US $5.69 | US $6.75 | US $10.49 | US $4.83 |
|---|---|---|---|---|---|---|
| ★★★★★ (1) | ★★★★★ | ★★★★★ (3) | ★★★★★ | ★★★★★ (1) | ★★★★★ (23) | ★★★★★ (10..) |
| 2 orders | | 11 orders | | | 43 orders | 151 orders |

### From Other Sellers

| US $14.22 | US $3.35 | US $5.01 | US $4.38 | US $6.07 | US $3.40 | US $13.89 |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ (193) | ★★★★★ (87) | ★★★★★ (3) | ★★★★★ (5) | ★★★★★ (583) | ★★★★★ (7) |
| | 552 orders | 239 orders | 6 orders | 11 orders | 1,687 orders | 8 orders |

Premium Related Products

Recently Viewed ⌃

390

Case 1:18-cv-08824-LAP Document 15-2 Filed 10/18/18 Page 181 of 226

  

 SHOP LIKE A CHAMPION — ALL-STAR PARENT — Win your kids' hearts as super moms & dads — SHOP NOW

Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD | Language



I'm shopping for... 🔍

🛒 0 | ♡ | 👤

Store: **IMDG Store** 96.1% Positive feedback | Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards



### 1pcs UNO Copperplate Paper UNO Cards Board Games Fun Desktop Games Party UNO Playing Cards

★★★★★ **5.0** (1 votes) | 1 order

| | |
|---|---|
| Price: | ~~US $19.12 / piece~~ |
| Discount Price: | **US $16.25** / piece **-15%** **8 days left** |

🎁 Get our app to see exclusive prices ▾ | Bulk Price ▾

Shipping: **Free Shipping to United States via ePacket** ▾
Estimated Delivery Time: **12-20 days** ❓

Quantity: − 1 + piece (999 pieces available)

Total Price: **US $16.25**

[ Buy Now ] [ Add to Cart ]

♡ Add to Wish List (7 Adds) ▾

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees: On-time Delivery **35 days**

Payment:      View More ▸

🛡️ **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

Product Details | Feedback (1) | **Shipping & Payment** | Seller Guarantees

## Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1 | Ship to: 🇺🇸 United States ▾

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| ePacket | ~~US $7.83~~ Free Shipping | 12-20 days | Available |
| AliExpress Standard Shipping | ~~US $11.19~~ US $0.17 You save: US $11.02 (about 98%) | 19-39 days | Available |
| EMS | ~~US $40.17~~ US $19.28 You save: US $20.89 (about 52%) | 12-21 days | Available |
| DHL | ~~US $57.54~~ US $25.89 You save: US $31.65 (about 55%) | 6-13 days | Available |

## Packaging Details

Unit Type: **piece** | Package Weight: **0.46kg (1.01lb.)**

Package Size: **5cm x 13cm x 12cm (1.97in x 5.12in x 4.72in)**

## Payment

We support the following payment methods.

                   

## More Products

**From This Seller**

      

Recently Viewed ▾

391



### Store Categories

- Metal DND Dice Set
- Acrylic DND Dice Set
- Playing Cards
  - Poker
  - UNO Cards
- Dice
  - D6
  - D10
  - D12
  - D20
  - D30
  - D60
- Chips
- Chess Game
- Dice Cup
- Casino Supplies
- sexy dice
- Others

### Service Center

✉ Contact Now

**Follow**
122 Followers

### Top Selling

 2017 foreign trade new 24K gold color...
US $5.78 / piece
Orders(229)

 30Pcs / Set Foreign Trade Selling...
US $4.83 / Set
Orders(151)

 4Pcs / set foreign trade specifically...
US $7.51 / Set
Orders(118)

 2017 foreign trade hot 24K black gold...
US $5.94 / Set
Orders(117)

 2018 hot new adult hot dice 12 faces...
US $0.84 / piece
Orders(85)

 50Pcs/pack new poker casino chips...
US $11.69 / Pack
Orders(73)

 Dungeons & Dragons 7pcs/set Creative...
US $5.23 / Set
Orders(63)

 New Foreign Trade Products Small...
US $5.62 / Set
Orders(50)

 1Pcs foreign trade hot D20 face...
US $5.84 / piece
Orders(48)

 Dungeons & Dragons 7pcs/set Creative...
US $10.49 / Set
Orders(43)

 2018 7pcs/set Creative RPG Game
US $10.49 / Set
Orders(39)

 6Pcs/set 16mm corner plate blank...
US $0.84 / Set
Orders(38)

 100pcs/lot Dice 10mm Small Toy...
US $0.88 / piece
Orders(36)

1Pcs New Wood 5 Cm, Large Color Dice,...
US $2.54 / piece
Orders(32)

## Seller Feedback



**Seller Summary**

| | |
|---|---|
| Seller: | IMDG Store |
| Positive Feedback (Past 6 months): | 96.1% |
| AliExpress Seller Since: | 29 Oct 2016 |

**Detailed seller ratings**

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ 4.7 (1359 ratings) | 1.47% Lower | than other sellers |
| Communication : | ★★★★★ 4.7 (1359 ratings) | 1.47% Lower | than other sellers |
| Shipping Speed : | ★★★★★ 4.6 (1359 ratings) | 1.92% Lower | than other sellers |

**Feedback History**

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 125 | 630 | 1,256 |
| Neutral (3 Stars) | 5 | 19 | 35 |
| Negative (1-2 Stars) | 14 | 34 | 51 |
| Positive feedback rate | 89.9% | 94.9% | 96.1% |

Negative Feedback Received as a Seller (Past 1 month)    Feedback Received as a Seller

Viewing 1 - 10      ◀ Previous | 1 | 2 | Next ▶

| Buyer | Transaction Details | Feedback | Sort by default |
|---|---|---|---|
| C***r | 1Pcs Foreign trade selling 10 Sided... <br> 10 pieces | ★★☆☆☆ 02 Jul 2018 10:40 <br> ... | |
| B***g | 2017 foreign trade new 24K gold col... <br> 1 piece | ★★☆☆☆ 02 Jul 2018 09:36 <br> กล่องอักขระ ควรขึ้นพลาสติกไว้ด้วย | |
| B***g | 2017 foreign trade new 24K gold col... <br> 1 piece | ★★☆☆☆ 02 Jul 2018 09:36 <br> เหมือนถูกแกะกรรมาเล่น | |
| B***g | New tyrant gold, gold foil, golden ... <br> 1 piece | ★★☆☆☆ 02 Jul 2018 09:36 <br> กล่องอักขระ | |
| P***k | The New 20Pcs/set Chip Chip Mahjong... <br> 1 set | ★☆☆☆☆ 30 Jun 2018 01:45 <br> I did not receive goods!! It happens twice during a few month!! | |
| M***n | 100Pcs/set Plating Silver Coins Spa... <br> 1 set | ★☆☆☆☆ 26 Jun 2018 17:29 <br> I'm still waiting for the items. I need total information about that. In deed, I want the items or refund the total amount of money I paid. | |
| M***n | 50Pcs/pack new poker casino chips b... <br> 2 packs | ★☆☆☆☆ 26 Jun 2018 17:29 <br> I'm still waiting for the items. I need total information about that. In deed, I want the items or refund the total amount of money I paid. | |
| L***o | 6Pcs/set foreign trade hot plastic ... <br> 1 set | ★☆☆☆☆ 26 Jun 2018 11:03 <br> I didn't receive the item | |
| A***Z | 2017 foreign trade hot 24K black go... <br> 1 piece | ★☆☆☆☆ 24 Jun 2018 18:12 <br> غير واضح .لا يمكن اللعب بها | |
| M***i | 100Pcs / Set Foreign Trade Hot Sell... <br> 1 set | ★☆☆☆☆ 20 Jun 2018 07:17 <br> There is written Supermarket Cart Chips - But these wont fit any. They are far too large. | |

◀ Previous | 1 | 2 | Next ▶

# Defendant's Storefront

7/6/2018　Find All China Products On Sale from IMDG Store on Aliexpress.com - 2018 Popular Style UNO Fluttering Coated Paper Card Game Card 57 / 87,The classic desktop game paper UNO card game card p...

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 184 of 226





# Communications between NAL and Defendant

7/6/2018 Alibaba Manufacturer Directory - Suppliers, Manufacturers, Exporters & Importers







# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



VeriSign   Verified by VISA   MasterCard SecureCode

Review your Order

## 1. Select your shipping information:



250 W. Grant Street
New york, New York, 10466
United States

✎ Edit

➕ Add a new address

## 2. Review and confirm your order (1 items):



Seller: IMDG Store

Product Name & Details

1pcs UNO Copperplate Paper UNO Cards Board Game s Fun Desktop Games Party UNO Playing Cards

1 piece × US $16.25

ePacket

**Free shipping**
Delivery Time: 12-20 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| | |
|---|---|
| Subtotal: | US $16.25 |
| Shipping: | US $0.00 |
| Total: | US $16.25 |

## 3. Payment method



○ VISA MasterCard Maestro JCB Discover Diners

○ WebMoney WebMoney

◉ PayPal PayPal

AliExpress charges a fee of US $0.30 to use PayPal.

Show all payment methods

☐ Apply AliExpress Coupon: You don't have any coupons   - US $0.00



🛡 **Buyer Protection**

☑ **Full Refund** if you don't receive your order

☑ **Full or Partial Refund** , if the item is not as described

Learn More ▸

All Total: **US $17.05**

Please enter the CAPTCHA:

*JmxF*

Refresh

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement

- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

## Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

# DEFENDANT itmomo

# Defendant's Listing for Infringing Products

7/26/2018     Discount Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New From China | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 193 of 226



HAVING FUN & LOOKING GOOD UP TO 50% OFF

Hello, ██████ Sign out     Buyer Protection | Help ▾ | DHport | Save more on our App! | English ▾

# DHgate.com
Buy Globally · Sell Globally

I'm shopping for...   All Categories ▾   🔍

Hi, ██████ My DHgate ▾   ♡ Favorites   🛒 1 Cart ▾

Home > Sports & Outdoors > Leisure Sports & Games > Gambing > Product detail



5% OFF

Free Shipping

See larger image

Share on 📘 📌 🐦 Ⓑ 🔵 ✉



## Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New

**Store-wide Discount** ⚡ 5% OFF, 5 days left!

**Discount Price:** US $2.87 - 6.52 / Piece     Reference Currency ▾

US $3.02 - 6.86 / Piece

📱 APP-only US $2.84-6.45 ▾

| Wholesale Price ( Piece ) : | 1+ US $6.52 ~~US $6.86~~ | 5 + US $5.43 ~~US $5.72~~ | 30 + US $4.35 ~~US $4.58~~ | 72 + US $3.96 ~~US $4.17~~ | 100 + US $2.97 ~~US $3.13~~ | › |

Quantity:   [ 1 ]   Piece

**Shipping Cost:**   Free Shipping to United States Via ePacket ▾
Estimated delivery time: Aug 10 and Sep 1, ships out within 7 business days   ?

**Total Cost:**   US $6.52

[ **Buy it Now** ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 2 )

Seller Guarantee   🛡 Return policy   ⏱ On-time Delivery in 26 days

### Sold By
**Itmomo**

679 Transactions
98.4% Positive Feedback
Detailed seller ratings ▾

[ Visit Store ] [ Favorite Store ]

### Contact Seller
✉ Message
💬 Online Chat



🛡 **Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   MasterCard   Skrill
BANK TRANSFER   AMERICAN EXPRESS

Learn more »

---

## Customers Who Bought This Item Also Bought
1/4

     

| 54PCS New Transparent Waterproof PVC Poker | Waterproof PVC Poker With Aluminum Box High Quality | HQ066 Waterproof Black PVC Poker 54 Playing Cards Table | Metal Box Plastic PVC Black Poker Waterproof High | 108PCS Quality Plastic PVC Poker Waterproof Playing | New Arrival 11 designs Gold Foil Silver Foil Plated Playing |
|---|---|---|---|---|---|
| US $3.02 - 9.15 / Piece | US $8.35 - 10.63 / Piece | US $13.06 - 14.85 / Set | US $9.96 - 11.33 / Piece | US $5.03 - 12.58 / Piece | US $2.51 - 3.94 / Set |
| 100 % Positive feedback | 88.9 % Positive feedback | 97.1 % Positive feedback | Sold: 1 | 100 % Positive feedback | 99.3 % Positive feedback |

---

**Item Description** | Customer Reviews(0) | Shipping Time & Cost      Report Item



## Seller Discount

There are currently more promotion offered by the seller.
- All Store Items On Sale.

[ View Promotion › ]

### Item specifics
Type :   Playing Cards

### Return policy details
* Buyers can receive a partial refund, and keep the item(s) if they are not as described or with quality issues by negotiating directly with seller within 30 days from the day the item(s) were received.

### Description

| | |
|---|---|
| Product Name: | Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New |
| Item Code: | 393737801 |
| Category: | Gambing |
| Short Description: | Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New |
| Quantity: | 1 Piece |
| Package Size: | 33.0 * 22.0 * 11.0 ( cm ) |
| Gross Weight/Package: | 0.12 ( kg ) |

Features:
100% brand new and high quality.
Number one for fun activities between family and friends.
Appropriate for ages 7 to adult, 2-10 players.
Great for entertainment and to spare free time.
Item type: cards
Material: chrome paper
Color: as picture shows
Card Size: 8.6*5.6cm/3.39**2.20"(L*W)
Quantity: 108 cards
Package includes: 1 x family game poker

7/26/2018　　Discount Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New From China | Dhgate.Com

Case 1:18-cv-08824-LAP　Document 15-2　Filed 10/18/18　Page 194 of 226



7/26/2018    Discount Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New From China | Dhgate.Com






Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/16/18   Page 196 of 226



Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/10/18   Page 197 of 226



407

7/26/2018     Discount Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New From China | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/10/18   Page 198 of 226



7/26/2018     Discount Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New From China | Dhgate.Com

Case 1:18-cv-08824-LAP  Document 15-2  Filed 10/10/18  Page 199 of 226



Do not miss our best Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New here with low price, fast shipping, great quality and perfect service. DHgate.com is a professional online store for Gambing, providing abundant of Gambing at any size and color. With promised quality and exquisite workmanship, you can have a wonderful shopping experience here! Don't hesitate and buy now!

Related Keywords:   solid plastic cubes,   red dices,   bar dice games,   party drinking game,   dice drinking games,   educational family games,   white cube boxes,   silver dice,   transparent plastic cubes,   dice party

### Customers Who Viewed This Item Also Viewed

1/4

     

| Luminous Playing Cards KTV Bar Nightclub Fun | 54PCS New Transparent Waterproof PVC Poker | Metal Box Plastic PVC Black Poker Waterproof High | UNO Playing Poker Cards Table Game Standard Edition | Diforate Luxury Bluetooth Wired Selfie Stick with Rear | Waterproof PVC Poker With Aluminum Box High Quality |
|---|---|---|---|---|---|
| US $6.03 - 6.85 / Set | US $3.02 - 9.15 / Piece | US $9.96 - 11.33 / Piece | US $2.35 - 3.62 / Set | US $16.08 - 21.54 / Piece | US $8.35 - 10.63 / Piece |
| 97.1 % Positive feedback | 100 % Positive feedback | Sold: 1 | 100 % Positive feedback | Sold: 1 | 88.9 % Positive feedback |

### Other products from Gambing

Page 1 of 2

     

| 2015 HOT (10 deck 1 lot ) Plastic Playing Card Pokers | Euro US dollars Style Waterproof Plastic Playing | UNO Card Standard Edition UNO Playing Cards | 120 Set Entertainment Card Games UNO cards Fun Poker | New Leisures Games 7pcs Package Gambing Dice Multi- | 7pcs Set Resin Polyhedral TRPG Games For Dungeons |
|---|---|---|---|---|---|
| US $3.919 - 4.456 / Piece | US $3.12 - 3.89 / Piece | US $1.90 - 2.02 / Set | US $1.29 - 1.75 / Set | US $ 5.02 - 5.71 / Set | US $0.91 - 0.99 / Piece |

409

7/26/2018    Discount Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New From China | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 200 of 226

**Your Recently Viewed Items and Featured Recommendations**                    1/8

      

| | | | | | |
|---|---|---|---|---|---|
| Cheap 4 4s Men Basketball shoes Military Blue Pure Mars | 2018 Flat Sport Shoes Men High Top Running Shoes For | 2017 New Classic Men Shoes Outdoors Casual Men Shoes | Cheap UNO Card Game Playing Card Family Fun | new Revenge X Storm Old Skool Training | HQ066 Waterproof Black PVC Poker 54 Playing Cards Table |
| US $83.24 - 98.58 / Piece | US $35.18 - 40.0 / Pair | US $23.0 - 27.3 / Pair | US $2.08 - 2.92 / Piece | US $45.23 - 56.0 / Pair | US $13.06 - 14.85 / Set |
| 96.1 % Positive feedback | 100 % Positive feedback | Sold: 2 | 100 % Positive feedback | 100 % Positive feedback | 97.1 % Positive feedback |

**You Viewed:**

        

**Please give us your feedback about this page**   Click Here

View Seller's Store   Message Seller   Online Chat

**Related Searches**

· Sports & Outdoors          · Leisure Sports & Games          · Gambing

**Wholesale Gambing Resources**                                        More

· wholesale wholesale wood dice      · wholesale drinking dice game      · wholesale dice d6      · wholesale metal cubes      · jumbo plastic Australia

Bookmark & Share   



🏆 Help improve your experience on DHgate.com, Please tell us what you think about this page.

               

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service |
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

410

7/26/2018    Discount Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New From China | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 201 of 226



Home > Sports & Outdoors > Leisure Sports & Games > Gambling > **Product detail**

### Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New

**Sold By**
Itmomo
679 Transactions
98.4% Positive Feedback
Detailed seller ratings ▾

[ Visit Store ] [ Favorite Store ]

**Contact Seller**
✉ Message
○ Online Chat

| | Store-wide Discount | 5% OFF, 5 days left! |

**Discount Price:** US $2.87 - 6.52 / Piece    Reference Currency ▾

US $3.02 - 6.86 / Piece
📱 APP-only US $2.84-6.45 ▾

| Wholesale Price ( Piece ) : | 1 + US $6.52 ~~US $6.86~~ | 5 + US $5.43 ~~US $5.72~~ | 30 + US $4.35 ~~US $4.58~~ | 72 + US $3.96 ~~US $4.17~~ | 100 + US $2.97 ~~US $3.13~~ | › |

Quantity: `1` Piece

**Shipping Cost:** Free Shipping to United States Via ePacket ▾
Estimated delivery time: Aug 10 and Sep 1, ships out within 7 business days ?

**Total Cost:** US $6.52

[ Buy it Now ] [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 2 )

Seller Guarantee   🛡 Return policy   ⟳ On-time Delivery in 26 days

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   MasterCard   Skrill
BANK TRANSFER   AMERICAN EXPRESS

Learn more »

---

## Customers Who Bought This Item Also Bought   1/4

     

| 54PCS New Transparent Waterproof PVC Poker | Waterproof PVC Poker With Aluminum Box High Quality | HQ066 Waterproof Black PVC Poker 54 Playing Cards Table | Metal Box Plastic PVC Black Poker Waterproof High | 108PCS Quality Plastic PVC Poker Waterproof Playing | New Arrival 11 designs Gold Foil Silver Foil Plated Playing |
|---|---|---|---|---|---|
| US $3.02 - 9.15 / Piece | US $8.35 - 10.63 / Piece | US $13.06 - 14.85 / Set | US $9.96 - 11.33 / Piece | US $5.03 - 12.58 / Piece | US $2.51 - 3.94 / Set |
| 100 % Positive feedback | 88.9 % Positive feedback | 97.1 % Positive feedback | Sold: 1 | 100 % Positive feedback | 99.3 % Positive feedback |

---

| Item Description | Customer Reviews(0) | **Shipping Time & Cost** | | Report Item |

### Shipping Time and Cost

**Item Location:**
Shipping to: United States    Purchase Quantity: `1` [ Calculate ]

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| ePacket | 8-30 days | Free Shipping |
| China Post Air Mail | 14-35 days | Free Shipping |
| DHL | 3-6 days | US $120.58 |

### Payments

 **DHgate Service Pledge is especially designed for online transaction.**
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.



1 Buyer Places Order → 2 Buyer Pays DHgate → 3 Seller Ships Package → 4 Buyer Checks Package → 5 DHgate Pays Seller

Related Keywords:   solid plastic cubes,   red dices,   bar dice games,   party drinking game,   dice drinking games,   educational family games,   white cube boxes,   silver dice,   transparent plastic cubes,   dice party

### Customers Who Viewed This Item Also Viewed   1/4



Home > Seller Review Profile

## Seller Information

**Itmomo**

**679** Transactions

**98.4%** Positive Review ?

Zhejiang, China (Mainland)
10:01 AM Thu Jul 26 Now
Member since Jul 2016

Recommend seller to friends

## Review Score:470

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 64 | 171 | 314 | 484 |
| ⊖ Neutral | 2 | 8 | 12 | 15 |
| ⊖ Negative | 0 | 3 | 6 | 9 |

## Service Detail Score (Mainly Industry : Sports & Outdoors)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.2 / 5.0 | ↓ Lower than Average | 508 |
| Communication | 4.2 / 5.0 | ↓ Lower than Average | 508 |
| Delivery time | 4.2 / 5.0 | ↓ Lower than Average | 508 |
| Shipping charges | 4.8 / 5.0 | ↓ Lower than Average | 508 |

| **Reviews Received** | Reviews Sent |
|---|---|

Reviews: Negative      Dates: All



**Outdoor Portable Wood Stove Backpacking Survival Wood Burning Camping Stove Stainless Steel**
Item code: 393830802

★★☆☆☆ By:MarkWF 🇨🇦   07 23,2018

**Product reviews:**
The item was over a month late getting to us. So, I put in a dispute for the order. The seller said that our package was at a local post office and nobody picked it up so they shipped it back. We are a business and don't have a PO Box. Then, when I contacted them about getting my money back, they refused. I explained that we never received the package and wanted the product or a refund, they told me they could re-ship for $20 extra. I told them that wasn't an option and they finally shipped out the product and we received it. The item was in good condition and the price was good but the shipping and communication was terrible.

helpful ( 0 )   unhelpful ( 0 )



**Top quality Super Fibre Soccer ball Leather football ball size 5 PU balls Seamless soccer ball Champion**
Item code: 387380171

★★☆☆☆ By:KI***T 🇺🇸   07 13,2018

**Product reviews:**
Unsatisfied

helpful ( 0 )   unhelpful ( 0 )

**Powerful Sling Shot Aluminium Alloy Slingshot Camouflage Bow Catapult Portable Outdoor Hunting Slingshot**
Item code: 387763385

★☆☆☆☆ By:grazian****dele16 🇩🇪   04 26,2018

**Product reviews:**
Cheap shit

helpful ( 0 )   unhelpful ( 0 )



**New Arrival Guitar Jaw Capo Clamp for Electric and Acoustic Tube Guitar Trigger Release**
Item code: 393684210

★★☆☆☆ By:Trophysuperstore 🇫🇮   04 05,2018

**Product reviews:**
This order was shipped as 2 separate parcels in 2 small boxes, because of this we then got charges a handling fee twice at customs. I sent a message on life chat and got no reply and then tried to put in a claim and the submit button was not working so now I'm out of pocket 38 USD to cover the second handling charge. However the product is good quality and a good price.

helpful ( 0 )   unhelpful ( 0 )



**Top quality Super Fibre Soccer ball Leather football ball size 5 PU balls Seamless soccer ball Champion**
Item code: 387380171

★☆☆☆☆ By:Imma Serrano O****_1507457738140 🇳🇱   04 05,2018

**Product reviews:**
no me llego ni la pelota ni el dinero, el vendedor desconectado

helpful ( 0 )   unhelpful ( 0 )



**New Motorcycle Face Windproof Mask Outdoor Sports Warm Ski Caps Bike Balaclavas Scarf Hat Cap**
Item code: 387899510

★☆☆☆☆ By:Josiah Charl****501039200196 🇬🇧   02 09,2018

**Product reviews:**
Very unsatisfied

helpful ( 0 )   unhelpful ( 0 )



★★☆☆☆ By:ismg68 🇫🇷   12 21,2017

412



Waterproof Mini CREE Q5 LED
**Headlight 3 Modes Outdoor**
**Headlamp Head Light for Camping**
Item code: 387761175

Product reviews:
Completely different headtorch to the one shown. No where near 1200 lumens. Headband very flimsy and the torch slips off of it far too easily. Not worth returning as it would cost as much as I paid for it.

helpful ( **0** )    unhelpful ( 0 )

**Hot Sale 2Pcs Elastic Knee Pads**
**Wolfbike Breathable Football**
**Basketball Sports Leg Sleeve**
Item code: 387762264

By:bam***lee    12 13,2017

Product reviews:
shocking postage and no such thing as an update leave this seller well alone trust me

helpful ( **0** )    unhelpful ( 0 )

**New Flexible Mouse Bungee Cord**
**Clip Clipper Wire Cable Organizer**
**Holder Line Fixer Black**
Item code: 393326918

By:hecto****reira    09 26,2017

Product reviews:
arrived here broken

helpful ( **0** )    unhelpful ( 0 )

**208cm Natural Latex Pull Up Physio**
**Resistance Bands Fitness CrossFit**
**Loop Bodybuilding Yoga Exercise**
Item code: 387755906

By:Jere****nsah    08 25,2017

Product reviews:
Unsatisfied

helpful ( **0** )    unhelpful ( 0 )

1    2

Go to page: [    ] GO

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. **License**

413

# Defendant's Storefront





# Communications between NAL and Defendant



**itmomo**   2018-07-25 16:56

do you really want to do business ?

**itmomo**   2018-07-25 16:57

i dont want to provide all my account if you need just order here or we give up

**Reply:**

Please use English and do not leave any contact message here, i.e. phone number, email address, web address, etc. We will monitor this reply in case it contains any message of this kind.

max.charactors: 4000/4000

Upload File :   You may upload a maximum of 4 files. Format: JPG/GIF/RAR/PDF/DOC/DOCX/TXT. Maximum file size: 1MB.

Email reminder :   The seller has switched off his email alerts but he can still receive your messages.

Send



         

Home  |  Your Account  |  Help  |  Gold Zone  |  Sitemap Index  |  Top Searches  |  Top Products  |  Refined Products  |  Customer Service  |  Security & Privacy  |  Terms of Use

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved.

419

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



## Place your order

### Shipping Address

Add a new address

105 Avenue B

Apt 4B

New York,New York,10009

**United States**

Edit

### Order Summary

Your **1** item order will be dispatched in **1** parts.

**Items Subtotal:**          US $6.52
( 1 items )

**Shipping Cost:**           US $0.00

**Grand Total:**
**US $6.52**

Proceed to Pay

## Order Details



**itmomo**

Family Funny Entertainment Board Game UNO Fun Poke...

Stock in: China

| 1 | Piece |

**Price**
US $6.52/Piece

**Amount**
$6.52

**Shipping Cost**
**Free Shipping**

ePacket

Delivery: Estimated between Tue Aug 14 and Wed Sep 5 (seller ships within 7 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

Item Subtotal:          US $6.52

Shipping Cost:          US $0.00

**Order Total:**          US $6.52

« Back to Cart

Item Subtotal(1 items):          US $6.52

Shipping Cost:          US $0.00

Grand Total:          US $6.52

Proceed to Pay

Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

# DEFENDANT Jiangxi Hengte Industry Co., Ltd.

# Defendant's Listing for Infringing Products

8/20/2018                     Plastic Poker Card Portable Gaming Table - Buy Portable Gaming Table,Plastic Playing Card,Plastic Play Card Product on Alibaba.com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 214 of 226



**Alibaba.com**
Global trade starts here™

Sourcing Solutions ⌄    Services & Membership ⌄    Help & Community ⌄    One Request, Multiple Quotes    Get the App

☰ Categories ⌄    | Products ⌄ | What are you looking for... | 📷 🆕 | 🔍 Search |    👤 94 My Alibaba    🛍 8 Orders    ♡ 0 Favorites

Home > All Industries > Sports & Entertainment > Gambling > Playing Cards (36182)                                                    🌐 English ⌄



eling.en.alibaba.com

Each UNO Playing Cards Includes:
1.108 pieces cards      2.Transparent Plastic Box
3.Specification         4.Thickened Paper Wrap



⊕ View larger image

☐ Add to Compare    🔗 Share

Plastic Poker Card portable gaming table

FOB Reference Price: Get Latest Price

US $0.1-1.2 / Pieces (Min. Order)    3000 Piece/Pieces (Min. Order)

| 📧 Contact Supplier | Start Order |

⬚ Leave Messages

Seller Support:    🛡 Trade Assurance – To protect your orders from payment to delivery

Payment:    VISA 💳 TT e-Checking More ⌄

Shipping:    Less than Container Load (LCL) Service to US  Get shipping quote
• Transparent and fair price  • 24/7 online support  • Online tracking



Jiangxi Hengte
Industry Co., Ltd.

10YRS 🇨🇳 CN

Trading Company

🏅 Gold Supplier
🛡 Trade Assurance
☁ Onsite Check

5.0/5  Very satisfied
1 Reviews ⌄

Transaction Level:    ♥♥♥
5 Transactions    💲 2,000+
Response Time    ⏱ <24h
Response Rate    🔄 93.6%

View Company Profile

---

| **Product Details** | Company Profile | Transactions Overview |                                    Report Suspicious Activity

## Overview

### Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Place of Origin: | Jiangxi, China (Mainland) | Brand Name: | eling | Model Number: | Plastic |
| Type: | Advertising Poker | Material: | Plastic | Material 01: | Plastic cards |
| Material 02: | Paper cards | Packing 01: | Plastic box | Packing 02: | Paper box |
| Packing 03: | Blister packing | | | | |

### SupplyAbility

SupplyAbility:    100000 Piece/Pieces per Month

### Packaging & Delivery

Packaging Details    1 deck / set, 12 decks / color box for Single Deck Plastic Box
2 decks / set,12 deck / 6 sets / color box for Double Deck?Plastic Box

Port    Guangzhou, China

Lead Time ⌛    within 25 days upon receipt deposit

---

• **ROYAL Plastic Playing Card**

Royal Plastic Playing Cards, In comparison to the competition, these plastic cards have a very pleasing feel to them. They are reminiscent of KEM Card but have much less texture. They feel smoother, more luxurious and have a very pleasant glide to them. These cards definitely increase the playing experience!

• **NAP Plastic Playing Card**

NAP Plastic Playing Cards feature 2 or 3 colors design on card back. Double decks plastic box is higher than others and not coming in a paper sleeve. Single deck is sometime packing by 'Book-a-like' plastic box with a switch point.

• **Dollars Plastic Playing Card**

Dollars Plastic Playing Cards feature jumbo index design on card front. The presentation box is either single deck plastic box or double decks plastic box with a paper sleeve.

• **Transparent Playing Card**

The transparent playing cards is made of 100% new plastic materials in transparent with special technology. The card is easy to be read from the frontside. It is impossible for the player to see the index through the transparent backside because key parts is varnished by special coating. -----transparent playing cards or special printing playing card or Gift playing card

**To obtain pricing, on line and other information, please click ELING website**

..........plastic poker card,transparent playing card,,playing card,,.........

8/20/2018 Plastic Poker Card Portable Gaming Table - Buy Portable Gaming Table,Plastic Playing Card,Plastic Play Card Product on Alibaba.com

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 215 of 226



8/20/2018      Plastic Poker Card Portable Gaming Table - Buy Portable Gaming Table,Plastic Playing Card,Plastic Play Card Product on Alibaba.com

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 216 of 226





### Send your message to this supplier

To:   Happy Xiong

*Message:

> Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
· A self introduction
· Special requests, if any

Your message must be between 20-8000 characters

Quantity: | 3000 | Piece/Pieces ▾

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.   RFQ **Request for Quotation**

**Send**

Not exactly what you want? 1 request, multiple quotations   Get Quotations Now >>

# Defendant's Storefront

8/20/2018   poker - search result, Jiangxi Hengte Industry Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 218 of 226



10%  Jiangxi Hengte Industry Co., Ltd. ▼  ♡ Favorite Supplier          🧳 Trade Assurance     🥇 Gold Supplier

| Home | Product Categories ▼ | Company Profile ▼ | Contacts | View More ▼ | Search In This Store |

Home > Product Categories > poker_card

**Result found for "poker card"**                          View as: ☰ ▦ ◀ 3 ▶

Selected Products (0/20)                        ✉ Contact Supplier    Start Order

Click ➕ to select products and contact the supplier.

**Product Categories**

- Stamps ›
- Poker Card ›
- Poker Chip
- Poker Table Felt
- Dice & Cup
- Plane Model
- Accessories ›
- Ungrouped
- See All Categories

**New Products**


Self inking stamp rubber self inkin...


Plastic Self inking Stamp rubber se...


custom printed poker 100% plastic p...


flash stamp and self ink stamp Self...

**New Products**





Plastic Poker Card clear playing cards with clear case
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

plastic playing card case/game/poker card
Min. Order: 5 Sets
FOB Price: US $1.9 - 2.2 / Set

Plastic Poker Card white (tiger brand) mahjong
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card customised design mahjong playing cards
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece









Plastic Poker Card customised design provided mahjong playing cards
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card mahjong playing card with 4/4 printing
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card new plastic mahjong card adult game playing cards
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card cdecorative gift usb/beer festival
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece









Plastic Poker Card malaysia/singapore mahjong tiles
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card a2 uv printer for mahjong plates /uv flatbed printe...
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card mahjong shape usb flash memory cards
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card micro sd card reader mp3 player
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece





Plastic Poker Card santa shape paper playing cards
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card china supplier plastic mahjong card adult game play...
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

Plastic Poker Card carnation/lili/rose flash memory gift
Min. Order: 3000 Pieces
FOB Price: US $0.1 - 1.2 / Piece

8/20/2018    Company Overview - Jiangxi Hengte Industry Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 219 of 226



Sourcing Solutions ⌄   Services & Membership ⌄   Help & Community ⌄    On Alibaba   My Alibaba **35**   Orders **9**

10 YRS 👑   Jiangxi Hengte Industry Co., Ltd. ⌄   ♡ Favorite Supplier     🟧 Trade Assurance     🟠 Gold Supplier



**eling**

# Jiangxi Hengte Industry Co., Ltd.

Play Card   Dice & Cup
Stamp   Porker Chip

| Home | Product Categories | Company Profile | Contacts | View More | | Search In This Store 🔍 |

Home > Company Profile

**Company Overview**
- Company Introduction

**Company Capability**
- Trade Capacity
- Production Capacity
- R&D Capacity

**Business Performance**
- Buyer Interactions
- Ratings & Reviews
- Transaction History

**Additional Information**
- Trade Shows
- Transaction Level

### Jiangxi Hengte Industry Co., Ltd. 🏠
💬 Leave Messages   ✉️ Contact Supplier   Start Order



| | |
|---|---|
| Business Type: | Trading Company |
| Location: | Jiangxi, China (Mainland) |
| Main Products: | Playing Cards,Stamps,Plane Model,Gambling Item,Promotional Gift |
| Total Employees: | 51 - 100 People |
| Total Annual Revenue: | US$2.5 Million - US$5 Million |
| Year Established: | 2004 |
| Top 3 Markets: | North America 50.00% |
| | Mid East 12.50% |
| | South America 11.00% |

✓ Verified
✓ Verified
✓ Verified

We are a professional company that offers the highest quality poker chips, playing cards, dice and cups & accessories and other casino supplies to individuals and game rooms.

We sell a wide range of products for all casino games played all over the world. The products can be classified into five catalogues including playing card, poker chips, dice & cups, and accessories. In which, playing card can be divided into plastic playing card and paper paper playing card. Poker chips can be divided into clay and ABS poker chips. Dices we sell are mainly acrylic dice and melamine dice. Accessories are poker card shoes, dealer buttons, table top felt, chip case & holder, and cut card etc

Our company can also produce customized poker chips and customized playing cards specified to your game room requirements.

We are proud to service the business in the casino industry with a name that symbolizes prompt, courteous service as well as quality merchandise for a good price.

Our goal is to make sure you are satisfied with your purchase & enjoy a safe shopping experience. We are constantly trying to improve our website to satisfy our customer's needs. You will not be disappointed with the selection, quality, & pricing of our products! Please contact us if you have any suggestions.

Less ▲

## Trade Capacity

View More >

| Main Markets | Total Revenue(%) |
|---|---|
| North America | 50.00% |
| Mid East | 12.50% |
| South America | 11.00% |
| Eastern Europe | 5.00% |
| Southeast Asia | 4.00% |
| Western Europe | 3.00% |
| Oceania | 3.00% |
| Eastern Asia | 2.50% |
| Domestic Market | 2.00% |
| Northern Europe | 2.00% |
| Southern Europe | 2.00% |
| Africa | 1.00% |
| South Asia | 1.00% |
| Central America | 1.00% |

| | |
|---|---|
| Export Percentage: | 81% - 90% |
| Export Mode: | Have Own Export License |
| No. of Employees in Trade Department: | 6-10 People |

Email to this supplier

Happy Xiong

429

1/2

8/20/2018      Transaction History - Jiangxi Hengte Industry Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 220 of 226

**Alibaba.com**
Global trade starts here.

Sourcing Solutions | Services & Membership | Help & Community    On Alibaba | My Alibaba **95** | Orders **9**

10yrs   Jiangxi Hengte Industry Co., Ltd. ▾   ♡ Favorite Supplier     Trade Assurance     Gold Supplier

**eling**

**Jiangxi Hengte Industry Co., Ltd.**

Play Card   Dice & Cup   Stamp   Porker Chip

| Home | Product Categories | Company Profile | Contacts | View More | | Search In This Store 🔍 |

Home > Company Profile > Transaction History

### Transaction History

Leave Messages   | Contact Supplier | Start Order |

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity
R&D Capacity

**Business Performance**
Buyer Interactions
Ratings & Reviews
Transaction History

**Additional Information**
Trade Shows
Transaction Level

#### Transaction Overview    ‹   2017.08 - 2018.07   ›

Transactions

Export Markets

No. of Transactions | Transaction Value

US    8
CH
AU
AT
CL
CN

0    2.5    5    7.5    10    12.5

#### Transaction Details

United States ▾

This supplier has completed 13 Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| United States | USD $***.** | 07/22/2018 |
| United States | USD $*,***.** | 07/13/2018 |
| United States | USD $**.** | 06/24/2018 |
| United States | USD $**,***.** | 01/30/2018 |
| United States | USD $*,***.** | 01/30/2018 |
| United States | USD $***.** | 12/12/2017 |
| United States | USD $***.** | 10/09/2017 |
| United States | USD $*,***.** | 08/19/2017 |

‹ 1 **2** ›     Go to Page [ ] Go

**Email to this supplier**

To:   Happy Xiong

*Message:   [Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.]

Your message must be between 20-8000 characters

[ Send ]

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

https://eling.en.alibaba.com/company_profile/transaction_history.html?spm=a2700.icbuShop.conu5cff17.7.7159407a05LikE      1/2

8/20/2018                    Transaction History - Jiangxi Hengte Industry Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-2    Filed 10/18/18    Page 221 of 226



8/20/2018
Contact Information for Jiangxi Hengte Industry Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 222 of 226



Alibaba.com
Global trade starts here™

Sourcing Solutions ⌄   Services & Membership ⌄   Help & Community ⌄

10YRS   Jiangxi Hengte Industry Co., Ltd. ⌄   ♡ Favorite Supplier        Trade Assurance        Gold Supplier

| Home | Product Categories | Company Profile | Contacts | View More | | Search In This Store |

## Contact Information



**Ms. Happy Xiong**

Playing Cards Sector Manager

💬 Leave Messages

| | |
|---|---|
| Telephone: | 86-21-64849558 |
| Mobile Phone: | 18917897708 |
| Fax: | 86-21-64365139 |
| Address: | Room 509, Floor 05, No.46, Guilin Road, Shanghai |
| Zip: | 200235 |
| Country/Region: | China (Mainland) |
| Province/State: | Shanghai |
| City: | Shanghai |

[ ✉ Contact Supplier ]   [ Start Order ]

## Company Contact Information

| | |
|---|---|
| ✓ Company Name: | Jiangxi Hengte Industry Co., Ltd. |
| ✓ Operational Address: | Room 401, No. 59, Lane 127, Lingzhao Road, Pudong New District, Shanghai, China (Mainland) |
| Website: | http://www.eling.com.cn |
| | http://www.aliexpress.com/store/413847 |
| Website on alibaba.com: | eling.en.alibaba.com |

### Send message to supplier

To:   Happy Xiong

* Message:

[ Enter your inquiry details such as product name, color, size, quantity, material, etc.          0/8000 ]

[ Send ]

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

# Communications between NAL and Defendant





My Alibaba

Make Alibaba work better for you. share your thoughts here



All inquiries

Mrs. Happy Xiong     Jiangxi Hengte Industry Co., Ltd.    ID: 100722122218

Chat Now!     10YRS

Click to search...

All Statuses     Unread              Show more

I want to buy the product you are selling on Alibaba.com.

Happy Xiong    15:26
10YRS

**Alex Zhan**   2018-08-20 11:40

Dear ▮▮▮▮▮,

Tks for your e-mail.

Jiangxi Hengte Ind. Co., Ltd. is a multi-district enterprises group mainly manufacturing and selling playing cards.
Over 10 years we devote ourselves to one of the professional supplier in line of recreation and light industry in China. We have exported our goods to more than 30 countries and regions such as USA, Canada, Chile, Panama, Finland, Engand, Italy, Spain, India etc. You can check our website: www.eling.com.cn

Currently, the annual production capacity of playing cards exceeds 300,000 dozens.
Now We are proud to recommend the playing cards shown as attached file to you. We feel confident that we can manufacture the highest quality playing cards in China at competitive prices.

We can make any cards with special designs or pictures or logos according to your require. Pls kindly see the attachment for your reference. It is better for you to send us more details such as size(57*87mm or 63*88mm), thickness(0.23mm,0.25mm, 0.28mm or 0.30mm), new plastic materials or recycle plastic materials with the drawing or pictures so that we can offer you accurate prices.

By the way, we can offer you several free samples but freight collected. If you are interested in our cards, pls don't hesitate to contact with us and inform your courier no. like FEDEX/UPS/TNT/DHL with your co name/add/tel/receiver etc so that we can offer you free samples.

For your speical require: pls inform if you can accept our stock designs like the attachment or customized design. pls also inform the qty you need to order.

Your prompt reply are highly appreciated.
Tks. & B.rgds.

Happy Xiongling
Export Dept Manager
Eling Group
Jiangxi Hengte Ind. Co., Ltd.
E-mail: happy@eling.com.cn
Tel:0086-21-64849558
Fax:0086-21-64365139
http://www.eling.com.cn
http://eling.en.alibaba.com

6.jpg   Download

1.jpg   Download

3.jpg   Download

UNO 14.jpg   Download

UNO 12.png   Download

UNO 13.jpg   Download

Notification   2018-08-20 11:40

Please type message...     Send

Start order   2 Seller confirm   3 Payme

Order ID: 939796359736016
Status: Waiting for supplie
Initial payment: USD 2.00
Reminder: Click "View Order orders.

Request Mod

View order

**Product details**

Plastic Poker Card po

Quantity: 5 Piece(s)   Unit price: U

**Shipping details**

Shipping express
method:

Trade terms: FOB

Expected 25 day(s) after
shipping date: supplier receive
s initial paymen
t

**Payment details**

Initial payment: USD 2.00

Balance USD 4.00
payment:

**Trade Assurance services**

Post-delivery coverage
1. Actual total payment is protected
2.If quality of goods does not matc
shipment is late, you are eligible for
receiving the goods.

**Additional remarks**

No

