

Alibaba.com Global trade starts here.™ | My Alibaba

99+ My Account Help

Buy Sell

Home | Message Center | Orders | Contacts | My Lists | Services

Make Alibaba work better for you, share your thoughts here

All inquiries

Click to search...

All Statuses | Unread

**I want to buy the product you are selling on Alibaba.com.**

Happy Xiong 15:26
10YRS

Mrs. Happy Xiong
Chat Now!

Jiangxi Hengte Industry Co., Ltd.
10YRS

ID: 100722122218

Show more

Read — how about the red background?

Alex Zhan 2018-08-21 10:24

Dear [redacted],

For red background:
pls kindly see the attachment for your reference.
If any questions, pls notify.

Tks. & b.rgds.

Happy

01.jpg Download

02.jpg Download

03.png Download

04.jpg Download

[redacted] 2018-08-21 10:29

okay please issue me a PI for this item

Name: [redacted]
address: 19 Old Dear Lane Rhinebeck, NY 12572

will pay this by paypal

Read

Alex Zhan 2018-08-21 12:02

Dear [redacted],

Fine, pls kindly see the attachment for your reference.
pls also notify the receiver full name, postcode, city name, state, country, mobile no & tel no.
Tks. & b.rgds.

Happy

PI 18EL0820 FOR 5SE....pdf Download

Notification 2018-08-21 12:02

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

[redacted] 2018-08-21 12:38

is ELING INDUSTRY CO., LIMITED in the PI related to your store name Jiangxi Hengte Industry Co., Ltd. in alibaba????

Read

Alex Zhan 2018-08-21 15:26

Dear [redacted],

Jiangxi Hengte Industry Co., Ltd and Eling Industry Co., Limited are same group company.
Eling Industry Co., Limited can receive US DOLLAR. So we use this co name.
if you need, we can change the co into Jiangxi Hengte Industry Co., Ltd.
now pls kindly see the revised PI for your record
if any questions, pls notify.
Tks. & b.rgds.

Happy

PI 18EL0820(1) FOR ....pdf Download

Please type message... Send

Start order — 2 Seller confirm — 3 Payme

Order ID: 93979635973616
Status: Waiting for suppli
Initial payment: USD 2.00
Reminder: Click "View Order orders.

Request Mod

View order

**Product details**

Plastic Poker Card por

| Quantity: 5 Piece(s) | Unit price: U |
|---|---|

**Shipping details**

| | |
|---|---|
| Shipping method: | express |
| Trade terms: | FOB |
| Expected shipping date: | 25 day(s) after supplier receives initial payment |

**Payment details**

| | |
|---|---|
| Initial payment: | USD 2.00 |
| Balance payment: | USD 4.00 |

**Trade Assurance services**

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc shipment is late, you are eligible fo receiving the goods.

**Additional remarks**

No

437

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

# 江 西 恒 特 实 业 有 限 公 司

## JIANGXI HENGTE INDUSTRY CO., LTD.

ROOM#301, NO.1, LANE#218, EAST GUILIN STREET, SHANGHAI, 200233,CHINA
TEL:+0086-21-64849558, 18917897708 FAX:+0086-21-50849948

# PROFORMA   INVOICE

**TO :**                                    Invoice No: **18EL0821(1)**

                                        Date **AUG.21, 2018**

Name: ███████

address: 19 Old Dear Lane Rhinebeck, NY 12572

**INVOICE** of **UNDERMENTIONED GOODS** DELIVERED from **CHINA** to **USA by express**

**(1)UNO CARDS SAMPLES 5SETS**
**QTY: 5sets**
**UNIT PRICES: USD2.00/set**
**Amount: USD10.00 Ex works**
**(2)Extra freight cost USD35.00**
                        Total:    **5SETS SAMPLES**
                                 **USD45.00**
                                 **CFR USA BY EXPRESS**
                                 **==============**

SAY U.S.DOLLARS FORTY-FIVE ONLY

**Payment Terms:** __100% T/T in advance after confirming the details.__
**Delivery Date:** __Within 7days after receiving the payment__
**Paypal account no:   happy@eling.com.cn**



# DEFENDANT Keep Forth Store

# Defendant's Listing for Infringing Products

7/31/2018          UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 6 of 211



Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 7 of 211



Novelty USB Charging
Night Riding Cycling Bic
**USD 3.81-4.50**/piece

**Features:**
Number One For Fun Family activities between Friends.
Appropriate for ages 7 to adult.
Suitable for 2 to 10 players.
Great for family,bring great fun for you.
Lightweight and portable,good entertainment of your travel and party.

**Product Properties:**
is_customized:Yes
Tabletop Game Product:Card Cover
Type:UNO Card
Game Length:0-30 minutes
Game Difficulty Level:Advanced
Age: more than 8 Years
Type:Normal

**Specifications:**
Card Color: Multi-colored
Material: Chrome Paper
Card Size: 8.6cm x 5.6 cm (L x  W)

**Package Includes:**
1 pcs Family Game Poker (108 cards)

Recently Viewed

443

7/31/2018        UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 8 of 211



Recently Viewed

444



Recently Viewed

445

7/31/2018    UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 10 of 211



Recently Viewed

7/31/2018     UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 11 of 211



Recently Viewed

7/31/2018    UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 12 of 211



Packaging Details

Unit Type: piece                                                    Package Weight: 0.192kg (0.42lb.)

Package Size: 9cm x 6cm x 3cm (3.54in x 2.36in x 1.18in)

## Transaction History

5 transactions in last 6 months.   Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| O***. EE | 1 piece<br>28 Jul 2018 12:18 |
| R***. CH | 1 piece<br>28 Jul 2018 10:33 |
| M***. FR | 1 piece<br>27 Jul 2018 11:57 |
| L***. IT | 1 piece<br>25 Jul 2018 13:17 |
| T***. NL | 1 piece<br>25 Jul 2018 03:05 |

◀   1   ▶

## More Products

**From This Seller**

     

Recently Viewed ⌃



RECESS FUN     Toys, kids & baby items     up to 40% off     SHOP NOW

BACK TO SCHOOL



AliExpress

I'm shopping for...

New here? Get your coupons!

Store:  **Keep Forth Store**     95.9% Positive feedback ▾     Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards



UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

5 orders

| | |
|---|---|
| Price: | US $4.10 / piece |
| Discount Price: | **US $3.08** / piece  -25%   2 days left |

💰 Get our app to see exclusive prices ▾

Shipping:  **US $0.18 to United States via China Post Ordinary Small Packet Plus** ▾
Estimated Delivery Time: 20-39 days ❓

Quantity:  [ − ]  1  [ + ]  piece (10 pieces at most per customer)

Total Price:  **US $3.26**

[ Buy Now ]     [ Add to Cart ]

♡ Add to Wish List (4 Adds) ▾                                    ⊕

| | |
|---|---|
| New User Coupon: | US $4.00   GET IT NOW |
| Store Promotion: | Get Seller Coupons ▾   US $5.00 off per US $300.00 ▾ |

Return Policy  📄 Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:  🚚 On-time Delivery  **60 days**

Payment:  VISA  MasterCard  💳  WESTERN UNION  🏦 Bank Transfer  View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

| Product Details | Feedback (0) | **Shipping & Payment** | Seller Guarantees |
|---|---|---|---|

### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: [ 1 ]   Ship to: [ 🇺🇸 United States ▾ ]

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| China Post Ordinary Small Packet Plus | US $4.10  US $0.18  You save: US $4.00 (about 96%) | 20-39 days | Not available |
| ePacket | US $4.24  US $1.55  You save: US $2.69 (about 63%) | 12-20 days | Available |
| AliExpress Standard Shipping | US $6.84  US $2.44  You save: US $4.40 (about 64%) | 19-39 days | Available |
| EMS | US $40.17  US $17.42  You save: US $22.75 (about 57%) | 12-21 days | Available |
| DHL | US $57.54  US $19.26  You save: US $38.28 (about 67%) | 6-13 days | Available |

### Packaging Details

Unit Type: **piece**
Package Size: 9cm x 6cm x 3cm (3.54in x 2.36in x 1.18in)
Package Weight: **0.192kg (0.42lb.)**

### Payment

We support the following payment methods.

VISA  MasterCard  💳  QIWI WALLET  WebMoney  Наличный расчет  Мобильный платеж  ☐  Boleto  Debito Online  SOFORT ÜBERWEISUNG  giropay  Przelewy24  mercado pago  Doku  WESTERN UNION

Recently Viewed ▲

449





Buyer Protection    Help     Save big on our app!     Ship to USD    Language

| I'm shopping for... | On AliExpress | In this store | 🛒 0 | ♡ | 👤 |

Store: **Keep Forth Store**    Open: **1 year(s)**    **95.9%** Positive feedback ▾    Follow   244 Followers

| Store Home | Products ▾ | Sale Items ▾ | Top Selling | New Arrivals | Feedback |

Home > Store Home > Feedback

### Store Categories

- ☐ **Ship from Russian**
  - ship from us
  - 20
  - 25
  - 1
  - 10
  - other
- ☐ **Water Sport**
  - Rowing
  - Life jacket & Buoy
  - Diving mask
  - Flippers &...
  - Swimming wear
  - Breathing tube
  - Children swimming...
- ☐ **Camping &Hiking**
  - Camping Mat
  - Outdoor Stoves
  - Outdoor Tools
  - Climbing related
  - Tents & Sleeping Bags
  - Safety & Survival
  - Walking Sticks
  - Compass
  - Sun shelter
  - Outdoor Tableware
- ☐ **Hunting & Fishing**
  - Bow & Arrow
  - Hunting Optics
  - Hunting Bags &...
  - Hunting Gun...
  - Hunting Cameras
  - laser
  - hunting vest
  - Fishing Tools
- ☐ **Yoga**
  - Yoga Pants
  - Yoga Shirts
  - Yoga Sets
  - Yoga Mats
  - Sports Bras
  - Resistance Bands
  - Jump Ropes
  - Hand Grips
  - other
- ☐ **Sportswear &...**
  - Head Protect
  - Sports Safety
  - Camping & Hiking
  - Trainning &Exercise
  - Running &Racing
  - Insoles &Socks
  - Dancing
  - Shoes
  - Skiing & Cycling...
  - Gloves
- ☐ **Sport Bags**
  - Water Bags
  - swimming bags
  - Sportswear
  - running bag
  - Mountaineering bag
- ☐ **Entertainment**
  - Chess Sets
  - Board Games
  - Playing Cards
  - Cheerleading &...
  - Gambling
  - Musicial Instrument

## Seller Feedback



### Seller Summary

Seller: **Keep Forth Store**

Positive Feedback (Past 6 months): **95.9%**

AliExpress Seller Since: **22 Mar 2017**

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐ 4.7 (2313 ratings) | **1.47% Lower** than other sellers |
| Communication : | ⭐⭐⭐⭐ 4.7 (2313 ratings) | **1.47% Lower** than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐ 4.6 (2313 ratings) | **2.13% Lower** than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 44 | 700 | 2,073 |
| Neutral (3 Stars) | 2 | 24 | 61 |
| Negative (1-2 Stars) | 7 | 32 | 89 |
| Positive feedback rate | 86.3% | 95.6% | 95.9% |

 Negative Feedback Received as a Seller (Past 6 months)     Feedback Received as a Seller

Viewing 1 - 10       ‹ Previous | **1** | 2 | ... | 11 | Next ›

| Buyer | Transaction Details | Feedback | Sort by default |
|---|---|---|---|
| R***y | 80-120cm children swimwear girls s... <br> 1 piece | ⭐ 10 Jul 2018 18:43 <br> До сих пор не получила, в программе не могу открыть спор и связаться с продавцом! Видать попала на мошенников. <br><br> **Seller's reply** <br> "Dear friend, So sorry to hear that you still haven't received the parcel, maybe something was happened on the way,we will contact post to know more information. As a seller, we hope our customer will receive the item soon, but as you know there are so many unknown factors in the transit,it is a little delay Any way, we will improve our logistic and customer service quality. Next time, please kindly contact us first before you leave negative feedback, we will solve your problem soon. Hope you will receive it soon. Best regards" | |
| V***z | 20 In 1 Multifunctional Carabiner S... <br> 1 piece | ⭐⭐ 06 Jul 2018 14:11 <br> The product is rusty. <br><br> **Seller's reply** <br> "Dear buyer, We are so sorry for the trouble. We know the item doesn't reach your expectation. You can contact us first before you left us bad feedback, You know we can solve this for you well. In order to improve the service,we will pay attention to your feedback and find a solution to improve. We will do it better next time. Thanks again for your purchase and valuable feedback. Looking forward to do more business with you in the future. Nice day" | |
| e***i | X Shape Yarn Splicing Yoga Pants Qu... <br> 1 piece | ⭐ 06 Jul 2018 11:26 <br> их нет. пришли одни. х формы не могу дождаться <br><br> **Seller's reply** <br> "Dear buyer, We are so sorry for the trouble. We never want to make trouble for you,really hope you can understand us and give us a chance. You can contact us first before you left us bad feedback, You know we can solve this for you well. In order to improve the service,we will pay attention to your feedback and find a solution to improve. We will do it better next time. Thanks again for your purchase and valuable feedback. Nice day." | |
| D***i | Single Piece Unisex Basketball Tenn... <br> 1 piece | ⭐ 04 Jul 2018 12:09 <br> È arrivato solo uno <br><br> **Seller's reply** <br> "Dear buyer, We are so sorry for the trouble. We know the item doesn't reach your expectation, but the item is beautiful and you can use it normally, right? In order to improve the service,we will pay attention to your feedback and find a solution to improve the description. We will give you a better service next time. Thanks again for your purchase and valuable feedback. Looking forward to do more business with you in the future. Nice day. " | |
| P***n | AF-680 Adult Long Fins Full Foot Sw... <br> 1 piece | ⭐ 03 Jul 2018 17:03 <br> Im get wrong size. Not back money. <br><br> **Seller's reply** <br> "Dear buyer, We are so sorry for the trouble. We know the item doesn't reach your expectation, but the item is beautiful and you can use it normally, right? In order to improve the service,we will give you a better | |

Recently Viewed ▲

450





- Whistle

☐ Sports Products
- Fitness Equipments
- Ball Game
- Skiing & Snowboarding
- boxing
- skateboard
- Pedometer
- golf
- Running Machine

☐ Cycling
- Cycling Eyewear
- Cycling Clothing
- Cycling Gloves
- Cycling Accessories
- 22%
- kimlee
- Bicycle Parts
- Bicycle Repair Tools

☐ Others



Service Center

  Contact Now

Follow

244 Followers

---

P***n    **AF-680 Adult Long Fins Full Foot Sw...**    ⭐   03 Jul 2018 17:03

1 piece

I get wrong size. Not back money.

**Seller's reply**

"Dear buyer, We are so sorry for the trouble. We know the item doesn't reach your expectation, but the item is beautiful and you can use it normally, right? In order to improve the service,we will pay attention to your feedback and find a solution to improve the description. We will give you a better service next time. Thanks again for your purchase and valuable feedback. Looking forward to do more business with you in the future. Nice day. "

---

J***a    **Baby Auto Safety Seat Belt Harness ...**    ⭐   01 Jul 2018 03:53

1 piece

Товар я так и не получила, транспортировка была отменена по непонятным причинам. Деньги даже не возместили, в статусе показывает - заказ выполнен. По факту ничего....

**Seller's reply**

"Dear buyer, We are so sorry for the trouble. We never want to make trouble for you,really hope you can understand us and give us a chance. You can contact us first before you left us bad feedback, You know we can solve this for you well. In order to improve the service,we will pay attention to your feedback and find a solution to improve. We will do it better next time. Thanks again for your purchase and valuable feedback. Nice day."

---

E***r    **Completely Framed Mask Skiing Glass...**    ⭐   29 Jun 2018 14:23

1 piece

El paquete llegó al país pero lo devolvieron como puedo hacer para coordinar puedo pagar otra vez il envio

**Seller's reply**

"Dear friend, So sorry to hear that you still haven't received the parcel, maybe something was happened on the way,we will contact post to know more information. As a seller, we hope our customer will receive the item soon, but as you know there are so many unknown factors in the transit,it is a little delay Any way, we will improve our logistic and customer service quality. Next time, please kindly contact us first before leave negative feedback, we will solve your problem well. Hope you will receive it soon. Best regards"

---

Y***z    **Picnic Gas Refill Adapter Outdoor C...**    ⭐   18 Jun 2018 06:42

1 piece

urun sadece bir adet geldi

**Seller's reply** 

"Dear buyer, We are so sorry for the trouble. you only ordered 1 pieces at our store In order to improve the service,we will pay attention to your feedback and find a solution to improve the description. We will give you a better service next time. Thanks again for your purchase and valuable feedback. Looking forward to do more business with you in the future. Nice day. "

---

A***n    **Heavy Triceps Rope Attachment Cable...**    ⭐   13 Jun 2018 05:16

1 piece

Очень долго, трек не отслеживался. За задержку заказа сначала обещали подарок, потом сказали что не их политика компании и подарка не будет, я настоя, тогда предложили два варианта каких то женских купальника, ключевое ЖЕНСКИХ. Зачем они мне? В итоге я им сказал просто пришлите уже мой заказ и вот оно свершилось чудо заказ наконец то пришел. Пришлось открывать спор. В общем очень долго все это тянулось. Ужасный продавец категорически не рекомендую!!!!!

◄ Previous   **1**   2   ...   11   Next ►

---

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Terms of Use · Law Enforcement Compliance Guide · © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed ⌃

451

# Defendant's Storefront

Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | I'm shopping for... | On AliExpress | In this store | 0

Store: **Keep Forth Store** | Open: 1 year(s) | **95.9%** Positive feedback | Follow | 244 Followers

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > UNO card game poker Family Fun

Store Categories

- Ship from Russian
  - ship from us
  - 20
  - 25
  - 1
  - 10
  - other
- Water Sport
  - Rowing
  - Life jacket & Buoy
  - Diving mask
  - Flippers &...
  - Swimming wear
  - Breathing tube
  - Children swimming...
- Camping &Hiking
  - Camping Mat
  - Outdoor Stoves
  - Outdoor Tools
  - Climbing related
  - Tents & Sleeping Bags
  - Safety & Survival
  - Walking Sticks
  - Compass
  - Sun shelter
  - Outdoor Tablewares
- Hunting & Fishing
  - Bow & Arrow
  - Hunting Optics
  - Hunting Bags &...
  - Hunting Gun...
  - Hunting Cameras
  - laser
  - hunting vest
  - Fishing Tools
- Yoga
  - Yoga Pants
  - Yoga Shirts
  - Yoga Sets
  - Yoga Mats
  - Sports Bras
  - Resistance Bands
  - Jump Ropes
  - Hand Grips
  - other
- Sportswear &...
  - Head Protect
  - Sports Safety
  - Camping & Hiking
  - Trainning &Exercise
  - Running &Racing
  - Insoles &Socks
  - Dancing
  - Shoes
  - Skiing & Cycling...
  - Gloves
- Sport Bags
  - Water Bags
  - swimming bags
  - Sportswear
  - running bag
  - Mountaineering bag
- Entertainment
  - Chess Sets
  - Board Games
  - Playing Cards
  - Cheerleading &...
  - Gambling
  - Musical Instrument

**Store Categories >** UNO card game poker Family F | **2 items found** | Hide Filter

Related Categories: Board Games (1) | Playing Cards (1)

Best Match | Orders | New | price | Free Shipping | View

25 % OFF

UNO card game poker Family Fun One Pack of 108pcs Pokers...
**US $3.08** / piece
~~US $4.10 / piece~~
Orders(5)

25 % OFF

Family Funny Entertainment Board Game UNO Fun Poker...
**US $3.39** / piece
~~US $4.52 / piece~~
Order(1)

1

Recently Viewed

453



# Communications between NAL and Defendant





Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... | Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (7)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: jun F | Keep Forth Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

FAQ | Delete Conversation

**Messages Translation:** Disable English

jun F
18/07/25 23:12

Dear Friend,
we just checked ,it can sent to your place ,
you can choose ePacket
thank you

Just answer YES or NO.

Me
18/07/25 22:34

jun F
18/07/25 22:23

Dear [redacted]
Thanks for your interests in our product.
on our listing there has countries and shipping methods option ,you can choose it by yourself.
You can place a order and we will send out your parcel asap after the payment
Have a nice day.

So do you ship to New York? That is address is New York.

Me
18/07/25 21:37

jun F
18/07/25 21:26

Dear,
Sorry for the late reply .
As you can see, each product interface has logistics options,
It shows clearly for our delivery time and shipping fee of the different shipping ways .
You could choose the shipping way according to your actual request.（If the shipping ways to your country are not available, then the product can not be sent to your address）

thanks very much for your understanding.
have a nice day.

About this product
UNO card game poker Family Fun One Pack of 108pcs Po...

Hello! Do you ship to this address? 752 Lafayette Ave Brooklyn, NY 11221

Me
18/07/25 19:58

1 2

Go to Page Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (7)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: jun F Keep Forth Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

Message History

FAQ | Delete Conversation

**Messages Translation:** Disable English

jun F
18/07/30 01:26

Dear [redacted]

Thank you for contacting us.

Currently, AliExpress supports the following payment methods:
-Credit Cards (Visa or Mastercard)
-QIWI
-Western Unionyi
-Maestro debit card
-WebMoney
-Bank Transfer
-Boleto

For more detailed information you can refer to the following link in the Payment section:
http://help.aliexpress.com/categories_Payment.html

For any further assistance do not hesitate to contact us. We will be glad to help you.

Best regards.

Me
18/07/29 16:05

Do you support any of these payments?

US Bank Account; DHpay; Payoneer; CMB; Credit Card; Pingpong

jun F
18/07/27 02:02

Dear Friend,

we can only support payment via Aliexpress
thank you

Me
18/07/27 00:29

Okay, do you support alipay?

jun F
18/07/27 00:20

Dear [redacted]
Thanks for reaching out to us and glad to know that you are interested in our items
The payment of paypal is not available in aliexpress but we can give you ideal quotation
Hope to hear from you and any problems plz contact us freely

Thanks for your support and kind gentleness

Best Regards .

Me
18/07/26 19:22

Thank you, dear! By the way, do you have paypal?

jun F
18/07/26 19:07

YES, DEAR , MY EMAIL :1179305348@qq.com， hoping have good business relationship

Me

456

Great! I'd like to order 300 pieces. Can I ask for your email?

jun F
18/07/26 02:51

Dear Friend,

yes ,of course
thank you

Me
18/07/25 23:24

Thank you for the information. Have you shipped before to USA?

| | 1 | 2 | | | Go to Page | | Go |
| --- | --- | --- | --- | --- | --- | --- | --- |

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

457

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



AliExpress

VeriSign PCI Verified by VISA MasterCard SecureCode

Review your Order | Payment | Done

## 1. Select your shipping information:

[redacted]

105 Avenue B
Apt 4B
New york, New York, 10009
United States

[redacted]

Edit

+ Add a new address

## 2. Review and confirm your order (1 items):

Seller: Keep Forth Store

Product Name & Details

UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Bo ard Game

1 piece × US $3.08

China Post Ordinary Small Packet Plus

**US $0.18**

Delivery Time: 20-39 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| | |
|---|---|
| Subtotal: | US $3.08 |
| Shipping: | US $0.18 |
| Total: | **US $3.26** |

## 3. Payment method

VISA

Other payment methods WebMoney

Apply AliExpress Coupon: You don't have any coupons - US $0.00

**Buyer Protection**

**Full Refund** if you don't receive your order

**Full or Partial Refund** , if the item is not as described

Learn More

All Total: **US $3.26**

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Alipay Privacy Notice
- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

459



# DEFENDANT kimwood1608

# Defendant's Listing for Infringing Products

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 26 of 211



Home > Toys & Gifts > Games > Card Games > Product detail

## UNO Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game free shipping in stock

Price: US $1.91 - 2.86 / Piece

Reference Currency ▾

Options: 1 set

| Wholesale Price ( Piece ) | 50 + US $2.86 | 100 + US $2.40 | 138 + US $2.19 | 200 + US $2.09 | 498 + US $2.02 | > |

Quantity: 50 Pieces 10000 in Stock ( Stock in: 🇨🇳 CN )

Shipping Cost: Free Shipping United States Via DHL ▾
Estimated delivery time: Jul 12 and 15 ships out within 4 business days ?

Total Cost: The total price will depend on the final product features you select

**Buy it Now**    Add to Cart

♡ Add to Favorite Items ▾ ( 1 )

Seller Guarantee    🛡 Return policy    On-time Delivery in 7 days

**Sold By**
Kimwood1608
🅿 Recommended 👍 5th year
10112 Transactions
99.7% Positive Feedback
Detailed seller ratings ▾
Visit Store    Favorite Store

**Contact Seller**
✉ Message
💬 Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   MasterCard   Skrill
BANK TRANSFER   AMERICAN EXPRESS

Learn more »

---

### Customers Who Bought This Item Also Bought

1/4

     

| New cards against muggles The Harry Potter Version | Stock hight quality UNO poker card standard edition family | Stock hight quality UNO poker card standard edition family | STOCK Entertainment Card Games UNO cards 108 Fun | Stock 3 Styles UNO Card GAME Standard Edition | 2018 Newest Version For UNO Playing Card Game For |
|---|---|---|---|---|---|
| US $27.14 - 29.69 / Piece | US $1.89 - 2.42 / Piece | US $1.89 - 2.42 / Piece | US $1.48 - 4.17 / Piece | US $1.91 - 2.52 / Piece | US $10.21 - 12.66 / Piece |
| 100 % Positive feedback | Sold: 82248 | Sold: 159624 | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback |

---

| **Item Description** | Customer Reviews(0) | Shipping Time & Cost | Report Item |

### Item specifics

| | |
|---|---|
| Gender: | Unisex |
| Age: | Big Kids |
| Theme: | UNO Card |
| Type: | Poker |
| Material: | Paper |
| Location: | Yiwu Toy |

### Return policy details

* Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
* Buyers may return the item(s) for a refund if they are not as described or with quality issues within 30 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.



### Description

| Product Name: | UNO Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game free shipping in stock |
|---|---|
| Item Code: | 396310380 |
| Category: | Card Games |
| Short Description: | UNO poker card; Colors:shown; Size:5.6*8.6cm; Sales model: 1setr; Quantity: shown; High quality, welcome to test it yourself; facts speak louder than words. |
| Quantity: | 1 Piece |
| Package Size: | 50.0 * 50.0 * 50.0 ( cm ) |
| Gross Weight/Package: | 0.2 ( kg ) |



462

7/5/2018    Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608. $1.91| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 27 of 211



## DESCRIPTION

7/5/2018    Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608, $1.91| Dhgate.Com





464

7/5/2018　Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608. $1.91| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 29 of 211



7/5/2018　　Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608. $1.91| Dhgate.Com

Case 1:18-cv-08824-LAP　Document 15-3　Filed 10/18/18　Page 30 of 211



7/5/2018    Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608. $1.91| Dhgate.Com



467





7/5/2018    Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608. $1.91| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 33 of 211



7/5/2018   Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608. $1.91| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 34 of 211









7/5/2018  Uno Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608, $1.91| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 35 of 211



## PAYMENT

There are many payment methods available on DHgate.com such as credit cards, real-time bank transfers, offline payments (bank transfers and Western Union). You can choose a method which is the most convenient for you. To protect your interests, your payment will be temporarily held by DHgate, and will not be released to us until you receive your order and are satisfied with it.

## SHIPPING

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx | 2-4 days | www.fedex.com |
| UPS | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## RETURN POLICY

471

7/5/2018    Uno Poker Card Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game In Stock Card Games To Play Online Find Card Games From Kimwood1608. $1.91| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 36 of 211

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

## FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

## CUSTOMER SATISFACTION

Please don't hesitate to contact us if you have any questions or concerns before or after your purchase. We are committed to your 100% satisfaction.

If you are searching for a funny game to spend your leisure time, look into this category. Various card games to play online from Uno to Taxes poker, any find card games in many themes is collected here. You can buy a playing cards online free and enjoy the entertaining game with your friends and families. All our play card games free online are contained in a dedicate box for you. The best humanity best online card games for you. You can now buy playcard game in the cheapest price ever and all the goods will be shipping freely.

Advertisement ?

### Sponsored Products You May Be Interested In   我也要出现在这里

     

| Poket Pikachu Playing Trading Cards Games S... | cards against muggles party cards game more... | New cards against muggles The Harry Potter ... | UNO Playing Poker Cards Table Game Standard... | UNO Playing Poker Cards Table Game Standard... | UNO Playing Poker Cards Table Game Standard... |
|---|---|---|---|---|---|
| US $0.02 - 0.04 / Piece | US $26.14 - 29.8 / Piece | US $26.14 - 29.8 / Piece | US $ 2.12 - 3.26 / Set | US $1.70 - 2.54 / Set | US $1.61 - 2.06 / Set |
| Sold: 8 | | | | Sold: 50 | Sold: 120 |

Related Keywords:   heart red card,   small card envelope,   express card for laptop,   cards for party,   retractable reel id card badge,   snakeskin card wallet,   pvc office card,   mood card,   brown card tags,   sim card for unlocked

### Customers Who Viewed This Item Also Viewed   1/4

     

| New card Game Poopyhead Board Game Parent-child | 126 Pcs TCG DIY white core Board game Custom | 24K Gold Foil Plated Poker Playing Cards Traditional Set | Free DHL Cards Against Muggles The Harry Potter | Gold foil plated Poker Card High Quality US dollar Euro | No Repeat English POKER GX Trading Card 35 Card 11 |
|---|---|---|---|---|---|
| US $5.9 - 6.59 / Set | US $0.2 - 0.27 / Piece | US $3.6 - 11.43 / Piece | US $28.15 - 30.21 / Piece | US $2.63 - 2.73 / Piece | US $2.52 - 6.86 / Piece |
| Sold: 1670 | Sold: 167 | Sold: 482 | Sold: 30 | Sold: 200 | Sold: 2 |

### Other products from Card Games   Page 1 of 2

     

| Poker Card Gold foil plated Playing Cards Plastic Poker | New 24K Karat Gold Foil Plated Poker Playing Card | "Saboteur "Board Game 1+2 Version Saboteur1 Version | Christmas Gift Wholesale Awkward Turtle The Adult | DHL Free Top Quality Gold foil plated playing cards | 2 Sets Lot Texas Hold'em Plastic playing card game |
|---|---|---|---|---|---|
| US $ 2.62 - 3.34 / Set | US $6.04 - 9.15 / Set | US $6.28 - 10.06 / Piece | US $4.82 - 5.83 / Piece | US $3.02 - 3.38 / Piece | US $ 9.56 - 10.86 / Piece |

### Your Recently Viewed Items and Featured Recommendations   1/8

STEP OUT IN STYLE
STARTING AT 20% OFF
The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!
shop now ▸

Hello, [redacted] Sign out | Buyer Protection | Help | DHport | Save more on our App! | English

DHgate.com Buy Globally · Sell Globally | Shop by Categories | I'm shopping for... | All Categories | Hi, [redacted] My DHgate | Favorites | 0 Cart

Home > Toys & Gifts > Games > Card Games > **Product detail**

See larger image

Share on

# UNO Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game free shipping in stock

Price: **US $1.91 - 2.86** / Piece    Reference Currency

Options: 1 set

| Wholesale Price ( Piece ): | 50 + US $2.86 | 100 + US $2.40 | 138 + US $2.19 | 200 + US $2.09 | 498 + US $2.02 |
|---|---|---|---|---|---|

Quantity: 50 Pieces **10000** in Stock ( **Stock in:** CN )

Shipping Cost: **Free Shipping** to United States Via DHL
Estimated delivery time: Jul 12 and 15 ships out within 4 business days ?

Total Cost: The total price will depend on the final product features you select

Buy it Now | Add to Cart

Add to Favorite Items ( 1 )

Seller Guarantee: Return policy | On-time Delivery in **7** days

**Sold By**
Kimwood1608
Recommended 5th year
10112 Transactions
99.7% Positive Feedback
Detailed seller ratings
Visit Store | Favorite Store

**Contact Seller**
Message
Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA | Skrill | BANK TRANSFER | AMERICAN EXPRESS
Learn more »

## Customers Who Bought This Item Also Bought

1/4

New cards against muggles The Harry Potter Version
**US $27.14 - 29.69** / Piece
100 % Positive feedback

Stock hight quality UNO poker card standard edition family
**US $1.89 - 2.42** / Piece
Sold: 82248

Stock hight quality UNO poker card standard edition family
**US $1.89 - 2.42** / Piece
Sold: 159624

STOCK Entertainment Card Games UNO cards 108 Fun
**US $1.48 - 4.17** / Piece
100 % Positive feedback

Stock 3 Styles UNO Card GAME Standard Edition
**US $1.91 - 2.52** / Piece
100 % Positive feedback

2018 Newest Version For UNO Playing Card Game For
**US $10.21 - 12.66** / Piece
100 % Positive feedback

Item Description | Customer Reviews(0) | **Shipping Time & Cost** | Report Item

## Shipping Time and Cost

**Item Location:**
**Shipping to:** United States    **Purchase Quantity:** 50 Calculate

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| DHL | 3-6 days | Free Shipping |

## Payments

**DHgate Service Pledge is especially designed for online transaction.**
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.

1 Buyer Places Order → 2 Buyer Pays DHgate → 3 Seller Ships Package → 4 Buyer Checks Package → 5 DHgate Pays Seller

$66 Coupon Pack

**Related Keywords:** heart red card, small card envelope, express card for laptop, cards for party, retractable reel id card badge, snakeskin card wallet, pvc office card, mood card, brown card tags, sim card for unlocked

## Customers Who Viewed This Item Also Viewed

1/4

473

STEP OUT IN STYLE      The Hottest Shoes This Season

**STARTING AT 20% OFF**    Sandals, Sneakers, Heels & More!    shop now ▸

Hello,        ( 1 ) Sign out                Buyer Protection | Help ▾ | DHport | Save more on our App! | English ▾

# DHgate.com
Buy Globally · Sell Globally

I'm shopping for...    All Categories ▾    🔍    Hi,    My DHgate ▾    ♡ Favorites    🛒 0 Cart ▾

ALL CATEGORIES ▾    Flash Deals    Superior Suppliers    Coupon Center NEW    2-5 Day Shipping    DH Select    Just For You

Home > Seller Review Profile

## Seller Information

**Kimwood1608**

Recommended 5th year

10114 Transactions

99.7% Positive Review ?

Guangdong, China (Mainland)
03:22 PM Thu Jul 5 Now
Member since Feb 2014

Recommend seller to friends

## Review Score:7786

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 201 | 976 | 4096 | 9370 |
| 🟡 Neutral | 2 | 3 | 14 | 75 |
| ⛔ Negative | 1 | 3 | 11 | 62 |

## Service Detail Score (Mainly Industry : Cell Phones & Accessories)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.2/ 5.0 | 🔻 Lower than Average | 9499 |
| Communication | 4.2 /5.0 | 🔻 Lower than Average | 9498 |
| Delivery time | 4.2 /5.0 | 🔻 Lower than Average | 9498 |
| Shipping charges | 5.0 /5.0 | 🔺 Above Average | 9509 |

**Reviews Received** | Reviews Sent

Reviews: Negative ▾        Dates: Last 30 days ▾

For Iphone X/10 Iphone 8 Plus 7 6 6S Plus 5S Top Quality Tempered Glass Film Screen Protector 0.2MM
Item code: 203701053

⭐☆☆☆☆    By:bao***adn 🇺🇸 CO 06 10,2018

**Product reviews:**
The product is not in good quality, the seller not helpful. Not recommended and don't waste your time with them.

helpful ( 0 )    unhelpful ( 0 )

‹  1  ›        Go to page: 1 GO

Bookmark & Share    f  g  🐦  VK  k  ⬛  su  in  🔴  g+

✓ Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service

Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

# Defendant's Storefront

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 40 of 211

DHgate    Buy Globally · Sell Globally      Hello, ▢▢▢▢▢▢▢   PayPal   (✉ ) | Sign out   My DHgate ▾   Help ▾   English ▾   🛒 Cart

**KIMWOOD P...**   💙 Add To Favorites ( 746 )

99.7% Positive Feedback    10114 Transactions

Share ▾

Share 0

| UNO Poker Card Standard | In this store | On DHgate |

Iphone X , Tempered Glass , Screen protector

9H HIGH HARDNESS   0.2mm   0.2mm Slim Thickness

Impact Resistant   Anti-Scratch   Anti-Oil   100% SATISFACTION GUARANTEE

We REPLACE ✓
We REFUND ✓
We EXCHANGE ✓

| Store Home | Products | Sale Items | TopSelling | Review | About Us |

**Store Categories**

❯ Others (1)

**Popular Search**

Iphone X   Tempered Glass
Screen protector   Phone Case
USB Cable   Charger   Phone
Holder   Car DVR   TV Box
Earphone   Bluetooth Speaker

**Top Selling** | Most Reviewed

For Iphone X 10 Iphone 8 Plus 7 6 6S Plus 5S
US $0.28 / Piece
Item Sold (6298509)

Tempered Glass Film Screen Protector for
US $0.26 / Piece
Item Sold (673341)

Tempered Glass 10 in 1 Paper Package for
US $0.3 / Piece
Item Sold (208183)

For Samsung Galaxy S9 Plus S8 Note 8
US $1.66 / Piece
Item Sold (167934)

Ultra Thin TPU Case For iPhone X 7 8 6 plus
US $0.28 / Piece
Item Sold (143156)

Tempered Glass 0.3MM Screen Protector For
US $0.98 / Piece
Item Sold (44491)

2017 USA Solar Eclipse Glasses Paper
US $0.23 / Piece
Item Sold (42960)

Capacitive Stylus Pen Touch Screen Highly
US $0.05 / Piece
Item Sold (37000)

Newest Popular Decompression Toy
US $1.46 / Piece
Item Sold (36243)

5D Curved Tempered Glass For Iphone X 10
US $1.72 / Piece
Item Sold (30471)

**1 matching products found for UNO Poker Card Standard**

Sort by: Bestselling ↓   Price ↑   Best Match ▾   Price: $ [ ] - $ [ ]   Go   Page 1/1 ❮ ❯

**UNO Poker Card Standard Edition Family Fun Enternainment Boa...**
Ships out within 4 business days

US $ 1.91 - 2.86 / Piece
Free Shipping
Add to Cart

Bookmark & Share   📘 🔵 🐦 🔵 k ⬛ 📑 in 🔵 🔵

✓ Help improve your experience on DHgate.com. Please tell us what you think about this page.

mastercard VISA AMERICAN EXPRESS UnionPay Maestro iDEAL   Sofort.   BANK TRANSFER   verified secured   PCI DSS   novadebit   square trade   DHimport   socialshops

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Products Online | Refined Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

476

Case 1:18-cv-08824-LAP Document 15-3 Filed 10/18/18 Page 41 of 211

**DHgate.com** Buy Globally · Sell Globally

Hello, | (✉ 2) Sign out | My DHgate ▾ | Help ▾ | English ▾ | 🛒 0 Cart

**KIMWOOD P...** ♡ Add To Favorites ( 746 ) | Share▾ | [In this store] [On DHgate]

99.7% Positive Feedback | 10114 Transactions

Iphone X · Tempered Glass · Screen protector

**9H HIGH HARDNESS**
0.2mm
0.2mm Slim Thickness

Impact Resistant | Anti-Scratch | Anti-Oil | 100% SATISFACTION GUARANTEE | We REPLACE ✓ | We REFUND ✓ | We EXCHANGE ✓

Store Home | Products | Sale Items | TopSelling | Review | About Us

## About Us

Store Introduction ›
Basic Information ›

### Store Introduction

kimwood

Tempered Glass Screen Protector for each cell phone model are all in stock. Make sure every glass is top quality and will ship the items out immediately after you make the order. Excellent After-sale service. We are focus on long time business. Just conatct us and we will make you satisfied with......

every deal.

### Basic Information

Company Name: KIMWOOD ELECTRONICS(HK)CO.,LIMITED
Business Type:
Location: Guangdong, China (Mainland)
Year Established: Feb 2014
Main Product(s)/Service: Tempered Glass;Screen protector;Case;LCD Display Digitizer;TV Box;Electronic cigarettes;Super Market;Return & Refund terms;Ship out within 1 day;Free Shipping DHL

### Contact Us

[Online Chat] [Message Seller]

Bookmark & Share  f  G  🐦  VK  k  ⌂  StumbleUpon  in  reddit  G+

Help improve your experience on DHgate.com. Please tell us what you think about this page.

MasterCard VISA AMEX UnionPay Maestro Sofort. iD BANK TRANSFER Verisign PCI DSS novashops square trade DHimport socialshops

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

477

# Communications between NAL and Defendant



STEP OUT IN STYLE
TARTING AT 20% OFF
The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!
shop now

Hello, [redacted] Sign out | Buyer Protection | Help | Save more on our App! | Translate

DHgate.com Buy Globally · Sell Globally | I'm shopping for... | Hi, [redacted] My DHgate | Favorites | 0 Cart

My DHgate | My Orders | Favorites | Messages | DHpay Account | Membership

Home> My DHgate > Messages > My Messages> From Sellers > **Detail**

**My Messages**

From Sellers
From System
From DHgate
Trash
Message Setting

**Customer Service**

Message DHgate
Message History

**Shortcuts**

Shipped Orders
Awaiting Shipment
Awaiting Payment
Favorite Items
Completed Orders
Refund & Dispute
Order Tracking

Customer Service
Click here for Live Help

« Back | View This Item | Delete This Conversation

## UNO Poker Card Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game free shipping in stock

**From:** [redacted]
**Created Time:** 2018-07-04 15:01

Reply

View This Item

Hide earlier news(18)

[redacted] 2018-07-04 15:01

Hi! Do you guys deliver to New York City, USA?

**kimwood1608** 2018-07-04 15:56

hello friend, it's OK. What do you need?

[redacted] 2018-07-04 16:00

I need 200 pieces of this. https://www.dhgate.com/product/uno-poker-card-standard-edition-family-fun/396310380.html

[redacted] 2018-07-04 16:00

Have you shipped this item before for like ten times already? I mean anywhere in the world.

**kimwood1608** 2018-07-04 16:16

What do you mean? We can't understand it.

[redacted] 2018-07-05 07:24

I'm asking if you have delivered this item for about ten times already?

**kimwood1608** 2018-07-05 12:30

Hello friend, we ever shipped the item to USA several times. Do you have any problem about it?

[redacted] 2018-07-05 12:31

No, I'm just making sure that you can ship the item to my address.

[redacted] 2018-07-05 12:31

Can I ask your email?

**kimwood1608** 2018-07-05 12:34

479

Hello friend, it don't have problem to ship to your address. If you need the item, you can order 200pcs directly then we will ship it out.
You can contact here as well. We will reply you soon in working time.

████████████   2018-07-05 12:43

Please also reply your email.

**kimwood1608**   2018-07-05 13:07

our email is 598181074@qq.com, you can contact in this email if you have any problem.

████████████   2018-07-05 13:21

Thank you, dear. Do you have paypal?

**kimwood1608**   2018-07-05 13:25

we only accept the payment on Dhgate.

████████████   2018-07-05 13:37

Why? So you don't have paypal?

**kimwood1608**   2018-07-05 14:48

we don't have payment, friend.

████████████   2018-07-05 14:54

What about alipay? Do you have alipay?

**kimwood1608**   2018-07-05 15:03

we only accpet the payment on DHgate, friend.

████████████   2018-07-05 15:05

You don't have US Bank Account;DHpay; Payoneer; CMB; Credit Card; Pingpong?

**kimwood1608**   2018-07-05 15:06

you just make the payment on DHgate then we will ship it out, is it have any problem?

████████████   2018-07-05 15:11

internet problem

████████████   2018-07-05 15:12

So don't have any of those?

**kimwood1608**   2018-07-05 15:12

no friend. Sorry that we only do on the Dhagte.

Reply:

480

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant





Place Your Order → Pay Your Order → Success

## Place your order

<span style="color:blue">Payment Help</span>

### Shipping Address

<span style="color:blue">Add a new address</span>

███████

105 Avenue B

Apt 4B

New York,New York,10009

United States

███████

<span style="color:blue">Edit</span>

### Order Summary

Your **1** item order will be dispatched in **1** parts.

Items Subtotal:    US $143.00
( 1 items )
Shipping Cost:    US $0.00

Grand Total:
**US $143.00**

[Proceed to Pay]

### Order Details



kimwood1608

UNO Poker Card Standard Edition Family Fun Enterma...
[1 set]  Modify
Stock in: China

50 Pieces

Price
US $2.86/Piece

Amount
US $143.00

Shipping Cost
Free Shipping

DHL
Delivery: Estimated between Sat Jul 14 and Tue Jul 17 (seller ships within 4 business days)

Add remark to seller
Please add remark:(e.g. color, size...)

<span style="color:blue">Use 3rd Party Coupon</span>

Item Subtotal:    US $143.00
Shipping Cost:    US $0.00
**Order Total:**    US $143.00

« Back to Cart

Item Subtotal(1 items):    US $143.00
Shipping Cost:    US $0.00
Grand Total:    US $143.00

[Proceed to Pay]



Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

482

# DEFENDANT kyshadow

# Defendant's Listing for Infringing Products

Hello, [redacted] ( 1 ) Sign out | Buyer Protection | Help | DHport | Save more on our App! | English

DHgate.com Buy Globally · Sell Globally | Shop by Categories | I'm shopping for... | All Categories | Hi, [redacted] My DHgate | Favorites | 1 Cart

Home > Toys & Gifts > Games > Card Games > **Product detail**

See larger image

Share on

# Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL

17 Review(s) | 18 Transactions

Price: **US $4.23 - 6.02** / Set    Reference Currency

| Wholesale Price ( Set ): | 20 + | 50 + | 59 + | 120 + | 223 + |
|---|---|---|---|---|---|
| | US $6.02 | US $5.60 | US $5.11 | US $4.67 | US $4.51 |

Quantity: 20 Sets **9959** in Stock ( **Stock in:** CN )

Shipping Cost: **Free Shipping** to United States Via DHL
Estimated delivery time: Aug 8 and 11, ships out within 4 business days ?

Total Cost: **US $120.40**

Buy it Now | Add to Cart

Add to Favorite Items ( 16 )

Seller Guarantee: Return policy | On-time Delivery in **7** days

**Sold By**
Kyshadow
2277 Transactions
97% Positive Feedback
Detailed seller ratings
Visit Store | Favorite Store

**Contact Seller**
Message
Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA | Skrill | BANK TRANSFER | AMERICAN EXPRESS

Learn more »

## Customers Who Bought This Item Also Bought

1/4

UNO Card Standard Edition poker UNO Playing Cards
**US $1.31 - 1.95** / Piece
Sold: 240

324pcs set Sun&Moon Guardians Rising Card Game
**US $9.84 - 14.37** / Set
Sold: 162

Anime 56 Piece Cosplay Card Captor Sakura KINOMOTO
**US $8.41 - 13.68** / Set
97.8 % Positive feedback

120 Set Entertainment Card Games UNO cards Fun Poker
**US $1.31 - 1.74** / Set
Sold: 11708

Festive Supplies Christmas Toys Black Card Revoked
**US $6.54 - 8.23** / Piece
Sold: 240

IN Stock UNO Smart Knob Popular UNO Turntable Toys
**US $11.95 - 14.74** / Piece
Sold: 525

**Item Description** | Customer Reviews(17) | Shipping Time & Cost | Transaction History(18) | Report Item

### Item specifics

| | |
|---|---|
| Gender: | Unisex |
| Age: | Big Kids |
| Theme: | UNO |
| Type: | Poker |
| Material: | PVC |
| Location: | Yiwu Toy |

### Return policy details

- Buyers can receive a partial refund, and keep the item(s) if they are not as described or with quality issues by negotiating directly with seller within 30 days from the day the item(s) were received.

$66 Coupon Pack

### Description

| | |
|---|---|
| Product Name: | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL |
| Item Code: | 400046094 |
| Category: | Card Games |
| Short Description: | UNO crystal poker, PVC material, waterproof, anti pressure |
| Quantity: | 1 Set |
| Package Size: | 10.0 * 10.0 * 10.0 ( cm ) |
| Gross Weight/Package: | 1.0 ( kg ) |

485



8/1/2018    Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad…

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 50 of 211



Name: UNO crystal
Weight: 260g (including external box)

8/1/2018  Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad…

Case 1:18-cv-06924-LAP   Document 15-3   Filed 10/18/18   Page 51 of 211





8/1/2018     Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad…

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 52 of 211





8/1/2018    Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad…

Case 1:18-cv-06824-LAP   Document 15-3   Filed 10/18/18   Page 53 of 211





8/1/2018     Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad…

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/16/19   Page 54 of 211



If you are searching for a funny game to spend your leisure time, look into this category. Various free cards online games from Uno to Taxes poker, any cards to play in many themes is collected here. You can buy a online free cards games and enjoy the entertaining game with your friends and families. All our solitaires online are contained in a dedicate box for you. The best humanity free patience game for you. You can now buy play game card in the cheapest price ever and all the goods will be shipping freely.

### Transaction History

Transactions: **18**

| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Jur****** | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | **20 Set** | 2018-07-30 |
| Lis****** | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | **20 Set** | 2018-04-25 |
| Gra******* | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | **20 Set** | 2018-01-18 |

490

8/1/2018   Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad...

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 55 of 211

| | | | |
|---|---|---|---|
| Cha**********  | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 20 Set | 2018-01-14 |
| Cry****** | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 20 Set | 2018-01-13 |
| Cha********** | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 120 Set | 2018-01-09 |
| Bet****** | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 220 Set | 2017-06-17 |
| Sop******* | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 60 Set | 2017-06-14 |

Page 1 of 3   1   2   3   Next »

Advertisement ?

**Sponsored Products You May Be Interested In** 我也要出现在这里



Golden Playing Cards Creative Waterproof Ca...
**US $3.92 - 5.4 / Set**



UNO Playing Poker Card Table Game Standard...
**US $1.54 - 1.94 / Set**



New 500 sets lot Entertainment Card Games
**US $1.43 - 1.51 / Set**



cards against muggles party cards game more...
**US $26.14 - 29.8 / Piece**



New cards against muggles The Harry Potter ...
**US $26.14 - 29.8 / Piece**

UNO Playing Poker Cards Table Game Standard...
**US $1.61 - 2.06 / Set**
Sold: 120

## Customer Reviews

Average Rating: ⭐⭐⭐⭐⭐
Based on 17 Review(s)



| | |
|---|---|
| ⭐⭐⭐⭐⭐ | 17 |
| ⭐⭐⭐⭐☆ | 0 |
| ⭐⭐⭐☆☆ | 0 |
| ⭐⭐☆☆☆ | 0 |
| ⭐☆☆☆☆ | 0 |

All the reviews are from the buyers who bought the product on DHgate..

⭐⭐⭐⭐⭐ By: lis***123 🇺🇸 May 02, 2018

Very Satisfied

Was the review helpful to you?   Yes (0)   No (0) | Report this review

⭐⭐⭐⭐⭐ By: gra****hiu 🇺🇸 January 25, 2018

Very Satisfied

Was the review helpful to you?   Yes (0)   No (0) | Report this review

⭐⭐⭐⭐⭐ By: charl****y123 🇺🇸 January 22, 2018

Very Satisfied

Was the review helpful to you?   Yes (0)   No (0) | Report this review

⭐⭐⭐⭐⭐ By: cry***try 🇨🇦 January 21, 2018

Very Satisfied

Was the review helpful to you?   Yes (0)   No (0) | Report this review

⭐⭐⭐⭐⭐ By: charl****y123 🇺🇸 January 14, 2018

Very Satisfied

Was the review helpful to you?   Yes (0)   No (0) | Report this review

⭐⭐⭐⭐⭐ By: bet***638 🇺🇸 June 23, 2017

Items arrived quickly! Very satisfied!

Was the review helpful to you?   Yes (0)   No (0) | Report this review

⭐⭐⭐⭐⭐ By: sop****828 🇺🇸 June 20, 2017

491

8/1/2018    Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad…

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 56 of 211

great product!

Was the review helpful to you? [ Yes ] (0) [ No ] Report this review

★★★★★ By: say****uty 🇺🇸 June 17, 2017

GOOD!

Was the review helpful to you? [ Yes ] (0) [ No ] (0) Report this review

★★★★★ By: jacquelyne****847496893 🇺🇸 June 17, 2017

Very Satisfied

Was the review helpful to you? [ Yes ] (0) [ No ] (0) Report this review

★★★★★ By: 1501****977 🇺🇸 June 12, 2017

Very Satisfied

Was the review helpful to you? [ Yes ] (0) [ No ] (0) Report this review

View all 17 Card Games customer reviews»

Related Keywords: digital card retail, swan cards, friendly card, place table seat card, sim card socket, credit card stripe, care cards, real 64 gb card, handmade cards for wedding day, leather diy card

## Customers Who Viewed This Item Also Viewed
1/4

     

| Set Entertainment Card Games UNO cards Fun Poker | Free Shipping UNO card game poker Family Fun One | Electroplate 925 Sterling Silver Necklaces Box chains | Fun One Pack Family Funny Entertainment Board Game | Stock UNO CARD GAMES Hight Quality Crystal PVC | 3 Kinds UNO Card Game 108 PCS Waterproof PVC Crystal |
| US $4.45 - 5.52 / Piece | US $1.95 - 5.45 / Piece | US $0.81 - 5.15 / Piece | US $2.05 - 3.72 / Piece | US $4.83 - 5.73 / Piece | US $2.77 - 13.33 / Piece |
| 85.7 % Positive feedback | | 96.6 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback |

## Other products from Card Games
Page 1 of 2

     

| UNO Playing Poker Cards Table Game UNO Standard | Magic poker home--Gk0053 Perspective poker suite, | Best Christmas Celebration 20set Party Game Board | 55 Cards Set Black Plastic Playing Cards Black Elf Poker | 10 Pcs(one piece contain five dice) 16mm High Quality | "Waite Tarot" Board Game 78 PCS Set Shine Cards Game |
| US $2.94 - 6.02 / Piece | US $50.26 - 60.58 / Piece | US $ 8.50 - 11.70 / Set | US $9.25 - 10.52 / Piece | US $6.995 - 7.955 / Piece | US $7.14 - 9.15 / Piece |

## New Arrival uno poker card

     

| New Arrival | New Arrival | New Arrival | New Arrival | New Arrival | New Arrival |
| Stock hight quality UNO poker card Crystal PVC waterproof | Fun One Pack Family Funny Entertainment Board Game | Liplasting Boardgame Family Funny Entertainment Board | Find Similar Stock Hight Quality UNO Poker Card | Dhl free 120 Set Entertainment Card Games | Topsale Puzzle Games 172.8g 108 Cards Family |
| US $4.53 / Piece | US $2.04 / Set | US $6.54 / Piece | US $1.59 / Piece | US $1.23 / Piece | US $3.52 / Piece |

Your Recently Viewed Items and Featured Recommendations
1/8

492

8/1/2018    Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad...

Case 1:18-cv-02624-LAP   Document 15-3   Filed 10/10/18   Page 57 of 211

**ECC 2018** IN ONTARIO *CALIFORNIA* AUG 3RD - 5TH    Look For Us At Booth #200

Hello, ████████ 💰(🔵1) Sign out     🛡 Buyer Protection | Help ▾ | 🔗 DHport | 📱 Save more on our App! | English ▾

## DHgate.com
Buy Globally · Sell Globally

Shop by Categories ▾    I'm shopping for...   All Categories ▾ 🔍    Hi, ████ My DHgate ▾   ♡ Favorites   🛒 ¹ Cart ▾

Home > Toys & Gifts > Games > Card Games > Product detail

### Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL

⭐⭐⭐⭐⭐ 17 Review(s) | 18 Transactions

**Free Shipping**

| | |
|---|---|
| Price: | US **$4.23 - 6.02** / Set    Reference Currency ▾ |

Wholesale Price ( Set ):

| 20 + US $6.02 | 50 + US $5.60 | 59 + US $5.11 | 120 + US $4.67 | 223 + US $4.51 | › |
|---|---|---|---|---|---|

Quantity:   20   Sets   9999 In Stock ( Stock in: 🇨🇳 CN )

Shipping Cost:   **Free Shipping** to United States Via DHL ▾
Estimated delivery time: Aug 8 and 11, ships out within 4 business days ❓

Total Cost:   US **$120.40**

[ Buy it Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 16 )

Seller Guarantee   💲 Return policy   🕐 On-time Delivery in 7 days

**Sold By**
Kyshadow
P
2277 Transactions
97% Positive Feedback
Detailed seller ratings ▾
[ Visit Store ] [ Favorite Store ]

**Contact Seller**
✉ Message
⚪ Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA | MasterCard | Skrill
BANK TRANSFER | AMERICAN EXPRESS

Learn more »

---

## Customers Who Bought This Item Also Bought     1/4

     

| UNO Card Standard Edition poker UNO Playing Cards | 324pcs set Sun&Moon Guardians Rising Card Game | Anime 56 Piece Cosplay Card Captor Sakura KINOMOTO | 120 Set Entertainment Card Games UNO cards Fun Poker | Festive Supplies Christmas Toys Black Card Revoked | In Stock UNO Smart Knob Popular UNO Turntable Toys |
|---|---|---|---|---|---|
| US $1.31 - 1.95 / Piece | US $9.84 - 14.37 / Set | US $13.68 / Set | US $8.41 - 13.68 / Set | US $6.54 - 8.23 / Piece | US $11.95 - 14.74 / Piece |
| Sold: 240 | Sold: 162 | 97.8 % Positive feedback | Sold: 11708 | Sold: 240 | Sold: 525 |

---

| Item Description | Customer Reviews(17) | **Shipping Time & Cost** | Transaction History(18) | Report Item |
|---|---|---|---|---|

### Shipping Time and Cost

**Item Location:**

Shipping to: United States ▾    Purchase Quantity: 20 [ Calculate ]

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| DHL | 3-6 days | Free Shipping |

### Payments

 **DHgate Service Pledge is especially designed for online transaction.**
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.

 1 Buyer Places Order →  2 Buyer Pays DHgate →  3 Seller Ships Package →  4 Buyer Checks Package → 5 DHgate Pays Seller

Related Keywords:   digital card retail, swan cards, friendly card, place table seat card, sim card socket, credit card stripe, care cards, real 64 gb card, handmade cards for wedding day, leather diy card



## Customers Who Viewed This Item Also Viewed     1/4

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/19   Page 58 of 211

ECC 2018 IN ONTARIO   CALIFORNIA   AUG 3RD - 5TH   Look For Us At Booth #200

Hello, ████   | 🔔 ( 1 ) Sign out     🛡 Buyer Protection   Help ▾   ⬡ DHport   📱 Save more on our App!   English ▾

**DHgate.com**
Buy Globally · Sell Globally

Shop by Categories ▾

I'm shopping for...    All Categories ▾   🔍

Hi, ████   My DHgate ▾   ♡ Favorites   🛒 Cart ▾ (1)

Home > Toys & Gifts > Games > Card Games > Product detail



**Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL**

⭐⭐⭐⭐⭐ 17 Review(s) | 18 Transactions

Price:    US $4.23 - 6.02 / Set        Reference Currency ▾

| Wholesale Price ( Set ): | 20 +<br>US $6.02 | 50 +<br>US $5.60 | 59 +<br>US $5.11 | 120 +<br>US $4.67 | 223 +<br>US $4.51 | › |

Quantity:   20   Sets   9999 in Stock (Stock in: 🇨🇳 CN )

Shipping Cost:   **Free Shipping** to United States Via DHL ▾
Estimated delivery time: Aug 8 and 11, ships out within 4 business days   ?

Total Cost:   **US $120.40**

[ Buy It Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 16 )

Seller Guarantee   💲 Return policy   🕐 On-time Delivery in 7 days

**Sold By**
Kyshadow
🅿 2277 Transactions
97% Positive Feedback
Detailed seller ratings ▾

[ Visit Store ] [ Favorite Store ]

**Contact Seller**
✉ Message
⬤ Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   🏦 BANK TRANSFER   MasterCard   AMERICAN EXPRESS   Skrill

Learn more »

See larger image

---

### Customers Who Bought This Item Also Bought

| | | | | | | 1/4 |

UNO Card Standard Edition poker UNO Playing Cards
**US $1.31 - 1.95** / Piece
Sold: 240

324pcs set Sun&Moon Guardians Rising Card Game
**US $9.84 - 14.37** / Set
Sold: 162

Anime 56 Piece Cosplay Card Captor Sakura KINOMOTO
**US $8.41 - 13.68** / Set
97.8 % Positive feedback

120 Set Entertainment Card Games UNO cards Fun Poker
**US $1.31 - 1.74** / Set
Sold: 11708

Festive Supplies Christmas Toys Black Card Revoked
**US $6.54 - 8.23** / Piece
Sold: 240

IN Stock UNO Smart Knob Popular UNO Turntable Toys
**US $11.95 - 14.74** / Piece
Sold: 525

---

| Item Description | Customer Reviews(17) | Shipping Time & Cost | **Transaction History(18)** | | Report Item |

### Transaction History

Transactions : 18



| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Jur******  🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 20 Set | 2018-07-30 |
| Lis******  🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 20 Set | 2018-04-25 |
| Gra******  🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 20 Set | 2018-01-18 |
| Cha**********  🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 20 Set | 2018-01-14 |
| Cry******  🇨🇦 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 20 Set | 2018-01-13 |
| Cha**********  🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 120 Set | 2018-01-09 |
| Bet******  🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 220 Set | 2017-06-17 |
| Sop*******  🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 60 Set | 2017-06-14 |

Page 1 of 3   [ 1 ] [ 2 ] [ 3 ] [ Next » ]

$66 Coupon Pack

494

Case 1:18-cv-03021-LAP   Document 15-3   Filed 10/18/18   Page 59 of 211

ECC 2018 IN ONTARIO CALIFORNIA AUG 3RD - 5TH     Look For Us At Booth #200

Hello, ▋▋▋▋▋ 🛒 1 ) Sign out     🛡 Buyer Protection   Help ▾   ⊙ DHport   📱 Save more on our App!   English ▾

**DHgate**.com
Buy Globally · Sell Globally

Shop by Categories ▾   I'm shopping for...   All Categories ▾   🔍    Hi, ▋▋▋ My DHgate ▾   ♡ Favorites   🛒 Cart ▾

Home > Toys & Gifts > Games > Card Games > Product detail



Free Shipping

🔍 See larger image

‹       ›

Share on 📘 📌 🐦 Ⓑ 🔵 ✉

### Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL

★★★★★ 17 Reviews( )    18 Transactions

| | | |
|---|---|---|
| Price: | US **$4.23 - 6.02** / Set | Reference Currency ▾ |

| Wholesale Price ( Set ): | 20 + US $6.02 | 50 + US $5.60 | 59 + US $5.11 | 120 + US $4.67 | 223 + US $4.51 | › |
|---|---|---|---|---|---|---|

Quantity:   20   Sets   9999 In Stock ( Stock in: 🇨🇳 CN )

Shipping Cost:   **Free Shipping** to United States Via DHL ▾
Estimated delivery time: Aug 8 and 11, ships out within 4 business days ⍰

Total Cost:   US **$120.40**

[ Buy It Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 16 )

Seller Guarantee    💲 Return policy    🕐 On-time Delivery in 7 days

**Sold By**
Kyshadow
🅿
2277 Transactions
97% Positive Feedback
Detailed seller ratings ▾
[ Visit Store ] [ Favorite Store ]

**Contact Seller**
✉ Message
⊙ Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   ●●   Skrill
BANK TRANSFER   MasterCard   AMERICAN EXPRESS

Learn more ›

---

## Customers Who Bought This Item Also Bought    1/4

|  |  |  |  |  | |
|---|---|---|---|---|---|
| UNO Card Standard Edition poker UNO Playing Cards | 324pcs set Sun&Moon Guardians Rising Card Game | Anime 56 Piece Cosplay Card Captor Sakura KINOMOTO | 120 Set Entertainment Card Games UNO cards Fun Poker | Festive Supplies Christmas Toys Black Card Revoked | In Stock UNO Smart Knob Popular UNO Turntable Toys |
| US **$1.31 - 1.95** / Piece | US **$9.84 - 14.37** / Set | US **$8.41 - 13.68** / Set | US **$1.31 - 1.74** / Set | US **$6.54 - 8.23** / Piece | US **$11.95 - 14.74** / Piece |
| Sold: 240 | Sold: 162 | 97.8 % Positive feedback | Sold: 11708 | Sold: 240 | Sold: 525 |

---

| Item Description | Customer Reviews(17) | Shipping Time & Cost | **Transaction History(18)** | | Report Item |
|---|---|---|---|---|---|

### Transaction History

Transactions: 18



| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Say******* 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 120 Set | 2017-06-12 |
| Jac************** 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 9900 Set | 2017-06-09 |
| 150********* 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 9900 Set | 2017-06-08 |
| Cry****** 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 9750 Set | 2017-06-06 |
| Cha********** 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 219 Set | 2017-06-05 |
| Gra******* 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 9750 Set | 2017-06-03 |
| Bur****** 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 219 Set | 2017-06-02 |
| Har****** 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 9850 Set | 2017-06-01 |

$66 Coupon Pack

Page 2 of 3   « Previous   1   2   3   Next »

8/1/2018    Stock Hight Quality Uno Poker Card Crystal Pvc Waterproof Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game Dhl Free Cards Online Games Cards To Play From Kyshad...

Case 1:18-cv-09801-LAP    Document 15-3    Filed 10/19/18    Page 60 of 211



Hello, ████████  [img] ( 1 ) Sign out

Buyer Protection | Help ▾ | DHport | Save more on our App! | English ▾

# DHgate.com
Buy Globally · Sell Globally

Shop by Categories ▾

[I'm shopping for...] [All Categories ▾] 🔍

Hi, ████████ My DHgate ▾ | ♡ Favorites | 🛒 Cart ▾ 1

Home > Toys & Gifts > Games > Card Games > Product detail



Free Shipping

See larger image

     

Share on: f P t B g+ ✉

## Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL

★★★★★ 17 Reviews(s) | 18 Transactions

| Price: | US $4.23 - 6.02 / Set | Reference Currency ▾ |
|---|---|---|

| Wholesale Price ( Set ): | 20 + US $6.02 | 50 + US $5.60 | 59 + US $5.11 | 120 + US $4.67 | 223 + US $4.51 | ❯ |

Quantity: [20] Sets  9959 in Stock | Stock in: 🇨🇳 CN)

Shipping Cost: **Free Shipping** to United States Via DHL ▾

Estimated delivery time: Aug 8 and 11, ships out within 4 business days ?

Total Cost: **US $120.40**

[Buy It Now] [Add to Cart]

♡ Add to Favorite Items ▾ ( 16 )

Seller Guarantee    $ Return policy    ✓ On-time Delivery in 7 days

### Sold By
Kyshadow
P
2277 Transactions
97% Positive Feedback
Detailed seller ratings ▾

[Visit Store] [Favorite Store]

### Contact Seller
✉ Message
💬 Online Chat



### Buyer Protection
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA | BANK TRANSFER | mastercard | Skrill | AMERICAN EXPRESS

Learn more ▸

## Customers Who Bought This Item Also Bought
1/4

     

UNO Card Standard Edition poker UNO Playing Cards
US $1.31 - 1.95 / Piece
Sold: 240

324pcs set Sun&Moon Guardians Rising Card Game
US $9.84 - 14.37 / Set
Sold: 162

Anime 56 Piece Cosplay Card Captor Sakura KINOMOTO
US $8.41 - 13.68 / Set
97.8 % Positive feedback

120 Set Entertainment Card Games UNO cards Fun Poker
US $1.31 - 1.74 / Set
Sold: 11708

Festive Supplies Christmas Toys Black Card Revoked
US $6.54 - 8.23 / Piece
Sold: 240

In Stock UNO Smart Knob Popular UNO Turntable Toys
US $11.95 - 14.74 / Piece
Sold: 525

| Item Description | Customer Reviews(17) | Shipping Time & Cost | **Transaction History(18)** | Report Item |

## Transaction History
Transactions : 18

| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Gwe********* 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 9552 Set | 2017-05-31 |
| Car********* 🇺🇸 | Stock hight quality UNO poker card Crystal PVC waterproof standard edition family fun entertainment board game Kids funny Puzzle game DHL | 9950 Set | 2017-05-25 |

Page 3 of 3   « Previous   1   2   3


$66 Coupon Pack

Related Keywords: digital card retail, swan cards, friendly card, place table seat card, sim card socket, credit card stripe, care cards, real 64 gb card, handmade cards for wedding day, leather diy card

## Customers Who Viewed This Item Also Viewed

Set Entertainment Card Games UNO cards Fun Poker
US $4.45 - 5.52 / Piece
85.7 % Positive feedback

Free Shipping UNO card game poker Family Fun One
US $1.95 - 5.45 / Piece

Electroplate 925 Sterling Silver Necklaces Box chains
US $0.81 - 5.15 / Piece
96.6 % Positive feedback

Fun One Pack Family Funny Entertainment Board Game
US $2.05 - 3.72 / Set
100 % Positive feedback

Stock UNO CARD GAMES Hight Quality Crystal PVC
US $4.83 - 5.73 / Piece
100 % Positive feedback

3 Kinds UNO Card Game 108 PCS Waterproof PVC Crystal
US $2.77 - 13.33 / Piece
100 % Positive feedback

496

Case 1:18-cv-08824-LAP Document 15-3 Filed 10/18/18 Page 61 of 211

ECC 2018 IN ONTARIO CALIFORNIA AUG 3RD - 5TH    Look For Us At Booth #200

Hello, ▮▮▮▮▮ 🏅(2) | ✉(1) ▸ Sign out    🔲 Buyer Protection    Help ▾    ◯◯ DHport    📱 Save more on our App!    English ▾

# DHgate.com
Buy Globally · Sell Globally

I'm shopping for...    | All Categories ▾ | 🔍    Hi, ▮▮▮▮▮ My DHgate ▾    ♡ Favorites    🛒 ¹ Cart ▾

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center NEW | 2-5 Day Shipping | DH Select | Just For You |

Home > Seller Review Profile

## Seller Information

**Kyshadow**
2277  Transactions
97%  Positive Review  ❓

Guangdong, China (Mainland)
07:15 AM Wed Aug 1 Now
Member since Sep 2016

Recommend seller to friends

## Review Score:1202

|  | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 158 | 423 | 1533 | 1896 |
| ⦿ Neutral | 6 | 15 | 36 | 53 |
| ⊖ Negative | 7 | 15 | 36 | 47 |

## Service Detail Score (Mainly Industry : Toys & Gifts)

| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.3 / 5.0 | 🟨 About Average | 1996 |
| Communication | 4.3 / 5.0 | 🟨 About Average | 1996 |
| Delivery time | 4.3 / 5.0 | 🟨 About Average | 1996 |
| Shipping charges | 4.8 / 5.0 | 🔻 Lower than Average | 1996 |

**Reviews Received** | Reviews Sent

Reviews: | Negative ▾ |    Dates: | All ▾ |



CLEOF Eye Shadow Cosmetics
Unicorn Glitter Eyeshadow Palette 24
Colors Makeup Shimmer Eye
Item code: 404131363

★★☆☆☆  By:lux****hes  🇺🇸  V7  07 24,2018
Product reviews:
Very very slow responses from seller!
helpful ( 0 )  unhelpful ( 0 )

Mini 503 Wireless Bluetooth Stereo
Headphone Handsfree Sports Music
in-ear Earphone Headset for Iphone
Item code: 401177888

★★☆☆☆  By:yo***84  🇺🇸 V2  07 20,2018
Product reviews:
Not good quality
helpful ( 0 )  unhelpful ( 0 )



IN STOCK!! High-quality!! HOT
Makeup Masq Palette 16 Color Eye
Shadow Palette FREE SHIPPING
Item code: 404021837

★☆☆☆☆  By:Malehka_1515723165100  🇺🇸 V7  07 20,2018
Product reviews:
Out of 10 of my palettes only one wasn't messed up, and on top of that they don't even show up

SAMPLE 1SET 8 colors Superior
Professional Soft Cosmetic Facial
Make up Oval Brushes Set makeup
Item code: 411655864

★★☆☆☆  By:Xjmr****999  🇺🇸 V7  07 15,2018
Product reviews:
Unsatisfied
helpful ( 0 )  unhelpful ( 0 )



DHA39-1 LED Flash Light Up Wand
Glow Sticks Kids Toys For Holiday
Item code: 401730018

★☆☆☆☆  By:3for3****ique  🇺🇸 V2  07 12,2018
Product reviews:
These are crap
helpful ( 0 )  unhelpful ( 0 )



SAMPLE hottest seller New 1030
version 3D Fiber Lashes Waterproof
Double Mascara 3D FIBER LASHES
Item code: 411657390

★★☆☆☆  By:sc***9  🇮🇹 V7  06 28,2018
Product reviews:
it didnt work at all i use it 2x, when i try it on it didnt do anything on my lashes, it didnt give long or fuller lashes. it just irritted my eyes.
helpful ( 0 )  unhelpful ( 0 )



SAMPLE hottest seller New 1030
version 3D Fiber Lashes Waterproof
Double Mascara 3D FIBER LASHES

★☆☆☆☆  By:fil***94  🇮🇹 V7  06 19,2018
Product reviews:
Very unsatisfied

497



Item code:

SAMPLE 1PCS TF faced Factory
Direct Hotsale Makeup Face
Hangover Rx Replenishing
Item code: 411654426

⭐⭐☆☆☆  By:jeniec****hayes  🇺🇸  🟡 V2  06 15,2018

**Product reviews:**
Doesn't actually have a pump and smells like really strong sunscreen

helpful ( **0** )  unhelpful ( 0 )

HOTTEST Brand New High Quality
Canvas Chain shoulder fashion bags
Casual fashion handbag fringed
Item code: 401114527

⭐☆☆☆☆  By:Cecilia_1****32225549  🇺🇸  🟡 V2  06 12,2018

**Product reviews:**
Cheap and crappy quality. Unacceptable

helpful ( **0** )  unhelpful ( 0 )

Wholesale Pop Up Cellphone Stand
Universal Hot Socket Mobile Phone
Holder For Smarphone Tablet With
Item code: 412018166

⭐⭐☆☆☆  By:Braileigh Elee  🇺🇸  🟡 V2  06 12,2018

**Product reviews:**
Some worked and some didn't. Put the first 5 on my phone and they came apart in the first ten minutes. I would say only 5 worked.

helpful ( **0** )  unhelpful ( 0 )

‹  **1**  2  3  4  5  6  7  ›

Go to page:  [ 1 ]  GO

**Bookmark & Share**  [f] [g] [t] [VK] [k] [.] [SU] [in] [r] [g+]

✅ Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

498

# Defendant's Storefront

**DHgate.com** Buy Globally · Sell Globally

Hello, ████████ | 1 | Sign out | My DHgate ▾ | Help ▾ | English ▾ | 🛒 Cart

**Kyshadow** 🤍 Add To Favorite Stores ( 257 )

🅿

97% Positive Feedback   **2277** Transactions

💬 Online Chat   ✉ Message Seller

Share ▾   Share 0

UNO    **In this store**   On DHgate

Finger toys , Pressure reducingtoy , Toys

| Store Home | Products | Sale Items | TopSelling | Review | About Us |

Store Home > UNO

## Store Categories

› Toys & Gifts (2)

## Popular Search

Finger toys  Pressure reducingtoy
Toys  maniphalanx
decompression  diminution of
pressure  relax the pressure
reduce pressure  Decompression
Toy  LED Gloves  Novelty Games
Spinning Top  Gifts  Puzzles

**Top Selling** | Most Reviewed

2017 Rainbow Fidget
Spinner Factory Direct
**US $2.63** / Piece
Item Sold (618029)

16 colors New camo
colorful Fidget Spinner
**US $1.6** / Piece
Item Sold (610501)

Fidget Roliver fidget
toys Mokuru Novelty
**US $0.6** / Piece
Item Sold (507098)

IN STOCK!! Laura
Mercier Foundation
**US $2.55** / Piece
Item Sold (496704)

IN STOCK!! New EDC
Torqbar HandSpinner
**US $2.42** / Piece
Item Sold (429643)

2017 NEWEST Hot
Five Angle
**US $2.52** / Piece
Item Sold (420762)

NEWEST 11 colors
Good Quality 3D Camo
**US $1.46** / Piece
Item Sold (378447)

2017 Christmas Gift
Bags Large Organic
**US $3.06** / Piece
Item Sold (348164)

NEWEST Fidget
Roliver fidget toys
**US $1.92** / Piece
Item Sold (282685)

Air outlet mobile phone
rack Mobile phone
**US $1.52** / Piece
Item Sold (279455)

**2** matching products found for UNO

Sort by: Bestselling ▾  Price ▾   Best Match ▾  Price: $ — $  Go  Page 1/1 ‹ ›

Stock hight quality UNO poker card standard edition family f...
Ships out within 4 business days
Item Sold (159674)  ★★★★★ (20)
**US $ 1.89 - 2.42** / Piece
Free Shipping
Add to Cart

Stock hight quality UNO poker card Crystal PVC waterproof st...
Ships out within 4 business days
Item Sold (69710)  ★★★★★ (17)
**US $ 4.23 - 6.02** / Set
Free Shipping
Add to Cart

Bookmark & Share  f  G  𝕏  VK  k  ▪  StumbleUpon  in  reddit  G+

Help improve your experience on DHgate.com. Please tell us what you think about this page.

mastercard  VISA  AMERICAN EXPRESS  UnionPay  maestro  JCB  Sofort  BANK TRANSFER  veritrade verified  PCI DSS  novoshops  square trade  DHimport  socialshops

China Wholesale  Security & Privacy  Help  China Manufacturers  New Products  Products Online  Refined Products  Discount Products  China Suppliers  Customer Service
Terms of Use  Russian  Portuguese  Italian  Spanish  French  German  Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

500

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 1 ) Sign out | My DHgate | Help | English | Cart

**Kyshadow** Add To Favorite Stores ( **257** )

**97%** Positive Feedback **2277** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Finger toys , Pressure reducingtoy , Toys

Store Home | Products | Sale Items | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to my shop, your support is our biggest motivation, this shop all products are low-priced sales, and ensure the quality, please rest assured to buy need, we will give you a most enjoyable shopping experience!

### Basic Information

| | |
|---|---|
| Company Name: | in stock |
| Business Type: | Individual management |
| Location: | Guangdong, China (Mainland) |
| Year Established: | Sep 2016 |
| Main Product(s)/Service: | eyeshadow palette;makeup;makeup brushes;foundation;DHL free shipping;matte lipstick;Pressure reducingtoy;Toys;Gifts;Puzzles |

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

501

# Communications between NAL and Defendant



Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 68 of 211



2018-07-31 13:54

Okay, do you have alipay?

**kyshadow**   2018-07-31 14:23

no. only DHgate

2018-07-31 14:28

Do you support any of these payments?:

US Bank Account; DHpay; Payoneer; CMB; Credit Card; Pingpong

**kyshadow**   2018-07-31 14:32

DHpay
Credit Card

2018-07-31 14:35

Great! Please reply here your dhpay or credit card number. You can choose any of them.

**kyshadow**   2018-07-31 15:47

Honey, I mean, when you submit the order payment, you can choose these two channels to pay.

2018-07-31 15:54

Sorry but our internet has not yet fixed so please just your dhpay or credit card number. Hope you'll understand!

**kyshadow**   2018-07-31 16:02

I'm sorry, we only accept payment from orders.

**Reply:**

Please use English and do not leave any contact message here, i.e. phone number, email address, web address, etc. We will monitor this reply in case it contains any message of this kind.

max.charactors: 4000/4000

Upload File :   You may upload a maximum of 4 files. Format: JPG/GIF/RAR/PDF/DOC/DOCX/TXT. Maximum file size: 1MB.

Email reminder :   The seller has switched off his email alerts but he can still receive your messages.

Send

          

Home | Your Account | Help | Gold Zone | Sitemap Index | Top Searches | Top Products | Refined Products | Customer Service | Security & Privacy | Terms of Use

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved.

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

**DHgate**.com
Buy Globally · Sell Globally

Buyer Protection    VeriSign

| Place Order | Pay Your Order | Success |

## Place your order

Payment Help

### Shipping Address

Add a new address

| ▉ | 105 Avenue B |
| | Apt 4B |
| | New York,New York,10009 |
| | United States |
| | ▉ |
| | Edit |

**Order Summary**

Your **1** item order will be dispatched in **1** parts.

| Items Subtotal: | US $120.40 |
| ( 1 items ) | |
| Shipping Cost: | US $0.00 |

Grand Total:
**US $120.40**

[ Proceed to Pay ]

### Order Details

kyshadow



| | | Price | Amount | Shipping Cost |
| | Stock hight quality UNO poker card Crystal PVC wat... | US $6.02/Set | US $120.40 | **Free Shipping** |
| | Stock in: China | | | |

20 Sets

Delivery: Estimated between Fri Aug 10 and Mon Aug 13 (seller ships within 4 business days)

DHL

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

| Item Subtotal: | US $120.40 |
| Shipping Cost: | US $0.00 |
| **Order Total:** | **US $120.40** |

« Back to Cart

| Item Subtotal(1 items): | US $120.40 |
| Shipping Cost: | US $0.00 |
| Grand Total: | US $120.40 |

[ Proceed to Pay ]

     

Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

# DEFENDANT mayanlishop

# Defendant's Listing for Infringing Products

7/5/2018    Hot Uno Playing Poker Cards Table Game Standard Edition Family Fun Enteramiment Board Game Kids Funny Puzzle Game In Stocks Online Playing Card Free Playing Card From Mayanlishop, $1.91|...

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 73 of 211

STEP INTO STYLE
**STARTING AT 20% OFF**
The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!
shop now ►

Hello, ▓▓▓▓ | Sign out

Buyer Protection | Help ▼ | DHport | Save more on our App! | English ▼

**DHgate.com**
Buy Globally · Sell Globally

Shop by Categories ▼

I'm shopping for... | All Categories ▼ | 🔍

Hi, ▓▓▓▓
My DHgate ▼ | ♡ Favorites | 🛒 0 Cart ▼

Home > Toys & Gifts > Games > Card Games > Product detail



Free Shipping

○ See larger image

Share on: f p t B g+ ✉







### hot UNO Playing Poker Cards Table Game Standard Edition Family Fun Enteramiment Board Game Kids Funny Puzzle Game in stocks

| | |
|---|---|
| Price: | **US $1.91 - 2.86** / Piece    Reference Currency ▼ |
| Options: |  |

| Wholesale Price ( Piece ) : | 3 + US $2.86 | 116 + US $2.61 | 120 + US $2.29 | 144 + US $2.09 | 360 + US $1.98 | ❯ |
|---|---|---|---|---|---|---|

| Quantity: | 3 Pieces |
|---|---|
| Shipping Cost: | **Free Shipping** to United States Via DHL ▼ |
| | Estimated delivery time: Jul 11 and 14, ships out within 3 business days ⓘ |
| Total Cost: | The total price will depend on the final product features you select |

[ **Buy it Now** ]  [ Add to Cart ]

♡ Add to Favorite Items ▼ ( 0 )

Seller Guarantee    ✓ Guaranteed Service    ↩ Return policy    ⏱ On-time Delivery in 6 days

**Sold By**
Mayanlishop
🅿 1310 Transactions
98.4% Positive Feedback
Detailed seller ratings ▼

[ Visit Store ] [ Favorite Store ]

**Contact Seller**
✉ Message
○ Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA  MasterCard  Skrill
BANK TRANSFER  American Express

Learn more ▶

---

**Customers Who Bought This Item Also Bought**    1/4

| 270g UNO Poker Card Standard Edition Family Fun | Playing Cards Game Awkward Turtle The Adult | UNO card game poker Family Fun One Pack of 108pcs | Waterproof UNO Card H2O Waterproof Playing Card | UNO Playing Poker Cards Table Game Standard Edition | New 144 sets lot Entertainment Card Games |
|---|---|---|---|---|---|
| US $1.71 - 2.15 / Set | US $6.44 - 6.67 / Piece | US $3.32 - 4.34 / Piece | US $5.46 - 7.76 / Piece | US $1.71 - 2.15 / Set | US $1.9 - 2.2 / Set |
| Sold: 2075 | 100 % Positive feedback | 90.9 % Positive feedback | 98.8 % Positive feedback | Sold: 120 | 98.8 % Positive feedback |

---

**Item Description** | Customer Reviews(0) | Shipping Time & Cost    Report Item

### Item specifics

| | |
|---|---|
| Gender: | Unisex |
| Age: | Big Kids |
| Theme: | playing Cards Games |
| Type: | playing Cards Games |
| Material: | Paper |
| Location: | Yiwu Toy |

### Return policy details

* Buyers can receive a partial refund, and keep the item(s) if they are not as described or have quality issues by negotiating directly with seller within 30 days from the day the item(s) were received.

### Description

| | |
|---|---|
| Product Name: | hot UNO Playing Poker Cards Table Game Standard Edition Family Fun Enteramiment Board Game Kids Funny Puzzle Game in stocks |
| Item Code: | 410317081 |
| Category: | Card Games |
| Short Description: | hot UNO Playing Poker Cards Table Game Standard Edition Family Fun Enteramiment Board Game Kids Funny Puzzle Game in stocks |
| Quantity: | 1  Piece |
| Package Size: | 15.0 * 15.0 * 15.0 ( cm ) |
| Gross Weight/Package: | 0.18 ( kg ) |





welcome to my store
on the DHgate

All products with high quality good price

509

7/5/2018    Hot Uno Playing Poker Cards Table Game Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stocks Online Playing Card Free Playing Card From Mayanlishop, $1.91|...

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 74 of 211

**Product Introduction:**                                                                    Other loom kid

hot UNO Playing Poker Cards Table Game Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game in stocks

If you need large quantity or do not find the products you need in our store, please con
tact us for the ones you need. Since we have lots of products do not list the products i
n our store yet. We always offer best quantity with very competitive price for you.
If you want it.Please contact us.thank you

picture show



510

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 75 of 211







7/5/2018    Hot Uno Playing Poker Cards Table Game Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game In Stocks Online Playing Card Free Playing Card From Mayanlishop, $1.91|...

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 76 of 211





**Service commitment**

we will provide the high quality service for you. Pleasedon&rsquo;t hesitate to contact us if you have any questions or concernsbefore or after your purchase. We are committed to your 100% satisfaction.welcome you to shop again.

wish you Business Flourishes, our cooperation pleasant.

**Payment**

There are manypayment methods available on DHgate.com such as PayPal, credit cards, real-timebank transfers, offline payments (bank transfers and Western Union). You canchoose a method which is the most convenient for you. To protect yourinterests, your payment will be temporarily held by DHgate, and will not bereleased to us until you receive your order and are satisfied with it.

**Shipping**

1). We`ll prepare your goods immediately after receive yourpayment.The processing time for a specific order varies with theproduct type and stock status. Most ly, processing time can be 1 to 3 workingdays.

2).Time in transit: If you are the transportation demand,please tell us,if not wewill choose the most safe and fast,we often use the shipping.Transittime varies with different shipping methods,Transit time isgenerally 2-6 days.

3).Shipping cost: Most countries and regions are free shipping, and if you really like our products, but to reach the place you need shipping, you can contact us, we can according to your location to give you a reasonable freight discount.

**Return Policy**

If you want to exchange the itemsreceived, you must contact us within 7 days of the receipt of your order. Andyou should pay the additional shipping fees incu rred and the items returnedshould be kept in their original status

**Feedback**

Please make an affirmance in time after you receive your goods; Sinceyour feedback is very important to our business`s development, we sincerelyinvite you t o leave positive feedback for us if you are satisfied with ourproduct and service. It`ll just take you 1 minute. Thank you!;If there are problems, please contact us first, Wewill solve for you.

---

If you are searching for a funny game to spend your leisure time, look into this category. Various online playing card from Uno to Taxes poker, any free playing card in many themes is collected here. You can buy a card play game and enjoy the entertaining game with your friends and families. All our online card playing are contained in a dedicate box for you. The best humanity playing cards games online free for you. You can now buy play cards free online in the cheapest price ever and all the goods will be shipping freely.

7/5/2018    Hot Uno Playing Poker Cards Table Game Standard Edition Family Fun Entertainment Board Game Kids Funny Puzzle Game In Stocks Online Playing Card Free Playing Card From Mayanlishop, $1.91|...

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 77 of 211 ?

**Sponsored Products You May Be Interested In**    我也要出现在这里

     

Poket Pikachu Playing Trading Cards Games S...
US $0.02 - 0.04 / Piece
Sold: 8

cards against muggles party cards game more...
US $26.14 - 29.8 / Piece

New cards against muggles The Harry Potter ...
US $26.14 - 29.8 / Piece

UNO Playing Poker Cards Table Game Standard...
US $ 2.12 - 3.26 / Set

UNO Playing Poker Cards Table Game Standard...
US $ 1.70 - 2.54 / Set
Sold: 50

UNO Playing Poker Cards Table Game Standard...
US $1.61 - 2.06 / Set
Sold: 120

Related Keywords: green playing cards, best playing cards, black magic playing cards, cheap gold playing cards, playing cards novelty, gold playing cards, playing card pack, playing cards poker size, children playing cards, steel playing cards

**Customers Who Viewed This Item Also Viewed**    1/4

     

UNO Card Standard Edition poker UNO Playing Cards
US $1.31 - 1.95 / Piece
Sold: 240

Playing Cards Game Awkward Turtle The Adult
US $6.44 - 6.67 / Piece
100 % Positive feedback

Sparkly Gold Silver 100x150cm Sequin
US $35.08 - 38.15 / Piece
100 % Positive feedback

Fun UNO 112 UNO Solitaire Games Family Friends Travel
US $2.61 - 4.56 / Piece
Sold: 2

UNO Card Standard Edition UNO Playing Cards
US $2.16 - 2.29 / Set
Sold: 4189

20cm 30cm 40cm DIY Paper Flowers Backdrop Wall Decor
US $1.95 - 5.0 / Piece
98.1 % Positive feedback

**Other products from Card Games**    Page 1 of 2

     

Christmas Gift Wholesale Awkward Turtle The Adult
US $4.82 - 5.83 / Piece

Harry Potter Cards Game Toys 408 pieces set Funny
US $ 11.59 - 25.11 / Set

Gold Foil Playing Cards Texas Hold'em Poker Gold Foil
US $4.83 - 8.70 / Piece

Poker Card Gold foil plated Playing Cards Plastic Poker
US $ 2.62 - 3.34 / Set

New Fashion Golden Playing Cards Deck Gold Foil Poker
US $ 6.34 - 10.70 / Piece

Playing Unstable Unicorns Base Game Vjoy fun The
US $9.49 - 9.98 / Piece

**Your Recently Viewed Items and Featured Recommendations**    1/8

     

For ipad case IPAD AIR2 Genuine Leather Case High
US $12.57 - 16.65 / Piece
99.7 % Positive feedback

Real Flower Girl Dresses with Bow Train Spaghetti straps
US $70.35 - 79.99 / Piece
100 % Positive feedback

H&H lockpick for MONTEREY locksmith tools
US $87.44 - 125.72 / Piece
99.2 % Positive feedback

Summer Playing cards T shirts Mens Cardigan Shirt
US $26.48 - 30.93 / Piece
95.7 % Positive feedback

Vertical Leather Flip Case Mobile Phone Cover Pouch
US $2.18 - 2.64 / Piece
100 % Positive feedback

For S8 S8 Plus S7 Edge S7 S6 Edge S6 Edge Plus Note 7
US $1.53 - 2.96 / Piece
Sold: 4720

**You Viewed:**

              

Please give us your feedback about this page    Click Here

View Seller's Store    Message Seller    Online Chat

**Related Searches**
• Toys & Gifts    • Games    • Card Games

**Wholesale Card Games Resources**    Fewer ▲
• wholesale trick playing cards    • wholesale playing cards light    • wholesale playing cards sets    • wholesale playing card patterns    • wholesale adult playing cards australia

**Card Games on Sale**
• discount playing cards sale    • discount playing card magic tricks    • discount gold foiled playing cards    • discount playing cards games for kids    • playing cards blue Canada

**Online Shopping Card Games**
• customize playing cards online    • playing card pendants online    • purple playing cards online    • magic tricks playing cards online    • steel playing cards UK

**Card Games Suppliers**







Case 1:18-cv-08824-LAP Document 15-3 Filed 10/18/18 Page 78 of 211

STEP OUT IN STYLE
STARTING AT 20% OFF
The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!
shop now ▸

Hello, [redacted] Sign out | Buyer Protection | Help | DHport | Save more on our App! | English

DHgate.com Buy Globally · Sell Globally | Shop by Categories | I'm shopping for... | All Categories | Hi, [redacted] My DHgate | Favorites | 0 Cart

Home > Toys & Gifts > Games > Card Games > **Product detail**

See larger image

Share on

# hot UNO Playing Poker Cards Table Game Standard Edition Family Fun Entermainment Board Game Kids Funny Puzzle Game in stocks

Price: **US $1.91 - 2.86** / Piece    Reference Currency

Options:

| Wholesale Price ( Piece ): | 3 + | 116 + | 120 + | 144 + | 360 + |
|---|---|---|---|---|---|
| | US $2.86 | US $2.61 | US $2.29 | US $2.09 | US $1.98 |

Quantity: 3 Pieces

Shipping Cost: **Free Shipping** to United States Via DHL
Estimated delivery time: Jul 11 and 14, ships out within 3 business days ?

Total Cost: The total price will depend on the final product features you select

Buy it Now | Add to Cart

Add to Favorite Items ( 0 )

Seller Guarantee: Guaranteed Service | Return policy | On-time Delivery in 6 days

**Sold By**
Mayanlishop
1310 Transactions
98.4% Positive Feedback
Detailed seller ratings
Visit Store | Favorite Store

**Contact Seller**
Message
Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA | Skrill | BANK TRANSFER | AMERICAN EXPRESS

Learn more »

## Customers Who Bought This Item Also Bought

1/4

270g UNO Poker Card Standard Edition Family Fun
**US $1.71 - 2.15** / Set
Sold: 2075

Playing Cards Game Awkward Turtle The Adult
**US $6.44 - 6.67** / Piece
100 % Positive feedback

UNO card game poker Family Fun One Pack of 108pcs
**US $3.32 - 4.34** / Piece
90.9 % Positive feedback

Waterproof UNO Card H2O Waterproof Playing Card
**US $5.46 - 7.76** / Set
98.8 % Positive feedback

UNO Playing Poker Cards Table Game Standard Edition
**US $1.71 - 2.15** / Set
Sold: 120

New 144 sets lot Entertainment Card Games
**US $1.9 - 2.2** / Set
98.8 % Positive feedback

Item Description | Customer Reviews(0) | **Shipping Time & Cost** | Report Item

## Shipping Time and Cost

**Item Location:**
**Shipping to:** United States    **Purchase Quantity:** 3 Calculate

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| DHL | 3-6 days | Free Shipping |
| FEDEX | 3-8 days | Free Shipping |

## Payments

**DHgate Service Pledge is especially designed for online transaction.**
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.

1 Buyer Places Order → 2 Buyer Pays DHgate → 3 Seller Ships Package → 4 Buyer Checks Package → 5 DHgate Pays Seller

Related Keywords: green playing cards, best playing cards, black magic playing cards, cheap gold playing cards, playing cards novelty, gold playing cards, playing card pack, playing cards poker size, children playing cards, steel playing cards

## Customers Who Viewed This Item Also Viewed

1/4

514

515

# Defendant's Storefront

DHgate.com
Buy Globally · Sell Globally

Hello,　■■■■■　Sign out　My DHgate ▾　Help ▾　English ▾　🛒 0 Cart

**Mayanlishop**　♡ Add To Favorite Stores ( 56 )

[ ] uno　**In this store**　**On DHgate**

98.4% Positive Feedback　1310 Transactions

3D socks · hand spinner · Kendama Ball

💬 Online Chat　✉ Message Seller
Share 0

| Store Home | Products | Sale Items | TopSelling | Review | About Us |

Store Home > uno

### Store Categories

➤ Cards Against Humanity (3)

### Popular Search

3D socks　hand spinner　Kendama
Ball　playing cards　Plush Toys
Trading Cards　Fidget spinner
Pokemon　hemp Leaf sock　what
do you meme　cube　Against
Humanity　socks　game cards
Fidget spinner

### Top Selling | Most Reviewed

3 colors available new
Transparent shells gold
US $1.41 / Piece
Item Sold (5552)

playing Cards Games
2012 pack 2013 pack
US $1.01 / Piece
Item Sold (1283)

2017 new glow in the
dark Tri Spinner Hand
US $2.82 / Piece
Item Sold (923)

black Bracket 7 colors
avaliable Tri Spinner
US $2.82 / Piece
Item Sold (702)

24K Gold Foil Plated
Poker Playing Cards
US $3.6 / Piece
Item Sold (482)

hot Japanese
Traditional Wood Game
US $2.02 / Piece
Item Sold (434)

hot odd future socks
Maple leaf socks hemp
US $1.41 / Pair
Item Sold (418)

2017 new 7 colors
avaliable Tri Spinner
US $2.82 / Piece
Item Sold (350)

2017 new 11 colors
avaliable Tri Spinner
US $2.82 / Piece
Item Sold (203)

144 Pcs lot 2-3 cm
Pikachu Action Figure
US $0.07 / Piece
Item Sold (139)

---

**3** matching products found for uno

Sort by:　Bestselling ▾　Price ↑　Best Match ▾　Price: $ — $ 　Go　Page 1/1　‹ ›

hot UNO Playing Poker Cards Table Game Standard Edition Fami...
Ships out within 3 business days
US $ 1.91 - 2.86 / Piece
Free Shipping
Add to Cart

hot plastic UNO Playing Poker Cards Table Game Standard Edit...
Ships out within 3 business days
US $ 3.82 - 6.86 / Piece
Free Shipping
Add to Cart

Caseling Extra Large Hard Case (2 Row) for Cards against hum...
Ships out within 3 business days
Item Sold (4)　★★★★☆ (3)
US $ 10.56 - 14.86 / Piece
Free Shipping
Add to Cart

---

Bookmark & Share　[f] [g] [t] [V] [k] [.] [S] [in] [r] [g+]

📋 Help improve your experience on DHgate.com, Please tell us what you think about this page.

mastercard VISA AMERICAN UnionPay JCB Maestro | Sofort | BANK TRANSFER | Verified by | PCI DSS | novoshops | square trade | DHimport | socialshops

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

517



DHgate.com Buy Globally · Sell Globally Hello, "[redacted]" Sign out | My DHgate | Help | English | 0 Cart

**Mayanlishop** Add To Favorite Stores ( 56 )

**98.4%** Positive Feedback **1310** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

3D socks , hand spinner , Kendama Ball

Store Home | Products | Sale Items | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to my shop, we are a strong team, mainly composed of toys, educational toys, strange new toy. Woven bracelets, etc., is the most popular products. Our advantage is hand sellers, factory direct supplier, all the goods are high quality and low price. We will provide you with quality services.......

Please do not hesitate to contact us if you have any questions or concerns you have before or after the purchase. We are committed to your 100% satisfaction

### Basic Information

Company Name:
Business Type:
Location: Zhejiang, China (Mainland)
Year Established: Feb 2014
Main Product(s)/Service: 3D socks;Cards Against game;Fidget spinner;Superhero cape&Mask;despicable me;Pokemon;hand spinner;spinner;Plush Toys;Kendama Ball

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

518

# Communications between NAL and Defendant



STEP OUT IN STYLE — STARTING AT 20% OFF

The Hottest Shoes This Season
Sandals, Sneakers, Heels & More!

shop now ▶

Hello, ▮ Sign out    DH Buyer Protection   Help ▾   📱 Save more on our App!   Translate ▾

DHgate.com
Buy Globally · Sell Globally

I'm shopping for...

Hi, ▮ My DHgate ▾   ♡ Favorites   🛒 0 Cart ▾

My DHgate   My Orders   Favorites   Messages   DHpay Account   Membership

Home > My DHgate > Messages > My Messages > From Sellers > Detail

**My Messages** ▾
From Sellers
From System
From DHgate
Trash
Message Setting

**Customer Service** ▾
Message DHgate
Message History

**Shortcuts**
Shipped Orders
Awaiting Shipment
Awaiting Payment
Favorite Items
Completed Orders
Refund & Dispute
Order Tracking

**Customer Service**
Click here for
Live Help

« Back   |   View This Item   |   Delete This Conversation

☆ hot UNO Playing Poker Cards Table Game Standard Edition Family Fun
Entermainment Board Game Kids Funny Puzzle Game in stocks

From: ▮
Created Time: 2018-07-04 21:43

Reply

View This Item

Hide earlier news(11)

▮ 2018-07-04 21:43
Hi! Is this item for sale?

mayanlishop 2018-07-05 08:37
yes,sale

▮ 2018-07-05 16:51
Great! I need a supplier. Have you shipped items to USA before?

mayanlishop 2018-07-05 17:09
how many do you need ship by fedex or DHL

▮ 2018-07-05 17:19
Is it a yes?

mayanlishop 2018-07-05 18:07
yes

▮ 2018-07-05 18:24
Okay. I need 250pcs. I would love to pay through paypal.

mayanlishop 2018-07-05 18:25
can you pay from DHGATE

▮ 2018-07-05 18:38
Don't you accept paypal payment dear?

mayanlishop 2018-07-05 18:39
OK tell me you paypal

520

**mayanlishop**  2018-07-05 18:41

total 522.5$

▬▬▬▬▬  2018-07-05 19:25

This is my email: ▬▬▬▬▬▬▬▬▬

Write down your paypal here

▬▬▬▬▬  2018-07-05 20:08

Is this your paypal? 185090356@qq.com

**mayanlishop**  2018-07-05 20:09

yes

▬▬▬▬▬  2018-07-05 20:16

Can you ship the items to New York?

**mayanlishop**  2018-07-05 20:20

yes

Reply:

Please use English and do not leave any contact message here, i.e. phone number, email address, web address, etc. We will monitor this
reply in case it contains any message of this kind.

max.charactors: 4000/4000

Upload File :   You may upload a maximum of 4 files. Format: JPG/GIF/RAR/PDF/DOC/DOCX/TXT. Maximum file size: 1MB.

Email reminder :   ☐ Use the email reminder

Please use the email reminder carefully. If you send too many email reminders, sellers may begin to block them and will not
receive information or updates from you!

Send



Home   |   Your Account   |   Help   |   Gold Zone   |   Sitemap Index   |   Top Searches   |   Top Products   |   Refined Products   |   Customer Service   |   Security & Privacy   |   Terms of Use

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved.

521



██████ ‹ ██████████ ›

---

## paypal
2 messages

---

**185090356** <185090356@qq.com>                Thu, Jul 5, 2018 at 7:28 PM
To: ██████ ‹ ██████████ ›



this is ma paypal,

---

██████ ‹ ██████████ ›                  Thu, Jul 5, 2018 at 8:04 PM
To: 185090356 <185090356@qq.com>

Hi! Is this your store? mayanlishop

On Thu, Jul 5, 2018 at 7:28 PM, 185090356 <185090356@qq.com> wrote:

this is ma paypal,

522

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant


Buy Globally · Sell Globally

Buyer Protection

| Place Your Order | Pay Your Order | Success |

Payment Help

## Place your order

### Shipping Address

Add a new address

105 Avenue B, Apt 4B

New York,New York,10009

**United States**

Edit

### Order Summary

Your **1** item order will be dispatched in **1** parts.

| | |
|---|---|
| Items Subtotal: | US $8.58 |
| ( 1 items ) | |
| Shipping Cost: | US $0.00 |

**Grand Total:**

**US $8.58**

Proceed to Pay

### Order Details


mayanlishop

hot UNO Playing Poker Cards Table Game Standard Ed...

[paper] Modify

Stock in: China

3 Pieces

**Price**
US $2.86/Piece

**Amount**
$8.58

**Shipping Cost**
Free Shipping

DHL

Delivery: Estimated between Fri Jul 13 and Mon Jul 16 (seller ships within 3 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

| | |
|---|---|
| Item Subtotal: | US $8.58 |
| Shipping Cost: | US $0.00 |
| **Order Total:** | US $8.58 |

« Back to Cart

| | |
|---|---|
| Item Subtotal(1 items): | US $8.58 |
| Shipping Cost: | US $0.00 |
| Grand Total: | US $8.58 |

Proceed to Pay



Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

524

# DEFENDANT Miliy Store

# Defendant's Listing for Infringing Products

7/26/2018    UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 91 of 211

**BACK TO SCHOOL**

**ACE AT HOME**

Kid-friendly home items
up to 40% off

SHOP NOW

Buyer Protection    Help ▾    📱 Save big on our app!    🇺🇸 Ship to / USD ▾    Language ▾

# AliExpress™

I'm shopping for...

🛒 0   ♡   👤

New here? Get your coupons!

Store: **Milly Store**    No feedback score ▾    Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

| 6 orders

Price:    **US $2.90** / piece

Shipping:    **US $2.18 to United States via China Post Ordinary Small Packet Plus** ▾
     Estimated Delivery Time: **20-39 days** ❓

Quantity:    ⊖   1   ⊕   piece (974 pieces available)

Total Price:    **US $5.08**

**Buy Now**    **Add to Cart**

♡ Add to Wish List (15 Adds) ▾

New User Coupon:    US $4.00   **GET IT NOW**

Return Policy    Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:    On-time Delivery **60 days**

Payment:    VISA   MasterCard   Maestro   AMEX   PayPal   WESTERN UNION   Bank Transfer

View More ▸

🛡 **Buyer Protection**
   ☑ **Full Refund** if you don't receive your order
   ☑ **Full or Partial Refund** , if the item is not as described

Learn More ▸

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |

### Item specifics

| | |
|---|---|
| Game Difficulty Level: **Advanced** | Maximum Player Number: **10** |
| Teaching Mode: **Book** | Material: **Paper** |
| Type: **Advertising Poker** | Age: **>8 Years** |
| Minimum Player Number: **2** | Tabletop Game Product: **Card Cover** |
| Game Length: **0-30 minutes** | Type: **UNO Card** |

### Product Description

7/26/2018          UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 92 of 211



The 24 hole tremolo ha rmonica harmonica ad
**USD 34.11**/piece



Twelve Kong Tao flute alto C smoldered ocari
**USD 23.26**/piece



c double row harmonic a beginners children in
**USD 5.81**/piece

Simple Design Lightwei ght Kazoo Aluminum Al
**USD 0.70**/piece



12 Holes Ocarina Lege nd of Zelda Alto C Flute
**USD 10.85**/piece



Good poker Q mini pok er interesting lovely littl
**USD 0.35**/piece



The gold foil playing ca rd Black diamond CAR
**USD 2.91**/piece

C tune smoked burnin g flute /12 hole AC prof
**USD 23.26**/piece

## Features:

Number One For Fun Family activities between Friends.
Appropriate for ages 7 to adult.
Suitable for 2 to 10 players.
Great for family,bring great fun for you.
Lightweight and portable,good entertainment of your travel and party.

## Product Properties:

is_customized:Yes
Tabletop Game Product:Card Cover
Type:UNO Card
Game Length:0-30 minutes
Game Difficulty Level:Advanced
Age: more than 8 Years
Type:Normal

## Specifications:

Card Color: Multi-colored
Material: Chrome Paper
Card Size: 8.6cm x 5.6 cm (L x  W)

## Package Includes:

1 pcs Family Game Poker (108 cards)

Recently Viewed

528

7/26/2018     UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 93 of 211



Recently Viewed

7/26/2018      UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 94 of 211



Recently Viewed

7/26/2018          UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 95 of 211



Recently Viewed ⌃



Recently Viewed

7/26/2018    UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 97 of 211



Recently Viewed ⌃

533

7/26/2018     UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 98 of 211



### Packaging Details

Unit Type: piece

Package Weight: 0.1kg (0.22lb.)

Package Size: 9cm x 6cm x 3cm (3.54in x 2.36in x 1.18in)

## Transaction History

6 transactions in last 6 months.   Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| A2 A***.  ES | 1 piece<br>23 Jul 2018 06:42 |
| A3 D***.  PT | 1 piece<br>22 Jul 2018 10:49 |
| A4 R***.  MQ | 1 piece<br>21 Jul 2018 19:18 |
| A2 A***.  US | 20 pieces<br>20 Jul 2018 16:48 |
| A0 M***.  NL | 1 piece<br>19 Jul 2018 11:45 |
| A4 D***.  DK | 1 piece<br>17 Jul 2018 13:57 |

◀ | 1 | ▶

## More Products

**From This Seller**

    

Recently Viewed ⌃

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 99 of 211

ACE AT HOME

BACK TO SCHOOL

Kid-friendly home items up to 40% off

SHOP NOW

Buyer Protection    Help ▾    Save big on our app!    Ship to 🇺🇸 / USD ▾    Language ▾

**AliExpress**

I'm shopping for...

🛒 0   ♡   👤

New here? Get your coupons!   - $

Store: **Milly Store**    No feedback score ▾    Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

6 orders

Price:    **US $2.90** / piece

Shipping:    US $2.18 to United States via China Post Ordinary Small Packet Plus ▾
Estimated Delivery Time: 20-39 days ❓

Quantity:    [ − 1 + ] piece (974 pieces available)

Total Price:    **US $5.08**

[ Buy Now ]    [ Add to Cart ]

♡ Add to Wish List (15 Adds) ▾

New User Coupon:    US $4.00 [ GET IT NOW ]    ⊕

Return Policy    Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:    On-time Delivery 60 days

Payment:    VISA ● MasterCard ● 🅰 ● P PayPal ● WESTERN UNION ● Bank Transfer   View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |

### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: [ 1 ]    Ship to: 🇺🇸 United States ▾

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| China Post Ordinary Small Packet Plus | US $2.18 | 20-39 days | Not available |
| ePacket | US $3.01 | 12-20 days | Available |
| AliExpress Standard Shipping | US $5.35 | 19-39 days | Available |
| EMS | US $40.17 | 12-21 days | Available |
| DHL | US $57.54 | 6-13 days | Available |
| UPS Express Saver | US $57.93 | 5-8 days | Available |

Note: Shipping costs shown include fuel surcharges. Import duties, taxes and other customs related charges are not included. Buyers bear all responsibility for all extra charges incurred (if any).
Note: UPS shipping cost savings displayed above reflect discounts offered to AliExpress sellers. They may also include other promotions, subsidies or discounts offered by individual sellers to their buyers, and are only valid on transactions completed via AliExpress.

### Packaging Details

Unit Type: **piece**      Package Weight: **0.1kg (0.22lb.)**
Package Size: **9cm x 6cm x 3cm (3.54in x 2.36in x 1.18in)**

### Payment

We support the following payment methods.

VISA MasterCard ... QIWI WALLET WebMoney ... Налчиный расчёт ... Мобильный платёж ... Boleto ... SOFORT ... yandex.money Przelewy24 ... mercado pago ... Doku WESTERN UNION ... Bank Transfer

535

Recently Viewed ⊗

# Defendant's Storefront

7/26/2018          Find All China Products On Sale from Miliy Store on Aliexpress.com - UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game,Luxury Pl...

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 101 of 211

Buyer Protection     Help     Save big on our app!     Ship to     / USD     Language

# AliExpress

I'm shopping for...          On AliExpress   In this store

Store:  Miliy Store     Follow   3 Followers

# Miliy Store
## Enjoy music, enjoy life

| Store Home | **Products** | Sale Items | Top Selling | New Arrivals | Feedback |

Home > Store Home > UNO card game poker

**Store Categories**

- Guitar
- Harmonica
- Flute
- Entertainment
- Tambourine
- Crow Sounder
- Rhythm Sticks
- Castanets
- Others

| Store Categories > | UNO card game poker | | 3 items found | | | Hide Filter ▲ |

| Color | White | Yellow | Red | Burgundy | Multiple |
| Minimum Player Number | 1 | 2 | | | Multiple |
| Material | Paper | Plastic | | | Multiple |

View More ▾

**Service Center**

✉ Contact Now

[ Follow ]
3 Followers

Best Match   Orders↓   New↓   price↕   ☐ Free Shipping          View


UNO card game poker Family Fun One Pack of 108pcs Pokers...
US $2.90 / piece
Orders(6)


Luxury Platinum Foil Poker Playing Cards Waterproof Gold...
US $3.45 / piece
Order(1)


Love fate of the tarot tarot classic board game model of...
US $2.33 / piece

◄   1   ►

**Top Selling**

Simple Design Lightweight Kazoo...
US $0.70 / piece
Orders(31)

New Arrival BEE 10 Holes 20 Key Tone C...
US $0.69 / piece
Orders(7)

UNO card game poker Family Fun One...
US $2.90 / piece
Orders(6)

Ocarina 12 Hole Mid-range Ac Tone...
US $18.99 / piece
Orders(4)

8" Double Row Jingle Tambourine...
US $7.41 / piece
Orders(3)

10 Holes Blues Harmonica Musical...
US $2.50 / piece
Orders(3)

Suzuki Folkmaster 1072 Standard...
US $4.90 / piece
Orders(2)

AT-01 Digital Clip-on Electric Guitar...
US $2.06 / piece
Orders(2)

Cartoon Caterpillar Xylophone Toy...
US $2.02 / piece
Orders(2)

International Hohner Harmonica Silver...
US $12.45 / piece
Orders(2)

One Pair Adjustable Synthetic Leather...
US $7.30 / piece
Orders(2)

2 Sets/Lot Texas Hold'em Plastic...
US $7.62 / piece

Recently Viewed ◉          537

# Communications between NAL and Defendant



Buyer Protection    Help    Mobile    Ship to    USD    Language

I'm shopping for...    🔍    🛒 Cart 0    ♡    👤

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

## Message Center

| | |
|---|---|
| **Message Center** ⊖ | ‹ Back  **View Details** |
| Conversations | |
| Spam | Send to:  Sara Shi  🏬 Mily Store  |  Add to Blacklist |
| **Service Notification** ⊖ | |
| Notifications | |
| **Setting** ⊖ | |
| Contact Blacklist | |

Insert smileys

😊 😄 😉 😘
😙 😛 😝 😜
😣 🐱 😚 🤗

‹ › 1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

### Message History

Delete Conversation

Messages Translation:  ⦿ Disable  ◯ English

About this product
UNO card game poker Family Fun One Pack of 108pcs Po...

Hello! Do you ship to this address? 752 Lafayette Ave Brooklyn, NY 11221

Me
18/07/25 19:08

‹ 1 2 ›

Go to Page [    ] Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.



Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

‹ Back **View Details**

Send to: Sara Shi Miliy Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

About this product
UNO card game poker Family Fun One Pack of 108pcs Po...

Sara Shi 18/07/25 22:09
You're welcome
Yes. I have paypal.
It"s 861849186@qq.com

Me 18/07/25 22:02
Thanks! Do you have paypal?

Sara Shi 18/07/25 22:00
Okey,dear friend.
My email is : sarashi2018@outlook.com

Me 18/07/25 21:48
Great! I'll order 300 pieces. Can I ask for your email?

Sara Shi 18/07/25 21:46
Yes, dear friend
We have the experience of shipping to America

Me 18/07/25 21:39
No. I mean have you shipped in the past to USA?

Sara Shi 18/07/25 20:15

Sara Shi 18/07/25 20:15
Yes.
You place an order
Leave the correct address.
We shipped to your

Me 18/07/25 19:34
Have you shipped before to USA?

Sara Shi 18/07/25 19:26
Ok,
No problem.
Dear friend。

1 2

Go to Page Go

540

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant







**Review your Order**

## 1. Select your shipping information:



105 Avenue B
Apt 4B
New york, New York, 10009
United States

✏ Edit

✚ Add a new address

## 2. Review and confirm your order (1 items):



Seller: Miliy Store

Product Name & Details

UNO card game poker Family Fun One Pack of 108pcs    1 piece ✕    US $2.90        China Post Ordinary Small Packet Plus
Pokers Card Game Fold Playing Card Entertainment Bo
ard Game                                                                                              US $2.18
                                                                                                      Delivery Time: 20-39 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

Subtotal:                US $2.90
Shipping:                US $2.18
Total:                   US $5.08

## 3. Payment method



◯ VISA MasterCard
◉ PayPal  PayPal
◉ Other payment methods  WebMoney

☐ Apply AliExpress Coupon:  You don't have any coupons ▾          - US $0.00

### Buyer Protection

☑ **Full Refund** if you don't receive
  your order
☑ **Full or Partial Refund** , if the item is
  not as described

Learn More ▸

All Total:  **US $5.08**

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Alipay Privacy Notice

542

# DEFENDANT moreluer Fishing gear Store

# Defendant's Listing for Infringing Products

7/23/2018    HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 109 of 211




**AliExpress**    I'm shopping for...    🔍    🛒 0   ♡   👤

Store: **moreluer Fishing gear Store**    100% Positive feedback ⌄    Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards



### HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game

| | |
|---|---|
| Price: | US $6.99 / Set |
| Discount Price: | **US $6.36** / Set -9% 7 days left |

📱 Get our app to see exclusive prices ⌄

Color: 

Shipping: **Free Shipping to United States via Seller's Shipping Method** ⌄
Estimated Delivery Time: **20-38 days** ❓

Quantity: − 1 + Set (4 Sets at most per customer)

Total Price: Depends on the product properties you select

[ Buy Now ]   [ Add to Cart ]

♡ Add to Wish List (1 Adds) ⌄

New User Coupon: US $4.00 [ GET IT NOW ]

Store Promotion: Get Seller Coupons ▾

Return Policy: 📋 Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees: 📦 On-time Delivery **60 days**

Payment: VISA 💳 💳 💳 PayPal WESTERN UNION Bank Transfer View More ▸

### 🛡 Buyer Protection
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |
|---|---|---|---|

#### Item specifics

| | |
|---|---|
| Maximum Player Number: **8** | Game Difficulty Level: **Primary** |
| Game Length: **31-60 minutes** | Model Number: **HB147** |
| Material: **Paper** | Minimum Player Number: **2** |
| Age: **>6 Years** | Type: **Normal** |
| Type: **UNO Card** | Tabletop Game Product: **o** |
| Teaching Mode: **no** | |

#### Product Description

**Features:**
Number One For Fun Family activities between Friends.
Appropriate for ages 7 to adult.
Suitable for 2 to 10 players.
Great for family,bring great fun for you.
Lightweight and portable,good entertainment of your travel and party.

**Product Properties:**
Tabletop Game Product:Card Cover
Type:UNO Card
Game Length:0-30 minutes
Game Difficulty Level:Advanced
Age: more than 8 Years
Type:Normal

**Specifications:**
Card Color: Multi-colored
Material: Chrome Paper
Card Size: 8.6cm x 5.6 cm (L x W)

**Package Includes:**
1pcs Family Game Poker (108 cards)

**Note:**

Recently Viewed ⌃

7/23/2018    HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 110 of 211







Recently Viewed

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/19/18   Page 111 of 211



Recently Viewed

7/23/2018     HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 112 of 211





7/23/2018    HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 113 of 211



Positive display

7/23/2018    HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 114 of 211

Function card also by the red, yellow, blue, green 4 colors, wild card.



100% physical display

Red, yellow, blue, green 4 kinds of colors, each color has a point 0-9 ordinary card



7/23/2018     HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 115 of 211



7/23/2018    HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 116 of 211



### Packaging Details

Unit Type: Set

Package Size: 10cm x 10cm x 5cm (3.94in x 3.94in x 1.97in)

Package Weight: 0.18kg (0.40lb.)

## More Products

### From This Seller









| US $8.99 | US $5.27 | US $25.23 | US $12.99 | US $13.04 | US $12.45 | US $4.34 |
| --- | --- | --- | --- | --- | --- | --- |
| 16 orders | 2 orders | | | | | |

### From Other Sellers









| US $2.71 | US $1.74 | US $1.19 | US $1.19 | US $1.19 | US $1.19 | US $2.76 |
| --- | --- | --- | --- | --- | --- | --- |

Premium Related Products

Recently Viewed

7/23/2018    HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 117 of 211



Cookie Preferences    Buyer Protection    Help    Save big on our app!    Ship to    Language



**AliExpress**    I'm shopping for...    🛒 0    ♡    👤

Store:    **moreluer Fishing gear Store**    100% Positive feedback ⌄    Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

### HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game



| | |
|---|---|
| Price: | US $6.99 / Set |
| Discount Price: | **US $6.36** / Set  -9%  7 days left |
| | 📱 Get our app to see exclusive prices ⌄ |
| Color: | 🔴 |
| Shipping: | **Free Shipping to United States via Seller's Shipping Method** ⌄ |
| | Estimated Delivery Time: 20-38 days ❓ |
| Quantity: | − 1 +   Set (4 Sets at most per customer) |
| Total Price: | Depends on the product properties you select |

**Buy Now**    **Add to Cart**

♡ Add to Wish List (1 Adds) ⌄

New User Coupon:    US $4.00    **GET IT NOW**

Store Promotion:    Get Seller Coupons ▾

Return Policy    📋 Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:    ⏱ On-time Delivery    60 days

Payment:    VISA  MasterCard  🔵  AE  PayPal  WESTERN UNION  Bank Transfer    View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

| Product Details | Feedback (0) | **Shipping & Payment** | Seller Guarantees |
|---|---|---|---|

#### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1    Ship to: 🇺🇸 United States ⌄

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| **Seller's Shipping Method** | US $0.00  Free Shipping | 20-38 days | Not available |
| **ePacket** | US $4.08 | 12-20 days | Available |
| **EMS** | US $40.17 | 12-21 days | Available |
| **DHL** | US $57.54 | 6-13 days | Available |

#### Packaging Details

Unit Type: **Set**
Package Size: 10cm x 10cm x 5cm (3.94in x 3.94in x 1.97in)

Package Weight: **0.18kg (0.40lb.)**

#### Payment

We support the following payment methods.



### More Products

**From This Seller**

      

Recently Viewed ⌃

553

# Defendant's Storefront

7/23/2018 Find All China Products On Sale from moreluer Fishing gear Store on Aliexpress.com - HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game,TG0020 ...



AliExpress

I'm shopping for...    On AliExpress | In this store    🛒 0    ♡    👤

Store: moreluer Fishing gear Store    100% Positive feedback ⌄    Follow    0 Followers

## moreluer Fishing gear Store

| Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback |

Home > Store Home > Uno

### Store Categories

- ☐ Fishing bait
  - Minnow Lure
  - Crank Lure
  - VIB-Pencil
  - Spoon Lure
  - Multi-section lure
  - Soft bait
  - Frog Lure
  - Fly bait
- ☐ fishing rod
- ☐ Fishing wheel
- ☐ Fishing tools
  - Fish pliers
  - Fish catcher
  - Connector
  - Bait Thrower
  - Fish Bell
  - Fishing accessories
  - Rod Holder
- ☐ Fishing Chair
- ☐ Fishing Hook
- ☐ Fish Finder
- ☐ Entertainment
  - Playing cards
  - Dart supplies
  - Dice
  - Table game
  - Board game
- ☐ Others

### Service Center

Contact Now

Follow
0 Followers

### Top Selling

 WNAAU7 Paper Spot It Game Family
US $7.82 / Set
Orders(16)

 OT025 70mm Fishing Bait Lure Hook...
US $5.27 / piece
Orders(2)

 WNAB6A01 270 cards/set Basic Core
US $25.23 / Set
Orders(1)

 185154801 Multi-jointed Hard Fish...
US $12.45 / piece
Orders(1)

 192556501 Portable Stainless Steel...
US $20.46 / Pack
Orders(1)

 ZP483100 Electric Lifelike Fishing...
US $11.30 / piece

 EU PLUG Mini RC Wireless Fishing
US $75.65 / Set

 2597689 FG - 1036A Rubber Handle...
US $8.99 / Set



| Store Categories > | Uno | 5 items found | Hide Filter ⌃ |

| Color | White | Yellow | Red | Burgundy | Purple | Light Grey | Multiple | ⊕ More |

| Minimum Player Number | 2 | 3 | | | | | Multiple | |

| Game Difficulty Level | Primary | | | | | | Multiple | |

View More ⌄

Best Match | Orders ⌄ | New ⌄ | price ↕ | ☐ Free Shipping    View ⊞ ☰ ‹ ›

9% OFF
HB147 Standard Uno Card Game 108 Playing Cards Family...
US $6.36 / Set
US $6.99 / Set

13% OFF
TG0020 Waterproof Black Diamond Poker Creative Standard...
US $7.82 / Set
US $8.99 / Set

9% OFF
ZP234900 Poker Waterproof PVC Plastic Playing Cards Set...
US $6.36 / Set
US $6.99 / Set

12% OFF
HQ065 Stylish Waterproof 24K Gold Foil Plated Cover...
US $6.15 / Set
US $6.99 / Set

13% OFF

TC002 Creative Night Glowing Fluorescent Poker Toy...
US $4.34 / Set
US $4.99 / Set

‹ 1 ›

Recently Viewed ⌃

555

# Communications between NAL and Defendant





Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

557

https://message.aliexpress.com/buyerMsgList.htm

1/1









Käuferschutz | Hilfe | Mobile | Versand nach / USD | Go to Global Site (English)

AliExpress

Ich kaufe ... | Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (1)

Spam

**Service Benachrichtigung**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

Jim Green | Search

Search

moreluer Fishing... 3hours

Our company Alipay account i...

moreluer Fishing gear Store | Original | More

18/07/20 16:28

Jim ... what is your address

18/07/23 08:26

can you ship to New york? Me

18/07/23 08:47

Jim ... of course

18/07/23 08:47

Jim ...

Send

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

Google Play | App Store

Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

559



Kauferschutz | Hilfe ▾ | Mobile | Versand nach 🇺🇸 / USD ▾ | Go to Global Site (English)

| Ich kaufe … | 🔍 |

🛒 Cart **0**   ♡   👤

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings



## Message Center ⊖

**Conversations (1)**

Spam

**Service Benachrichtigung** ⊖

Notifications

**Setting** ⊖

Contact Blacklist

---

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

moreluer Fishing…                3hours
Our company Alipay account i…

---

| Jim Green | Search |

🏪 moreluer Fishing gear Store          Original ⌄   More ⌄

can you provide me your paypal?   Me

18/07/23 08:56
Jim …   Aliexpress support pay by paypal

18/07/23 08:57
Jim …   you can try

18/07/23 09:04
why? i was trying to pay through paypal and its not going through! im so tired of
it thats why i am asking for your paypal!   Me

😊   📁

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

560





Ich kaufe ...

Cart **0**

## Message Center

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |



### Message Center ⊖
**Conversations (1)**
Spam

### Service Benachrichtigung ⊖
Notifications

### Setting ⊖
Contact Blacklist

---

#### AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

---

**Search ⌄**

| moreluer Fishing... | 3hours |
| Our company Alipay account i... | |

🏪 moreluer Fishing gear Store

Jim Green    Search

Original ⌄   More ⌄

18/07/23 09:07
Jim ...   oh

18/07/23 09:07
Jim ...   mark@91mulan.com

18/07/23 09:08
is this your paypal dear? mark@91mulan.com   Me

18/07/23 09:08
Jim ...   also you can ask the consumer support

18/07/23 09:11

Send

---

## Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

## AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

## Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

561



Go to Global Site (English)

Ich kaufe ...     🔍

Cart **0**

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

**Message Center** ⊖

**Conversations (1)**

Spam

**Service Benachrichtigung**

Notifications

**Setting** ⊕

Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

Search ⌄

moreluer Fishing...    3hours
Our company Alipay account i...

Jim Green    Search

🏪 moreluer Fishing gear Store    Original ⌄   More ⌄

dear, i just want to clarify is this your paypal? mark@91mulan.com. In order for me to pay.    Me

18/07/23 09:15

dear, have you been shipped before in USA?    Me

18/07/23 09:21

Jim ...   of course

18/07/23 09:21

Jim ...   right,it is our pp

18/07/23 09:24

do you also have alipay?    Me

😊 📁

Send

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Google Play    App Store

Privacy Policy   Terms of Use   Law Enforcement Compliance Guide   © 2010-2017 AliExpress.com. All rights reserved.

562





AliExpress

Ich kaufe ...    🔍    🛒 Cart 0   ♡   👤

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

**Message Center** ⊖

**Conversations (1)**

Spam

**Service Benachrichtigung** ⊙

Notifications

**Setting** ⊖

Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

moreluer Fishing...    3hours

Our company Alipay account i...

---

Jim Green    [Search]

📦 moreluer Fishing gear Store    Original ⌄   More ⌄

do you also have alipay?   Me

18/07/23 09:25

Jim ...   Dear, we often ship to the United States, less than two kilograms, ship by Epacket,more than two kilograms to send FedEx or UPS

18/07/23 09:27

Jim ...   mark@91mulan.com is our compay/paypal

18/07/23 09:28

how many times have you shipped in USA Before?   Me

18/07/23 09:28

😊 📁

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide   © 2010-2017 AliExpress.com. All rights reserved.

563



# AliExpress™

Ich kaufe …

Cart **0**

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |

## Message Center

**Conversations (1)**

Spam

### Service Benachrichtigung

Notifications

### Setting

Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

moreluer Fishing…          3hours

Our company Alipay account i…

---

Jim Green          Search

🛒 moreluer Fishing gear Store

Original ⌄     More ⌄

is this your alipay? mark@91mulan.com          Me

18/07/23 09:29

Jim …  Our AliExpress store is supporting paypal payment, you can also ask the AliExpress customer service to see the reason, thank you

18/07/23 09:30

Jim …  If you pay, please tell me the quantity you bought and your shipping address, thank you

18/07/23 09:31

dear, the reason why i am also asking for your alipay, is that my sister wants to order to you this item next month and i will be the one to pay for it for her through alipay.          Me

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

564





Käuferschutz | Hilfe | Mobile | Versand nach / USD | Go to Global Site (English)

AliExpress

Ich kaufe ...

Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations **(1)**

Spam

**Service Benachrichtigung**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

Jim Green | Search

Search

moreluer Fishing... 3hours

Our company Alipay account i...

moreluer Fishing gear Store | Original | More

18/07/23 09:38

Jim ... ok

18/07/23 09:38

Jim ...

18/07/23 09:40

Jim ... thanks

18/07/23 09:45

then, what is your alipay dear? Me

Send

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

Google Play | App Store

Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

AliExpress

Ich kaufe …                                      Cart **0**

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |

### Message Center

Conversations **(1)**

Spam

**Service Benachrichtigung**

Notifications

**Setting**

Contact Blacklist

---

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

Search ⌄

moreluer Fishing...            3hours
Our company Alipay account i...

Jim Green          Search

🛍 moreluer Fishing gear Store          Original ⌄   More ⌄

18/07/23 09:46
Jim ...   We have shipped to the US more than 50 times. We have been doing foreign t
          rade for four years. You can rest assured that our service is guaranteed.

18/07/23 09:49
Oh  great! its good to hear that 😊 So can you provide me your alipay dear  if      Me
you do have.

18/07/23 08:51
                                              do you have email?     Me

18/07/23 10:17
Jim ...   My Email: 243751296@qq.com

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

566



# AliExpress

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

## Message Center

**Conversations (1)**

Spam

**Service Benachrichtigung**

Notifications

**Setting**

Contact Blacklist

### AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

---

Search

moreluer Fishing...          3hours

Our company Alipay account i...

---

🏬 moreluer Fishing gear Store

Jim ...    AliExpress customer service says that you can't transfer money to Alipay, you can pay online and guarantee your rights.

18/07/23 10:35

but i want to pay you directly dear.    Me

18/07/23 11:12

Jim ...    oh

18/07/23 11:14

is your email is also your alipay?    Me

18/07/23 11:16

Jim ...    My Alipay in China is 15980209925.

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Google Play    App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

567



| | | | Kundenschutz | Hilfe | Mobile | Versand nach | USD | Go to Global Site (English) |

Ich kaufe ...    🔍    🛒 Cart **0**    ♡    👤

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

**Message Center** ⊖

**Conversations (1)**

Spam

**Service Benachrichtigung**

Notifications

**Setting** ⊕

Contact Blacklist

---

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

moreluer Fishing...        3hours
Our company Alipay account i...

Jim Green        Search

🗄 moreluer Fishing gear Store        Original ⌄    More ⌄

is your email is also your alipay?        Me

18/07/23 11:16
Jim ...    My Alipay in China is 15980209925.

18/07/23 11:17
Jim ...    If you have an Alipay in mainland China, you can transfer it to us.

18/07/23 11:17
thanks.        Me

18/07/23 11:24
Jim ...    Our company Alipay account is my mailbox 243751296@qq.com, just forgot to say, two Alipay accounts can be used

😊 📁

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

568

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant





## 1. Select your shipping information:

> ✓ **Default address**
>
> 📍 105 Avenue B
> Apt 4B
> New york, New York, 10009
> United States
>
> 📱
>
> ✏️ Edit

➕ Add a new address

## 2. Review and confirm your order (1 items):



| | |
|---|---|
| Seller: moreluer Fishing gear Store | |
| Product Name & Details | |
| HB147 Standard Uno Card Game 108 Playing Cards Family Children Friends Entertainment Board Game | 1 Set   US $6.36   ×     Seller's Shipping Method ▾ |
| Color: Multi-colored | **Free shipping** |
| | Delivery Time: 20-38 days |
| Leave a message for this seller: | |
| You can leave a message for the seller. | |
| Max. 1,000 English characters or Arabic numerals only, No HTML codes. | |

| | |
|---|---|
| Subtotal: | US $6.36 |
| Shipping: | US $0.00 |
| Total: | **US $6.36** |

## 3. Payment method



- ○ VISA ...
- ● PayPal
  - AliExpress charges a fee of US $0.80 to use PayPal.
- ○ Other payment methods   WebMoney

☐ Apply AliExpress Coupon:   You don't have any coupons ▾     - US $0.00



**Buyer Protection**

☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

All Total: **US $7.16**

**Confirm & Pay**

Upon clicking 'Place Order", I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Alipay Privacy Notice
- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

# DEFENDANT Party Perfecto(Yiwu Ridou Imp.& Exp. Co.,Ltd.) Store

# Defendant's Listing for Infringing Products



Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress™ I'm shopping for... 0

Store: Party Perfecto(Yiwu Ridou Imp.& E… 97.7% Positive feedback Follow

Home > All Categories > Home & Garden > Festive & Party Supplies > Event & Party > Party Favors

New UNO playing card game family friend office travel party amusement card game mind intelligent Desktop board game interactive

1 order

Price: **US $7.99** / lot 2 pieces / lot , US $4.00 / piece

Bulk Price

Shipping: **Free Shipping to United States via ePacket**
Estimated Delivery Time: 12-20 days

Quantity: 1 lot (998 lots available)

Total Price: **US $7.99**

Buy Now | Add to Cart

Add to Wish List (3 Adds)

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details

Seller Guarantees: On-time Delivery **35 days**

Payment: VISA, MasterCard, Maestro, American Express, PayPal, Western Union, Bank Transfer View More

## Buyer Protection

- **Full Refund** if you don't receive your order
- **Full or Partial Refund** , if the item is not as described

Learn More

Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees

### Item specifics

Brand Name: RIDOU
Material: Paperboard
is_customized: No
Occasion: Gender Reveal,Halloween,Birthday Part…
Model Number: FDPG17

### Product Description

UNO playing cards
Sale per lot: 2pcs

Recently Viewed

573

7/18/2018    New UNO playing card game family friend office travel party amusement card game mind intelligent Desktop board game interactive-in Party Favors from Home & Garden on Aliexpress.com | Alibaba Gr…

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 138 of 211







7/18/2018    New UNO playing card game family friend office travel party amusement card game mind intelligent Desktop board game interactive-in Party Favors from Home & Garden on Aliexpress.com | Alibaba Gr...

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 139 of 211





Recently Viewed

7/18/2018    New UNO playing card game family friend office travel party amusement card game mind intelligent Desktop board game interactive-in Party Favors from Home & Garden on Aliexpress.com | Alibaba Gr...

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 140 of 211



| Packaging Details | |
|---|---|
| Unit Type: lot (2 pieces/lot) | Package Weight: **0.6kg (1.32lb.)** |
| Package Size: **10cm x 10cm x 10cm (3.94in x 3.94in x 3.94in)** | |

## Transaction History

1 transactions in last 6 months.  Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
|  M***. <br> 🇫🇷 FR | 1 Lot <br> 06 Apr 2018 07:34 |

⟨   1   ⟩

## More Products

### From This Seller

      

| US $11.99 | US $11.99 | US $9.99 | US $8.99 | US $5.99 | US $2.59 | US $13.99 |
|---|---|---|---|---|---|---|
| ★★★★★ (38) | ★★★★★ (9) | ★★★★★ (6) | ★★★★★ (1) | ★★★★★ (1) | ☆☆☆☆☆ | ★★★★★ (8) |
| 116 orders | 23 orders | 15 orders | 2 orders | 1 orders | | 17 orders |

### From Other Sellers

      

| US $3.45 | US $5.51 | US $7.94 | US $12.00 | US $10.99 | US $4.94 | US $0.19 |
|---|---|---|---|---|---|---|
| ☆☆☆☆☆ | ★★★★★ (1) | ★★★★★ (22) | ★★★★★ (2) | ★★★★★ (118) | ★★★★★ (1,901) | ★★★★★ (84) |
| 2 orders | 8 orders | 41 orders | 5 orders | 208 orders | 4,268 orders | 375 orders |

**Premium Related Products**

Recently Viewed ⌃

7/18/2018    New UNO playing card game family friend office travel party amusement card game mind intelligent Desktop board game interactive-in Party Favors from Home & Garden on Aliexpress.com | Alibaba Gr...

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 141 of 211

Buyer Protection   Help   Save big on our app   Ship to / USD   Language

**AliExpress**   ☰   I'm shopping for...   🔍   🛒 0   ♡   👤

Store: **Party Perfecto(Yiwu Ridou Imp.& E...**   97.7% Positive feedback ⌄   Follow

Home > All Categories > Home & Garden > Festive & Party Supplies > Event & Party > Party Favors



### New UNO playing card game family friend office travel party amusement card game mind intelligent Desktop board game interactive

1 order

| Price: | **US $7.99** / lot 2 pieces / lot , US $4.00 / piece |
| --- | --- |
| | Bulk Price ⌄ |
| Shipping: | **Free Shipping** to United States via ePacket ⌄ |
| | Estimated Delivery Time: **12-20** days ❓ |
| Quantity: | − 1 +   lot (998 lots available) |
| Total Price: | **US $7.99** |

**Buy Now**    **Add to Cart**

♡ Add to Wish List (3 Adds) ⌄

Return Policy   Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:   On-time Delivery **35 days**

Payment:   VISA MasterCard 🏦 💳 PayPal WESTERN UNION Bank Transfer   View More ▸

🛡️ **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

Product Details    Feedback (0)    **Shipping & Payment**    Seller Guarantees

### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1    Ship to: 🇺🇸 United States ⌄

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
| --- | --- | --- | --- |
| ePacket | ~~US $9.71~~ Free Shipping | 12-20 days | Available |
| Seller's Shipping Method | ~~US $0.00~~ Free Shipping | 20-38 days | Not available |
| AliExpress Standard Shipping | ~~US $13.46~~ Free Shipping | 19-39 days | Available |
| EMS | US $52.72 | 12-21 days | Available |
| Fedex IE | US $62.61 | 8-16 days | Available |
| Fedex IP | US $78.44 | 5-8 days | Available |

### Packaging Details

Unit Type: lot (2 pieces/lot)    Package Weight: 0.6kg (1.32lb.)
Package Size: 10cm x 10cm x 10cm (3.94in x 3.94in x 3.94in)

### Payment

We support the following payment methods.


                   

## More Products

**From This Seller**

       

Recently Viewed ⌃

## Store Categories

- **Party favors & Bag...**
  - Small toys-Hot...
  - Kids charm Necklace...
  - Plastic Pirate...
  - DIY Kits for Children
- **Party Decoration...**
  - Tissue paper &...
  - Tissue paper tassel...
  - Modelling Foam(egg...
  - Clear ball...
  - Wine charm & Copper...
  - Balloon & accessories
  - Rose petals table...
  - Foil paper Hanging...
  - Wall Decoration -3D...
- **Wrapping paper for...**
- **Cracker Making &...**
  - DIY Kits
  - Embellishment -Metal...
  - Embellishment-Sticke...
- **Events & party...**
  - Baby shower
  - Wedding
  - Halloween
  - Christmas
- **Party invitation...**
- **Party games &...**
  - Gag & Joke toys
  - Magic trick
  - Intelligent toy &...
  - Photo props

## Service Center

✉ Contact Now

Follow

211 Followers

## Top Selling

 Free ship 96pc cheap Dinosaur Erasers...
US $0.13 / piece
Orders(116)

Free ship cool 100pc plastic pirate...
US $0.12 / piece
Orders(96)

Free ship 24x Cool New fright Dinosaur...
US $0.34 / piece
Orders(87)

 Free ship 24pc cheap Chinese finger...
US $0.38 / piece
Orders(74)

 Free ship cool 100pc plastic Spanish...
US $0.08 / piece
Orders(71)

Free ship cheap 48xStretchable
US $0.23 / piece
Orders(57)

50x5g elastic punch bouncy bounce...
US $0.22 / piece
Orders(57)

Free ship cheap fun 48x Fine quality...
US $0.42 / piece
Orders(39)

Free ship cheap 12pcs classic...
US $0.75 / piece
Orders(38)

Mix size 5000pc Champagne + clear...
US $0.01 / piece
Orders(37)

Free ship fine cheap lot of 24pc...
US $0.42 / piece
Orders(36)

Seller Feedback





# Defendant's Storefront



Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress

I'm shopping for... | On AliExpress | In this store | 0

Store: **Party Perfecto(Yiwu Ridou Imp.& Exp. Co.,Ltd.) Store** Open: 1 year(s) **97.7%** Positive feedback Follow 211 Followers

# Party Perfecto(Yiwu Ridou Imp.& Exp. Co.,Ltd.) Store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > UNO

## Store Categories

- Party favors & Bag...
  - Small toys-Hot...
  - Kids charm Necklace...
  - Plastic Pirate...
  - DIY Kits for Children
- Party Decoration...
  - Tissue paper &...
  - Tissue paper tassel...
  - Modelling Foam(egg,...
  - Clear ball...
  - Wine charm & Copper...
  - Balloon & accessories
  - Rose petals table...
  - Foil paper Hanging...
  - Wall Decoration -3D...
- Wrapping paper for...
- Cracker Making &...
  - DIY Kits
  - Embellishment -Metal...
  - Embellishment-Sticke...
- Events & party...
  - Baby shower
  - Wedding
  - Halloween
  - Christmas
- Party invitation...
- Party games &...
  - Gag & Joke toys
  - Magic trick
  - Intelligent toy &...
  - Photo props

## Service Center

Contact Now

Follow
211 Followers

## Top Selling

Free ship 96pc cheap Dinosaur Erasers...
US $0.13 / piece
Orders(116)

Free ship cool 100pc plastic pirate...
US $0.12 / piece
Orders(96)

Free ship 24x Cool New fright Dinosaur...
US $0.34 / piece
Orders(87)

Free ship 24pc cheap Chinese finger...
US $0.38 / piece
Orders(74)

Free ship cool 100pc plastic Spanish...
US $0.08 / piece
Orders(71)

Free ship cheap 48xStretchable
US $0.23 / piece
Orders(57)

50x5g elastic punch bouncy bounce...
US $0.22 / piece
Orders(57)

**Store Categories >** UNO **1 items found** Hide Filter

Best Match | Orders | New | price | Free Shipping | View

New UNO playing card game family friend office travel...
**US $4.00** / piece
Min. Order : 2 pieces
Order(1)

1

Recently Viewed

580

# Communications between NAL and Defendant







Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**
Conversations
Spam

**Service Notification**
Notifications

**Setting**
Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: ELEAN XU Party Perfecto(Yiwu Ridou Imp.& Exp. Co.,Ltd.) Store | Add to Blacklist

Insert smileys
1/9

Browse
You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP
Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

About this product
New UNO playing card game family friend office travel pa...

Me
18/07/03 18:12

Hi dear friend,

How's the business so far? I wanna know if your store is a factory or a company? Gotta talk to you more about business and I'm planning to purchase this item as we go along this business.

Best regards,
[redacted]

1 2 3 Go to Page Go

Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

Google Play | App Store

Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: ELEAN XU Party Perfecto(Yiwu Ridou Imp.& Exp. Co.,Ltd.) Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

ELEAN XU
18/07/12 02:11

sorry, even paypal need pay through the Aliexpress as need create the tracking no.to enable sending out the parce l.

About this product
New UNO playing card game family friend office travel pa...

Me
18/07/11 19:51

So, can she just ask for you paypal?

Me
18/07/11 19:50

So, can she just ask for you paypal?

Me
18/07/08 19:37

So, can she just ask for you paypal?

ELEAN XU
18/07/08 19:07

Invoice can included the amount as requested

ELEAN XU
18/07/08 19:07

you can pay by PALPAL as the ALIEXPRESS allowed and we open the channel you can just tick out the payment met hod

Me
18/07/08 17:13

Hi dear friend,

Thank you for your accommodation and wanna extend my gratitude. On the other hand, can my customer ask for a paypal invoice?

ELEAN XU
18/07/07 02:40

Dear Buyer,

I am sure some of our buyer from USA as we use EPACKET ONLY for USA parcels, Nomally takes 15-20 days transit time.

Kind regards,
Elena

Me
18/07/05 16:38

Hi dear friend,

Do you commonly ship to New York? I mean do you have customers there? I want to drop a shipping there and wa nna know how many days is the process of the items to reach in New York

ELEAN XU
18/07/04 17:09

Thank you for your information, we are imp.exp.company some items we made by ourself while other items are su pplied by our connected other factories.

Kind regards,
Elena

1 2 3 Go to Page Go

Help

583

I'm shopping for...    🔍    🛒 Cart **0**   🤍   👤

Buyer Protection   Help ⌄    Mobile ⌄ Ship to ⌕ / USD ⌄   Language ⌄

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

**Message Center**

- **Conversations**
- Spam

**Service Notification**

- Notifications

**Setting**

- Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

---

‹ Back   **View Details**

Send to: ELEAN XU   🏪 Party Perfecto(Yiwu Ridou Imp.& Exp. Co.,Ltd.) Store   |   Add to Blacklist

Insert smileys

🙂 😄 😍 🤔
😵 😢 😂 😠
😡 😮 😜 🙃

‹ ▶   1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

---

## Message History

Delete Conversation

Messages Translation: ● Disable ○ English

> Hey, how about an Alipay email? Do you have an Alipay?   Me
> 18/07/17 21:07

ELEAN XU   paypal
18/07/17 19:56

ELEAN XU   ridouyw@hotmail.com
18/07/17 19:55

> Kindly, reply?   Me
> or any of these?   18/07/17 19:42
>
> CMB?
> Payoneer?
> US Bank Account?
> DH Pay?
> Credit Card?
> Pingpong Email?

> Do you have any Alipay? Can you provide me an Alipay?   Me
> 18/07/17 19:41

> Do you have any Alipay? Can you provide me an Alipay?   Me
> 18/07/15 23:48

ELEAN XU   it is only my email not account for paying. when clik "payment" button through Aliexpress, payment method will ap
18/07/15 22:37   pear automaticly

> Is this also your Alipay?   Me
> 18/07/15 17:32

ELEAN XU   435150932@qq.com always connected to my mobile
18/07/15 17:17

> So, can I just ask for any business email?   Me
> 18/07/15 16:36

‹ 1 2 3 ›     Go to Page [ ] Go



---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

584

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



AliExpress



**Review your Order**

## 1. Select your shipping information:

583 NE. Temple Lane
Bronx, New York, 10453
United States

✎ Edit

✛ Add a new address

## 2. Review and confirm your order (1 items):



Seller: Party Perfecto(Yiwu Ridou Imp.& Exp. Co.,Ltd.) Store
Product Name & Details

New UNO playing card game family friend office travel party amusement card game mind intelligent Desktop board game interactive

1  lot  ×  US $7.99

ePacket

**Free shipping**
Delivery Time: 12-20 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

Subtotal:                US $7.99
Shipping:                US $0.00
Total:                   **US $7.99**

## 3. Payment method



VISA    WebMoney    PayPal

AliExpress charges a fee of US $0.30 to use PayPal.

Show all payment methods

☐ Apply AliExpress Coupon:  You don't have any coupons    - US $0.00



**Buyer Protection**

☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund** , if the item is not as described

Learn More ▸

All Total:  **US $8.79**

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement

- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help
Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews

# DEFENDANT pond

# Defendant's Listing for Infringing Products

7/24/2018      Best Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New Under $8.34 | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 153 of 211





Hello, ▮▮▮▮▮▮ ( ✉ ) Sign out     ⊙ Buyer Protection | Help ▾ | ⊖ DHport | ▯ Save more on our App! | English ▾

# DHgate.com
Buy Globally · Sell Globally

I'm shopping for...    All Categories ▾   🔍

Hi, ▮▮▮▮ My DHgate ▾   ♡ Favorites   🛒 Cart ▾ ¹²

Home >   Sports & Outdoors >   Leisure Sports & Games >   Outdoor Games & Activities >   **Product detail**



⊙ See larger image

Share on   f 🅿 ⓣ Ⓑ g⁺ ✉

     

## Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New

| | |
|---|---|
| Price: | **US $8.34 - 9.48** / Piece     Reference Currency ▾ |

| Wholesale Price ( Piece ): | 1 +   US $9.48 | 35 +   US $8.64 | 121 +   US $8.34 |
|---|---|---|---|

Quantity:   1   Piece

Shipping Cost:   **Free Shipping** to United States Via China Post Air Mail ▾
Estimated delivery time: Aug 14 and Sep 4, ships out within 7 business days ⑦

Total Cost:   **US $9.48**

[ Buy It Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 0 )

Seller Guarantee   ↩ Return policy   ⊙ On-time Delivery in 60 days

Sold By
Pond
316 Transactions
96.1% Positive Feedback
Detailed seller ratings ▾

[ Visit Store ] [ Favorite Store ]

**Contact Seller**
✉ Message
💬 Online Chat

⊙ **Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   MasterCard   Skrill
BANK TRANSFER   AMERICAN EXPRESS

Learn more »







---

## Customers Who Bought This Item Also Bought
1/4

|  | | | | | |
|---|---|---|---|---|---|
| 1pcs UNO poker PVC Paper card standard edition family | Topsale Puzzle Games 172.8g 108 Cards Family | fashion 6 arms DRAGON EGG finger fidget ABS | Stock MOQ 120 Sets UNO poker PVC Paper card | UNO Card Standard Edition UNO Playing Cards | Funny 3D Magic Toys Arm Slinky Toroflux Flippyflux |
| US $4.28 - 10.29 / Piece | US $2.02 - 2.09 / Piece | US $5.03 - 8.0 / Piece | US $3.15 - 5.98 / Piece | US $3.88 - 4.12 / Set | US $3.4 - 4.84 / Piece |
| Sold: 8 | 97.8 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | Sold: 50 |

---

| Item Description | Customer Reviews(0) | Shipping Time & Cost | | Report Item |
|---|---|---|---|---|

### Item specifics

| | |
|---|---|
| 8 Years"> Age: | 8 Years">>8 Years |
| Type: | UNO Card |
| Minimum Player Number: | 2 |
| Maximum Player Number: | 10 |

### Return policy details

* Buyers can receive a partial refund, and keep the item(s) if they are not as described or with quality issues by negotiating directly with seller within 30 days from the day the item(s) were received.

### Description

| | |
|---|---|
| Product Name: | Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New |
| Item Code: | 404694385 |
| Category: | Outdoor Games & Activities |
| Short Description: | Welcome to our shop !Your satisfaction, our pursuit! a cheapest price & high quality you will get it in our store.come on buy it right now! |
| Quantity: | 1  Piece |
| Package Size: | 1.0 * 1.0 * 1.0 ( cm ) |
| Gross Weight/Package: | 0.39 ( kg ) |





❤ **Welcome To Our Shop** ❤

**Quality is the first with best service. customers all are our friends.**

589

7/24/2018     Best Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New Under $8.34 | Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 154 of 211



100% brand new and high quality
Number One For Fun Family activities between Friends
Appropriate for ages 7 to adult
2 to 10 players



Card Color: Multi-colored
Material: Chrome Paper
Card Size: 8.6cm x 5.6 cm (L x W)
Net Weight: 172.8g



1 pcs Family Game Poker (108 cards)

Note:
Due to the difference between different Monitors, the picture may not reflect the actual color of the article. We guarantee the style is the same as shown in the pictures. Thank you!

7/24/2018    Best Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New Under $8.34 | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 155 of 211





Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 156 of 211





592

7/24/2018     Best Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New Under $8.34 | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 157 of 211



# ❤Note it before ordering❤

1. Your items will be free sent by seller's shipping methods (China Post Ordinary Small Packet Plus , CPAM ,Hongkong Post Air Mail, epackage,yanwen) etc;

2. It takes about 20-60 days in Europe and America, 25-90 days in other countries( South America 90-120 days) .

3. Please make sure that the ADDRESS is correct.(don't forget to fill in the full name if you are Russians~)

4. We won't be responsible for your local custom charge, hope you can underdtand.

5. Please give us 5 star feedback kindly.

6. If there is wrong with your received items, welcome to link us. We will do our best to solve it.

---

DHgate.com is an online wholesaler with satisfied quality and best service. If you are looking for the perfect Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New, then the products in this page is exactly what you want. Give you a wonderful shopping experience for Outdoor Games & Activities with cheap price and fast delivery. Well-made and superior quality make these beautiful Outdoor Games & Activities durable and comfortable for your day. So don't hesitate, take them home enjoy a sweet shopping experience and unbeatable price.

Advertisement ?

Sponsored Products You May Be Interested In   我也要出现在这里



Men's blank Soccer Group against bibs ...
US $ 2.20 - 3.80 / Piece

3 Colors Summer Soles Invisible Beach Shoes...
US $ 0.76 - 1.05 / Pair
Sold: 2300

New Super Money Launch Gun,Promotional acti...
US $ 4.03 - 15.40 / Piece
Sold: 5

Novelty Fidget Roller Plastic Transparent ...
US $ 0.81 - 2.29 / Piece

New Novelty toys Fidget Rollver Plastic Tra...
US $ 0.86 - 1.69 / Piece

Men's blank Soccer Group against bibs ...
US $ 2.20 - 3.80 / Piece

593

7/24/2018     Best Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New Under $8.34 | Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 158 of 211

Related Keywords: shocks joystick games, hunter games, anal games, bass headphone for games, adult bondage games for sale, kids dragon games, use games, fun classic games, newest sex games, mini bowling games

## Customers Who Viewed This Item Also Viewed    1/4

     

| Family Funny Entertainment Board Game UNO Fun Poker | UNO Poker Card Standard Edition Party Fun Family Fun | 1 set of 108pcs Standard Waterproof UNO H2O playing | Family Funny Entertainment Board Game UNO Fun Poker | Pet Costumes cute Letter Printed Small Dog Tops Dog | 100% handmade guitar electric guitar bass straps |
|---|---|---|---|---|---|
| US $4.43 - 5.03 / Piece | US $6.45 - 9.17 / Piece | US $0.14 - 0.18 / Piece | US $4.63 - 5.26 / Piece | US $1.57 - 6.99 / Piece | US $38.2 - 43.43 / Piece |
| 96.2 % Positive feedback | 98.5 % Positive feedback | Sold: 2 | Sold: 4 | Sold: 1 | Sold: 1 |

## Other products from Outdoor Games & Activities    Page 1 of 2

     

| 3 Colors Summer Soles Invisible Beach Shoes Foot | Mini Magic Cube New Hot Snake Shape Toy Game 3D | RC Car for GTR Lexus 4WD Drift Racing Car | 2M 6.5FT Childrens Play Rainbow Parachute Outdoor | Outdoor leisure game mechanical gear tip gyro free | Black HD Compact Monocular Zoom 50x52 Zoom Telescope |
|---|---|---|---|---|---|
| US $ 0.76 - 1.05 / Pair | US $0.38 - 0.47 / Piece | US $38.32 - 45.86 / Piece | US $12.45 - 22.15 / Piece | US $17.65 - 24.39 / Piece | US $ 11.11 - 20.40 / Piece |

## Your Recently Viewed Items and Featured Recommendations    1/8

     

| New Noosa Snap Jewelry 10 Colors Black PU Leather | AD1301814 12mm 18mm 20mm Snap On Charms for | Standard "UNO" Board Game Waterproof Playing Cards | Wholesale-Hot wholesale Snap Bracelet&Bangles High | 12pcs lot Mixed Colors Various Patterns 18mm snap | 20pcs NCAA Alabama Crimson Tide Sport Glass |
|---|---|---|---|---|---|
| US $3.52 - 6.66 / Piece | US $0.57 - 0.91 / Piece | US $8.25 - 11.42 / Piece | US $6.39 - 7.49 / Piece | US $0.38 - 0.47 / Piece | US $0.22 - 0.28 / Piece |
| 100 % Positive feedback | Sold: 100 | Sold: 1 | 84.6 % Positive feedback | Sold: 2 | 100 % Positive feedback |

You Viewed:

      

## Please give us your feedback about this page    Click Here

View Seller's Store    Message Seller    Online Chat

## Related Searches

- Sports & Outdoors
- Leisure Sports & Games
- Outdoor Games & Activities

## Wholesale Outdoor Games & Activities Resources    More ▼

- wholesale dog kids games
- wholesale wholesale game flags
- wholesale kids chess game
- wholesale game player lcd
- kid games Australia

Bookmark & Share    

Help improve your experience on DHgate.com, Please tell us what you think about this page.



China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

7/24/2018     Best Family Funny Entertainment Board Game Uno Fun Poker Playing Cards Puzzle Games Brand New Under $8.34 | Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 159 of 211



Home >   Sports & Outdoors >   Leisure Sports & Games >   Outdoor Games & Activities >   Product detail

### Family Funny Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand New

Price:    **US $8.34 - 9.48** / Piece         Reference Currency ▾

**Sold By**
Pond
316 Transactions
96.1% Positive Feedback
Detailed seller ratings ▾

| Wholesale Price ( Piece ) | 1 + US $9.48 | 35 + US $8.64 | 121 + US $8.34 |
|---|---|---|---|

Quantity: [ 1 ] Piece

Visit Store    Favorite Store

**Contact Seller**
✉ Message
💬 Online Chat

Shipping Cost:   **Free Shipping** to United States Via China Post Air Mail ▾
Estimated delivery time: Aug 14 and Sep 4, ships out within 7 business days ⓘ

Total Cost:   **US $9.48**

[ Buy it Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 0 )

Seller Guarantee    ⟲ Return policy    ⏱ On-time Delivery in 60 days

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   MasterCard   Skrill
BANK TRANSFER   AMERICAN EXPRESS

Learn more »

☆ Free Shipping

See larger image

     

Share on   f 📌 🐦 B g+ ✉

---

### Customers Who Bought This Item Also Bought      1/4



| 1pcs UNO poker PVC Paper card standard edition family | Topsale Puzzle Games 172.8g 108 Cards Family | fashion 6 arms DRAGON EGG finger fidget ABS | Stock MOQ 120 Sets UNO poker PVC Paper card | UNO Card Standard Edition UNO Playing Cards | Funny 3D Magic Toys Arm Slinky Toroflux Flippyflux |
|---|---|---|---|---|---|
| US $4.28 - 10.29 / Piece | US $2.02 - 2.09 / Piece | US $5.03 - 8.0 / Piece | US $3.15 - 5.98 / Piece | US $3.88 - 4.12 / Set | US $3.4 - 4.84 / Piece |
| Sold: 8 | 97.8 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | Sold: 50 |

---

| Item Description | Customer Reviews(0) | **Shipping Time & Cost** | | Report Item |
|---|---|---|---|---|

#### Shipping Time and Cost

Item Location:
Shipping to: [ United States ▾ ]    Purchase Quantity: [ 1 ]   [ Calculate ]

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| China Post Air Mail | 14-35 days | Free Shipping |
| ePacket | 8-30 days | US $4.79 |
| EMS | 5-25 days | US $28.45 |
| DHL | 3-6 days | US $42.27 |

#### Payments

**DHgate Service Pledge** is especially designed for online transaction.
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.

1 Buyer Places Order → 2 Buyer Pays DHgate → 3 Seller Ships Package → 4 Buyer Checks Package → 5 DHgate Pays Seller

$66 Coupon Pack

Related Keywords:   shocks joystick games,   hunter games,   anal games,   bass headphone for games,   adult bondage games for sale,   kids dragon games,   use games,   fun classic games,   newest sex games,   mini bowling games

#### Customers Who Viewed This Item Also Viewed     1/4

HAVING FUN & LOOKING GOOD   UP TO 50% OFF

**DHgate.com** Buy Globally · Sell Globally

Hello, _____  💲DAY ( ✉ ) Sign out

🛡 Buyer Protection | Help ▾ | 🔗 DHport | 💲 Save more on our App! | English ▾

I'm shopping for...  | All Categories ▾ | 🔍

Hi _____ My DHgate ▾ | ♡ Favorites | 🛒 Cart ▾ (12)

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center NEW | 2-5 Day Shipping | DH Select | Just For You |

Home > Seller Review Profile

### Seller Information

Pond
316 Transactions
96.1% Positive Review ⁇

Guangdong, China (Mainland)
05:26 PM Tue Jul 24 Now
Member since Apr 2017

Recommend seller to friends

### Review Score:166

|  | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 43 | 125 | 173 | 174 |
| 😐 Neutral | 4 | 7 | 10 | 10 |
| ➖ Negative | 4 | 7 | 7 | 7 |

### Service Detail Score (Mainly Industry : Sports & Outdoors)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.3 / 5.0 | 🔻 Lower than Average | 191 |
| Communication | 4.3 / 5.0 | 🔻 Lower than Average | 191 |
| Delivery time | 4.3 / 5.0 | 🔻 Lower than Average | 191 |
| Shipping charges | 4.8 / 5.0 | 🔻 Lower than Average | 191 |

| **Reviews Received** | Reviews Sent |
|---|---|

Reviews: Negative ▾          Dates: Last 30 days ▾

New Weight Lifting Sports Wristband Gym Fitness Wrist Thumb Support Straps Wraps Bandage Training
Item code: 404290265
⭐☆☆☆☆ By:Adri****apa 🇲🇽 👑 07 21,2018
Product reviews:
The item never come, goes to wrong direction. Sorry.
helpful ( 0 )   unhelpful ( 0 )

New Measuring Instrument Angleizer Template Tool Four-sided Ruler Mechanism Slides Measures All
Item code: 404672064
⭐☆☆☆☆ By:ma***09 🇲🇽 👑 07 15,2018
Product reviews:
Very unsatisfied
helpful ( 0 )   unhelpful ( 0 )

Hot Sale Full Size 12 x 6FT Polyethylene Twine Rain-resistant Football Net for Soccer Goal Post
Item code: 404403880
⭐☆☆☆☆ By:Shop****avvy 🇺🇸 👑 07 03,2018
Product reviews:
Product is not as described. Buyer beware. I received a ball of yarn, and not a rain-resistant football net. I regret this purchase and will never order again from this seller.
helpful ( 0 )   unhelpful ( 0 )

Hot 1pcs bike light mountain road bike bicycle lights LEDS Tyre Tire Valve Caps Wheel spokes LED Light
Item code: 399510798
⭐⭐☆☆☆ By:Chuck_B 🇨🇦 👑 06 25,2018
Product reviews:
slow shipping and poor communication
helpful ( 0 )   unhelpful ( 0 )

‹ 1 ›       Go to page: 1 GO

Bookmark & Share   🅵 🅶 🆃 Ⓥ k ᴅ.ᴀ S 🅻 🅡 g+



✅ Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

# Defendant's Storefront

DHgate.com · Buy Globally · Sell Globally

Hello, ▮▮▮▮▮ | Sign out   ( ✉ 2 ) Sign out   My DHgate ▾   Help ▾   English ▾   🛒 Cart

Pond   ♡ Add To Favorite Stores ( 21 )

96.1% Positive Feedback   316 Transactions ▾

Online Chat   Message Seller

Share ▾   Share 0

Uno    [ In this store ] [ On DHgate ]

Fishing gear ; Cycling gear ; Swimming gear

**Store Home**   **Products**   **Sale Items**   **TopSelling**   **Review**   **About Us**

Store Home > Uno

### Store Categories

› Sports & Outdoors (3)

### Popular Search

Fishing gear   Cycling gear
Swimming gear

**Top Selling** | Most Reviewed

Hot 1pcs bike light
mountain road bike
US $1.29 / Piece
Item Sold (44)

New Cheapest Bike
Bicycle Water Bottle
US $2.0 / Piece
Item Sold (26)

Fighting Ball Boxing
Equipment with Head
US $6.54 / Piece
Item Sold (26)

Hot Selling ! Anti theft
Disk Disc Brake Rotor
US $5.12 / Piece
Item Sold (25)

1PCS Base Layer
Compression Leg
US $5.33 / Piece
Item Sold (20)

New Hot 1 Roll Men
Army Adhesive
US $2.68 / Piece
Item Sold (16)

New Hot Led Bicycle
Lights Silicone Bike
US $1.72 / Piece
Item Sold (16)

Waterproof Bike Bicycle
5 LED Rear Tail Light
US $1.97 / Piece
Item Sold (16)

5cm*4.5m Self-
Adhering Bandage
US $2.4 / Piece
Item Sold (14)

Mini Yoga Ball Physical
Fitness Ball for Fitness
US $6.84 / Piece
Item Sold (12)

**3** matching products found for Uno

Sort by: Bestselling ⇩   Price ⇧   Best Match ▾   Price: $ ___ - $ ___ Go   Page 1/1 ‹ ›

Family Funny Entertainment Board Game UNO Fun Poker Playing ...
Ships out within 7 business days
US $ 8.34 - 9.48 / Piece
Free Shipping
[ Add to Cart ]

Family Funny Entertainment Board Game UNO Fun Poker Playing ...
Ships out within 7 business days
US $ 8.47 - 9.63 / Piece
Free Shipping
[ Add to Cart ]

One Pack of 108pcs Cards UNO Poker Card Game Playing Cards F...
Ships out within 7 business days
US $ 6.54 - 7.43 / Piece
Free Shipping
[ Add to Cart ]

✔ Help improve your experience on DHgate.com. Please tell us what you think about this page.

China Wholesale   Security & Privacy   Help   China Manufacturers   Seller Home   New Products   Top Searches   Products Online   Refined Products   Discount Products   China Suppliers   Customer Service

Terms of Use   Russian   Portuguese   Italian   Spanish   French   German   Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

598

7/24/2018
Contact Information of Best Wholesale Store - Pond | DHgate.com
Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 163 of 211



# Communications between NAL and Defendant



14TH **ANNIVERSARY** EPIC CELEBRATION UP TO **90%** OFF   shop now ▸

Hello, ▮▮▮▮ 120 ✉ 4 | Sign out          🛡 Buyer Protection | Help ▾ | 📱 Save more on our App! | Translate ▾

**DHgate.com**
Buy Globally · Sell Globally

I'm shopping for...    🔍          Hi, ▮▮▮▮ My DHgate ▾   ❤ Favorites   🛒 Cart ▾ 13

My DHgate | My Orders | Favorites | **Messages** | DHpay Account | Membership

Home > My DHgate > Messages > My Messages > From Sellers > Detail

### My Messages ▾

**From Sellers(2)**
From System(2)
From DHgate
Trash
Message Setting

### Customer Service ▾

Message DHgate
Message History

### Shortcuts

Shipped Orders
Awaiting Shipment
Awaiting Payment
Favorite Items
Completed Orders
Refund & Dispute
Order Tracking

**Customer Service**
Click here for
Live Help

« Back   |   View This Item   |   Delete This Conversation

☆ Family Funny Entertainment Board Game UNO Fun Poker Playing Cards
Puzzle Games Brand New

From: ▮▮▮▮
Created Time: 2018-07-07 00:57

[Reply]

View This Item

---

Hide earlier news(6)

▮▮▮▮  2018-07-07 00:57

hi, I am ▮▮▮ from New York, USA. I am very interested with this item. may I know if you can deliver it to my address ?

**pond**  2018-07-07 17:28

YES

▮▮▮▮  2018-07-09 19:35

hi  friend, I want to order this item about 200 box of it.

**pond**  2018-07-09 20:45

OK , $5.5/box

please place an order and to not pay, send us message and we could amend the price form, after we amend the price, you pay

▮▮▮▮  2018-07-09 21:14

okay friend, may I know your email friend ?

**pond**  2018-07-12 08:39

516292374@qq.com

▮▮▮▮  2018-07-19 22:05

Hello,friend .Im sorry for late reply.Cause I've been in a vacation.
Well,thank you so much for your email.
I want to know.Did you shipped before to USA ?

**pond**  2018-07-23 16:06

yes, we has ship a lot of things to USA

▮▮▮▮  2018-07-23 16:58

Hello,thanks or that.
Do you accept paypal payment?

**pond**  2018-07-24 10:21

could you pls order from DHgate ?

▮▮▮▮  2018-07-24 17:55

Sorry but I can't.Cause I can only pay you through paypal.

Reply:

601

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

DHgate.com Buy Globally · Sell Globally

Buyer Protection

Place Order | Pay Your Order | Success

Payment Help

# Place your order

## Shipping Address

Add a new address

[redacted]

630 5th Ave

New York,New York,10111

**United States**

[redacted]

Edit

## Order Summary

Your 1 item order will be dispatched in 1 parts.

**Items Subtotal:** US $9.48

( 1 items )

**Shipping Cost:** US $0.00

**Grand Total:**

**US $9.48**

Proceed to Pay

## Order Details

**pond**

Family Funny Entertainment Board Game UN O Fun Poke...

Stock in: China

1 Piece

Price
**US $9.48**/Piece

Amount
**$9.48**

Shipping Cost
**Free Shipping**

China Post Air Mail

Delivery: Estimated between Thu Aug 16 and Thu Sep 6 (seller ships within 7 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

| | |
|---|---|
| Item Subtotal: | US $9.48 |
| Shipping Cost: | US $0.00 |
| **Order Total:** | **US $9.48** |

« Back to Cart

| | |
|---|---|
| Item Subtotal(1 items): | US $9.48 |
| Shipping Cost: | US $0.00 |
| Grand Total: | US $9.48 |

Proceed to Pay

Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

603

# DEFENDANT q374428329

# Defendant's Listing for Infringing Products

7/25/2018    Standard Uno Board Game Waterproof Playing Cards With Metal Box Abs Environmentally Materials Games For Family/Friends/Party Patience Game Free Online Free Card Game From Q374428329, ...

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 170 of 211



HAVING FUN & LOOKING GOOD   UP TO 50% OFF

Hello, ▮▮▮▮▮   Sign out     Buyer Protection   Help ▾   DHport   Save more on our App!   English ▾

DHgate.com
Buy Globally · Sell Globally

Shop by Categories ▾   I'm shopping for...   All Categories ▾   🔍    Hi, ▮▮▮▮ My DHgate ▾   ♡ Favorites   🛒 Cart ▾

Home > Toys & Gifts > Games > Card Games > Product detail

## Standard "UNO" Board Game Waterproof Playing Cards With Metal Box ABS Environmentally Materials Games For Family/Friends/Party

**1 Transactions**

Toys Sales ●   8% OFF, 6 days left!

Discount Price:   **US $7.59 - 10.51** / Piece     Reference Currency ▾

US $8.25 - 11.42 /Piece

APP-only US $7.51-10.39 ▾

| Wholesale Price ( Piece ): | 1+ US $10.51 US $11.42 | 5 + US $9.57 US $10.49 | 10 + US $8.63 US $9.38 | 36 + US $7.87 US $8.24 | 122 + US $7.59 US $8.25 |
|---|---|---|---|---|---|

Quantity:   [ 1 ]   Piece    1233 In Stock · Stock in: 🇨🇳 CN ▾

Shipping Cost:   **Free Shipping** to United States Via ePacket ▾

Estimated delivery time: Aug 5 and 27, ships out within 3 business days   ?

Total Cost:   **US $10.51**

[ Buy It Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ · ( 8 )

Seller Guarantee    🛡 Return policy   ⏱ On-time Delivery in 37 days

### Sold By
Q374428329

638 Transactions
98.6% Positive Feedback
Detailed seller ratings ▾

[ Visit Store ] [ Favorite Store ]

### Contact Seller
✉ Message
⊘ Online Chat

### Buyer Protection
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA · MasterCard · Skrill · BANK TRANSFER · AMERICAN EXPRESS

Learn more »

---

## Customers Who Bought This Item Also Bought
1/4

     

Stock 3 Styles UNO Card GAME Standard Edition
US $1.91 - 2.52 / Piece
100 % Positive feedback

3 Kinds UNO Card Game 108 PCS Waterproof PVC Crystal
US $2.77 - 13.33 / Piece
100 % Positive feedback

108 Cards UNO Playing Cards Game For Family
US $8.97 - 13.71 / Piece
100 % Positive feedback

270g Standard Edition UNO party cards game family fun
US $1.41 - 2.18 / Piece
100 % Positive feedback

Hot Item UNO Poker Card Family Fun Entermainment
US $2.05 - 2.35 / Piece
98.3 % Positive feedback

2018 UNO CARD GAMES Hight Quality Crystal PVC
US $4.83 - 5.73 / Piece
100 % Positive feedback

---

**Item Description**    Customer Reviews(0)    Shipping Time & Cost    Transaction History(1)      Report Item

### Item specifics

| | |
|---|---|
| Gender: | Unisex |
| Age: | 8-11 Years |
| Theme: | UNO |
| Type: | Trading Card Games |
| Material: | Plastics |
| Location: | Chenghai |

### Return policy details
* Buyers can receive a partial refund, and keep the item(s) if they are not as described or with quality issues by negotiating directly with seller within 30 days from the day the item(s) were received.


$66 Coupon Pack

### Description

| | |
|---|---|
| Product Name: | Standard "UNO" Board Game Waterproof Playing Cards With Metal Box ABS Environmentally Materials Games For Family/Friends/Party |
| Item Code: | 413118719 |
| Category: | Card Games |
| Short Description: | 1)Size :5.7*8.7cm 2)Weight:250g 3)Material:Top Quality Advanced Printing Inks 4)Option:1 Kinds 5)Color:1 Colors As Picture 6)Packages:PVC Bags/Paper Box |
| Quantity: | 1 Piece |
| Package Size: | 10.0 * 10.0 * 15.0 ( cm ) |
| Gross Weight/Package: | 0.4 ( kg ) |

1)Size :5.7*8.7cm
2)Weight:250g
3)Material:Top Quality  Advanced Printing Inks
4)Option:1 Kinds
5)Color:1 Colors As Picture

606



7/25/2018     Standard Uno Board Game Waterproof Playing Cards With Metal Box Abs Environmentally Materials Games For Family/Friends/Party Patience Game Free Online Free Card Game From Q374428329, …

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 171 of 211

6)Packages:PVC Bags/Paper Box

# Product Show





7/25/2018       Standard Uno Board Game Waterproof Playing Cards With Metal Box Abs Environmentally Materials Games For Family/Friends/Party Patience Game Free Online Free Card Game From Q374428329, …

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 172 of 211





7/25/2018 Standard Uno Board Game Waterproof Playing Cards With Metal Box Abs Environmentally Materials Games For Family/Friends/Party Patience Game Free Online Free Card Game From Q374428329, …

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 173 of 211





7/25/2018     Standard Uno Board Game Waterproof Playing Cards With Metal Box Abs Environmentally Materials Games For Family/Friends/Party Patience Game Free Online Free Card Game From Q374428329, …

Case 1:18-cv-09824-LAP   Document 15-8   Filed 10/18/18   Page 174 of 211



## About Shipping

1).Worldwide Shipping.We only ship to confirmed order addresses.Your order address MUST MATCH your shipping address.Make sure your shipping address is correct.

2).Orders processed within 2-3 days after payment verification.

3).We ship most items**via China Post Register Air Mail to wordwide and Others Shipping**. We will choose the most time-sensitive shipping. If you want to specify an Express company, please let me know, Please leave us a message .

4).If you have not received your shipment within 30 days of payment, please contact us.We will track the shipment and get back to you as soon as possible with a reply. Our goal is customer satisfaction!

5).Brazilian buyers need to offer us your CNPJ Number and you may need to pay tax and duty to Brazilian Customs.

6).Please open package in front of the courier,check weather the appearance and funtion in good condition,and them sign your name,if you found the good was damaged,please take photos of the evidence for us and reject it.Once you have signed,and the courier left,that means you have checked,and make sure there is no problem with it,we will no longer accept any kinds of return.

7).If you order multiple item,pls contract me and i will give you best freight and some discount.

## Term & Policy

You are entitled to return ordered goods within 7 days of receipt if you change your mind. The returned item must be unopened and unused and in the same condition as when dispatched by us. If you wish to return goods under these circumstances please follow:

Contact us to tell which items you wish to return

When returning goods we recommend that you obtain proof of postage.

We shall refund the cost of the goods, minus the postage charge, to the original account charged. Once the returned goods have been received in a satisfactory condition we shall refund the original account charged within 14 days. Customers are liable for the costs involved in returning unwanted goods to us.

If the goods you receive are damaged please contact us immediately. You can return the damaged products for a replacement or full refund. **Please do not use express services to return items to us or we will be unable to refund you the full cost paid. Postage refund will not exceed the amount originally paid.** If you are returning items to us and they are lost by the postal service you use, we do not accept any responsibility. It is your responsibility to ensure goods are returned to us in the condition in which they were received.Your order would be double tested before shipment. To be guaranteed in and work perfectly

## Feedback

1).Customer satisfaction is very important for me.If you are satisfied with the items you ordered, please leave 5 starts positive feedback and criteria of detailed Seller Rating (DSR), Thank you so much.

2).If you are not satisfied with the items you ordered, please contact us first, we work together to resolve any dispute.The negative does not solve anything,Please DO NOT open a dispute case or leave us a neutral / negative feedback. We think our solution will satisfy you. Please take it easy. We`re always here for you.

3) Generally we will leave positive feedback for the buyer acquiescently unless buyer leave us a neutral / negative feedback.

610

7/25/2018　Standard Uno Board Game Waterproof Playing Cards With Metal Box Abs Environmentally Materials Games For Family/Friends/Party Patience Game Free Online Free Card Game From Q374428329, ...

Case 1:18-cv-03281-LAP   Document 15-3   Filed 10/18/18   Page 175 of 211



**YOUR FEEDBACK IS VERY IMPORTANT TO US!**

If your are satisfied with our product and service. Please leave us positive feedback& a **5 stars** review!

Feedback ⭐⭐⭐⭐⭐
Item as Described : ⭐⭐⭐⭐⭐ 5 (ratings)
Communication : ⭐⭐⭐⭐⭐ 5 (ratings)
Shipping Speed : ⭐⭐⭐⭐⭐ 5 (ratings)

 If you are unhappy with our service or any other problem, please contact us before leaving feedback and we will resolve the issue immediately,thank you!

If you are searching for a funny game to spend your leisure time, look into this category. Various patience game free from Uno to Taxes poker, any online free card game in many themes is collected here. You can buy a solitary card and enjoy the entertaining game with your friends and families. All our other card games are contained in a dedicate box for you. The best humanity solitary game free for you. You can now buy games solitaires in the cheapest price ever and all the goods will be shipping freely.

## Transaction History

Transactions: 1

| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Tom*********** 🇪🇸 | Standard "UNO" Board Game Waterproof Playing Cards With Metal Box ABS Environmentally Materials Games For Family/Friends/Party | 1 Piece | 2018-05-19 |

Page 1 of 1  [1]

Sponsored Products You May Be Interested In 　我也要出现在这里　Advertisement ?



UNO Playing Poker Cards Table Game Standard... | UNO Playing Poker Cards Table Game Standard... | UNO Playing Poker Cards Table Game Standard... | UNO Playing Poker Cards Table Game Standard... | cards against muggles party cards game more... | New cards against muggles The Harry Potter ...
US $ 2.12 - 3.26 / Set | US $ 1.70 - 2.54 / Set Sold: 50 | US $1.61 - 2.06 / Set Sold: 120 | US $ 1.54 - 1.94 / Set | US $26.14 - 29.8 / Piece | US $26.14 - 29.8 / Piece

Related Keywords: mtk6753 fingerprint, plastic box hdd, wave parts, printer boxes, waterproof electronics case, single inverter, electronic starters china, diy electronic box, electronics line cameras, hdd plastic enclosure

## Customers Who Viewed This Item Also Viewed   1/4



500pcs Led Flashing Hand Push Flying Saucer Toy Light | 6pcs set Egglettes Maker Egg Cooker Silicone Hard Boiled | New Arrival Entertainment Card Games UNO cards Fun | free shipping UNO card game poker Family Fun One Pack | Family Funny Entertainment Board Game UNO Fun Poker | 6PCS Sets Egglettes Silicone Mold Kitchen Cooker Hard
US $0.62 - 0.66 / Piece | US $3.29 - 3.81 / Set | US $1.29 - 1.47 / Set | US $2.04 - 5.24 / Piece | US $4.43 - 5.03 / Piece | US $3.56 - 3.87 / Piece
100 % Positive feedback | 100 % Positive feedback | 97.3 % Positive feedback | 100 % Positive feedback | 96.2 % Positive feedback | 100 % Positive feedback

## Other products from Card Games   Page 1 of 2



2 Sets Lot Texas Hold'em Plastic playing card game | Poket Pikachu Playing Trading Cards Games Sun & | Hot Sale 108 sheets 57x87mm UNO Playing Cards | 24K Gold Foil Plated Poker Playing Cards Karat Golden | 2 Lets Lot Plastic playing card game Texas Holdem poker | Cards Agains Muggles The Harry Potter Version Card
US $ 9.56 - 10.86 / Piece | US $0.022 - 0.037 / Piece | US $1.53 - 1.73 / Piece | US $2.997 - 5.373 / Piece | US $ 5.07 - 6.21 / Piece | US $ 23.87 - 28.40 / Piece

611

7/25/2018   Standard Uno Board Game Waterproof Playing Cards With Metal Box Abs Environmentally Materials Games For Family/Friends/Party Patience Game Free Online Free Card Game From Q374428329, …

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 176 of 211



HAVING FUN & LOOKING GOOD   UP TO 50% OFF

Hello, ████████  | Sign out       Buyer Protection   Help ▾   DHport   Save more on our App!   English ▾

**DHgate.com**  Buy Globally · Sell Globally      Shop by Categories ▾      I'm shopping for...   All Categories ▾   🔍      Hi, ████████ My DHgate ▾   ♡ Favorites   🛒 Cart ▾ 1

Home › Toys & Gifts › Games › Card Games › Product detail

8% OFF

Free Shipping

### Standard "UNO" Board Game Waterproof Playing Cards With Metal Box ABS Environmentally Materials Games For Family/Friends/Party

1 Transactions

Toys Sales ● 8% OFF, 6 days left!

Discount Price:   US $7.59 - 10.51 / Piece      Reference Currency ▾

~~US $8.25-11.42 / Piece~~
APP-only US $7.51-10.39 ▾

| Wholesale Price ( Piece ) | 1+ US $10.51 ~~US $11.42~~ | 5+ US $9.57 ~~US $10.40~~ | 10+ US $8.63 ~~US $9.38~~ | 36+ US $7.87 ~~US $8.55~~ | 122+ US $7.59 ~~US $8.25~~ |
|---|---|---|---|---|---|

Quantity:   1   Piece   1233 in Stock ( Stock in: 🇨🇳 CN )

Shipping Cost:   **Free Shipping** to United States Via ePacket ▾
Estimated delivery time: Aug 5 and 27, ships out within 3 business days  ⑦

Total Cost:   **US $10.51**

[ Buy It Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 8 )

Seller Guarantee   ↩ Return policy   ⏱ On-time Delivery in 37 days

**Sold By**
Q374428329
638 Transactions
98.6% Positive Feedback
Detailed seller ratings ▾
[ Visit Store ]  [ Favorite Store ]

**Contact Seller**
✉ Message
⬤ Online Chat

**Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered as described
- Buyer Protection after order confirmation

VISA  MasterCard  Skrill  BANK TRANSFER  AMERICAN EXPRESS

Learn more ▸

See larger image

Share on f P t B g+ ✉

     

---

### Customers Who Bought This Item Also Bought
1/4

| Stock 3 Styles UNO Card GAME Standard Edition | 3 kinds UNO Card Game 108 PCS Waterproof PVC Crystal | 108 Cards UNO Playing Cards Game For Family | 270g Standard Edition UNO party cards game family fun | Hot Item UNO Poker Card Family Fun Entermainment | 2018 UNO CARD GAMES Hight Quality Crystal PVC |
|---|---|---|---|---|---|
| US $1.91 - 2.52 / Piece | US $2.77 - 13.33 / Piece | US $8.97 - 13.71 / Piece | US $1.41 - 2.18 / Piece | US $2.05 - 2.35 / Piece | US $4.83 - 5.73 / Piece |
| 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | 100 % Positive feedback | 98.3 % Positive feedback | 100 % Positive feedback |

---

| Item Description | Customer Reviews(0) | **Shipping Time & Cost** | Transaction History(1) |   Report Item |
|---|---|---|---|---|

### Shipping Time and Cost

Item Location:
Shipping to:  United States ▾     Purchase Quantity:  1   [ Calculate ]

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| ePacket | 8-30 days | Free Shipping |
| China Post Air Mail | 14-35 days | Free Shipping |
| EMS | 5-25 days | US $40.64 |
| DHL | 3-6 days | US $60.39 |
| UPS | 2-7 days | US $69.6 |
| TNT | 2-9 days | US $72.33 |

$66 Coupon Pack

### Payments

 **DHgate Service Pledge is especially designed for online transaction.**
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.

 1 Buyer Places Order →  2 Buyer Pays DHgate →  3 Seller Ships Package →  4 Buyer Checks Package →  5 DHgate Pays Seller

Related Keywords: mtk6753 fingerprint, plastic box hdd, wave parts, printer boxes, waterproof electronics case, single inverter, electronic starters china, diy electronic box, electronics line cameras, hdd plastic enclosure

### Customers Who Viewed This Item Also Viewed
1/4

612

7/25/2018          Wholesaler [q374428329]: Reviews on DHgate.com



HAVING FUN & LOOKING GOOD    UP TO 50% OFF

Hello, ▮▮▮▮▮ | 📧 2 ) Sign out          Buyer Protection    Help ▾    DHport    Save more on our App!    English ▾

# DHgate.com
Buy Globally · Sell Globally

I'm shopping for... | All Categories ▾ | 🔍

Hi, ▮▮▮▮ My DHgate ▾    ♡ Favorites    🛒 Cart ▾ **1**

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center | 2-5 Day Shipping | DH Select | Just For You |
|---|---|---|---|---|---|---|

Home > Seller Review Profile

## Seller Information

**Q374428329**

639   Transactions

**98.6%**   Positive Review   ?

Zhejiang, China (Mainland)
11:58 AM Wed Jul 25 Now
Member since Sep 2016

Recommend seller to friends

### Review Score:471

|  | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 88 | 286 | 440 | 489 |
| ◔ Neutral | 1 | 7 | 14 | 16 |
| ⊖ Negative | 0 | 1 | 6 | 7 |

### Service Detail Score (Mainly Industry : Toys & Gifts)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.2 / 5.0 | 🔻 Lower than Average | 512 |
| Communication | 4.2 / 5.0 | 🔻 Lower than Average | 512 |
| Delivery time | 4.2 / 5.0 | 🔻 Lower than Average | 512 |
| Shipping charges | 4.9 / 5.0 | 🟡 About Average | 512 |

**Reviews Received** | Reviews Sent

Reviews: Negative ▾          Dates: All ▾



**41PCS/SET Yugioh Cards Game English Version For Family/Party Board Game ,Send To Children Gift**
Item code: 390990518

★★☆☆☆ By:luis ****luis 🇺🇸  06 10,2018
Product reviews:
got two tins with the same cards...
helpful ( **0** )    unhelpful ( 0 )



**2018 NEW 324pcs/lot Poke Monsters RISING SUN&MOON Cards Games 4 Styles Anime Pocket Monsters**
Item code: 402061637

★☆☆☆☆ By:Jason****vatto  04 13,2018
Product reviews:
i never received anything this company is a rip off
helpful ( **0** )    unhelpful ( 0 )



**Indian businessman Cards Game 2 Players Board Game Strategy In Funny Transactions Metting Game**
Item code: 390924704

★☆☆☆☆ By:tamm****joe 🟡 11 22,2017
Product reviews:
This seems like a bootleg version of the game. I have seen at least 3 other game sets to know what it should be. The cards are made of cheap papper and not laminated, the tokens are smaller than at office, it is missing the insert tray to hold all the contents, and the instructions look like a photo copy of a chinese version of the instructions. There are no english instructions making this game pointless unless you already know how to play
helpful ( **0** )    unhelpful ( 0 )



**Indian businessman Cards Game 2 Players Board Game Strategy In Funny Transactions Metting Game**
Item code: 390924704

★★☆☆☆ By:nader****ia23 11 04,2017
Product reviews:
The contents have instructions not in English. Furthermore the tracking for this item was not being updated. I received my package and the tracking information said "waiting on delivery confirmation."
helpful ( **0** )    unhelpful ( 0 )

**2018 NEW 324pcs/lot Poke Monsters RISING SUN&MOON Cards Games 4 Styles Anime Pocket Monsters**
Item code: 402061637

★☆☆☆☆ By:acialwipyt 🟡 10 25,2017
Product reviews:
I would never use this seller again, he never replies to any messages, delivery time is well off, the item comes damaged to all hell. Box literally fell apart in my hand from where its been smashed to bits. The &quot;pokemon&quot; cards are complete mess. I got a pikachu card which says chinchou. Very low quality card. Got a GX on a really bad base paper very flimsy. Was in the same pack as a tapu lele gx. Cards are not all facing the same way. Only 9 cards in a pack which realistically has 11. I gathered I couldnt do anything with these cards so opened a few packs and I keep getting 2 GX per pack with the Solgaleo GX which is always poor condition and also a lot of these &quot;chinchou pikachu&quot;. Now received a chinchou with a lantum picture. Anyways enough about the defects. They say in their description that you can get a partial refund if not happy. Well they dont reply to messages so you cant do that.
helpful ( **0** )    unhelpful ( 0 )

**408 PCS/SET Movie Harry Potter Cards Game , Funny Board Game English Edition , Collection Cards For**

★★☆☆☆ By:slawo****irga 🟡 10 12,2017
Product reviews:
quality no good

613

2018 New 324pcs/lot Poke Monsters EVOLUTIONS Trading Cards Games 4 Styles Anime Pocket Monsters
Item code: 394314128

★★☆☆☆ By:Justin_1****11453982  🇺🇸 ✅D  05 23,2017

**Product reviews:**
Arrived in time frame, wasn't happy with the quality and duplicate cards
helpful ( **0** )   unhelpful ( 0 )

2018 324pcs/lot Poke Monsters STEAM SIEGE Cards Games 4 Styles Anime Pocket Monsters Cards
Item code: 396189328

★★☆☆☆ By:Justin_1****11453982  🇺🇸 ✅D  05 23,2017

**Product reviews:**
Arrived in time frame, wasn't happy with the quality and duplicate cards
helpful ( **0** )   unhelpful ( 0 )

2018 New 324pcs/lot Poke Monsters EVOLUTIONS Trading Cards Games 4 Styles Anime Pocket Monsters
Item code: 394314128

★★☆☆☆ By:r****2  🇺🇸 ✅D  03 24,2017

**Product reviews:**
individual packages say 10 card, only 9 inside
helpful ( **0** )   unhelpful ( 0 )

| 1 |

Go to page: 1  GO

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

614

# Defendant's Storefront

7/24/2018                    Standard "uno" Board Game from China - Standard "uno" Board Game from Chinese Standard "uno" Board Game Store at Q374428329 | DHgate.com

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 180 of 211

**DHgate.com** Buy Globally · Sell Globally

Hello, ▮▮▮▮▮▮▮  (   1 ) Sign out | My DHgate ▾ | Help ▾ | English ▾ | 🛒 Cart

**Q374428329**  ❤ Add To Favorite Stores ( 23 )

Bingo

**98.6%** Positive Feedback   **636** Transactions ▾

Share ▾      💬 Online Chat        ✉ Message Seller
              Share 0

Standard &quot;UNO&quot; Board Game      | In this store | | On DHgate |

| Store Home | Products | Sale Items | TopSelling | Review | About Us |

Store Home > Standard "UNO" Board Game

**Store Categories**

› Board Game (1)

**1** matching products found for Standard "UNO" Board Game

☰ ⊞        Sort by: Bestselling ⇅  Price ⇅    Best Match ▾   Price: $ ▯ - $ ▯   Go    Page 1/1  ‹ ›

**Top Selling** | Most Reviewed

**8% OFF**  Standard " UNO" Board Game Waterproof Playing Cards...    💲     US $ 7.59 - 10.51 / Piece
            Ships out within 3 business days                          📱     US $ 8.25 - 11.42 / Piece
            Item Sold (1)                                                   Free Shipping
                                                                            | Add to Cart |

Diamond Pattern No
Value Poker Chips 14g
US $0.42 / Piece
Item Sold (290)

20 Kinds Option,7PCS
SET High Quality Multi-
US $1.59 / Set
Item Sold (230)

Indian businessman
Cards Game 2 Players
US $8.55 / Piece
Item Sold (150)

Food Squishy Toy
Antistress Ball Squeeze
US $0.48 / Piece
Item Sold (60)

Full English "The Rider
Tarot Deck" Board
US $8.55 / Piece
Item Sold (44)

Wheat Monte-Carlo
Poker Chips High
US $0.31 / Piece
Item Sold (40)

4 Kinds Option Poket
Plush Toys ,23 CM
US $7.14 / Piece
Item Sold (23)

Poker Chips High
Quality POKETI 14g
US $0.46 / Piece
Item Sold (20)

Poker Chips 9.5g
Ceramics Casino Chips
US $0.7 / Piece
Item Sold (20)

Luxury Design Poker
Chips 14g Clay Iron
US $0.42 / Piece
Item Sold (20)

Bookmark & Share   f  G  🐦  VK  k  del  StumbleUpon  in  reddit  G+

✓ Help improve your experience on DHgate.com, Please tell us what you think about this page.

mastercard  VISA  AMERICAN EXPRESS  UnionPay 银联  discover  JCB  Sofort.  BANK TRANSFER  ✓ Verisign Secured  PCI·DSS  novoshoes  square trade  DHimport  socialshops

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service

Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License



DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 1 ) Sign out | My DHgate | Help | English | 0 Cart

**Q374428329** Add To Favorite Stores ( **23** )

**98.6%** Positive Feedback **636** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Sale Items | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to Bingo Store!

### Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Zhejiang, China (Mainland) |
| Year Established: | Sep 2016 |
| Main Product(s)/Service: | |

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

# Communications between NAL and Defendant



LOOK LIKE A PRO WITH TOUR DE FRANCE GEAR   CYCLING ESSENTIALS   UP TO 50% OFF

Hello, ▇▇▇▇▇  DG  Sign out     DH Buyer Protection   Help ▾   Save more on our App!   Translate ▾

# DHgate.com
Buy Globally · Sell Globally

I'm shopping for...   🔍

Hi, ▇▇▇▇▇
My DHgate ▾    ♡ Favorites    🛒¹ Cart ▾

| My DHgate | My Orders | Favorites | Messages | DHpay Account | Membership |

Home > My DHgate > Messages > My Messages > From Sellers > Detail

## My Messages ▾

**From Sellers**
From System
From DHgate
Trash
Message Setting

## Customer Service ▾

Message DHgate
Message History

## Shortcuts

Shipped Orders
Awaiting Shipment
Awaiting Payment
Favorite Items
Completed Orders
Refund & Dispute
Order Tracking

### Customer Service
Click here for
Live Help

‹ Back    View This Item    Delete This Conversation

☆ Standard "UNO" Board Game Waterproof Playing Cards With Metal Box
ABS Environmentally Materials Games For Family/Friends/Party

**From:** ▇▇▇▇▇
**Created Time:** 2018-07-23 15:40

View This Item

**Reply**

Hide earlier news(8)

▇▇▇▇▇   2018-07-23 15:40

Hi! Do you guys deliver to New York City, USA?

**q374428329**   2018-07-24 06:38

yes.we have

▇▇▇▇▇   2018-07-24 07:12

Have you shipped before to USA?

**q374428329**   2018-07-24 07:13

yes

▇▇▇▇▇   2018-07-24 07:17

Great! I'd like to order 100 boxes. Do you have paypal?

**q374428329**   2018-07-24 07:41

we have paypal

**q374428329**   2018-07-24 07:43

1278461455@qq.com

**q374428329**   2018-07-24 07:43

can we send you by DHL ?

▇▇▇▇▇   2018-07-24 10:01

yes. Please reply here your email. Thanks!

**q374428329**   2018-07-24 10:31

ok

619

q374428329   2018-07-24 10:31

you can tell us your address.

███████   2018-07-24 10:42

Please reply first your email address/mailbox. My email add is ████████████

q374428329   2018-07-24 10:42

1278461455@qq.com

**Reply:**

Please use English and do not leave any contact message here, i.e. phone number, email address, web address, etc. We will monitor this reply in case it contains any message of this kind.

max.charactors: 4000/4000

Upload File :    You may upload a maximum of 4 files. Format: JPG/GIF/RAR/PDF/DOC/DOCX/TXT. Maximum file size: 1MB.

Email reminder :    The seller has switched off his email alerts but he can still receive your messages.

[ Send ]

           

Home | Your Account | Help | Gold Zone | Sitemap Index | Top Searches | Top Products | Refined Products | Customer Service | Security & Privacy | Terms of Use

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved.

620

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

**DHgate.com**
Buy Globally · Sell Globally



| Place Order | Pay Your Order | Success |

**Place your order**

Payment Help

## Shipping Address

Add a new address

██████                   105 Avenue B

                         Apt 4B

                         New York,New York,10009

                         **United States**

                         ██████████

                         Edit

### Order Summary

Your **1** item order will be dispatched in **1** parts.

Items Subtotal:          **US $10.51**
( 1 items )

Shipping Cost:           **US $0.00**

Grand Total:
**US $10.51**

[ Proceed to Pay ]

## Order Details

**q374428329**



| | | | |
|---|---|---|---|
| Standard "UNO" Board Game Waterproof Pla... $ 📷 | 1 Piece | Price **US $10.51/Piece** | Amount **$10.51** |
| Stock in: China | | | |

Shipping Cost
**Free Shipping**

[ ePacket ▾ ]

Delivery: Estimated between Sat Aug 4 and Sun Aug 26 (seller ships within 3 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

| | |
|---|---|
| Item Subtotal: | US $10.51 |
| Shipping Cost: | US $0.00 |
| **Order Total:** | US $10.51 |

« Back to Cart

| | |
|---|---|
| Item Subtotal(1 items): | US $10.51 |
| Shipping Cost: | US $0.00 |
| Grand Total: | **US $10.51** |

[ Proceed to Pay ]

Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

# DEFENDANT RC Camera Drone Store

# Defendant's Listing for Infringing Products





Cookie Preferences | Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | I'm shopping for... | 0

Store: **RC Camera Drone Store** feedback is unavailable | Follow

Home > All Categories > Toys & Hobbies > Classic Toys > Magic Tricks

iPiggy

# iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

3 orders

Price: ~~US $5.40 / piece~~

Discount Price: **US $4.91** / piece -9% 6 days left

Get our app to see exclusive prices | Bulk Price

Color:

Shipping: **Free Shipping to** United States via ePacket

Estimated Delivery Time: 12-20 days

Quantity: 1 piece (9996 pieces available)

Total Price: Depends on the product properties you select

Buy Now | Add to Cart

Add to Wish List (3 Adds)

New User Coupon: US $4.00 GET IT NOW

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details

Seller Guarantees: On-time Delivery **35 days**

Payment: VISA PayPal WESTERN UNION Bank Transfer View More

## Buyer Protection

- **Full Refund** if you don't receive your order
- [redacted], if the item is not as described

Learn More

Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees

### Item specifics

Brand Name: iPiggy

Type: Card

Gender: Unisex

Age Range: 8-11 Years,12-15 Years,Grownups

Material: Paper

Is Instructions Included: Yes

Model Number: BJN0273

### Product Description

For Newborn baby toys Baby Cloth Book Toy T
USD 1.28-1.97/piece

iPiggy Toy Novelty Toy Pirate Bucket for Kids L
USD 2.33/piece

iPiggy Magic Mini Inductive Truck Toys Pen Dra
USD 13.59/piece

New Building Block Bricks War Toys Kits Com
USD 82.65/piece

2017 iPiggy Hot 1 PC Pendants Anti Stress Bal
USD 1.19/piece

2018 Mini Fidget Cube Relieves Anxiety and St
USD 1.50/piece

iPiggy 2017 Unisex Colorful Electronic Sports
USD 4.35-4.51/piece

iPiggy For Children Holiday Times Z009 Doll H
USD 19.01/piece

More Information

625

MACHUKA UNO card game poker Family Fun One Pack of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game



| | |
|---|---|
| [Model Name] | UNO card game poker |
| [Size] | 8.6cm x 5.6 cm (L x W) |
| [Material] | Chrome Paper |
| [Function ] | Uno Playing cards poker |
| [Feature] | Fun One Pack Family Funny Entertainment |
| [Usage] | Family game poker |
| [Package Include] | 1*Basketball Elbow |

## Photos List



Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 191 of 211



7/10/2018    iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 192 of 211



iPiggy



7/10/2018    iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 193 of 211



7/10/2018    iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 194 of 211





Function card also by the red, yellow, blue, green 4 colors, wild card.

iPiggy



Positive display

iPiggy

Recently Viewed

7/10/2018    iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 195 of 211

RU    Color: BJN0273   物流 AliExpress Saver Shipping

Отличная игра, карты ламинированные, есть немного косяков по печати, но это некритично. В целом это превосходный товар за такие деньги!



25 Oct 2017 17:09

S****e    ⭐⭐⭐⭐⭐    👍 (0)
US   Color: BJN0273   物流 China Post Ordinary Small Packet Plus

Fast shipping, it was arrived in Thailand about 2 weeks, thank seller!

04 Nov 2017 19:46

V***n    ⭐⭐⭐⭐⭐    👍 (0)
RU   Color: BJN0273   物流 AliExpress Saver Shipping

19 Oct 2017 01:15

描详

Товар пришел за двадцать дней. Карты отличного качества. Продавцу спасибо

 

## About

**SHIPPING** 🛫

(1)1-6 Days lead time will be necessary after we confirmed receive your payment.
(2)Please provide correct address after your payment within 1-2 days,otherwise,we will ship your item based on your Escrow address,so make sure it is correct.
(3)International shipping may be influenced by holidays,events and other uncertainties,we could not guarantee the arrival time.if you dislike the seemingly long shipping time,please do not place the orders,we would not want to get negative,neutaral or low rating only because of the shipping time.
(4)Package less than 2KG we will be shipping by China Post Airmail which is free shipping to most of the countries.
(5)Other countries and package over 2kgs buyers have to afford entire shipping cost.

**METHOD OF PAYMENT**

(1)The custom duties,local taxes and charges are not included in the items prices or shipping free.It is buyers responsibility,but we will try our best to cooperate with you to solve it smoothly and offer any free documents, if there is any cost,it will be buyers responsibility.

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 196 of 211



Our products through professional photographic equipment in shooting images,different customers due to the computer display color parameters,pictures and in-kind there may be a little color difference,please buyers to pay attention to.

**FEED BACK** ★★★★★

(1) Your Feedback is really important for us,please take a few seconds to give a great feedback if you are satisfied with our products and services,thank you very much tunity.
(2) If you think that we need to improve something,it is very kind of you to give us a opportunity to resolve the problem before you leave a negative feedback.Please contact us before give neutral or negative feedback,we will try our best to solve the problem and give you a happy shopping mood here.
We believe that there is a reasonable solution.
We are a online store,your feedback is very valuable for us.
Thanks a lot! Have a nice shopping day.

**SERVICE** 

We accept Retail,Wholesale,Mixed order.We offer big discount for wholesale and mixed orders.You can contact us for any question, it is our pleasure to answer all your questions within 24 hours.

**CONTACT US**

(1)If you have any questions,please dont hesitate contact us!
(2)We will replay you as soon as possible,but please allow delay replay for non-business day.

## Other Recommendation


iPiggy 4PCS/LOT Green 2 Color Toys Cla
US $9.99


iPiggy 3D Interlocking Wooden Puzzle i
US $14.09


Fashionable Croc Deadshot Superhero
US $1.12


iPiggy The V for Vendetta Party Cospla
US $1.31


8-13cm 11pcs/set Mario Luigi Koopa Bow
US $47.16


iPiggy 50 Pcs DIY Waterproof Sticker M
US $2.13


100 Pcs/50 Pcs Black And White Sticker
US $2.32


iPiggy 51 Pcs Wood Building Blocks Dom
US $25.62


Wooden Blocks Tree Children Intelligen
US $2.94

## Packaging Details

Unit Type: piece
Package Size: 10cm x 10cm x 5cm (3.94in x 3.94in x 1.97in)
Package Weight: 0.15kg (0.33lb.)

## Transaction History

3 transactions in last 6 months.    Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| A1 L***. 🇮🇹 IT | 1 piece<br>04 Jul 2018 13:41 |
| A1 L***. ▮▮▮ | 1 piece<br>28 Jun 2018 13:52 |
| A3 C***. ▮▮▮ | 1 piece<br>06 Jun 2018 12:45 |

◀ ▶      Go to Page ☐ Go

## More Products

### From This Seller


US $3.64
☆☆☆☆☆
3 orders


US $5.38
★★★★★ (4)
4 orders


US $22.46
☆☆☆☆☆


US $5.69
☆☆☆☆☆
2 orders


US $18.37
☆☆☆☆☆

US $4.07
☆☆☆☆☆
10 orders


US $68.50
☆☆☆☆☆
2 orders

### From Other Sellers

632

7/10/2018     iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 197 of 211

      

US $5.07    US $3.40    US $3.35    US $6.51    US $3.91    US $12.00    US $4.54

★★★★★ (2)    ★★★★★ (591)    ☆☆☆☆☆    ★★★★★ (1)    ★★★★★ (4)    ★★★★★ (2)    ★★★★★ (84)

6 orders    1,689 orders       2 orders    38 orders    5 orders    225 orders

## Premium Related Products

 

free shippingAC85-    9 pcs/lot Cute pig
260V300*300 300*600    Temporary Body Arts,
**US $17.98 - 118.99** / piece    **US $0.64** / piece

**Magic Tricks Products Related Searches:**

| | | |
|---|---|---|
| playing cards | uno game card | game family feud |
| card uno game | uno playing cards | pack playing card |
| battleships paper game | board card games | playing cards fun |

**Wholesale Magic Tricks:**

| | | |
|---|---|---|
| Wholesale playing cards | Wholesale card game uno | Wholesale game family |
| Wholesale uno game card | Wholesale playing card uno | Wholesale card playing pack |
| Wholesale game paper | Wholesale card games board | Wholesale cards playing fun |

**Magic Tricks Price:**

| | | |
|---|---|---|
| fournier playing cards Price | card uno game Price | family feud game Price |
| game uno card Price | playing uno cards Price | playing card packs Price |
| games paper Price | card board games Price | playing fun cards Price |

**Magic Tricks Promotion:**

| | | |
|---|---|---|
| aurelian playing cards Promotion | game uno card Promotion | family bingos game Promotion |
| uno card game Promotion | uno cards playing Promotion | cards pack playing Promotion |
| paper games Promotion | games board card Promotion | cartoons playing cards Promotion |

### Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2018 AliExpress.com. All rights reserved.

633

7/10/2018   iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-2   Filed 10/18/18   Page 198 of 211



SHOP LIKE A CHAMPION — Featured Brands — SEE EVERYTHING WITH YI — UP TO 60% OFF — SHOP NOW

Cookie Preferences   Buyer Protection   Help ▾   Save big on our app!   Ship to 🇺🇸 / USD ▾   Language ▾

**AliExpress**   I'm shopping for...

🛒 0   ♡   👤

Store: **RC Camera Drone Store**   feedback is unavailable ▾   Follow

Home › All Categories › Toys & Hobbies › Classic Toys › Magic Tricks

iPiggy





### iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

3 orders

Price: ~~US $5.40 / piece~~
Discount Price: **US $4.91** / piece **-9%** (6 days left)
🎁 Get our app to see exclusive prices ▾   Bulk Price ▾

Color: 🃏

Shipping: **Free Shipping to United States via ePacket** ▾
Estimated Delivery Time: 12-20 days ❓

Quantity: − 1 + piece (9996 pieces available)

Total Price: Depends on the product properties you select

**Buy Now**   **Add to Cart**

♡ Add to Wish List (3 Adds) ▾

New User Coupon: US $4.00 **GET IT NOW**

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees: On-time Delivery **35 days**

Payment: VISA MasterCard AMEX PayPal Western Union Bank Transfer View More ▸

### 🛡 Buyer Protection
☑ **Full Refund** if you don't receive your order
☑ ▓▓▓▓▓▓▓ if the item is not as described   Learn More ▸

---

Product Details | Feedback (0) | **Shipping & Payment** | Seller Guarantees

## Shipping
Calculate your shipping cost by country/region and quantity.

Quantity: 1   Ship to: 🇺🇸 United States

| Shipping Company | Shipping Cost | | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|---|
| ePacket | ~~US $3.68~~ | Free Shipping | 12-20 days | Available |
| AliExpress Standard Shipping | ~~US $6.16~~ | Free Shipping | 19-39 days | Available |
| e-EMS | US $9.37 | | 20-40 days | Not available |
| AliExpress Premium Shipping | US $22.80 | | 10-15 days | Available |
| EMS | US $40.17 | | 12-21 days | Available |
| Fedex IE | US $47.67 | | 8-16 days | Available |
| DHL | US $57.54 | | 6-13 days | Available |
| UPS Express Saver | US $57.93 | | 5-8 days | Available |
| Fedex IP | US $59.91 | | 5-8 days | Available |
| UPS Expedited | US $64.15 | | 11-17 days | Available |
| TNT | US $71.48 | | 12-60 days | Available |

Note: Shipping costs shown include fuel surcharges. Import duties, taxes and other customs related charges are not included. Buyers bear all responsibility for all extra charges incurred (if any).
Note: UPS shipping cost savings displayed above reflect discounts offered to AliExpress sellers. They may also include other promotions, subsidies or discounts offered by individual sellers to their buyers, and are only valid on transactions completed via AliExpress.

## Packaging Details
Unit Type: **piece**   Package Weight: **0.15kg (0.33lb.)**

7/10/2018    iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game-in Magic Tricks from Toys & Hobbies on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-3    Filed 10/18/18    Page 199 of 211

Package Size: 10cm x 10cm x 3.5cm (3.94in x 3.94in x 1.38in)

Payment

We support the following payment methods.

## More Products

### From This Seller

US $3.64
3 orders

US $5.38
★★★★★ (4)
4 orders

US $22.46

US $5.69
2 orders

US $18.37

US $4.07
10 orders

US $68.50
2 orders

### From Other Sellers

US $5.07
★★★★★ (2)
6 orders

US $3.40
★★★★★ (591)
1,689 orders

US $3.35

US $6.51
★★★★★ (1)
2 orders

US $3.91
★★★★★ (4)
38 orders

US $12.00
★★★★★ (2)
5 orders

US $4.54
★★★★★ (84)
225 orders

### Premium Related Products



free shippingAC85-260V300*300 300*600
US $17.98 - 118.99 / piece

9 pcs/lot Cute pig Temporary Body Arts,
US $0.64 / piece

**Magic Tricks Products Related Searches:**

| | | |
|---|---|---|
| playing cards | uno game card | game family feud |
| card uno game | uno playing cards | pack playing card |
| battleships paper game | board card games | playing cards fun |

**Wholesale Magic Tricks:**

| | | |
|---|---|---|
| Wholesale playing cards | Wholesale card game uno | Wholesale game family |
| Wholesale uno game card | Wholesale card playing pack | Wholesale card playing pack |
| Wholesale game paper | Wholesale card games board | Wholesale cards playing fun |

**Magic Tricks Price:**

| | | |
|---|---|---|
| fournier playing cards Price | card uno game Price | family feud game Price |
| game uno card Price | playing uno cards Price | playing card packs Price |
| games paper Price | card board games Price | playing fun cards Price |

**Magic Tricks Promotion:**

| | | |
|---|---|---|
| aurelian playing cards Promotion | game uno card Promotion | family bingos game Promotion |
| uno card game Promotion | uno cards playing Promotion | cards pack playing Promotion |
| paper games Promotion | games board card Promotion | cartoons playing cards Promotion |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

635





Seller Feedback

## Seller Summary

| | |
|---|---|
| Seller: | **RC Camera Drone Store** |
| Positive Feedback (Past 6 months): | **93.4%** |
| AliExpress Seller Since: | **18 Jan 2018** |

## Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★☆ **3.8** (1096 ratings) | **20.17% Lower** | than other sellers |
| Communication : | ★★★★☆ **3.8** (1096 ratings) | **20.00% Lower** | than other sellers |
| Shipping Speed : | ★★★★☆ **3.8** (1096 ratings) | **18.10% Lower** | than other sellers |

## Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 171 | 452 | 556 |
| Neutral (3 Stars) | 5 | 11 | 14 |
| Negative (1-2 Stars) | 7 | 32 | 39 |
| Positive feedback rate | 96.1% | 93.4% | 93.4% |

Negative Feedback Received as a Seller (Past 6 months) | Feedback Received as a Seller

Viewing 11 - 20       ‹ Previous   1   2   3   ...   31   Next ›

| Buyer | Transaction Details | Feedback | | Sort by default |
|---|---|---|---|---|
| a***l | iPiggy Cute Plush Animal Hand Bells... <br> 1 piece | ★★☆☆☆ | 10 Jun 2018 02:28 <br> شكرا لكم | |
| C***a | The Caribbean Bounty Pirate Ship 30... <br> 1 piece | ★☆☆☆☆ | 09 Jun 2018 06:47 <br> el producto nunca a llego a su destino | |
| K***a | Hot Sale Batman Batgirl Fairy Batm... <br> 1 piece | ★☆☆☆☆ | 07 Jun 2018 11:34 <br> I haven't recceive this batman but an other figurine. | |
| B***a | Super Mario Wall Stickers Non-Toxic... <br> 1 piece | ★★☆☆☆ | 07 Jun 2018 00:24 <br> This is not the exact sticker. I missed flower, flying dragons. Sharing you the image u provided and based upon this i initiated for order. I am also sharing the product delivered to me. | |
| Y***l | Novelty Toys Anti Stress Kids Kawai... <br> 1 piece | ★☆☆☆☆ | 04 Jun 2018 13:47 <br> sorry but i didnt get your product. i dont know the reason | |
| Y***l | Novelty Toys Anti Stress Kids Kawai... <br> 1 piece | ★☆☆☆☆ | 04 Jun 2018 13:47 <br> sorry but i didnt get your product. i dont know the reason | |
| Y***y | 50 Pcs Star Wars Sticker for Laptop... <br> 1 Lot | ★☆☆☆☆ | 04 Jun 2018 08:48 <br> Los pegotines están bien. Pero no son de star wars cómo dice, son random. Debería explicarlo mejor. | |
| J***g | 2017 Flippin FantasticPerfect Panca... <br> 1 piece | ★☆☆☆☆ | 04 Jun 2018 02:59 <br> Item was wrongly sent after a month long wait. Raised a dispute, seller told me to cancel the dispute and they will send the right replacement. Dispute cancelled, seller stopped responding to msg. Suggest for potential buyers to seek your goods elsewhere. <br> No Feedback Score | |
| L***. | Cute Soft Squeeze Stretchy Slow Ris... <br> 1 piece | ★☆☆☆☆ | 02 Jun 2018 10:12 <br> damaged <br> No Feedback Score | |
| L***. | Cute doll seal stress relieve Hand ... <br> 1 piece | ★☆☆☆☆ | 02 Jun 2018 10:12 <br> damaged <br> No Feedback Score | |

‹ Previous   1   2   3   ...   31   Next ›

### Store Categories

- Syma
  - X5 X5C X5SW X5SC...
  - X11 X12 X13 X21...
  - Syma Helicopter...
- JJRC
  - Mini Drone
  - Quadcppter
- Eachine
  - RC Quadcopter
  - RC FPV RC Quadcopter
- Globel Drone
  - Drone with Camera
  - RC Helicopter
- Hubsan Drone
- Cheerson
  - Cheerson Drone
- Jingxing
  - Jingxing drone
- Plush Toy
  - Other Plush Toy
  - Apparel
- Building Block
  - Big Building Block
  - Small Building Block
- toy
  - Mochi Squishy
  - Novelty toys
  - Cartoon Toys
  - Toys for desktop ...
  - Adornment toys
- Others

### Service Center

Contact Now

**Follow**
48 Followers




Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

https://www.aliexpress.com/store/feedback-score/3509056.html?spm=2114.12010617/itm2home-1.nav-feedback.1.46717a84vNSBBI#rating-displayer     2/3

636

# Defendant's Storefront

Cookie Preferences | Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | I'm shopping for... | On AliExpress | In this store | 0

Store: **RC Camera Drone Store** **93.4%** Positive feedback | Follow | 48 Followers

# RC Camera Drone Store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > iPiggy UNO Card Game Poker Family Fun One Pack Of

**Store Categories**

- Syma
  - X5 X5C X5SW X5SC...
  - X11 X12 X13 X21...
  - Syma Helicopter...
- JJRC
  - Mini Drone
  - Quadcppter
- Eachine
  - RC Quadcopter
  - RC FPV RC Quadcopter
- Globel Drone
  - Drone with Camera
  - RC Helicopter
- Hubsan Drone
- Cheerson
  - Cheerson Drone
- Jingxing
  - Jingxing drone
- Plush Toy
  - Other Plush Toy
  - Apparel
- Building Block
  - Big Building Block
  - Small Building Block
- toy
  - Mochi Squishy
  - Novelty toys
  - Cartoon Toys
  - Toys for desktop ...
  - Adornment toys
- Others

**Service Center**

Contact Now

Follow
48 Followers

**Store Categories >** iPiggy UNO Card Game Poker F | **3 items found** | Hide Filter

| | | | | |
|---|---|---|---|---|
| Age Range | Grownups | 8-11 Years | 12-15 Years | Multiple |
| Material | Paper | | | Multiple |
| Gender | Unisex | | | Multiple |

View More

Best Match | Orders | New | price | Free Shipping | View

iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs...
US $4.08 / piece
~~US $4.48 / piece~~
Order(1)

iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs...
US $4.91 / piece
~~US $5.40 / piece~~
Orders(3)

iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs...
US $3.64 / piece
~~US $4.00 / piece~~
Orders(3)

1

## Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

Google Play | App Store

Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed

638



# Communications between NAL and Defendant







Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (1)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: drone RC RC Camera Drone Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

About this product

iPiggy UNO Card Game Poker Family Fun One Pack Of 10...

Me 18/07/09 20:45: SO, CAN YOU SHIP TO NEW YORK?

drone RC 18/07/09 20:26: ok,thanks!

Me 18/07/09 20:14: Can you ship to New york?

drone RC 18/07/09 20:01:
Dear friend,
Thanks for your message.
Our paypal account is Shu.Juan.China@gmail.com
You can pay for it through this paypal.
Hope you can understand.
Any questions pls feel free to contact us.
Take care!

Me 18/07/09 16:24: Then, what is your paypal dear?

drone RC 18/07/09 03:26:
yes,you can.
thanks!

Me 18/07/08 20:24: Can i order this today? and pay using my paypal?

drone RC 18/07/04 00:08:
Dear friend,
Thanks for your kind message.
Pls order them,we will ship you as soon as possible.
Hope we can keep well contact with each other.
Any further questions pls feel free to contact us!
Take care!

Me 18/07/03 21:11: Hey! i have this card but its already old so i decided to order new in you for about 200 pieces.

1 2 Go to Page Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

640

AliExpress

I'm shopping for... | Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**
Conversations (1)
Spam

**Service Notification**
Notifications

**Setting**
Contact Blacklist

AliExpress Mobile App
Search Anywhere, Anytime!
Scan or click to download

‹ Back **View Details**

Send to: drone RC | RC Camera Drone Store | Add to Blacklist

Insert smileys

About this product
iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertain...

1/9

Browse
You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP
Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

About this product
iPiggy UNO Card Game Poker Family Fun One Pack Of 10...

drone RC 18/07/11 05:09
yes,thanks.

Me 18/07/10 23:56
is this also your alipay? Shu.Juan.China@gmail.com

drone RC 18/07/10 23:55
Yes,our paypal account is Shu.Juan.China@gmail.com.
Any questions pls feel free to contact us.
take care!

Me 18/07/10 23:42
Do you also have alipay dear?

drone RC 18/07/10 23:42
yes

Me 18/07/10 16:47
dear, have you been shipped before in USA?

drone RC 18/07/10 03:15
Dear friend,
Thanks for your message.
Pls don't worry.
We can ship it to NEW YORK if you order.
Our E-mail is test20170227@qq.com
Any questions pls feel free to contact us.
take care!

Me 18/07/10 00:32
So, have you been shipped in USA Before?
Can you also provide me your email?

Me 18/07/10 00:24
i need your reply in order for em to decide if i will order this or not!

Me 18/07/09 22:11
hey!

1 2 | Go to Page Go

Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

641

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

AliExpress®





| Review your Order | | |
|---|---|---|

ℹ️ You have changed the shipping destination; please note that the shipping cost will change accordingly.

## 1. Select your shipping information:



Default address

105 Avenue B
Apt 4B
New york, New York, 10009
United States

✏️ Edit

➕ Add a new address

## 2. Review and confirm your order (1 items):

Seller: RC Camera Drone Store

Product Name & Details



iPiggy UNO Card Game Poker Family Fun One Pack Of 108pcs Pokers Card Game Fold Playing Card Entertainment Board Game

Color:   as show 🎅

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| 1 | piece | × | US $4.91 |

ePacket ▾

**Free shipping**
Delivery Time: 12-20 days

| Subtotal: | US $4.91 |
|---|---|
| Shipping: | US $0.00 |
| Total: | **US $4.91** |

## 3. Payment method



○ VISA

● PayPal

AliExpress charges a fee of US $0.80 to use PayPal.

○ Other payment methods

☐ Apply AliExpress Coupon:   You don't have any coupons ▾            - US $0.00



🛡️ **Buyer Protection**

☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

All Total:  **US $5.71**

**Confirm & Pay**



Upon clicking 'Place Order', I acknowledge I have read and agreed to:

- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement

- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

643

# DEFENDANT rocky_store

# Defendant's Listing for Infringing Products



Case 1:16-cv-08892-LAP   Document 15-3   Filed 10/19/18   Page 210 of 211

**ECC 2018 IN ONTARIO CALIFORNIA AUG 3RD - 5TH**    Look For Us At Booth #200

Hello, ▮▮▮▮▮  [ADD]  Sign out

Buyer Protection | Help ▾ | DHport | Save more on our App! | English ▾

# DHgate.com
Buy Globally · Sell Globally

[ I'm shopping for... ]  [ All Categories ▾ ]  🔍

Hi, ▮▮▮▮▮
My DHgate ▾    ♡ Favorites    🛒 0 Cart ▾

Home > Home & Garden > Festive & Party Supplies > Other Festive & Party Supplies > **Product detail**



🔍 See larger image

     

Share on 🔵 📌 🐦 Ⓑ G+ ✉

**120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping**

Price:   US $1.46 - 1.86 / Piece      Reference Currency ▾

| Wholesale Price ( Piece ) | 120 + US $1.86 | 170 + US $1.78 | 300 + US $1.62 | 500 + US $1.57 | 664 + US $1.51 | ❯ |
|---|---|---|---|---|---|---|

Quantity:   [ 120 ] Pieces

Shipping Cost:   **Free Shipping** to United States Via DHL ▾
Estimated delivery time: Aug 14 and 17, ships out within 5 business days ❓

Total Cost:   **US $223.20**

[ Buy It Now ]   [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 0 )

Seller Guarantee   🛡 Return policy   🕙 On-time Delivery in 7 days

**Free Shipping** (badge on image)

### Sold By
**Rocky_store**
21 Transactions
100% Positive Feedback
Detailed seller ratings ▾

[ Visit Store ] [ Favorite Store ]

### Contact Seller
✉ Message

### Buyer Protection
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA   MasterCard   Skrill
BANK TRANSFER   AMERICAN EXPRESS

Learn more »



## Customers Who Bought This Item Also Bought
1/4

| | | | | | |
|---|---|---|---|---|---|
| Flamingo Balloon Anagram aluminium foil balloon party | LED Ice Cube Fast Flash Slow Flash 7 Color Auto | 100pcs HOT LED Light Glasses Flashing Shutters | Factory sales 100pcs 7X10cm Clear+White Plastic bag Pearl | Strawberry Glow Light Ring LED Flashing Finger Ring Bar | Free Shipping,100pcs lot ! Many colors available, Sweet |
| US $4.42 - 5.68 / Piece | US $0.36 - 0.54 / Piece | US $0.76 - 0.99 / Piece | US $0.05 - 0.06 / Piece | US $0.47 - 0.93 / Piece | US $0.57 - 0.7 / Piece |
| Sold: 7 | Sold: 3537 | Sold: 2710 | Sold: 43 | Sold: 46 | Sold: 35 |



---

| **Item Description** | Customer Reviews(0) | Shipping Time & Cost | | Report Item |
|---|---|---|---|---|

### Item specifics
Occasion    Back To School
Gender    Unisex

### Return policy details
* Buyers can receive a partial refund, and keep the item(s) if they are not as described or with quality issues by negotiating directly with seller within 7 days from the day the item(s) were received.

### Description
Product Name:   120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping
Item Code:   418841959
Category:   Other Festive & Party Supplies
Short Description:   Direct factory price, DHgate Professional Factory Shop! Lowest Price!Top Quality! Welcome to Retail and Wholesale! .You can mix any items together from my store!!
Quantity:   1  Piece
Package Size:   20.0 * 20.0 * 20.0 ( cm )
Gross Weight/Package:   20.0 ( kg )


WELCOME TO OUR STORE
HOME & GARDEN

646

8/6/2018     2018 Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl From Rocky_store, $1.46 | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-3   Filed 10/18/18   Page 211 of 211

DESCRIPTION

HOME & GARDEN

Ship: SF_express / DHL / FEDEX / TNT / EMS





647