8/6/2018     2018 Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl From Rocky_store, $1.46 | Dhgate.Com





8/6/2018     2018 Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl From Rocky_store, $1.46 | Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 2 of 189





Payment

HOME & GARDEN

There are many payment methods available on DHgate.com such as credit cards, real-time bank transfers, offline payments (bank transfers). You can choose a method which is the most convenient for you. To protect your interests, your payment will be temporarily held by DHgate, and will not be released to us until you receive your order and are satisfied with it.

649

8/6/2018     2018 Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl From Rocky_store, $1.46 | Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 3 of 189

## Shipping

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
|  | 2-4 days | www.dhl.com |
|  | 2-4 days | www.fedex.com |
|  | 2-4 days | www.ups.com |
|  | 2-4 days | www.tnt.com |
|  | 5-10 days | www.ems.com.cn |
|  | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## Return Policy

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

## Feedback

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

Advertisement ?

**Sponsored Products You May Be Interested In**  我也要出现在这里



Tree stump craft place card holder Rustic s...
US $ 0.43 - 0.63 / Piece
Sold: 1435

Wholesale-24pcs Baseball Sport boys candy b...
US $ 0.10 - 0.11 / Piece
Sold: 27

colorful Led Ice Cube water-actived Light-u...
US $ 0.34 - 0.51 / Piece
Sold: 203

LED Party Lights Color Changing LED ice cub...
US $ 0.46 - 0.60 / Piece
Sold: 310

Beautiful peacock lace fan spanish plastic ...
US $ 1.39 - 1.77 / Piece
Sold: 252

9*8.2*0.3cm 4 Designs Mini Wooden Chalkboar...
US $ 0.38 - 0.88 / Piece
Sold: 55

Related Keywords: mp4 card slot, standard micro sim card, two cards high, readers micro supported card, sim card for iphone5, logo note cards, wallets hold cards, ethernet card wlan, rabbit cards, laser cut butterfly cards

**Customers Who Viewed This Item Also Viewed**  1/4



Flamingo Balloon Anagram aluminium foil balloon party
US $4.42 - 5.68 / Piece
Sold: 7

LED Ice Cube Fast Flash Slow Flash 7 Color Auto
US $0.36 - 0.54 / Piece
Sold: 3537

100pcs HOT LED Light Glasses Flashing Shutters
US $0.76 - 0.99 / Piece
Sold: 2710

Factory sales 100pcs 7X10cm Clear+White Plastic bag Pearl
US $0.05 - 0.06 / Piece
Sold: 43

Strawberry Glow Light Ring LED Flashing Finger Ring Bar
US $0.47 - 0.93 / Piece
Sold: 46

Free Shipping,100pcs lot ! Many colors available, Sweet
US $0.57 - 0.7 / Piece
Sold: 35

**Other products from Other Festive & Party Supplies**    Page 1 of 2

650

8/6/2018     2018 Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Dhl From Rocky_store, $1.46 | DHgate.Com

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 4 of 189








High Quality Cocktail glasses,Cool Sphere
**US $10.14 - 11.02 / Piece**

50 pcs Eco-friendly safe color assorted crazy loop straws
**US $0.204 - 0.222 / Piece**

New Christmas Gift 420 design 3d socks kids women
**US $0.935 - 1.215 / Piece**

HOT!!! 50pcs Natural Jute Lace Pockets Rustic Wedding
**US $ 0.42 - 0.46 / Piece**

Wholesale-Free shipping 3x2cm Color Price Tags Hand
**US $ 0.01 - 0.01 / Piece**

Clear Halloween Food Grade PVC Drink Bag The Vampire
**US $ 0.54 - 0.88 / Piece**

## New Arrival uno poker card








10.27cm x 9.2cm Big Size Fun Spanish UNO Card
**US $8.05** / Piece

Stock hight quality UNO poker card Crystal PVC waterproof
**US $5.03** / Set

Stock hight quality UNO poker card Crystal PVC waterproof
**US $4.53** / Piece

Liplasting Boardgame Family Funny Entertainment Board
**US $6.54** / Piece

Fun One Pack Family Funny Entertainment Board Game
**US $2.04** / Set

Find Similar Stock Hight Quality UNO Poker Card
**US $1.59** / Piece

### Your Recently Viewed Items and Featured Recommendations
1/8








Thailand maillots PSG soccer jersey 2019 Paris MBAPPE
**US $13.07 - 14.21** / Piece
Sold: 3963

15 Colors To Choose Brand Designer Men Women
**US $7.38 - 10.48** / Piece
Sold: 2126

11 Prom Night Cap and Gown Blackout Men & Women 82 96 Gym
**US $38.34 - 48.03** / Piece
Sold: 1006

MODRIC 2018 World Cup Soccer Jersey 2019 MODRIC
**US $20.68 - 23.12** / Piece
Sold: 538

New 2 stars 2018 world cup GRIEZMANN kids POGBA
**US $15.96 - 17.36** / Piece
Sold: 964

2018 TOP PRESTO 5 BR QS Breathe Black White Yellow
**US $51.26 - 79.34** / Pair
Sold: 879

You Viewed:



Please give us your feedback about this page   Click Here

View Seller's Store   |   Message Seller

### Related Searches

- Home & Garden
- Festive & Party Supplies
- Other Festive & Party Supplies

### Wholesale Other Festive & Party Supplies Resources
More ▾

- wholesale black cat card
- wholesale leather card 4g
- wholesale wedding cup cards
- wholesale multi reader cards
- anti theft credit card Australia

Bookmark & Share   

Help improve your experience on DHgate.com, Please tell us what you think about this page.



China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

651

Case 1:19-cv-08824-LAP Document 15-1 Filed 10/10/19 Page 5 of 189



Hello, ▓▓▓▓ 🟡DID  Sign out        🛡Buyer Protection | Help ⌄ | DHport | 📱Save more on our App! | English ⌄

**DHgate.com**
Buy Globally · Sell Globally

[I'm shopping for...] [All Categories ⌄] 🔍     Hi, ▓▓▓▓ **My DHgate** ⌄   ♡ **Favorites**   🛒 **Cart** ⌄

Home > Home & Garden > Festive & Party Supplies > Other Festive & Party Supplies > **Product detail**



Free Shipping

**120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping**

Price: **US $1.46 - 1.86** / Piece          Reference Currency ⌄

| Wholesale Price ( Piece ): | 120 + US $1.86 | 170 + US $1.78 | 300 + US $1.62 | 500 + US $1.57 | 664 + US $1.51 | > |

Quantity: [ 120 ]  Pieces

Shipping Cost:  **Free Shipping** to United States Via DHL ⌄
Estimated delivery time: Aug 14 and 17, ships out within 5 business days ❓

Total Cost:  **US $223.20**

[ **Buy It Now** ]  [ Add to Cart ]

♡ Add to Favorite Items ⌄ ( 0 )

Seller Guarantee   💲 Return policy   ⏱ On-time Delivery in 7 days

**Sold By**
Rocky_store
21 Transactions
100% Positive Feedback
Detailed seller ratings ⌄
[ Visit Store ] [ Favorite Store ]

**Contact Seller**
✉ Message

🛡 **Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA  mastercard  Skrill
BANK TRANSFER  AMERICAN EXPRESS

Learn more »

See larger image

     

Share on 📘 📌 🐦 Ⓑ 🔵 ✉

---

**Customers Who Bought This Item Also Bought**                                                    1/4



Flamingo Balloon Anagram aluminium foil balloon party
**US $4.42 - 5.68** / Piece
Sold: 7

LED Ice Cube Fast Flash Slow Flash 7 Color Auto
**US $0.36 - 0.54** / Piece
Sold: 3537

100pcs HOT LED Light Glasses Flashing Shutters
**US $0.76 - 0.99** / Piece
Sold: 2710

Factory sales 100pcs 7X10cm Clear+White Plastic bag Pearl
**US $0.05 - 0.06** / Piece
Sold: 43

Strawberry Glow Light Ring LED Flashing Finger Ring Bar
**US $0.47 - 0.93** / Piece
Sold: 46

Free Shipping,100pcs lot ! Many colors available, Sweet
**US $0.57 - 0.7** / Piece
Sold: 35

---

| Item Description | Customer Reviews(0) | **Shipping Time & Cost** |                     Report Item |

**Shipping Time and Cost**

Item Location:
Shipping to: [ United States ⌄ ]    Purchase Quantity: [ 120 ]  [ Calculate ]

| Service | Estimated Shipping Time | Shipping Cost |
|---|---|---|
| DHL | 3-6 days | Free Shipping |

**Payments**

🛡 **DHgate Service Pledge** is especially designed for online transaction.
Your payment is ONLY released to the seller after you receive and are satisfied with the item.
This value-added system is FREE and available for all transactions on DHgate.

🛒 ➝ 💲 ➝ ✈ ➝ 📦 ➝ 💲
1 Buyer Places Order   2 Buyer Pays DHgate   3 Seller Ships Package   4 Buyer Checks Package   5 DHgate Pays Seller

Related Keywords:  mp4 card slot, standard micro sim card, two cards high, readers micro supported card, sim card for iphone5, logo note cards, wallets hold cards, ethernet card wlan, rabbit cards, laser cut butterfly cards

---

**Customers Who Viewed This Item Also Viewed**                                                    1/4

# Defendant's Storefront

**DHgate.com**   Buy Globally · Sell Globally

Hello, ▇▇▇▇▇▇ | Sign out | My DHgate ▾ | Help ▾ | English ▾ | 🛒 0 Cart

**Rocky_store**   ♥ Add To Favorite Stores ( 2 )

VAPOR Tech Co.

Share ▾

100% Positive Feedback | 21 Transactions

✉ Message Seller

Share 0

[ In this store ] [ On DHgate ]

glass bongs · glass water pipe · glass bongs

| Store Home | Products | Sale Items | TopSelling | Review | About Us |

Store Home > uno

Store Categories

› Novelty Items (2)

**Popular Search**

glass bongs   glass water pipe
glass bongs   Tumblers   Mug   Egg
cup   Cola Bottle   Cushion Covers
Pillow Covers   Silicone Straw
Stainless Steel Mugs   Sequins
Pillow Case   Mugs Straws   Large
Size Mugs   cup

**Top Selling** | Most Reviewed

Unicorn Drawstring
Bags Kids Backpack
**US $0.48** / Piece
Item Sold ( **300** )

For 20 30 oz Mugs
Cups Lid Mugs Lid
**US $0.75** / Piece
Item Sold ( **300** )

Rainbow Stemless wine
cups 10 oz Metal
**US $10.06** / Piece
Item Sold ( **100** )

Beautiful 63mm
Rainbow Grinders With
**US $6.34** / Piece
Item Sold ( **50** )

Gradient Pillow Case
Sequin Cover Mermaid
**US $2.92** / Piece
Item Sold ( **50** )

Space Case Grinders
50mm Herb Grinder 4
**US $4.03** / Piece
Item Sold ( **20** )

Blue Green Red
Geometric Wave stripes
**US $2.92** / Piece
Item Sold ( **20** )

2018 Christmas Gift
Bags Large Organic
**US $3.52** / Piece
Item Sold ( **10** )

**2** matching products found for uno

Sort by: Bestselling ▾ Price ▴ | Best Match ▾ | Price: $ — $ [Go] | Page 1/1 ‹ ›

Stock hight quality UNO poker card Crystal PVC waterproof st...
Ships out within 5 business days
**US $ 4.53 - 6.29** / Piece
Free Shipping
[ Add to Cart ]

120 Set Entertainment Card Games UNO cards Fun Poker Playing...
Ships out within 5 business days
**US $ 1.46 - 1.86** / Piece
Free Shipping
[ Add to Cart ]

Bookmark & Share   f  g  🐦  VK  k  ⌂  StumbleUpon  in  reddit  g+

⚙ Help improve your experience on DHgate.com, Please tell us what you think about this page.

mastercard  VISA  American Express  UnionPay  🏦  iD  Sofort.  BANK TRANSFER  ✓  verisign Verified  PCI DSS  novosbook  square trade  DHimport  socialshops

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 -2018 DHgate.com All rights reserved.   License

654

DHgate.com　Buy Globally · Sell Globally

Hello, ██████　SUPER　Sign out | My DHgate ▾ | Help ▾ | English ▾ | 🛒 0 Cart

**Rocky_store**　🤍 Add To Favorite Stores ( 2 )

[search box]　In this store　On DHgate

100% Positive Feedback　21 Transactions

glass bongs , glass water pipe , glass bongs

✉ Message Seller

Share ▾

**Store Home**　**Products**　**Sale Items**　**TopSelling**　**Review**　**About Us**

Store Home > About us

## About Us

Store Introduction　›

Basic Information　›

### Store Introduction

Welcome to My Store! we are a professional home and garden products Manufacturer in China. We promise that we will provide you with the best quality products with competitive price and good service. The main products we provide are various of Stationery and its accessories. we upload new items......

everyday We have a professional after-sales service team, we will ship the products within 2 days after you order.

### Basic Information

| | |
|---|---|
| Company Name: | SHENZHEN VAPOR TECH CO.,LTD |
| Business Type: | |
| Location: | Guangdong, China (Mainland) |
| Year Established: | Sep 2016 |
| Main Product(s)/Service: | Smoking pipe;hookah tobacco;tobacco grinder;glass bubbler;smoking grinder;Mugs Straws;Herb Grinders;2018 World Cup;Stainless Steel Mugs;Sequins Pillow Case |

### Contact Us

Message Seller

Bookmark & Share　     

🌿 Help improve your experience on DHgate.com, Please tell us what you think about this page.

             

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | China Suppliers | Customer Service
Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved. License

# Communications between NAL and Defendant





ECC 2018 IN ONTARIO CALIFORNIA AUG 3RD - 5TH Look For Us At Booth #200

Hello, [redacted] Sign out | Buyer Protection | Help | Save more on our App! | Translate

DHgate.com Buy Globally · Sell Globally

I'm shopping for...

Hi, [redacted] My DHgate | Favorites | 0 Cart

My DHgate | My Orders | Favorites | Messages | DHpay Account | Membership

Home> My DHgate > Messages > My Messages> From Sellers > **Detail**

## My Messages

- From Sellers
- From System
- From DHgate
- Trash
- Message Setting

## Customer Service

- Message DHgate
- Message History

## Shortcuts

- Shipped Orders
- Awaiting Shipment
- Awaiting Payment
- Favorite Items
- Completed Orders
- Refund & Dispute
- Order Tracking

« Back | View This Item | Delete This Conversation

### 120 Set Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard DHL Free Shipping

**From:** [redacted]
**Created Time:** 2018-08-03 13:20

Reply

View This Item

Hide earlier news(10)

[redacted] 2018-08-03 13:20

Hello!
Have you delivered many times in US?

**rocky_store** 2018-08-03 13:45

sure ,many customers in US we ship: SF_express / DHL / FEDEX / TNT / EMS ,thank for your inquiry !

[redacted] 2018-08-03 13:46

that;s great so you can ship here in New York right?

**rocky_store** 2018-08-03 13:47

Yeah!

**rocky_store** 2018-08-03 13:49

about 5-7 working days , is that workable for you ?

[redacted] 2018-08-03 13:52

Yes it is workable for me. I'm fine with that. Can i pay thru zhifubao friend?

**rocky_store** 2018-08-03 13:59

zhifubao is ok .

[redacted] 2018-08-03 14:00

ok dear may i know the zhifubao so i can pay now?

[redacted] 2018-08-03 14:04

My order is 200 pcs of this item by the way

**rocky_store** 2018-08-03 14:17

please check

Files: QQ截图201808...

[redacted] 2018-08-03 14:21

657

In y connection is bad right now,can i have your email for me to contact you the other way.

**rocky_store**  2018-08-03 14:29

please tell me yours ,i will contact you .

▓▓▓▓▓▓  2018-08-03 14:31

mine is ▓▓▓▓▓▓▓▓▓

Looking forward about it

**rocky_store**  2018-08-03 14:43

sent ,please check !

▓▓▓▓▓▓  2018-08-03 14:46

email well received. Thank you

**Reply:**

Please use English and do not leave any contact message here, i.e. phone number, email address, web address, etc. We will monitor this reply in case it contains any message of this kind.

max.charactors: 4000/4000

Upload File :  You may upload a maximum of 4 files. Format: JPG/GIF/RAR/PDF/DOC/DOCX/TXT. Maximum file size: 1MB.

Email reminder :  The seller has switched off his email alerts but he can still receive your messages.

[ Send ]

          

Home | Your Account | Help | Gold Zone | Sitemap Index | Top Searches | Top Products | Refined Products | Customer Service | Security & Privacy | Terms of Use

Copyright Notice © 2004 - 2018 DHgate.com All rights reserved.

 Gmail ████████ ◄ ██████████ ►

---

**UNO cards**
8 messages

---

✓ <szgeruier@qq.com>                      Fri, Aug 3, 2018 at 2:38 PM
To: ██████████ ◄ ██████████ >

hi friend ，this is Yuka ,you ask me order 200pcs  UNO cards  ,this is my email .thanks

Yuka

---

To: ✓ <szgeruier@qq.com>                 Fri, Aug 3, 2018 at 2:43 PM
To: ██████████ ◄ ██████████ >

thank you very much friend.

I just want to confirm is 350348936@qq.com your zhifubao friend?
[Quoted text hidden]

---

✓ <szgeruier@qq.com>                      Fri, Aug 3, 2018 at 2:44 PM
To: ██████████ ◄ ██████████ >

yes ,it is .

--------------- 原始邮件 ---------------
发件人: ██████████ >;
发送时间: 2018年8月3日(星期五) 下午2:43
收件人: "✓ "<szgeruier@qq.com>;
主题: Re: UNO cards
[Quoted text hidden]

---

To: ✓ <szgeruier@qq.com>                 Fri, Aug 3, 2018 at 2:46 PM
To: ██████████ ◄ ██████████ >

ok friend. I would also like to know if you accept paypal payment. Maybe in the future i will come back to your store to buy for another item.
Do you accept paypal?
[Quoted text hidden]

---

✓ <szgeruier@qq.com>                      Fri, Aug 3, 2018 at 2:50 PM
To: ██████████ ◄ ██████████ >

sorry ,we do not have paypal ,and we also accept Western Union . thanks

Yuka

--------------- 原始邮件 ---------------
发件人: "██████████ >;
发送时间: 2018年8月3日(星期五) 下午2:46
收件人: "✓ "<szgeruier@qq.com>;
主题: Re: UNO cards

ok friend. I would also like to know if you accept paypal payment. Maybe in the future i will come back to your store to buy for another item.
Do you accept paypal?

On Fri, Aug 3, 2018 at 2:44 PM, ✓ <szgeruier@qq.com> wrote:
> yes ,it is .
>
> --------------- 原始邮件 ---------------
> 发件人: "██████████ >;
> 发送时间: 2018年8月3日(星期五) 下午2:43
> 收件人: "✓ "<szgeruier@qq.com>;
> 主题: Re: UNO cards
>
> thank you very much friend.
>
> I just want to confirm is 350348936@qq.com your zhifubao friend?
>
> On Fri, Aug 3, 2018 at 2:38 PM, ✓ <szgeruier@qq.com> wrote:
>> hi friend ，this is Yuka ,you ask me order 200pcs  UNO cards  ,this is my email .thanks
>>
>> Yuka

---

██████████ ◄ ██████████ >
To: ✓ <szgeruier@qq.com>               Fri, Aug 3, 2018 at 2:54 PM

ok thanks you very much. I understand very well.

Best regards,
[Quoted text hidden]

---

✓ <szgeruier@qq.com>                      Fri, Aug 3, 2018 at 3:05 PM
To: ██████████ ◄ ██████████ >

that's so kind of you and thanks for your understanding ,how about Western Union ? thanks

Yuka

--------------- 原始邮件 ---------------
发件人: ██████████ >;
发送时间: 2018年8月3日(星期五) 下午2:54
[Quoted text hidden]

[Quoted text hidden]

---

██████████ ◄ ██████████ >
To: ✓ <szgeruier@qq.com>               Fri, Aug 3, 2018 at 3:10 PM

I'm fine dear.

659

ID : 350348936@qq.com

660

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



**DHgate.com**
Buy Globally · Sell Globally



| Place Order | Pay Your Order | Success |
| --- | --- | --- |

Payment Help

## Place your order

### Shipping Address

Add a new address

105 Avenue B

Apt 4B

New York,New York,10009

**United States**

Edit



**Order Summary**

Your **1** item order will be
dispatched in **1** parts.

**Items Subtotal:**    US $223.20

( 1 items )

**Shipping Cost:**    US $0.00

**Grand Total:**
**US $223.20**

[ Proceed to Pay ]

### Order Details

**rocky_store**



120 Set Entertainment Card Games UNO card
s Fun Pok...

Stock in: China

| 120 | Pieces |

**Price**
US $1.86/Piece

**Amount**
**223.20**

Shipping Cost
**Free Shipping**

[ DHL ▾ ]

Delivery: Estimated between Thu Aug
16 and Sun Aug 19 (seller ships within 5
business days)

**Add remark to seller**

Please add remark:(e.g. color, size...)

Use 3rd Party Coupon

Item Subtotal:    US $223.20

Shipping Cost:    US $0.00

**Order Total:**    US $223.20

« Back to Cart

Item Subtotal(1 items):    US $223.20

Shipping Cost:    US $0.00

Grand Total:    US $223.20

[ Proceed to Pay ]

Copyright Notice ® 2004 - 2018 DHgate.com All rights reserved.

# DEFENDANT RUNACC Store

# Defendant's Listing for Infringing Products

Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress

New here? Get your coupons! $

Store: **RUNACC Store** 98.4% Positive feedback Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards

4.9 (53 votes) | 344 orders

Price: ~~US $4.98 / piece~~

Discount Price: **US $3.24** / piece -35% 07h:40m:40s

Get our app to see exclusive prices

Color:

Shipping: **Free Shipping to** United States via China Post Ordinary Small Packet Plus

Estimated Delivery Time: 20-39 days

Quantity: – 1 + piece (607 pieces available)

Total Price: Depends on the product properties you select

Buy Now | Add to Cart

Add to Wish List (413 Adds)

Save US $2.00 off every US $15.00 spent

Get Select Coupon >

New User Coupon: US $10.00 GET IT NOW

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details

Seller Guarantees: On-time Delivery **60 days**

Payment: VISA PayPal WESTERN UNION Bank Transfer View More

**Buyer Protection**

**Full Refund** if you don't receive your order | [redacted], if the item is not as described

Learn More

Product Details | Feedback (53) | Shipping & Payment | Seller Guarantees

Item specifics

| | |
|---|---|
| Brand Name: RUNACC | Age: >14 Years |
| Model Number: UNO Card | Type: UNO Card |
| Maximum Player Number: 10 | Type: Normal |
| is_customized: Yes | Material: Paper |
| Game Difficulty Level: Advanced | Game Length: 0-30 minutes |
| Minimum Player Number: 2 | |

Product Description

**Information**

Our RUNACC UNO cards are easy to learn, which allow you to play with your family or friends to enjoy wonderful card game.

**Features**

Material: paper
Application: suitable for people more than 7 years old
Size(about): L*W*H 3.4''* 2.2''/8.7*5.7cm
Net weight(about): 5.8oz/165g
Color: as picture shown

665





Package list: 108 * UNO cards; 2 * **Case 1:18-cv-08824-LAP Document 15-4 Filed 10/18/18 Page 19 of 189**

**Notice**
* The actual color may vary slightly from the online image due to monitor color settings.
* Please allow slight measurement deviation for the data.

**Packing list**
-108 * UNO cards
-2 * user manuals







8/22/2018          RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 20 of 189





8/22/2018     RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 21 of 189





668

8/22/2018    RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 22 of 189




| Packaging Details | |
|---|---|
| Unit Type: **piece** | Package Weight: **0.17kg (0.37lb.)** |
| Package Size: **14cm x 9cm x 2cm (5.51in x 3.54in x 0.79in)** | |

## Transaction History

330 transactions in last 6 months.    Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| **A4** N***. 🟦 RU | 10 pieces<br>21 Aug 2018 01:12 |
| **A4** N***. | 10 pieces<br>21 Aug 2018 01:05 |
| **A4** N***. | 10 pieces<br>21 Aug 2018 01:01 |
| **A2** S***. 🇫🇷 | 1 piece<br>21 Aug 2018 00:50 |
| **A3** V***. | 1 piece<br>20 Aug 2018 10:01 |
| **A3** I***. | 1 piece<br>20 Aug 2018 09:36 |
| **A3** Y***. | 1 piece<br>19 Aug 2018 22:50 |
| **A3** E***. 🇫🇷 | 1 piece<br>19 Aug 2018 08:46 |
| **A2** A***. | 1 piece<br>19 Aug 2018 03:02 |
| **A1** Y***. | 1 piece<br>18 Aug 2018 23:52 |
| **A3** I***. | 1 piece<br>18 Aug 2018 23:49 |
| **A2** A***. | 1 piece<br>18 Aug 2018 22:19 |
| **A2** K***. | 1 piece<br>18 Aug 2018 20:24 |
| **A2** C***. | 1 piece<br>18 Aug 2018 19:10 |
| **A3** M***. | 1 piece<br>18 Aug 2018 15:00 |
| **A3** E***. | 1 piece<br>18 Aug 2018 14:11 |
| **A1** D***. | 1 piece<br>18 Aug 2018 13:58 |
| **A0** M***. 🇫🇷 | 1 piece<br>18 Aug 2018 11:38 |

669

8/22/2018      RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 23 of 189

| Buyer | | |
|---|---|---|
| **A1** j***, RU | 1 piece | 18 Aug 2018 23:49 |
| **A2** A*** | 1 piece | 18 Aug 2018 22:19 |

Transaction information

◀  1  **2**  3  4  5  6  7  ...  18  ▶        Go to Page [ ] Go

## More Products

**From This Seller**

| US $3.24 | US $3.24 | US $2.59 | US $2.37 | US $11.69 | US $6.16 | US $21.72 | US $2.59 |
|---|---|---|---|---|---|---|---|
| ★★★★★ (53) | ★★★★★ (7) | ★★★★★ (10) | ★★★★★ (16) | ★★★★★ (1) | ☆☆☆☆☆ | ★★★★★ (1) | ☆☆☆☆☆ |
| 330 orders | 28 orders | 26 orders | 41 orders | 2 orders | 3 orders | 7 orders | 8 orders |

**From Other Sellers**

| US $4.89 | US $9.36 | US $1.21 | US $3.09 | US $3.64 | US $0.77 | US $5.24 | US $3.08 |
|---|---|---|---|---|---|---|---|
| ★★★★★ (133) | ★★★★★ (16) | ★★★★★ (2) | ★★★★★ (33) | ★★★★★ (40) | ★★★★★ (6) | ★★★★★ (15) | ★★★★★ (1) |
| 429 orders | 74 orders | 14 orders | 190 orders | 142 orders | 16 orders | 41 orders | 41 orders |

**Premium Related Products**

PU Leather Wings Baby
First Walkers Brand
**US $3.75 - 3.99** / pair

**Playing Cards Products Related Searches:**

| poker cards | 1386 card | correspondance cards |
|---|---|---|
| card playing | games board | card game uno |
| cards uno | game cards | board games family |

**Wholesale Playing Cards:**

| Wholesale poker dealere | Wholesale playing cards | Wholesale board game |
|---|---|---|
| Wholesale rduino uno | Wholesale klotski puzzle | Wholesale card gamers |
| Wholesale poker cards | Wholesale 1386 card | Wholesale correspondance cards |

**Playing Cards Price:**

| game family Price | board card Price | aftermath entertainment Price |
|---|---|---|
| games cards Price | cards playing paper Price | card playing game Price |
| cartes bancaires Price | playing cards Price | playing uno cards Price |

**Playing Cards Promotion:**

| cards uno Promotion | game cards Promotion | board games family Promotion |
|---|---|---|
| family board games Promotion | poker cards Promotion | cards game Promotion |
| playing cards poker Promotion | for playing cards Promotion | game uno Promotion |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688



670

8/22/2018   RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 24 of 189




| Packaging Details | |
|---|---|
| Unit Type: piece | Package Weight: 0.17kg (0.37lb.) |
| Package Size: 14cm x 9cm x 2cm (5.51in x 3.54in x 0.79in) | |

## Transaction History

330 transactions in last 6 months.   Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| A1 W***. 🇫🇷 FR | 1 piece<br>21 Aug 2018 14:24 |
| A2 R***. | 1 piece<br>21 Aug 2018 11:58 |
| A3 M***. | 1 piece<br>21 Aug 2018 11:30 |
| A1 A***. | 1 piece<br>21 Aug 2018 10:07 |
| A3 S***. | 1 piece<br>21 Aug 2018 08:34 |
| A2 O***. | 1 piece<br>21 Aug 2018 08:31 |
| A2 O***. | 1 piece<br>21 Aug 2018 07:28 |
| A4 V***. | 1 piece<br>21 Aug 2018 05:59 |
| A4 N***. | 10 pieces<br>21 Aug 2018 01:12 |
| A1 N***. | 10 pieces<br>21 Aug 2018 01:05 |
| A4 N***. | 10 pieces<br>21 Aug 2018 01:01 |
| A2 S***. | 1 piece<br>21 Aug 2018 00:50 |
| A2 V***. | 1 piece<br>20 Aug 2018 10:01 |
| A3 J***. | 1 piece<br>20 Aug 2018 09:36 |
| A3 Y***. | 1 piece<br>19 Aug 2018 22:50 |
| A3 E***. 🇫🇷 | 1 piece<br>19 Aug 2018 08:46 |
| A2 A***. | 1 piece<br>19 Aug 2018 03:02 |
| A3 Y***. | 1 piece<br>18 Aug 2018 23:52 |

671

8/22/2018 RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP Document 15-4 Filed 10/18/18 Page 25 of 189

| Buyer | Transaction Information |
| --- | --- |
| H***. BE | 1 piece<br>18 Aug 2018 05:49 |
| C***. | 1 piece<br>18 Aug 2018 04:02 |

◀ 1 2 3 4 5 6 7 ... 18 ▶    Go to Page [ ] Go

## More Products

**From This Seller**

| US $3.24 ★★★★★ (53) 330 orders | US $3.24 ★★★★★ (7) 28 orders | US $2.59 ★★★★★ (10) 26 orders | US $2.37 ★★★★★ (16) 41 orders | US $11.69 ★★★★★ (1) 2 orders | US $6.16 ☆☆☆☆☆ 3 orders | US $21.72 ★★★★★ (1) 7 orders | US $2.59 ☆☆☆☆☆ 8 orders |

**From Other Sellers**

| US $4.89 ★★★★★ (133) 429 orders | US $9.36 ★★★★★ (16) 74 orders | US $1.21 ★★★★★ (2) 14 orders | US $3.09 ★★★★★ (33) 190 orders | US $3.64 ★★★★★ (40) 142 orders | US $0.77 ★★★★★ (6) 16 orders | US $5.24 ★★★★★ (15) 41 orders | US $3.08 ★★★★★ (1) 41 orders |

**Premium Related Products**

PU Leather Wings Baby First Walkers Brand
US $3.75 - 3.99 / pair

**Playing Cards Products Related Searches:**

| poker cards | 1386 card | correspondance cards |
| card playing | games board | card game uno |
| cards uno | game cards | board games family |

**Wholesale Playing Cards:**

| Wholesale poker dealere | Wholesale playing cards | Wholesale board game |
| Wholesale rduino uno | Wholesale klotski puzzle | Wholesale card gamers |
| Wholesale poker cards | Wholesale 1386 card | Wholesale correspondance cards |

**Playing Cards Price:**

| game family Price | board card Price | aftermath entertainment Price |
| games cards Price | cards playing paper Price | card playing game Price |
| cartes bancaires Price | playing cards Price | playing uno cards Price |

**Playing Cards Promotion:**

| cards uno Promotion | game cards Promotion | board games family Promotion |
| family board games Promotion | poker cards Promotion | cards game Promotion |
| playing cards poker Promotion | for playing cards Promotion | game uno Promotion |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR Infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 Google Play | App Store

8/22/2018   RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 26 of 189




| Packaging Details | |
|---|---|
| Unit Type: piece | Package Weight: 0.17kg (0.37lb.) |
| Package Size: 14cm x 9cm x 2cm (5.51in x 3.54in x 0.79in) | |

## Transaction History

330 transactions in last 6 months.   Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| A***. UZ | 1 piece 19 Aug 2018 03:02 |
| Y***. | 1 piece 18 Aug 2018 23:52 |
| J***. | 1 piece 18 Aug 2018 23:49 |
| A***. | 1 piece 18 Aug 2018 22:19 |
| K***. | 1 piece 18 Aug 2018 20:24 |
| C***. | 1 piece 18 Aug 2018 19:10 |
| M***. | 1 piece 18 Aug 2018 15:00 |
| E***. | 1 piece 18 Aug 2018 14:11 |
| D***. | 1 piece 18 Aug 2018 13:58 |
| M***. | 1 piece 18 Aug 2018 11:38 |
| H***. | 1 piece 18 Aug 2018 05:49 |
| C***. | 1 piece 18 Aug 2018 04:02 |
| M***. | 1 piece 18 Aug 2018 02:29 |
| A***. | 1 piece 18 Aug 2018 01:59 |
| E***. | 1 piece 18 Aug 2018 01:45 |
| P***. | 1 piece 18 Aug 2018 01:26 |
| N***. | 1 piece 18 Aug 2018 01:02 |
| E***. | 1 piece 18 Aug 2018 00:45 |

673

8/22/2018    RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 27 of 189

**Buyer**

Transaction Information

| A2 | J****, ES | 1 piece |
| A2 | C****, | 17 Aug 2018 15:41 |
| | | 1 piece |
| | | 17 Aug 2018 13:44 |

◄ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | ... | 18 | ►

Go to Page [ ] [Go]

## More Products

**From This Seller**

| US $3.24 | US $3.24 | US $2.59 | US $2.37 | US $11.69 | US $6.16 | US $21.72 | US $2.59 |
| ★★★★★ (53) | ★★★★★ (7) | ★★★★★ (10) | ★★★★★ (16) | ★★★★★ (1) | ☆☆☆☆☆ | ★★★★★ (1) | ☆☆☆☆☆ |
| 330 orders | 28 orders | 26 orders | 41 orders | 2 orders | 3 orders | 7 orders | 8 orders |

**From Other Sellers**

| US $4.89 | US $9.36 | US $1.21 | US $3.09 | US $3.64 | US $0.77 | US $5.24 | US $3.08 |
| ★★★★★ (133) | ★★★★★ (16) | ★★★★★ (2) | ★★★★★ (33) | ★★★★★ (40) | ★★★★★ (6) | ★★★★★ (15) | ★★★★★ (1) |
| 429 orders | 74 orders | 14 orders | 190 orders | 142 orders | 16 orders | 41 orders | 41 orders |

**Premium Related Products**

PU Leather Wings Baby
First Walkers Brand
**US $3.75 - 3.99** / pair

**Playing Cards Products Related Searches:**

| poker cards | 1386 card | correspondance cards |
| card playing | games board | card game uno |
| cards uno | game cards | board games family |

**Wholesale Playing Cards:**

| Wholesale poker dealere | Wholesale playing cards | Wholesale board game |
| Wholesale rduino uno | Wholesale klotski puzzle | Wholesale card gamers |
| Wholesale poker cards | Wholesale 1386 card | Wholesale correspondance cards |

**Playing Cards Price:**

| game family Price | board card Price | aftermath entertainment Price |
| games cards Price | cards playing paper Price | card playing game Price |
| cartes bancaires Price | playing cards Price | playing uno cards Price |

**Playing Cards Promotion:**

| cards uno Promotion | game cards Promotion | board games family Promotion |
| family board games Promotion | poker cards Promotion | cards game Promotion |
| playing cards poker Promotion | for playing cards Promotion | game uno Promotion |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688



Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | BRANDS SHOPPING WEEK | 0 | New here? Get your coupons! $

Store: **RUNACC Store** 98.4% Positive feedback Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards

4.9 (53 votes) | 344 orders

Price: ~~US $4.98 / piece~~

Discount Price: **US $3.24** / piece -35% 07h:39m:49s

Get our app to see exclusive prices

Color:

Shipping: **Free Shipping to United States via China Post Ordinary Small Packet Plus**
Estimated Delivery Time: 20-39 days

Quantity: – 1 + piece (607 pieces available)

Total Price: Depends on the product properties you select

Buy Now | Add to Cart

Add to Wish List (413 Adds)

Save US $2.00 off every US $15.00 spent
Get Select Coupon >

New User Coupon: US $10.00 GET IT NOW

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details

Seller Guarantees: On-time Delivery **60 days**

Payment: VISA, MasterCard, Maestro, American Express, PayPal, Western Union, Bank Transfer View More

**Buyer Protection**
**Full Refund** if you don't receive your order | [redacted], if the item is not as described

Learn More

Product Details | Feedback (53) | Shipping & Payment | Seller Guarantees

## Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1 Ship to: United States

| Shipping Company | Shipping Cost | Estimated Delivery Time | Tracking Information |
|---|---|---|---|
| **China Post Ordinary Small Packet Plus** | ~~US $3.69~~ Free Shipping | 20-39 days | Not available |
| **ePacket** | ~~US $3.95~~ US $1.98<br>You save: US $1.97 (about 50%) | 12-20 days | Available |
| **AliExpress Standard Shipping** | ~~US $6.48~~ US $3.24<br>You save: US $3.24 (50%) | 19-39 days | Available |
| **EMS** | US $40.17 | 12-21 days | Available |

## Packaging Details

Unit Type: piece | Package Weight: 0.17kg (0.37lb.)

Package Size: 14cm x 9cm x 2cm (5.51in x 3.54in x 0.79in)

## Payment

We support the following payment methods.

VISA, MasterCard, Maestro, American Express, QIWI Wallet, WebMoney, Наличный расчет, Мобильный платеж, Boleto, Débito Online, SOFORT Überweisung, giropay, Przelewy24, mercado pago, Doku, Western Union, Bank Transfer

## More Products

**From This Seller**

| US $3.24 | US $3.24 | US $2.59 | US $2.37 | US $11.69 | US $6.16 | US $21.72 | US $2.59 |
|---|---|---|---|---|---|---|---|
| (53) | (7) | (10) | (16) | (1) | | (1) | |
| 330 orders | 28 orders | 26 orders | 41 orders | 2 orders | 3 orders | 7 orders | 8 orders |



8/22/2018    RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 108 Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 29 of 189

Product Details       Feedback (53)       Shipping & Payment       Seller Guarantees

| | | |
|---|---|---|
| 5 Stars | | 98% |
| 4 Stars | | 0% |
| 3 Stars | | 0% |
| 2 Stars | | 2% |
| 1 Star | | 0% |

★★★★★
Average Star Rating:  (53 votes) ⓘ

All Feedback    All Negative (1) ⌄    ☐ With Pictures (0)    ☐ With Personal Information(0)    ☐ Additional Feedback (0)

☐ View reviews from United States                                          ☑ Translate to English    Sort by default ⌄    ◁ ▷  1/1

R***a
                Color: White   Logistics: AliExpress Standard Shipping                              👍 (0)
                low quality
                31 Jul 2018 12:32

                                                                                          ◁  1  ▷

**More Products**

**From This Seller**

## Store Categories

- ⊞ Clothing bags
  - Bag
- ⊞ Camping & Hiking
  - Outdoor Tools
  - Water Bags
  - Outdoor Tableware
- ⊞ Hunting
  - Hunting Gun...
- ⊞ Team Sports
  - Soccer
  - Basketball
- ⊞ Roller,Skateboard...
  - Skate Board &...
- ⊞ Swimming & Diving
  - Pool & Accessories
  - Swimming Fins
- ⊞ Fitness & Body...
  - Punching Balls &...
  - Accessories
  - Sportswear
- ⊞ Fishing&Riding
  - Fishing
  - Riding
- ⊞ telescope
- ⊞ Others

## Service Center

✉ Contact Now

**Follow**
27 Followers

## Top Selling


RUNACC Family Funny
Entertainment...
US **$3.24** / piece
Orders(330)


RUNACC Rubber Golf
Club Vise Clamp...
US **$2.63** / piece
Orders(69)


RUNACC Kids Swim
Seat Adorable Baby...
US **$2.93** / piece
Orders(48)


RUNACC 3 in 1
Camping Cutlery Set...
US **$2.37** / piece
Orders(41)


RUNACC 1PCS
Breathable
US **$2.94** / piece
Orders(41)


RUNACC New Design
Women Urinal Soft...
US **$3.17** / piece
Orders(33)


RUNACC Martial Arts
Training Practice...
US **$6.52** / piece
Orders(30)


RUNACC Diving
Gloves Sphere
US **$3.24** / Pair
Orders(28)


RUNACC Professional
Leaf Rake Mesh...
US **$4.58** / piece
Orders(27)


RUNACC male
Professional Anti
US **$2.59** / piece
Orders(26)


RUNACC Pool
Skimmer Standard
US **$9.09** / piece
Orders(24)


RUNACC Yoga Mat
With Carrying Straps...
US **$12.99** / piece
Orders(23)



## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **RUNACC Store** |
| Positive Feedback (Past 6 months): | **98.4%** |
| AliExpress Seller Since: | **13 Mar 2018** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ **4.8** (641 ratings) | **0.63% Higher** than other sellers |
| Communication : | ★★★★★ **4.8** (641 ratings) | **0.63% Higher** than other sellers |
| Shipping Speed : | ★★★★★ **4.7** (641 ratings) | **0.21% Lower** than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 142 | 460 | 607 |
| Neutral (3 Stars) | 3 | 8 | 10 |
| Negative (1-2 Stars) | 2 | 9 | 10 |
| Positive feedback rate | 98.6% | 98.1% | 98.4% |



Negative Feedback Received as a Seller (Past 6 months)    **Feedback Received as a Seller**

Viewing 1 - 10      ◄ Previous **1** 2 Next ►

| Buyer | Transaction Details | Feedback | Sort by default |
|---|---|---|---|
| K***e | RUNACC Kids Swim Seat Adorable Baby... <br> 1 piece | ★☆☆☆☆   03 Aug 2018 11:53 <br> The product is not what is on the picture. The color, the pictures, etc. | |
| R***a | RUNACC Family Funny Entertainment B... <br> 1 piece | ★★☆☆☆   31 Jul 2018 12:32 <br> low quality | |
| S***K | RUNACC Rifle Bipod Quick Release Ri... <br> 1 piece | ★☆☆☆☆   28 Jul 2018 01:48 <br> never received it <br> No Feedback Score | |
| R***a | RUNACC Quick Detachable Sling Swive... <br> 1 Lot | ★☆☆☆☆   16 Jul 2018 10:19 <br> No recomendable, muy insatisfecho... Nunca llego el producto y el vendedor no reembolsa ni se hace cargo de nada. <br> No Feedback Score | |
| g***n | RUNACC Electronic Dartboard Battery... <br> 1 piece | ★☆☆☆☆   12 Jul 2018 02:18 <br> pas de taille marqué | |
| M***g | RUNACC Retractable Tactical Pen Mul... <br> 1 piece | ★☆☆☆☆   07 Jul 2018 19:25 <br> It's not retractable | |
| A***M | RUNACC Rubber Shotgun Recoil Pad Sl... <br> 1 piece | ★☆☆☆☆   07 Jul 2018 12:14 <br> Llegó defectuoso <br> No Feedback Score | |
| S***a | RUNACC Yoga Mat With Carrying Stra... <br> 1 piece | ★★☆☆☆   27 Jun 2018 00:35 <br> It's just a camping mat. Not fit for exercise at all. Width , thickness and length all inadequate for any kind of yoga or exercise. | |
| a***i | RUNACC Retractable Tactical Pen Mul... <br> 1 piece | ★☆☆☆☆   16 Jun 2018 08:49 <br> Awful system. Came assembled in the wrongway cant help it | |
| s***i | RUNACC 4-finger Bottle Opener Multi... <br> 1 piece | ★☆☆☆☆   15 Jun 2018 02:30 <br> لم يصلني المنتج منذ 39يوم | |

◄ Previous **1** 2 Next ►

# Defendant's Storefront

Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | BRANDS SHOPPING WEEK | On AliExpress | In this store | 0

Store: **RUNACC Store** 98.4% Positive feedback | Follow | 27 Followers

# RUNACC Store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > UNO

## Store Categories

- Clothing bags
  - Bag
- Camping & Hiking
  - Outdoor Tools
  - Water Bags
  - Outdoor Tableware
- Hunting
  - Hunting Gun...
- Team Sports
  - Soccer
  - Basketball
- Roller,Skateboard...
  - Skate Board &...
- Swimming & Diving
  - Pool & Accessories
  - Swimming Fins
- Fitness & Body...
  - Punching Balls &...
  - Accessories
  - Sportswear
- Fishing&Riding
  - Fishing
  - Riding
- telescope
- Others

**Store Categories >** UNO | **1 items found** | Hide Filter

| | | |
|---|---|---|
| Minimum Player Number | 2 | Multiple |
| Material | Paper | Multiple |
| Game Difficulty Level | Advanced | Multiple |

View More

Best Match | Orders | New | price | Free Shipping | Sale Items | View

RUNACC Family Funny Entertainment Board Game Fun Poker...
US $3.24 / piece
~~US $4.98 / piece~~
Orders(330)

1

## Service Center

Contact Now

Follow
27 Followers

## Top Selling

RUNACC Family Funny Entertainment...
US $3.24 / piece
Orders(330)

RUNACC Rubber Golf Club Vise Clamp...
US $2.63 / piece
Orders(69)

RUNACC Kids Swim Seat Adorable Baby...
US $2.93 / piece
Orders(48)

RUNACC 3 in 1 Camping Cutlery Set...
US $2.37 / piece
Orders(41)

RUNACC 1PCS Breathable
US $2.94 / piece
Orders(41)

RUNACC New Design Women Urinal Soft...
US $3.17 / piece
Orders(33)

RUNACC Martial Arts Training Practice...
US $6.52 / piece
Orders(30)

RUNACC Diving Gloves Sphere
US $3.24 / Pair
Orders(28)

Recently Viewed

679



# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant





ℹ️ You have changed the shipping destination; please note that the shipping cost will change accordingly.

## 1. Select your shipping information:

Default address

⚫ ███████████████

📍 105 Avenue B
Apt 4B
New york, New York, 10009
United States

📞 ███████

✏️ Edit

➕ Add a new address

## 2. Review and confirm your order (1 items):



Seller: RUNACC Store

Product Name & Details

RUNACC Family Funny Entertainment Board Game Fun Poker Playing Cards Puzzle Games family fun poker 10 8 Cards

Color: White 🎴

1  piece × US $3.24

China Post Ordinary Small Packet Plus

**Free shipping**
Delivery Time: 20-39 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| | |
|---|---|
| Subtotal: | US $3.24 |
| Shipping: | US $0.00 |
| Total: | **US $3.24** |

## 3. Payment method

⚪ VISA 💳

⚪ PayPal

⚫ Other payment methods

☐ Apply AliExpress Coupon: You don't have any coupons    - US $0.00

🛡️ **Buyer Protection**

☑ **Full Refund** if you don't receive your order

☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

All Total: **US $3.24**

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Alipay Privacy Notice
- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

# DEFENDANT See You Outdoors Store

# Defendant's Listing for Infringing Products

7/5/2018    Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 37 of 189



7/5/2018    Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 38 of 189

Case 1:18-cv-00621-LAP   Document 15-4   Filed 10/18/18   Page 39 of 189



7/5/2018    Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-06821-LAP   Document 15-4   Filed 10/18/18   Page 40 of 189



7/5/2018    Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 41 of 189



**Brazilian** and **Spainsh**
*Please be attention:*
Becanse of logistic systm upgrade.
Order less than 5$, can't shipped freely.
More than 5$, please contract with seller
to reduce the shipping cost.
**Thanks!**

*Johny*

**Brasileño y español**
*Por favor, preste atención:*
Becanse de la mejora logística del sistema.
Orden menos de 5 $, no se puede enviar libremente.
Más de 5 $, por favor contrato con el vendedorPara
reducir el costo de envío.
¡Gracias!

*Johny*

**Brasileiro e espanhol**
*Por favor, seja atenção:*
Becanse de atualização do sistema logístico.
Ordem menos de 5 $, não pode enviado livremente.
Mais de 5 $, por favor, contrato com o vendedor
Para reduzir o custo de envio.
Obrigado!

*Johny*



HITORHIKE

Since Hitorhike's inception in 2010, it has been firmly committed to the outdoor lifestyle. With tireless dedication to research, design and marketing, Hitorhike has earned recognition as one of the leading brands of trekking poles and has become a favorite of outdoor enthusiasts of all ages.

In 2015, combining the advantages of trekking poles, Hitorhike expanded its scope to include a full set of outdoor exercise and camping to appeal to more people to get outside and let more people make close relationships with nature.

We constantly summarize experience, beyond the self. We've never wanted to settle for less, and we never will. And we are always innovating to produce the highest quality outdoor equipment with our unlimited passion and persist innovative concept. We are trying our best to make customers enjoy outdoor exercise as well as feel like at home with comfortable and portable multifunctional products. Our goal is to give you the best tools possible to enjoy the best the earth offers.

Our earth is simply the most beautiful planet in the universe and we only have this one. We do everything we can to protect it, experience it and share it with others.

See you outdoors!

Enjoy Outdoor Life

688

7/5/2018 Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 42 of 189



## Packaging Details

Unit Type: piece

Package Weight: 0.2kg (0.44lb.)

Package Size: 13cm x 6cm x 3cm (5.12in x 2.36in x 1.18in)

## More Products

**From This Seller**

      

US $18.99   US $3.79   US $8.88   US $29.99   US $21.66   US $2.99   US $2.23

689

Case 1:18-cv-08824-LAP     Document 15-4     Filed 10/18/18     Page 43 of 189

| ☆☆☆☆☆ | | | | | | |
|---|---|---|---|---|---|---|
| 2 orders | 12 orders | 100 orders | 253 orders | 75 orders | 1,029 orders | 329 orders |

## From Other Sellers

      

| US $3.83 | US $4.38 | US $4.39 | US $5.01 | US $3.83 | US $4.17 | US $6.51 |
|---|---|---|---|---|---|---|
| ★★★★★ (2) | ★★★★★ (3) | ★★★★★ (20) | ★★★★★ (85) | ★★★★★ (2) | ★★★★★ (1) | ★★★★★ (1) |
| 2 orders | 6 orders | 68 orders | 238 orders | 8 orders | | 2 orders |

## Premium Related Products

   

| Loose rhinestones 12/16mm sew on clear AB | Crystal Castle Hot Fix Rhinestones 5A Best Clear | 4 -inch full-range coaxial car stereo speakers | Mother Earth Father Sky Full 5D DIY Diamond | New Spring Summer Mens Denim Jeans Men |
|---|---|---|---|---|
| US $4.13 - 5.00 / pack | US $9.80 - 14.00 / pack | US $25.19 / pair | US $9.30 - 69.00 / piece | US $12.44 / piece |

### Playing Cards Products Related Searches:

| | | |
|---|---|---|
| card cd | card poker | uno game card |
| playing cards poker | cover cd | games cd |
| poker card | game paper | game cardboard |

### Wholesale Playing Cards:

| | | |
|---|---|---|
| Wholesale playing cards | Wholesale poker dealere | Wholesale rduino uno |
| Wholesale games board | Wholesale card gamers | Wholesale poker cards |
| Wholesale card playing | Wholesale card game uno | Wholesale card game |

### Playing Cards Price:

| | | |
|---|---|---|
| cd games Price | game cards playing Price | games paper Price |
| uno card Price | game cards playing Price | playing cards funny Price |
| paper cd cover Price | board games family Price | cd game Price |

### Playing Cards Promotion:

| | | |
|---|---|---|
| game cd Promotion | cards playing fun Promotion | paper cd cover Promotion |
| cardboard cd Promotion | paper 180g Promotion | 7 in 1 game board Promotion |
| playing cards names Promotion | poker cards funny Promotion | poker fun Promotion |

## Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection  -  Privacy Policy  -  Terms of Use  -  Law Enforcement Compliance Guide  © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed

690

7/5/2018 — Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case: 1:18-cv-08824-LAP     Document 15-4     Filed 10/18/18     Page 44 of 189


SHOP LIKE A CHAMPION — THE FASHION LEAGUE — Stand out from the crowd — SHOP NOW

AliExpress

Cookie Preferences | Buyer Protection | Help ▾ | Save big on our app! | Ship to 🇺🇸 / USD ▾ | Language ▾

I'm shopping for...   🔍   🛒 0   ♡   👤

Store: **See You Outdoors Store**   98.4% Positive feedback ▾   Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards





### Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards

| | |
|---|---|
| Price: | US $4.81 / piece |
| Discount Price: | **US $4.09** / piece  -15%  3 days left |

▪ Get our app to see exclusive prices

Shipping:   Free Shipping to United States via China Post Ordinary Small Packet Plus ▾
            Estimated Delivery Time: 20-39 days ❓

Quantity:   − 1 +   piece (99 pieces available)

Total Price:   **US $4.09**

[ Buy Now ]   [ Add to Cart ]

♡ Add to Wish List (15 Adds)

New User Coupon:   US $4.00   [ GET IT NOW ]

Store Promotion:   Get Seller Coupons ▾   US $2.00 off per US $45.00 ▾

Return Policy:   Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:   On-time Delivery 60 days

Payment:   VISA  MasterCard  Maestro  American Express  PayPal  WESTERN UNION  Bank Transfer   View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ ▮▮▮▮▮▮▮▮, if the item is not as described

Learn More ▸

---

| Product Details | Feedback (0) | **Shipping & Payment** | Seller Guarantees |
|---|---|---|---|

### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1   Ship to: 🇺🇸 United States

| Shipping Company | Shipping Cost | Estimated Delivery Time ❓ | Tracking Information |
|---|---|---|---|
| China Post Ordinary Small Packet Plus | US $4.35  Free Shipping | 20-39 days | Not available |
| ePacket | US $4.35  US $1.00  You save: US $3.35 (about 77%) | 12-20 days | Available |
| AliExpress Standard Shipping | US $6.97  US $4.87  You save: US $2.10 (about 30%) | 19-39 days | Available |
| Fedex IE | US $47.67 | 8-16 days | Available |
| UPS Expedited | US $64.15 | 11-17 days | Available |

Note: Shipping costs shown include fuel surcharges. Import duties, taxes and other customs related charges are not included. Buyers bear all responsibility for all extra charges incurred (if any).
Note: UPS shipping cost savings displayed above reflect discounts offered to AliExpress sellers. They may also include other promotions, subsidies or discounts offered by individual sellers to their buyers, and are only valid on transactions completed via AliExpress.

### Packaging Details

Unit Type: piece
Package Weight: 0.2kg (0.44lb.)
Package Size: 13cm x 6cm x 3cm (5.12in x 2.36in x 1.18in)

### Payment

We support the following payment methods.

VISA  MasterCard  Maestro  American Express  QIWI Wallet  WebMoney  Наличный расчёт  Мобильный платёж  TD  Boleto  Debito Online  SOFORT Überweisung  giropay  Przelewy24  mercado pago  Doku  WESTERN UNION  Bank Transfer

691



## Store Categories

- Main product
- Waterproof Dry Bag
- Camping & Hiking
  - walking stick
  - Inflatable Sofa
  - sleeping bag
  - camping stoves
  - water bag
  - buckles
  - bag
  - camping accessories
  - tent
  - camping pad
- sports & health
  - swimming & diving
  - running
  - gloves
  - glasses
  - body protection
  - hunting
  - yoga
  - Safety & Survival
- Fishing
  - fishing lure
  - fishing tools
  - fishing accessories
- game
- Outdoor Light
- Others

## Service Center

- Contact Now

**Follow**
744 Followers

### Seller Feedback

**Seller Summary**

| | |
|---|---|
| Seller: | See You Outdoors Store |
| Positive Feedback (Past 6 months): | **98.4%** |
| AliExpress Seller Since: | **05 Oct 2016** |

**Detailed seller ratings**

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐⭐ **4.8** (2285 ratings) | 0.63% Higher | than other sellers |
| Communication : | ⭐⭐⭐⭐⭐ **4.8** (2285 ratings) | 0.63% Higher | than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐⭐ **4.6** (2285 ratings) | 1.92% Lower | than other sellers |

**Feedback History**

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 421 | 1,319 | 2,150 |
| Neutral (3 Stars) | 5 | 16 | 43 |
| Negative (1-2 Stars) | 5 | 18 | 34 |
| Positive feedback rate | 98.8% | 98.7% | 98.4% |

Negative Feedback Received as a Seller (Past 6 months)    **Feedback Received as a Seller**

Viewing 21 - 30        ‹ Previous   1   2   **3**   4   5   Next ›

| Buyer | Transaction Details | Feedback | Sort by default |
|---|---|---|---|
| C***r | HITORHIKE 5.5 inch Waterproof Bag M... <br> 1 piece | ⭐☆☆☆☆   30 Apr 2018 01:04 <br> Product arrived after 3 months ! And the seller confirmed my product received even if i haven't received it yet ! <br> No Feedback Score | |
| n***v | Useful Emergency Fire Starter Flint... <br> 1 piece | ⭐⭐☆☆☆   12 Apr 2018 13:47 <br> Так себе | |
| K***i | Useful Emergency Fire Starter Flint... <br> 1 piece | ⭐☆☆☆☆   10 Apr 2018 07:16 <br> Poor quality item and feels cheap. | |
| L***D | Hitorhike Multifunctional Ultraligh... <br> 1 piece | ⭐☆☆☆☆   09 Apr 2018 19:52 <br> item still not arrived till now.. full of regret :( | |
| K***a | Useful Emergency Fire Starter Flint... <br> 1 piece | ⭐☆☆☆☆   09 Apr 2018 06:05 <br> Hát ez egy gagyi sz*r. Kicsomagolás után széthullott. 1x gyujtottam meg és az összes kanóc leégett. Felejtős! | |
| n***a | 1 piece Carbon Steel + Plastics Car... <br> 1 piece | ⭐☆☆☆☆   05 Apr 2018 04:45 <br> pequeño <br> No Feedback Score | |
| a***n | Useful Emergency Fire Starter Flint... <br> 1 piece | ⭐☆☆☆☆   02 Apr 2018 20:30 <br> полная фигня просто брилок. | |
| O***c | 1 pair Sports Gym Gloves Men Fitnes... <br> 1 piece | ⭐☆☆☆☆   31 Mar 2018 15:13 <br> very bad quality | |
| R***n | HITORHIKE 2L PVC Waterproof Dry Bag... <br> 1 piece | ⭐☆☆☆☆   22 Mar 2018 03:16 <br> The item arrived late and when it did arrive, it did not work. The item was leaky and it was not protect the item inside. The seller's communication was also very bad. I don't recommend this item or the seller. <br> No Feedback Score | |
| S***n | 1 piece 100M 8-80LB Nylon Super Str... <br> 1 piece | ⭐⭐☆☆☆   16 Mar 2018 07:39 <br> 1. В описании указано "шнур плетеный", по факту - монофильная леска. 2. В тестовой таблице указано разрывное усилие 0,23 мм/30 LB, фактически - 0,23 мм/16 LB | |

‹ Previous   1   2   **3**   4   5   Next ›

---

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

# Defendant's Storefront

AliExpress I'm shopping for... On AliExpress In this store 0

Store: See You Outdoors Store Open: 1 year(s) 98.4% Positive feedback Follow 744 Followers

# See You Outdoors Store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > UNO Fun Poker Playing Cards

Store Categories

- Main product
- Waterproof Dry Bag
- Camping & Hiking
  - walking stick
  - Inflatable Sofa
  - sleeping bag
  - camping stoves
  - water bag
  - buckles
  - bag
  - camping accessories
  - tent
  - camping pad
- sports & health
  - swimming & diving
  - running
  - gloves
  - glasses
  - body protection
  - hunting
  - yoga
  - Safety & Survival
- Fishing
  - fishing lure
  - fishing tools
  - fishing accessories
- game
- Outdoor Light
- Others

Service Center

Contact Now

Follow
744 Followers

Store Categories > UNO Fun Poker Playing Cards 1 items found Hide Filter

| | | |
|---|---|---|
| Game Difficulty Level | Primary | Multiple |
| Game Length | 0-30 minutes | Multiple |
| Material | Paper | Multiple |

View More

Best Match Orders New price Free Shipping View

15 % OFF

Topsale Puzzle Games 180g 108 Cards Family Funny...
US $4.09 / piece
~~US $4.81 / piece~~

1

Help
Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

Google Play App Store

Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed

694



# Communications between NAL and Defendant



Buyer Protection | Help | Mobile | Ship to | USD | Language

I'm shopping for...

Cart 0

My AliExpress   My Orders   Message Center   Wish List   My Favorite Stores   Account Settings

**Message Center**

Conversations (1)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!



Scan or click to download

---

Search ⌄

See You Outdoo...          2018-07-09

thank you for your reply.

---

Ge Mark                    Search

🏠 See You Outdoors Store                    FAQ   Original ⌄   More ⌄



About this product                    Reply
Topsale Puzzle Games 180g 108...

18/07/05 15:10

Hi
i am a person who is very fond of playing this one. Can i order this now and pay    Me
using paypal?

18/07/05 15:10

Ge ...    Dear Valued Customer, maybe the following questions will help you.

1、Not receive order yet.
2、China post delivery time
3、Free shipping or not
4、Seller's contact information

About this product                                                    ✕
Topsale Puzzle Games 180g 108...

☺  📁

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

Google Play    App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.



Buyer Protection · Help ·    Mobile · Ship To 🇺🇸 USD ·    Language ·

I'm shopping for...    🔍    🛒 Cart **0**    ♡    👤

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |

**Message Center**

- **Conversations (1)**
- Spam

**Service Notification**
- Notifications

**Setting**
- Contact Blacklist

---

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

See You Outdoo...    2018-07-09
thank you for your reply.

Ge Mark    Search

🗨 See You Outdoors Store    FAQ    Original ⌄    More ⌄

Ge ...    yes of course

18/07/05 13:12

About this product    Reply
Topsale Puzzle Games 180g 108...

18/07/05 13:13
then, what is your paypal dear?    Me

18/07/05 13:15
If you will provide me now your paypal dear you can rest assure that you can have my payment.    Me

About this product    ✕
Topsale Puzzle Games 180g 108...

☺ 📁

Send

---

**Help**
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

▶ Google Play    🍎 App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

697





Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (1)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

Ge Mark | Search

Search

See You Outdoo... 2018-07-09

thank you for your reply.

See You Outdoors Store | FAQ | Original | More

if you will provide me now your paypal dear you can rest assure that you can ha ve my payment. — Me

18/07/05 15:15

Ge ... it is my account number ： michael@homful.net

18/07/05 15:16

is this your paypal? michael@homful.net — Me

18/07/05 15:17

Ge ... Tell me the address after payment
I will send it to you after I receive the money.

About this product
Topsale Puzzle Games 180g 108...

Send

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

Google Play | App Store

Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

698

# AliExpress

I'm shopping for...

Cart **0**

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

**Message Center**

Conversations (1)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

See You Outdoo...          2018-07-09

thank you for your reply.

---

Ge Mark          Search

🔲 See You Outdoors Store          FAQ    Original ⌄    More ⌄



18/07/05 15:17

Ge ...    yes  it is my papal

18/07/05 15:17

Can you ship to new york?    Me

18/07/05 15:18

Ge ...    yes it could send

18/07/05 15:19

have you been shipped before in USA?    Me

About this product
Topsale Puzzle Games 180g 108...          ✕

Send

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

699







Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

700



Buyer Protection    Help    Mobile    Ship to    USD    Language

I'm shopping for...    🔍    🛒 Cart 0    ♡    👤

My AliExpress    My Orders    Message Center    Wish List    My Favorite Stores    Account Settings

## Message Center

- **Conversations (1)**
- Spam

**Service Notification**
- Notifications

**Setting**
- Contact Blacklist

---

### AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

---

Search ⌄

See You Outdoo...    2018-07-09
thank you for your reply.

---

Ge Mark    Search

🛍 See You Outdoors Store    FAQ    Original ⌄    More ⌄



18/07/05 15:19
Ge ...    you need to pay 5.09 usd because e-packet is very fast

18/07/05 16:20
Ge ...    We have a lot of American customers who often work together.
take it easy

18/07/05 15:35

About this product
Topsale Puzzle Games 180g 108...    ×

😊    📁

Send

---

Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 Google Play     App Store

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

701



Buyer Protection   Help ▾    Mobile   Ship to ▾    Language ▾

I'm shopping for... 🔍    🛒 Cart **0**   ♡   👤

My AliExpress    My Orders    **Message Center**    Wish List    My Favorite Stores    Account Settings

### Message Center ⊖

**Conversations (1)**

Spam

**Service Notification** ⊖

Notifications

**Setting** ⊕

Contact Blacklist



**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

Ge Mark    [Search]

🏪 See You Outdoors Store     [💬 FAQ] [Original ▾] [More ▾]

### Search ▾

See You Outdoo...    2018-07-09
thank you for your reply.

do you have email dear?   Me

Ge ...   it is my email adress :tong@hitorhike.com

do you also have alipay?   Me

Ge ...   In fact, you can pay directly on the platform.

About this product
Topsale Puzzle Games 180g 108... ✕

[Send]

---

**Help**

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide   © 2010-2017 AliExpress.com. All rights reserved.



Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide · © 2010-2017 AliExpress.com. All rights reserved.

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant





**Review your Order**

ℹ You have changed the shipping destination; please note that the shipping cost will change accordingly.

## 1. Select your shipping information:



Default address

▓▓▓▓▓▓▓▓

105 Avenue B
Apt 4B
New york, New York, 10009
United States

▓▓▓▓▓

✏ Edit

✚ Add a new address

## 2. Review and confirm your order (1 items):

Seller: See You Outdoors Store

Product Name & Details

Topsale Puzzle Games 180g 108 Cards Family Funny Entertainment Board Game UNO Fun Poker Playing Cards    1 piece × US $4.09    China Post Ordinary Small Packet Plus

**Free shipping**
Delivery Time: 20-39 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| | |
|---|---|
| Subtotal: | US $4.09 |
| Shipping: | US $0.00 |
| Total: | **US $4.09** |

## 3. Payment method


○ VISA

⦿ PayPal

AliExpress charges a fee of US $0.80 to use PayPal.

○ Other payment methods



☐ Apply AliExpress Coupon:  You don't have any coupons    - US $0.00

**Buyer Protection**

All Total: **US $4.89**

☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

**Confirm & Pay**

Learn More ▸

Upon clicking 'Place Order', I acknowledge I have read and agreed to:

· Alibaba.com Transaction Services Agreement

· Alipay Services Agreement

· Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

# DEFENDANT Shenzhen Yongxin Technology Co., Ltd.

# Defendant's Listing for Infringing Products

8/17/2018     Personalized Original Uno Playing Card Game Family Friends Fun Educational Board Game Pack - Buy Uno Playing,Personalized Uno Playing Card,Personalized Original Uno Playing Card Ga...

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 61 of 189



**Alibaba**.com
Global trade starts here.®

One Request, Multiple Quotes    Get the App

Sourcing Solutions ▾    Services & Membership ▾    Help & Community ▾

☰ Categories ▾    | Products ▾ | What are you looking for... | 📷 | 🔍 **Search** |

 **6** My Alibaba     **2** Orders    **0** Favorites



○ View larger image

☐ Add to Compare    🔗 Share

**personalized Original UNO Playing Card Game Family Friends Fun Educational Board Game Pack**

FOB Reference Price: <u>Get Latest Price</u>

| 1000 - 1999 Boxes | >=2000 Boxes |
|---|---|
| US $2.50 | US $2.00 |

[ 📧 Contact Supplier ]

💬 Chat Now!

Seller Support: 🛡 Trade Assurance — To protect your orders from payment to delivery
Payment: VISA 💳 T/T e-Checking **More** ▾
Shipping: Less than Container Load (LCL) Service to US   Get shipping quote
   • Transparent and fair price   • 24/7 online support   • Online tracking

**Shenzhen Yongxin Technology Co., Ltd.**

1 YR   🇨🇳 CN

⭐ Gold Supplier
🛡 Trade Assurance
☁ Onsite Check
Transaction Level: 🏅

View Company Profile

**You May Like**


100 Pcs Gift Tags w
String Kraft Paper
US $3.56-3.85 / Ba
1000 Bag/Bags


White Bulk Note Ca
with Gold Foil
US $6.4-6.5 / Blade
1000 Blade/Blades


100 Bulk Pack Than
You Cards Gold Tex
US $6.4-6.5 / Blade
1000 Blade/Blades


personalized Matte
Games UNO Card
US $2.0-2.5 / Box
1000 Box/Boxes


Thank You Cards - 4
6 Inches 100-Count
US $4.5-5.0 / Com
100 Combo/Combo


Bulk Pack 4x6 inch
Floral Thank You
US $6.4-6.5 / Box
1000 Box/Boxes


Thank You Cards - 
Pack Thank You No
US $4.5-5.0 / Com
100 Combo/Combo


100 Thank You Car
Black Bulk Note Ca
US $6.4-6.5 / Blade
1000 Blade/Blades

---

**Product Details** | Company Profile      Report Suspicious Activity

Product Description    Packaging & Shipping    Our Services    Company Information

## Overview

**Quick Details**

| | | | | | |
|---|---|---|---|---|---|
| Material: | Paper, art paper | Product Type: | Paper Cutting | Style: | Religious |
| Use: | Holiday Decoration & Gift | Occasion: | Thanksgiving | Theme: | Letters |
| Regional Featur... | Europe | Place of Origin: | Guangdong, China (Mainland) | Brand Name: | Tecprints |
| Model Number: | L-081601 | Item: | UNO Playing Card Game Famil... | Color: | Customized |
| Usage: | Holiday | Printing: | CMYK 4C Printing | Size: | Custom Size |
| logo: | Customized | packing: | 50 thank you cards and envelo... | | |

**SupplyAbility**

SupplyAbility:    100000000 Box/Boxes per Month

**Packaging & Delivery**

Packaging Details    custom design packing Neutral packing
Port    Shenzhen Yantian Shekou
Lead Time ⓘ    15 working days

[ Product Description ]

---

**personalized Original UNO Playing Card Game Family Friends Fun Educational Board Game Pack**

We custom design the UNO cards according to your demand

| Product Name: | personalized Original UNO Playing Card Game Family Friends Fun Educational Board Game Pack |
|---|---|
| Paper Material: | Ivory board (250-350gsm)<br>Art paper (128-300gsm)<br>Kraft paper (100-300gsm)<br>Fancy/special paper (128-300gsm)<br>Duplex board with white/grey back (250-400gsm)<br>any thickness and paper type are available. |

8/17/2018     Personalized Original Uno Playing Card Game Family Friends Fun Educational Board Game Pack - Buy Original Uno Playing,Personalized Uno Playing Card,Personalized Original Uno Playing Card Ga...

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 62 of 189

| Size: | as your request |
| Printing Color: | CMYK full color offset printing |
| Surface Finish: | UV varnish, foil, holographic, flocking, embossed/debossed, glitter, with gloss/matte lamination.etc or as per your requirement. |
| MOQ: | 500boxes=50,000pcs/design |
| Packing: | 100 cards+100 envelopes per box, 10 boxes/export carton or custom |
| Delivery Terms: | EXW, FOB,CFR, CIF DDU DDP |
| Artwork Format | Your design is also welcome. High resolution PDF, AI, PSD, CDR, Indesign. At least 300dpi resolution. |
| Payment Terms: | T/T, L/C, Western Union |
| Lead Time: | Shipment could be made 7-25days upon receipt of signed order confirmation. |

personalized Original UNO Playing Card Game Family Friends Fun Educational Board Game Pack





8/17/2018   Personalized Original Uno Playing Card Game Family Friends Fun Educational Board Game Pack - Buy Original Uno Playing,Personalized Uno Playing Card,Personalized Original Uno Playing Card Ga...

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 63 of 189





1 :Our  similar  product

8/17/2018      Personalized Original Uno Playing Card Game Family Friends Fun Educational Board Game Pack - Buy Original Uno Playing,Personalized Uno Playing Card,Personalized Original Uno Playing Card Ga…

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 64 of 189






**2: Surface Finish**



Packaging & Shipping

We do packing according to your demand or netural packing . the neutral catron size is 41*25*41cm .

If you order with small quantity , We ship it with DHL /UPS /TNT /FEDEX ,If you want your own shipping agent , it is ok

if you order it with large quantity , We ship it by sea . You own shipping agent is ok . If you have no shipping agent . We arrige it for you

711

8/17/2018    Personalized Original Uno Playing Card Game Family Friends Fun Educational Board Game Pack - Buy Original Uno Playing,Personalized Uno Playing Card,Personalized Original Uno Playing Card Ga...

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 65 of 189



**Our Services**

1 : We sell some product  on stock .  OEM is ok for us . You  can provide your own design ,
We print it  accoridng  to your  design (Ai PDF  ,CAD  or others )

2 : If you  have no design , you want to  design it  , Please tell us ,We have professional
design team   . We can design it according  to your demand

3  :  We sell different paper printing product     Notebook  , thank you cards  . book invoice  .
envelope  .sticker and othes

**Company Information**



8/17/2018          Personalized Original Uno Playing Card Game Family Friends Fun Educational Board Game Pack - Buy Original Uno Playing,Personalized Uno Playing Card,Personalized Original Uno Playing Card Ga...

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 66 of 189



FQA

**1) How to custom sample as my requirement or design?**

Pls kindly advise size, material, style and provide artwork of logo or design.

And you bear the sample cost & freight cost, sometimes the sample cost can be refundable.

**2) Q:How long is the mass production time?**

A : Normally 7-25 days. Rush order is available.

**3) Q: Can I get a sample before mass production?**

A : Of course! The normal produce progress is that we will make the pre-production sample for your quality evaluation.

The mass production will be started after we get your confirmation on this sample.

**4) How long can I get the sample?**

A : After received the sample fee and all the material & design confirmed, the sample time is 3-10 days and Express

delivery usually needs around 3-5 day.

**5). When can i get the price?**

After we confirm the details question of your paper box, such as quantity, size, material,

surface finishing, then the quote will be send to you within 24hours.

**6). Can you do design for me?**

According to your requirement, we can add your company logo, website, phone number

or your ideas on paper box. Our professional designer can make design to you for free.

**7) What's your company MOQ? Could you accept order quantity less than MOQ?**

Basic our MOQ is 1000pcs. Yes, less qty is also acceptable.

**If any interest or any inquiry, please contact with us directly ,thanks**

**Contact Person:Miss  Linda**

**Whatsapp: 0086-15817370547**

**Sky: chengxin19931227**

**facebook :15817370547**

**Send your message to this supplier**

To:   Linda Cheng

*Message:    Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity:   1000              Box/Boxes ▼

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.  **RFQ Request for Quotation**

Send

# Defendant's Storefront

Alibaba.com Global trade starts here. Sourcing Solutions Services & Membership Help & Community On Alibaba | My Alibaba 7 Orders 2

1YRS Shenzhen Yongxin Technology Co., Ltd. Favorite Supplier Trade Assurance Gold Supplier

Home | Product Categories | Company Profile | Contacts | Search In This Store

Home > Product Categories > UNO

Search products here

Product Showcase

## Product Categories

- flyer
- sticker
- booklet
- book printing
- book invoice
- envelope
- notebook
- thank you cards
- Ungrouped

## Related Products

A5 Custom Duplicate Carbonless QUOT...

Carbon book duplicate invoice / Car...

custom printed A4 2part NCR pad inv...

custom design 2-part White And Yell...

## Result found for "UNO"

View as: 1

**Selected Products (0/20)** Contact Supplier Start Order

Click + to select products and contact the supplier.

custom design Classic UNO Mini Card Game Family Game Playing Cards Toy
Min. Order: 1000 Boxes
FOB Price: US $2.0 / Boxes

personalized Original UNO Playing Card Game Family Friends Fun Educati...
Min. Order: 1000 Boxes
FOB Price: US $2.0 / Boxes

custom design Mattel Games Uno Harry Potter Card Game
Min. Order: 1000 Boxes
FOB Price: US $2.0 / Boxes

Brand New Mattel - Genuine UNO Card Game
Min. Order: 1000 Boxes
FOB Price: US $2.0 / Boxes

personalized Mattel Games UNO Card Game
Min. Order: 1000 Boxes
FOB Price: US $2.0 / Boxes

Display similar products

1 Go to page Go

## Main Products

A5 Custom Duplicate Carbonless QUOT...

Carbon book duplicate invoice / Car...

custom printed A4 2part NCR pad inv...

custom design 2-part White And Yell...

A4 Carbonless NCR Duplicate Printin...

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

TOP

715



8/17/2018     Company Overview - Shenzhen Yongxin Technology Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 69 of 189

**Alibaba.com**
Global trade starts here.™

Sourcing Solutions ⌄    Services & Membership ⌄    Help & Community ⌄

On Alibaba | My Alibaba 7 | Orders 2

1YRS 🏅 Shenzhen Yongxin Technology Co., Ltd. ⌄    ♡ Favorite Supplier    Trade Assurance    Gold Supplier

# Shenzhen Yongxin Technology Co., Ltd.

1YRS 🏅 🏠 Guangdong, China (Mainland)

| Home | Product Categories | Company Profile | Contacts | Search In This Store |
|------|-------------------|-----------------|----------|---------------------|

Home > Company Profile

## Shenzhen Yongxin Technology Co., Ltd.

💬 Chat Now!    ✉ Contact Supplier    Start Order

**Company Overview**
- Company Introduction

**Company Capability**
- Trade Capacity
- Production Capacity

**Business Performance**
- Buyer Interactions
- Ratings & Reviews

**Additional Information**
- Transaction Level

| | | |
|---|---|---|
| Business Type: | Manufacturer, Trading Company, Distributor/Wholesaler | ✓ Verified |
| Location: | Guangdong, China (Mainland) | |
| Main Products: | paper printing,paper packing,book printing,flyer printing,card printing | |
| Total Employees: | 51 - 100 People | |
| Year Established: | 2018 | ✓ Verified |

Shenzhen Yongxin Technology is a manufacturer of book invoice ,thank you cards and sticker with well-equipped testing facilities and strong technical force.

Our products are widely recognized and trusted by users and can meet continuously changing economic and social needs.

We welcome new and old customers from all walks of life to contact us for future business relationships and mutual success!

Less ▴

### Email to this supplier

To:   Lucy Cheng

*Message:   Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

**Send**

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

8/17/2018     Contact Information for Shenzhen Yongxin Technology Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 70 of 189



| Home | Product Categories | Company Profile | Contacts | | Search In This Store |

## Contact Information



**Ms. Lucy Cheng**

Sales
salesmanager

📞 Chat Now!

| | |
|---|---|
| Telephone: | 0086-0755-85269083 |
| Mobile Phone: | 17788726525 |
| Address: | Room 322.HuaYang building.MinZhi street .LongGang area.ShenZhen city |
| Country/Region: | China (Mainland) |
| Province/State: | Guangdong |
| City: | Shenzhen |

[ Contact Supplier ]    [ Start Order ]

## Company Contact Information

| | |
|---|---|
| ✔ Company Name: | Shenzhen Yongxin Technology Co., Ltd. |
| ✔ Operational Address: | 312, Floor 3, Yunchuang Kongjian, Bantian Bus Station, Shenzhen, Guangdong, China (Mainland) |
| Website: | http://www.tecprints.com |
| Website on alibaba.com: | tecprints.en.alibaba.com |

## Send message to supplier

To:   Lucy Cheng

* Message:
```
Enter your inquiry details such as product name, color, size, quantity, material, etc.
```
0/8000

[ Send ]

☑ I agree to share my Business Card to the supplier.

Alibaba.com Site: International · Español · Português · Deutsch · Français · Italiano · हिंदी · Русский · 한국어 · 日本語 · العربية · עברית · Türk · Nederlands · tiếng Việt · Indonesian · עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.



717

# Communications between NAL and Defendant













Alibaba.com Global trade starts here.™ | My Alibaba

9 My Account | Help

Buy | Sell

Home
Message Center
Orders
Contacts
My Lists
Services

Make Alibaba work better for you. share your thoughts here

All inquiries

Linda Cheng clear

All Statuses | Unread

**I want to buy the product you are selling on Alibaba.com.**

Linda Cheng 2018-8-17
1 YRS

Mrs. Linda Cheng
Leave Messages

Shenzhen Yongxin Technology Co. 1 YRS
Show more

Location: CHINA (MAINLAND) IP: 119.123.206.*

Message only sent to you

[redacted] 2018-08-16 15:08

Hello! Do you ship to this address? 752 Lafayette Ave Brooklyn, NY 11221

Read

Notification 2018-08-16 15:08

Rate your supplier's reply (ANONYMOUS):

Very bad | Bad | Neutral | Good | Great

Linda Cheng 2018-08-16 15:11

Hello [redacted]

Yes , Could you tell me how many do you need ?

the price is different according to quantity

Regards
Linda

[redacted] 2018-08-16 15:41

Our company wants to order 5000 pieces but to make sure that we're choosing the right product, we need first sample to check it quality.

[redacted] 2018-08-16 15:41

Do you ship to this address? 752 Lafayette Ave Brooklyn, NY 11221

Read

Linda Cheng 2018-08-16 15:43

Hello [redacted]

Do you have design for Uno

We need your design . We have no design for the Uno cards

Regards
Linda

[redacted] 2018-08-16 15:48

Can you just copy what's in the link?

https://www.alibaba.com/product-detail/personalized-Original-UNO-Playing-Card-Game_60790758647.html?spm=a2700.8443308.0.0.21dc3e5fDyaPgo

[redacted] 2018-08-16 15:49

Please answer my question you can send it to that address.

Read

Linda Cheng 2018-08-16 15:52

Please type message... | Send

Start order — Seller confirm — 3 Payme

Order ID: 93730854558642
Status: Waiting for initial
Initial payment: USD 31.00
Reminder: Click "View Order orders.

Go To Pay | Rec
View order

**Product details**

personalized Original U Friends Fun Education

Quantity: 1 Piece(s) | Unit price: U

**Shipping details**

| | |
|---|---|
| Shipping method: | express |
| Trade terms: | |
| Expected shipping date: | 2018-10-31 |

**Payment details**

| | |
|---|---|
| Initial payment: | USD 31.00 |
| Balance payment: | USD 0.00 |

**Trade Assurance services**

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc shipment is late, you are eligible fo receiving the goods.

**Additional remarks**

No

719

Alibaba.com Global trade starts here.™ | My Alibaba

9 My Account | Help

Buy | Sell

Make Alibaba work better for you. share your thoughts here

Home | Message Center | Orders | Contacts | My Lists | Services

**All inquiries**

Linda Cheng clear

All Statuses | Unread

**I want to buy the product you are selling on Alibaba.com.**

Linda Cheng 2018-8-17 1YRS

Mrs. Linda Cheng | Shenzhen Yongxin Technology C... 1YRS

Leave Messages | Show more

spm=a2700.8443308.0.0.21dc3e5fDyaFgo

[redacted] 2018-08-16 15:49

Read — Please answer my question you can send it to that address.

Linda Cheng 2018-08-16 15:52

Hello [redacted]

We ship it to your address

We have no design on our website , We need your designer to design it and send us artwork

Regards
Linda

[redacted] 2018-08-16 15:55

Read — Check the link please.

[redacted] 2018-08-16 15:56

Read — Have you shipped before to USA?

Notification 2018-08-20 07:09

[redacted], you haven't replied to Linda Cheng for 2 days. Continue this conversation?

Contact now

Linda Cheng 2018-08-16 16:00

Hello [redacted]

I have open this link

We have ship many to USA

Regards
Linda

[redacted] 2018-08-17 08:11

Great! Can I ask for a discount, dear? How much would it cost including the shipping fee?

Lucy Cheng 2018-08-17 09:50

Hello [redacted]

Do you have Uno cards design ?

Let me know it

Regards
Linda

Please type message... Send

Start order — Seller confirm — 3 Payme

Order ID: 93730854558642
Status: Waiting for initial
Initial payment: USD 31.00
Reminder: Click "View Order orders.

Go To Pay | Rec | View order

**Product details**

personalized Original U... Friends Fun Education

Quantity: 1 Piece(s) | Unit price: U

**Shipping details**

Shipping method: express
Trade terms:
Expected shipping date: 2018-10-31

**Payment details**

Initial payment: USD 31.00
Balance payment: USD 0.00

**Trade Assurance services**

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc shipment is late, you are eligible for receiving the goods.

**Additional remarks**

No

720

Alibaba.com Global trade starts here.™ | My Alibaba

My Account | Help

Buy | Sell

Home | Message Center | Orders | Contacts | My Lists | Services

Make Alibaba work better for you. share your thoughts here

All inquiries

Linda Cheng clear

All Statuses | Unread

**I want to buy the product you are selling on Alibaba.com.**

Linda Cheng 2018-8-17 1YRS

Mrs. Linda Cheng | Shenzhen Yongxin Technology C... 1YRS

Leave Messages | Show more

Linda Cheng 2018-08-17 14:44

Hello [redacted]

the best way is make payment via trade assurance

Regards
Linda

Linda Cheng 2018-08-17 14:52

Hello [redacted]

**https://cashier.alibaba.com/linkpay/payProxy.htm?param=7ed55efda01c966bae031544f78756eb07c6f6cd8ee94c9a7a ee20239dfc88414082a6c1760a49ecaf:1534488700814**

Linda Cheng 2018-08-17 14:52

Hello [redacted]

This is the payment link

Let me know if you have any questions

Regards
Linda

[redacted] 2018-08-17 15:25

Read What about alipay? I'll pay RMB alipay.

[redacted] 2018-08-17 15:26

d Friend, you inputed 11221 twice. Remove the other one. Thanks!

Lucy Cheng 2018-08-17 15:27

Hello [redacted]

What is alipay ? it is zhifubao ?

Regards
Linda

Lucy Cheng 2018-08-17 15:28

Hello [redacted]

you make payment via trade assurance ,

Most people like it

Regards

Please type message... Send

Start order — Seller confirm — 3 Payme

Order ID: 93730854558642
Status: Waiting for initial
Initial payment: USD 31.00
Reminder: Click "View Order orders.

Go To Pay | Rec | View order

## Product details

personalized Original U Friends Fun Education

Quantity: 1 Piece(s) | Unit price: U

## Shipping details

| | |
|---|---|
| Shipping method: | express |
| Trade terms: | |
| Expected shipping date: | 2018-10-31 |

## Payment details

| | |
|---|---|
| Initial payment: | USD 31.00 |
| Balance payment: | USD 0.00 |

## Trade Assurance services

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc shipment is late, you are eligible fo receiving the goods.

## Additional remarks

No

722

Alibaba.com Global trade starts here.™ | My Alibaba

9 My Account | Help

Buy | Sell

Home
Message Center
Orders
Contacts
My Lists
Services

Make Alibaba work better for you. share your thoughts here

All inquiries

Linda Cheng clear

All Statuses | Unread

I want to buy the product you are selling on Alibaba.com.

Linda Cheng 2018-8-17 1YRS

Mrs. Linda Cheng | Shenzhen Yongxin Technology C... 1YRS

Leave Messages | Show more

Most people like it

Regards
Linda

Lucy Cheng 2018-08-17 15:31

Hello [redacted]

Where ? Could you make screenshot and send it to me ?

Regards
Linda

[redacted] 2018-08-17 15:41

Here

Capture.png Download

Read

[redacted] 2018-08-17 15:41

What is alipay ? it is zhifubao ?

---YES

Read

Linda Cheng 2018-08-17 15:44

Hello [redacted]

Yes , I know it , you ignore it

it will be better if you can make payment via trade assurance

If you want to make payment via alipay ,it is ok

What is your alipay number ?

Regards
Linda

Linda Cheng 2018-08-17 15:47

Hello [redacted]

My alipay account is 158173700547

Give me your alipay account , I will add you

Regards
Linda

[redacted] 2018-08-17 15:51

Friend, pleasew edit first my address.

Please type message... Send

Start order — Seller confirm — 3 Payme

Order ID: 93730854558642
Status: Waiting for initial
Initial payment: USD 31.00
Reminder: Click "View Order orders.

Go To Pay | Rec
View order

## Product details

personalized Original U Friends Fun Education

Quantity: 1 Piece(s) | Unit price: U

## Shipping details

Shipping method: express
Trade terms:
Expected shipping date: 2018-10-31

## Payment details

Initial payment: USD 31.00
Balance payment: USD 0.00

## Trade Assurance services

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc shipment is late, you are eligible for receiving the goods.

## Additional remarks

No

723

Alibaba.com Global trade starts here.™ | My Alibaba

9 My Account | Help

Buy | Sell

Home | Message Center | Orders | Contacts | My Lists | Services

Make Alibaba work better for you. share your thoughts here

## All inquiries

Linda Cheng clear

All Statuses | Unread

**I want to buy the product you are selling on Alibaba.com.**

Linda Cheng 2018-8-17

1 YRS

Mrs. Linda Cheng

Shenzhen Yongxin Technology C... 63763

1 YRS

Leave Messages

Show more

752 Lafayette Ave
Brooklyn, NY 11221

Read

[redacted] 2018-08-17 15:52

You put 11221 twice

Read

[redacted] 2018-08-17 15:52

Check this

Capture.png Download

Read

Linda Cheng 2018-08-17 15:53

Hello [redacted]

My address:

752 Lafayette Ave
Brooklyn, NY 11221

My number: [redacted]

Please confirm it

Linda Cheng 2018-08-17 15:54

Hello [redacted]

I have seen it

It doesnt matter

Please ignore it

Regards
Linda

[redacted] 2018-08-17 15:54

Yes

Read

[redacted] 2018-08-17 15:55

That's right. Please remove the other postcode coz there are 2 of them there

Linda Cheng 2018-08-17 15:56

Hello [redacted]

you make payment via alipay or trade assurance ?

Please type message... Send

Start order — Seller confirm — 3 Payme

Order ID: 93730854558642

Status: Waiting for initial

Initial payment: USD 31.00

Reminder: Click "View Order orders.

Go To Pay | Rec

View order

### Product details

personalized Original U Friends Fun Education

Quantity: 1 Piece(s) | Unit price: U

### Shipping details

Shipping method: express

Trade terms:

Expected shipping date: 2018-10-31

### Payment details

Initial payment: USD 31.00

Balance payment: USD 0.00

### Trade Assurance services

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc shipment is late, you are eligible fo receiving the goods.

### Additional remarks

No

724

8/20/2018    Alibaba Manufacturer Directory - Suppliers, Manufacturers, Exporters & Importers



All inquiries

Linda Cheng    clear

All Statuses    Unread

I want to buy the product you are selling on Alibaba.com.

Linda Cheng    2018-8-17
1 YRS

Mrs. Linda Cheng

Shenzhen Yongxin Technology C...
1 YRS

Leave Messages    Show more

Linda Cheng    2018-08-17 15:56

Hello

you make payment via alipay  or trade assurance  ?

Please let me know it , If you make payment via alipay

Please give me your alipay account

Regards
Linda

2018-08-17 15:57

Ignore? I'll not proceed to payment with wrong address there. I have to make sure that everything's right.

Linda Cheng    2018-08-17 15:58

Hello

https://biz.alibaba.com/ta/detail.htm?orderId=93730854558642

I have change it

Please let me know if it is ok  ?

Regards
Linda

2018-08-17 16:02

Friend, still wrong.

See this?

752 Lafayette Ave Brooklyn, NY 11221,Brooklyn,New York,United States of America

You put two brooklyn. Just delete everything and copypaste the address I gave you.

Linda Cheng    2018-08-17 16:04

Hello

https://biz.alibaba.com/ta/detail.htm?orderId=93730854558642

Please see attached

Regards
Linda

Linda Cheng    2018-08-17 16:05

Please type message...    Send

Start order    Seller confirm    Payme

Order ID: 93730854558642
Status: Waiting for initial
Initial payment: USD 31.00
Reminder: Click "View Order
orders.

Go To Pay    Rec

View order

Product details

personalized Original U
Friends Fun Education

Quantity: 1 Piece(s)    Unit price: U

Shipping details

Shipping    express
method:

Trade terms:

Expected    2018-10-31
shipping date:

Payment details

Initial payment: USD 31.00

Balance    USD 0.00
payment:

Trade Assurance services

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc
shipment is late, you are eligible for
receiving the goods.

Additional remarks

No

725



Alibaba.com Global trade starts here.™ | My Alibaba

9 My Account | Help

Buy | Sell

Home
Message Center
Orders
Contacts
My Lists
Services

Make Alibaba work better for you. share your thoughts here

All inquiries

Linda Cheng clear

All Statuses | Unread

**I want to buy the product you are selling on Alibaba.com.**

Linda Cheng 2018-8-17
1YRS

Mrs. Linda Cheng
Shenzhen Yongxin Technology C... 3763
1YRS
Leave Messages
Show more

Linda Cheng 2018-08-17 16:05

Hello [redacted]

Please see it

If it is ok now

Regards
Linda

Linda Cheng 2018-08-17 16:13

Hello [redacted]

Please let me know it

Have you got my message ?

Regards
Linda

Linda Cheng 2018-08-17 16:14

Hello [redacted]

Or give me your alipay please

I will add you and you make payment via alipay

Regards
Linda

Linda Cheng 2018-08-17 16:32

Hello [redacted]

What had happened ?

Why do not reply me ?

Regards
Linda

Linda Cheng 2018-08-17 16:38

Hello [redacted]

or you make payment via pay pal

1327177641@qq.com

Waiting for payment

personalized Original UNO Playin... Quantity: 1
Unit Price: USD 1

Pay now | View details

Please type message... Send

Start order — Seller confirm — 3 Payme

Order ID: 93730854558642
Status: Waiting for initial
Initial payment: USD 31.00
Reminder: Click "View Order orders.

Go To Pay | Rec

View order

## Product details

personalized Original U Friends Fun Education

Quantity: 1 Piece(s) | Unit price: U

## Shipping details

Shipping method: express

Trade terms:

Expected shipping date: 2018-10-31

## Payment details

Initial payment: USD 31.00

Balance payment: USD 0.00

## Trade Assurance services

Post-delivery coverage

1. Actual total payment is protected
2.If quality of goods does not matc shipment is late, you are eligible fo receiving the goods.

## Additional remarks

No

726

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



**E Alibaba.com**
Global trade starts here.™    My Alibaba                8   Help ⌄

Home ‹ My Alibaba ‹ Order Management ‹ Order details

🟠 **Trade Assurance Order**      🏢 Shenzhen Yongxin Technology Co., Ltd.  |  Order No.: 93730854558642

| Contract | **Payment** | Shipment | Receiving | Reviews |

**Waiting for initial payment**

1. If you are concerned about the order terms or Trade Assurance terms (shown below), please contact your supplier to modify the order.
2. Please make sure to make payment to the bank account designated by Alibaba.com to get protection from Alibaba.com.

You need to pay: US $31.00

[ Send initial payment ]    Request modification    Cancel order

**Trade Assurance - In-progress**
- ✓ Payment protection
- ✓ Product-quality protection
- ✓ Shipping protection

Note: Your order will be protected up to 30 days after you receive the goods.

Learn more >

Need Help?

▼ **Shipping details**

Shipping time: **Shipping not completed**      Shipping method: **Express**

For tracking details, please contact the supplier directly.

▶ **Payment Records**                     About payment method    account

▶ **Operation Records**



## Order details

[ View Trade Assurance Contract ]

Order No.: 93730854558642    Order Date: 2018-08-16 23:51:40

**Supplier:**
Shenzhen Yongxin Technology Co., Ltd.
Contact Name: Linda Cheng
Registered company
address: CN,Guangdong,Shenzhen ,322, Huayang Building, Block 41, Huaqiao New Village, Minqiang Community, Minzhi Subdistrict, Longhua Dist.
Company Tel: 0086-0755-85269083
Company Email: tecprints2@foxmail.com

**Buyer:**
NONE
Contact Name: ███████
Registered company address:
Company Tel: ███████
Company Email: ███████

### Product details

| No. | Product name | Quantity | Unit | Unit price | Total |
|-----|--------------|----------|------|-----------|-------|
| 1 | personalized Original UNO Playing Card Game Family Friends Fun Educational Board Game Pack | 1.00 | Piece(s) | US $1.0000 | US $1.00 |
| | Product Description: the same on our website | | | | |

Total Product Price   US $1.00

### Shipment terms

| Shipping Method | Export Method | Shipment Date | Estimated Delivery Time | Shipping Fee |
|-----------------|---------------|---------------|-------------------------|--------------|
| Express | Do not use OneTouch | 2018-10-31 | - | US $30.00 |



| Shipping From | Shipping To |
|---|---|
| - | ████████ 752 Lafayette Ave,,Brooklyn,New York,United States of America,11221 |

## Payment terms

| Payment method | Total Order Price |
|---|---|
| Boleto VISA mastercard e-Checking Pay Later T/T | US $31.00 |

## Trade Assurance Terms

Post-shipment assurance

- Your actual payment will be fully covered
- If the quality of the goods does not match the standards set in your contract or the supplier does not ship the goods on time, you will be eligible for a refund within 30 days of receipt of goods.

## Order remarks

-

Download

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

# DEFENDANT Shenzhen Ao Ye Mei Technology Co., Ltd.

# Defendant's Listing for Infringing Products

Alibaba.com Global trade starts here.
Sourcing Solutions Services & Membership Help & Community
One Request, Multiple Quotes | Get the App
Categories | Products | What are you looking for... | NEW Search
99+ My Alibaba | 10 Orders | 0 Favorites

Home > All Industries > Luggage, Bags & Cases > Special Purpose Bags & Cases > Other Special Purpose Bags & Cases (38332) Subscribe to Trade Alert English

View larger image

Add to Compare Share

Travel Zipper Carry EVA Hard Case for UNO Card Game

FOB **Reference** Price: Get Latest Price

**US $1.65-2.25** / Pieces | 1000 Piece/Pieces EVA case for UNO card (Min. Order)

Contact Supplier | Start Order

Chat Now!

Seller Support: Trade Assurance – To protect your orders from payment to delivery

Payment: VISA TT e-Checking More

Shipping: Less than Container Load (LCL) Service to US Get shipping quote

- Transparent and fair price
- 24/7 online support
- Online tracking

**Shenzhen Ao Ye Mei Technology Co., Ltd.**

4YRS CN

Gold Supplier
Trade Assurance
Onsite Check

5.0 /5 Very satisfied
2 Reviews

| | |
|---|---|
| Transaction Level: | |
| 8 Transactions | 90,000+ |
| Response Time | <24h |
| Response Rate | 65% |

View Company Profile

**You May Like**

Hard EVA Travel Case for Updated Version
**US $1.32-1.63** / Piece
**1000** Piece/Pieces

Hard EVA Travel Black Case Fits the Wall
**US $2.92-3.26** / Piece
**500** Piece/Pieces

Hard EVA Travel Case for DBPOWER RD-810
**US $3.12-3.69** / Piece
**1000** Piece/Pieces

Hard EVA Travel Black Case for JBL Flip 4
**US $1.62-2.69** / Piece
**500** Piece/Pieces

Hard EVA Travel Triple Black Case for Bose
**US $3.62-4.19** / Piece
**500** Piece/Pieces

Hard EVA Travel Case for Sony PlayStation
**US $2-2.5** / Piece
**1000** Piece/Pieces

Hard EVA Travel Case for Sony PlayStation 4
**US $2-2.5** / Piece
**1000** Piece/Pieces

Hard EVA Travel Case for DOSS Touch
**US $1.62-2.42** / Piece
**500** Piece/Pieces

**Product Details** | Company Profile | Transactions Overview | Report Suspicious Activity

Product Description | Detailed Images | Packing & Delivery

## Overview

### Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Place of Origin: | Guangdong, China (Mainland) | Brand Name: | AYM | Model Number: | UNO card game001 |
| Material: | 1680D/EVA/Velvet | Color: | Black or custom | Size: | 7.1 x 4.5 x 1.2 inches |
| Certification: | SGS RoHS, REACH, BV, AZO fre... | Style: | Carrying Case | OEM & ODM: | Customized |
| MOQ: | 1000PCS | Bussiness Type: | manufacturer | Feature: | Shockproof Dustproof Water R... |
| Logo: | Silkscreen, Rubber, Embossed | | | | |

### SupplyAbility

SupplyAbility: 200000 Piece/Pieces per Month EVA carrying case for UNO Card Game

### Packaging & Delivery

| | |
|---|---|
| Packaging Details | PP bag heat-sealing, A=A Carton |
| Port | SHENZHEN |
| Lead Time: | Shipped in 25 days after payment |

## Product Description

**Travel Zipper Carry EVA Hard Case for UNO Card Game**

Brand New and High Quality

Color: As the picture shown

Perfect Case and gift to your friends

Protect your UNO Card Game from strike and scrape.

Package Includes: 1 x Hard Case for UNO Card Game (Does't send with retail package, not including the Cards)

TOP

732



7/20/2018 Travel Zipper Carry Eva Hard Case For Uno Card Game - Buy Travel Zipper Carry Eva Hard Case For Uno Card Game,Eva Travel Case For Uno Card Game,Custom Eva Storage Case Product on Aliba…

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 86 of 189



## Detailed Images





| Description | EVA Hard Travel Carrying case with zipper, mesh pocket, foam insert, hand strap |
|---|---|
| Function | Reduce damages caused by accidentally from knocks, drops, bumps,dents, scratches |
| Advantage | Waterproof, Shockproof, Dustproof, Stylish, Durable, Portable, Lightweight, Super recycler, |
| Outside Material | PU/Mesh/Nylon/Oxford cloth per your requirement |
| Middle | 3mmEVA, 5mm EVA, 6mm EVA |

7/20/2018     Travel Zipper Carry Eva Hard Case For Uno Card Game - Buy Travel Zipper Carry Eva Hard Case For Uno Card Game,Eva Travel Case For Uno Card Game,Custom Eva Storage Case Product on Aliba…

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 87 of 189

| | |
|---|---|
| Inside Material | Foam,Velvet,Nylon,Vilvet or other fabric |
| Color | Blue,Pink,Black,Grey,Purple (Based on your choice) |
| Logo | Silkscreen, Hot Press, Sublimation, Pyrography, Embroidery |
| Size | Customize sizes |
| Price | EXW, FOB,CIF |
| Printing | Deboss/Emboss/Silk screen/Hot Press/Rubber |
| Packing | OPP bag, Standard Export Packing / according to customer's requirement |
| MOQ | 500pcs/1000pcs based on case size |
| Service | OEM / ODM |
| Sample Time | 5-7 days, courier cost at customr expense |
| Delivery Time | Depend on the quantity,approximitaly 20~25days |
| Shipping Mode | By Sea, By Air, By Express |
| Port | ShenZhen, Hong Kong |
| Payment Type | T/T, Western Union,Paypal |
| Payment term | 30% as deposit and balance before delivery |
| Mould fee | USD150~USD600 depends on Case Size |
| Production Capacity | 20,0000pcs/mouth |



## Material Structure



## PRODUCT FLOW

## Packing & Delivery

Packing: Each product will be packed with polybag and master carton, if have special requirement, it is ok to change.
Delivery: It is ok to arrange Air, Sea and Express service, it depends on order quantity and customer demands.

**Send your message to this supplier**

To:   Jack Chen

*Message:

> Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

> For better quotations, include:
> - A self introduction
> - Special requests, if any

Your message must be between 20-8000 characters

# Defendant's Storefront

Alibaba.com Global trade starts here. Sourcing Solutions Services & Membership Help & Community My Alibaba 99+ Orders 10

4YRS Shenzhen Ao Ye Mei Technology ... Favorite Supplier On Site What are you looking for...

4YR Gold Supplier Trade Assurance

# Shenzhen Ao Ye Mei Technology Co., Ltd

Home | Product Categories | Company Profile | Contacts

Home > Product Categories > **Travel Zipper Carry EVA Hard Case for UNO Card Game**

Search products here

Product Showcase

## Product Categories

- EVA Headphone Case
- EVA Earphone Case
- EVA Tool Case
- EVA Case For Electronics
- EVA Video Games Case
- EVA Laptop Bags
- EVA Bicycle Case
- EVA Bag For Scooter
- EVA Eyeglass Case
- NBR Floaty For GoPro
- NBR Floating Keychain
- Stroller liner,Seat liner
- Body Positioning Wedge
- Beauty Self Skin
- Yoga Mat & Yoga Products
- EVA Foam Insert
- Taekwondo Protective Gear
- EVA Toddler Toys
- Pet Toys Ball&Frisbee
- EVA MASK
- Ungrouped

## Related Products

EVA Protective Pouch Pocket Hard Ca...

Shockproof eva game console zipper ...

wholesale video game player game ca...

## Result found for "Travel Zipper Carry EVA Hard Case for UNO Card Ga...

View as: 1

Selected Products (0/20) Contact Supplier Start Order

Click + to select products and contact the supplier.

Travel Zipper Carry EVA Hard Case for UNO Card Game

Min. Order: 1000 Pieces

FOB Price: US $1.65 - 2.25 / Piece

Display similar products

1 Go to page Go

## Main Products

EVA Protective Pouch Pocket Hard Ca...

Shockproof eva game console zipper ...

wholesale video game player game ca...

wholesale hard EVA video game carry...

eva case for game player,eva case f...

Contact Supplier Chat Now Browsing History Trade Manager TOP

736



7/20/2018 Company Overview - Shenzhen Ao Ye Mei Technology Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 90 of 189

Alibaba.com
Global trade starts here™

Sourcing Solutions ▾    Services & Membership ▾    Help & Community ▾    My Alibaba 99+    Orders 10    ♡

4YRS  Shenzhen Ao Ye Mei Technology …   ❤️❤️❤️🏠   ⭐ Favorite Supplier          On Site ▾   What are you looking for…   🔍

4YR Gold Supplier    Trade Assurance

# Shenzhen Ao Ye Mei Technology Co., Ltd

| Home | Product Categories ▾ | Company Profile ▾ | Contacts |

Home > Company Profile

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity
R&D Capacity

**Business Performance**
Buyer Interactions
Ratings & Reviews
Transaction History

**Additional Information**
Trade Shows
Transaction Level

## Shenzhen Ao Ye Mei Technology Co., Ltd.

💬 Chat Now!    ✉ Contact Supplier    Start Order





| | |
|---|---|
| Business Type: | Manufacturer |
| Location: | Guangdong, China (Mainland)   ✓ Verified |
| Main Products: | EVA Tool Bag,EVA Earphone Bag,EVA Medcine Bag,EVA case for gifts,EVA Bag |
| Total Employees: | 101 - 200 People |
| Total Annual Revenue: | US$5 Million - US$10 Million |
| Year Established: | 2010   ✓ Verified |
| Top 3 Markets: | North America 55.00%<br>Eastern Asia 25.00%<br>Eastern Europe 5.00% |
| Product Certifications (2): | SGS, SGS |

SHENZHEN AO YE MEI TECHNOLOGY CO., LTD is specialized in the production process gift EVA, EVA luggage products and sponge products, the manufacturer, located in Longgang District, Shenzhen Longgang town, transport links and developed communications processing production location. The strength of the plant : have more advanced production equipment and a large number of outstanding management, research and development and marketing talent. The plant variety, mainly black, white, color EVA sheet / roll, EVA sun hats, EVA antenna ball, EVA chains, floating fridge (EVA floating stickers, sponge floating stickers, sponge buoys, special floating fridge), EVA disposable slippers, books EVA, EVA hot and cold pressure stereotypes products, EVA Cover: EVA bags decorated unit, EVA Frisbee, EVA bag, EVA Speakers kits, tool kits EVA, EVA Huazhuangbao, EVA CD package, a computer package EVA, EVA Case,Handbag,Luggage,Fashion Bag,Leather Wallet,EVA kits, boxes of glasses EVA, EVA umbrella boxes, EVA clocks, boxes, EVA protection of high-grade headphone kit, sponge packing boxes, sponge technology products such as handicrafts. EVA of the plant production process gifts and sponge products through the SGS RoHS certification, environmental, safety and drug-free. Modeling their desires and texture lithe, brightcolour, matched endless, and set practical, interesting integration is inexpensive home accessories, gifts and promotional advertising materials. The plant has consistently sought to durability, the full amount, and the greatest assurance Availability concessions, the national best-selling products among major cities in Southeast Asia and take advantage of modem science, Europe and the United States, the Middle East, Japan and other countries and regions. I plant will continue under the customer required new product development, while warmly welcomes customers with the design, joint development of new innovative products and open up new markets. The plant will be "first-class quality, reasonable prices, honest reputation "the so sincerely welcome friends at home and abroad and insight presence cooperation.
Less ▲

## Production Capacity                                    View More >

### Factory Information

| Product Name | Units Produced (Previous Year) | Highest Ever Annual Output | Unit Type |
|---|---|---|---|
| EVA Tool Bag | 1500000 | 1800000 | Piece/Pieces |
| EVA floating stickers | 2800000 | 3500000 | Piece/Pieces |
| EVA Earphone Bag | 1500000 | 1800000 | Piece/Pieces |
| EVA case for Medical | 1200000 | 1500000 | Piece/Pieces |
| EVA Bag | 1500000 | 1800000 | Piece/Pieces |

### Production Certification

| Picture | Certification Name | Certified By | Business Scope | Available Date --- Expired Date | Verified |
|---|---|---|---|---|---|
| | SGS | SGS | Test requested: to determine the cadmium ,Lead Mercury,Hexavalent Chromium,PBBs(Polybrominated Biphenyls)&PBDEs(Polybrominated Diphenylethers) content in the submitted sample. | 2007-02-09 ~ 2015-02-09 | |

7/20/2018 Company Overview - Shenzhen Ao Ye Mei Technology Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 91 of 189

| Picture | Certification Name | Certified By | Business Scope | Available Date --- Expired Date | Verified |
|---------|-------------------|--------------|----------------|--------------------------------|----------|
|  | SGS | SGS | Test Requested: As requested by client,SVHC screening is performed according to:(i) One hundred and fifty one(151) substances in the Candidate List of Substances of Very Concern (SVHC) for authorization published by European Chemicals Agency (ECHA) on and before Dec 16,2013 regarding Regulation(EC) No 1907/2006 concerning the REACH.. | 2014-04-30 ~ 2015-04-30 | |

## Trade Capacity

View More >

| Main Markets | Total Revenue(%) |
|--------------|------------------|
| North America | 55.00% |
| Eastern Asia | 25.00% |
| Eastern Europe | 5.00% |

Export Percentage:        81% - 90%
Export Mode:              Using an agent
No. of Employees in Trade Department:    6-10 People

---

**Email to this supplier**

To:        Melody bai

*Message:    Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

[ Send ]

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

Transaction History - Shenzhen Ao Ye Mei Technology Co., Ltd.

7/20/2018

**Alibaba.com**
Global trade starts here™

Sourcing Solutions ▾   Services & Membership ▾   Help & Community ▾   My Alibaba 99+   Orders 10   ♡

4YRS  Shenzhen Ao Ye Mei Technology ...   ♦ ♦ ♦ ☆   ☆ Favorite Supplier

On Site ▾   What are you looking for...   🔍

4YR Gold Supplier   Trade Assurance

## Shenzhen Ao Ye Mei Technology Co., Ltd

| Home | Product Categories ▾ | Company Profile ▾ | Contacts |

Home > Company Profile > Transaction History

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity
R&D Capacity

**Business Performance**
Buyer Interactions
Ratings & Reviews
Transaction History

**Additional Information**
Trade Shows
Transaction Level

## Transaction History

💬 Chat Now!   ✉ Contact Supplier   Start Order

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

### Transaction Overview   ◀ 2017.07 - 2018.06 ▶

Transactions

Export Markets

No. of Transactions | Transaction Value

US ▬▬▬▬▬▬ 8
IT ▬ 1

### Transaction Details

| United States ▾ |

This supplier has completed 17 Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| 🇺🇸 United States | USD $*,***.** | 07/03/2018 |
| 🇺🇸 United States | USD $*,***.** | 06/23/2018 |
| 🇺🇸 United States | USD $*,***.** | 05/24/2018 |
| 🇺🇸 United States | USD $*,***.** | 05/18/2018 |
| 🇺🇸 United States | USD $*,***.** | 04/21/2018 |
| 🇺🇸 United States | USD $*,***.** | 02/14/2018 |
| 🇺🇸 United States | USD $*,***.** | 01/17/2018 |
| 🇺🇸 United States | USD $*,***.** | 11/23/2017 |

◀ 1 **2** 3 ▶   Go to Page [ ] Go

### Email to this supplier

To:  Melody bai

*Message:  Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

739

https://szaoye.en.alibaba.com/company_profile/transaction_history.html?spm=a2700.8304367.conu5cff17.7.3267c949aIkUIT   1/2



Alibaba.com Global trade starts here. Sourcing Solutions Services & Membership Help & Community My Alibaba 99+ Orders 10

4YRS Shenzhen Ao Ye Mei Technology ... Favorite Supplier On Site What are you looking for...

4YR Gold Supplier Trade Assurance

# Shenzhen Ao Ye Mei Technology Co., Ltd

Home Product Categories Company Profile Contacts

Home > Company Profile > Transaction History

**Company Overview**
Company Introduction
**Company Capability**
Trade Capacity
Production Capacity
R&D Capacity
**Business Performance**
Buyer Interactions
Ratings & Reviews
Transaction History
**Additional Information**
Trade Shows
Transaction Level

## Transaction History

Chat Now! Contact Supplier Start Order

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

### Transaction Overview

2017.07 - 2018.06

Transactions

Export Markets

### Transaction Details

United States

This supplier has completed 17 Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| United States | USD $*,***.** | 09/18/2017 |
| United States | USD $*,***.** | 08/26/2016 |
| United States | USD $***.** | 06/17/2016 |
| United States | USD $**,***.** | 04/01/2016 |
| United States | USD $***.** | 12/22/2015 |
| United States | USD $*,***.** | 12/04/2015 |
| United States | USD $***.** | 11/23/2015 |
| United States | USD $*,***.** | 09/21/2015 |

1 2 3 Go to Page Go

**Email to this supplier**

To: Melody bai

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

I agree to share my **Business Card** to the supplier.

Send

Contact Supplier
Chat Now
Browsing History
Trade Manager
TOP

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

740

Alibaba.com Global trade starts here. Sourcing Solutions Services & Membership Help & Community My Alibaba 99+ Orders 10

4YRS Shenzhen Ao Ye Mei Technology ... Favorite Supplier On Site What are you looking for...

4YR Gold Supplier Trade Assurance

# Shenzhen Ao Ye Mei Technology Co., Ltd

Home | Product Categories | Company Profile | Contacts

Home > Company Profile > **Transaction History**

**Company Overview**
- Company Introduction

**Company Capability**
- Trade Capacity
- Production Capacity
- R&D Capacity

**Business Performance**
- Buyer Interactions
- Ratings & Reviews
- Transaction History

**Additional Information**
- Trade Shows
- Transaction Level

## Transaction History

Chat Now! Contact Supplier Start Order

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

### Transaction Overview 2017.07 - 2018.06

Transactions

Export Markets

No. of Transactions | Transaction Value

### Transaction Details

United States

This supplier has completed 17 Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| United States | USD $*,***.** | 06/25/2015 |

1 2 3 Go to Page Go

**Email to this supplier**

To: Melody bai

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

I agree to share my **Business Card** to the supplier.

Send

Contact Supplier Chat Now Browsing History Trade Manager TOP

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Pусский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

741

Alibaba.com Global trade starts here. Sourcing Solutions | Services & Membership | Help & Community | My Alibaba 99+ | Orders 10

4YRS Shenzhen Ao Ye Mei Technology ... | Favorite Supplier | On Site | What are you looking for...

4YR Gold Supplier | Trade Assurance

# Shenzhen Ao Ye Mei Technology Co., Ltd

Home | Product Categories | Company Profile | Contacts

Home > Contacts

Trade Assurance

4YRS Shenzhen Ao Ye Mei Technology Co., Ltd.

China (Mainland)

Transaction Level:

Supplier Assessments:

8 Transactions 90,000+

Response Time <24h

Response Rate 65%

## Contact Information

**Ms. Melody bai**

Job Title: Foreign Sales

Chat Now!

Contact Supplier

Start Order

| | |
|---|---|
| Telephone: | 86-0755-84514250 |
| Mobile Phone: | 13417375661 |
| Fax: | 86-0755-84514250 |
| Address: | No.12 Building,XiuMing North Road,BiLing Village,Pingshan Town, Longgang District,Shenzhen City,Guangdong Province, China. |
| Zip: | 518118 |
| Country/Region: | China (Mainland) |
| Province/State: | Guangdong |
| City: | Shenzhen |

## Company Contact Information

| | |
|---|---|
| Company Name: | Shenzhen Ao Ye Mei Technology Co., Ltd. |
| Operational Address: | No. 12, Xiuming North Road, Biling, Pingshan New Dist., Shenzhen, Guangdong, China (Mainland) |
| Website: | http://en.szaoye.com |
| Website on alibaba.com: | szaoye.en.alibaba.com |

### Email to this supplier

To: Melody bai

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

Contact Supplier | Chat Now | Browsing History | Trade Manager | TOP

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

742



# Communications between NAL and Defendant



My Alibaba

99+ My Account Help

Make Alibaba work better for you. share your thoughts here

Buy Sell
Home
Message Center
Orders
Contacts
My Lists
Services

All inquiries

jack chen clear

All Statuses Unread

**Product inquiry about Travel Zipper Carry EVA Hard Case fo...**

Jack Chen 08:48
4YRS

Mr. Jack Chen
Chat Now!

Shenzhen Ao Ye Mei Technology ... ID: 100698143029
4YRS
Show more

Location: CHINA (MAINLAND) IP: 113.118.33.*

Message only sent to you

[redacted] 2018-07-10 12:28

Hello,

This is [redacted] from [redacted] i want to inquire if you can supply our company thousands of this every month?

[redacted]

Read

Notification 2018-07-10 12:28

Rate your supplier's reply (ANONYMOUS):

Very bad Bad Neutral Good Great

Jack Chen 2018-07-10 17:27

Hi [redacted],

Thanks for your inquiry, this is Melody from Aoye, a 10 years' factory,mainly produce all kinds of hard eva cases.

Regard the cards case, yes we can supply you every month, pls free to contact us if you have any question about it.

Thanks
Melody

[redacted] 2018-07-13 08:29

hello dear, i'm so sorry for the late response, i was on a business trip with my boss, and dear nice to know that you can supply us thousands of this every month, we really glad to make a long term business with you.

Read

Jack Chen 2018-07-14 14:19

Ok, could you tell us when will you start it?

Thanks
Melody

[redacted] 2018-07-16 07:22

Hi, can i order for a product sample of this for now?

Read

Jack Chen 2018-07-16 11:42

Could you tell us which sample do you want? The Game cards case?

Hope your reply soon.

Thanks
Melody

[redacted] 2018-07-16 11:53

Yes

Read

Jack Chen 2018-07-17 10:01

Hello [redacted],

Herewith our cards case quotation for your refer, pls free to contact us if you have any question about it. And if you want to do your own design, it's okay, pls tell us.

Thanks
Melody

Cards Case Quotation.pdf Download

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

Draft Trade Assurance O

Payment Security Quality o

Add product Add contract

Product details

Image * Product name

1. Travel Zipper Carry UNO Card Game

* Quantity * U
1000 P

* Unit price Tot
US $ 0 US

Input specified product speci requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma

Shipment terms

Shipping address [redacted]
2890 Lewis S
Aurora , Illinc
Edit

* Shipping Method: Express

* Shipping carrier Logistics Pro
Priority
Standard
Post Air
Other se

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date Specify s
Shipme
Ship in

744









Alibaba.com Global trade starts here.™ | My Alibaba 99+ My Account Help

Buy Sell

Make Alibaba work better for you. share your thoughts here

Home
Message Center
Orders
Contacts
My Lists
Services

**All inquiries**

jack chen clear

All Statuses Unread

**Product inquiry about Travel Zipper Carry EVA Hard Case fo...**

Jack Chen 08:48
4YRS

Mr. Jack Chen
Chat Now!

Shenzhen Ao Ye Mei Technology ... ID: 100698143029
4YRS
Show more

Jack Chen 2018-07-18 13:57

Hi [redacted]

Pls check the link below.

https://www.alibaba.com/product-detail/Hard-Case-for-Pokemon-Trading-Cards_60776731091.html?spm=a2747.manage.list.4.746d71d2RWBTwU

Thanks
Melody

[redacted] 2018-07-18 15:17

But we like to order this one dear.

https://www.alibaba.com/product-detail/Travel-Zipper-Carry-EVA-Hard-Case_60640519508.html?spm=a2700.8443308.0.0.4a7e3e5fNTyZmM

Read

Jack Chen 2018-07-19 15:09

Hi [redacted]

Herewith the quotation for this case, pls confirm and feedback to us, then we will send PI to you.

Thanks
Melody

UNO cards Case---2018-7-19.pdf Download

[redacted] 2018-07-19 15:12

Dear, what is your paypal, i will pay the shipping cost thru paypal, and pay the item cost thru TT

Read

Jack Chen 2018-07-19 15:49

Hi [redacted]

Well noted and thanks. Herewith the PI of the order, pls send us bankslip after payment, then we will start the order.

Producing time: 18~20 days.

Thanks
Melody

PI -2018-7-19.pdf Download

[redacted] 2018-07-19 15:53

Dear, can you update the PI and put our full address ? 7854 Heritage St. Brooklyn, NY 11223

Read

Jack Chen 2018-07-19 16:20

Hi [redacted]

Pls check the updated PI.

Thanks
Melody

UNO cards Case---2018-7-19.pdf Download

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

Draft Trade Assurance O

✔ Payment Security ✔ Quality o

Add product | Add contract

Product details

Image | * Product name

1. Travel Zipper Carry UNO Card Game

* Quantity: 1000 | * U: P

* Unit price: US $ 0 | Tot: US

Input specified product speci requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma

Shipment terms

Shipping address: [redacted] 2890 Lewis S Aurora , Illin
Edit

* Shipping Method: Express

* Shipping carrier: Logistics Pro
Priority
Standard
Post Air
Other se

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date: Specify s
Shipme
Ship in

746

Alibaba.com Global trade starts here.™ | My Alibaba

99+ My Account | Help

Buy Sell

Home
Message Center
Orders
Contacts
My Lists
Services

Make Alibaba work better for you. share your thoughts here

All inquiries

jack chen clear

All Statuses | Unread

**Product inquiry about Travel Zipper Carry EVA Hard Case fo...**

Jack Chen 08:48 4YRS

Mr. Jack Chen

Chat Now!

Shenzhen Ao Ye Mei Technology ... ID: 100698143029

4YRS

Show more

[redacted] 2018-07-18 15:17

But we like to order this one dear.

https://www.alibaba.com/product-detail/Travel-Zipper-Carry-EVA-Hard-Case_60640519508.html?spm=a2700.8443308.0.0.4a7e3e5fNTyZmM

Read

Jack Chen 2018-07-19 15:09

Hi [redacted]

Herewith the quotation for this case, pls confirm and feedback to us, then we will send PI to you.

Thanks
Melody

UNO cards Case---2018-7-19.pdf Download

[redacted] 2018-07-19 15:12

Dear, what is your paypal, i will pay the shipping cost thru paypal, and pay the item cost thru TT

Read

Jack Chen 2018-07-19 15:49

Hi [redacted]

Well noted and thanks. Herewith the PI of the order, pls send us bankslip after payment, then we will start the order.

Producing time: 18~20 days.

Thanks
Melody

PI -2018-7-19.pdf Download

[redacted] 2018-07-19 15:53

Dear, can you update the PI and put our full address ? 7854 Heritage St. Brooklyn, NY 11223

Read

Jack Chen 2018-07-19 16:20

Hi [redacted]

Pls check the updated PI.

Thanks
Melody

UNO cards Case---2018-7-19.pdf Download

[redacted] 2018-07-20 08:27

Hi jack good morning, dear would you mind updating the PI again and put your paypal account on the PI, so i can submit this now to our finance for the payment?

Read

Jack Chen 2018-07-20 08:48

Hi [redacted]

Our paypal account are on the PI, pls check the bank information below, you will find our paypal account.

Thanks
Melody

PI -2018-7-20.pdf Download

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

Draft Trade Assurance O

✔ Payment Security ✔ Quality o

Add product | Add contract

Product details

Image * Product name

1. Travel Zipper Carry UNO Card Game

* Quantity * U

1000 P

* Unit price Tot

US $ 0 US

Input specified product specif requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma

Shipment terms

Shipping address [redacted] 2890 Lewis S Aurora , Illinc

Edit

* Shipping Method: Express

* Shipping carrier Logistics Pro

Priority

Standard

Post Air

Other se

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date Specify s

Shipme

Ship in

747

Alibaba.com Global trade starts here.™ My Alibaba

99+ My Account Help

Buy Sell
Home
Message Center
Orders
Contacts
My Lists
Services

All inquiries

jack chen clear

All Statuses Unread

**Product inquiry about Travel Zipper Carry EVA Hard Case fo...**

Jack Chen 13:52
4YRS

Mr. Jack Chen
Chat Now!

Shenzhen Ao Ye Mei Technology ... ID: 100698143029
4YRS

Show more

Show more messages

[redacted] 2018-07-20 09:36

Hi mr. Jack Chen, my i know if you also ok with zhifubao payment, becuase if our paypal is being use at the mornment my second options is to use zhifubao by paying the shipping cost.

Read

⚠ Note: Please make sure to make payment to the bank account designated by Alibaba.com to get protection from Alibaba.com.

[redacted] 2018-07-20 12:17

Hello, mr jack

Read

Jack Chen 2018-07-20 12:39

Hi [redacted]

Arrange the shipping cost before shippment is okay.

Thanks
Melody

[redacted] 2018-07-20 12:40

Okay, can you provide me your email? i will just email you i we done paying this.

Read

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

[redacted] 2018-07-20 13:16

Please provide your email, because i will be off the office later.

Read

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

Jack Chen 2018-07-20 13:41

amanda25lele@qq.com

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

Jack Chen 2018-07-20 13:44

Hi [redacted]

My email: melodybai@szaoye.com

Our Zhifubao account: 2851335050@qq.com.

Thanks
Melody

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

[redacted] 2018-07-20 13:45

Jack may i know if you have also zhifubao? Encase our paypal can't be used on paying the shipping cost, we will use zhifubao. Just encase, would you mind to provide your zhifubao?

Read

⚠ Note: Please make sure to make payment to the bank account designated by Alibaba.com to get protection from Alibaba.com.

[redacted] 2018-07-20 13:46

Is this also your paypal amanda25lele@qq.com?

Read

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

Jack Chen 2018-07-20 13:52

Sorry, pls ignore amanda25lele@qq.com. Our zhifubao: *2851335050@qq.com.*

Thanks
Melody

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

Draft Trade Assurance O

✔ Payment Security ✔ Quality o

Add product | Add contract

Product details

Image | * Product name

1. Travel Zipper Carry UNO Card Game

* Quantity 1000 | * U P

* Unit price US $ 0 | Tot US

Input specified product speci requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma

Shipment terms

Shipping address [redacted] 2890 Lewis S Aurora , Illinc Edit

* Shipping Method: Express

* Shipping carrier Logistics Prc
Priority
Standard
Post Air
Other se

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date Specify s
Shipme
Ship in
supplier

748

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



深 圳 市 奥 邺 美 科 技 有 限 公 司

**SHENZHEN AO YE MEI TECONOLOGY CO.,LTD**

Add: No 104 Pinghuan Ind. District,Pingshan Town,LongGang District, Shenzhen, Guangdong Province. China

Web:www.szaoye.en.alibaba.com          Tel: (86)0755-89564880          Fax: (86)0755-89564881-800

| | |
|---|---|
| Messis: ███ | From:Shenzhen Ao Ye Mei Technology Co.,Ltd |
| Contact: ███ | contact：Melody |
| Tel: ███ | Tel：86-13417375661 |
| Add: 7854 Heritage St. Brooklyn, NY 11223 | Add: No.12 Building,XiuMing North Road,BiLing Village,Pingshan Town,Longgang District,Shenzhen City,Guangdong Province, China. |

### Proformal Invoice

| Pictures | Specification | Unit price(EXW) USD | QUANTITY PCS | AMOUNT USD |
|---|---|---|---|---|
| | 1) UNO Cards Case<br>2) 12*9*4.5cm<br>3) 1680D+EVA+Jersey | US$1.370 | 1000 | US$1,370.00 |
| **Total Amount** | | | | US$1,370.00 |
| **Deposit** | **50% of total amount** | | | US$685.00 |

**Remarks:The banks fees is on your side.**

**Bank information:**

**Paypal:**

**Account Name:Chenli**
**Account:89521274@qq.com**

# T/T:

**ACCOUNT NAME: Floaty Technology HongKong Co., Limited**
**ACCOUNT NO. : 364-358945-883**
**SWIFT CODE: HASEHKHH**
**BANK NAME: Hang Seng Bank Limited**
**BANK ADDRESS: 83 Des Voeux Road Central Hong Kong**

On behalf of :

Shenzhen Ao Ye Mei Tochnology Co.,Ltd
2018/7/20

# DEFENDANT Shenzhen Weichengwang Paper Packaging Co., Ltd.

# Defendant's Listing for Infringing Products

7/19/2018   Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr...

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 106 of 189

 

One Request, Multiple Quotes · Get the App

Sourcing Solutions ⌄    Services & Membership ⌄    Help & Community ⌄

☰ Categories ⌄    Products ⌄    What are you looking for...    🔍 Search

👤 99+ My Alibaba    🛒 8 Orders    ♡ 0 Favorites

Home  >  All Industries  >  Packaging & Printing  >  Packaging Bags (1488651)  >  Subscribe to Trade Alert                                    English ⌄





fancy UNO Playing Card custom playing card ,game card printing for family party

FOB Reference Price: Get Latest Price

**US $0.1-3.4** / Pieces    1000 Piece/Pieces (Min. Order)

📧 Contact Supplier    Start Order

💬 Leave Messages

Seller Support:  🛡 Trade Assurance – To protect your orders from payment to delivery

Payment:  VISA 💳 T/T  e-Checking  More ⌄

Shipping:  Less than Container Load (LCL) Service to US  Get shipping quote
   · Transparent and fair price  · 24/7 online support  · Online tracking

**Shenzhen Weichengwang Paper Packaging Co., Ltd.**

6YRS    CN

🏅 Gold Supplier
🛡 Trade Assurance
🔍 Onsite Check

Transaction Level:  ♦♦♦
11 Transactions    💲 30,000+
Response Time    24h-48h
Response Rate    54.1%

View Company Profile

**You May Like**

 Custom cheap printing folding user manual
US $0.0012-0.5 / Piece
10000 Piece/Pieces

 Custom full printing restaurant menu
US $0.0012-0.5 / Piece
10000 Piece/Pieces

 Kraft Paper Bag &Shopping Bag With
US $0.05-0.2 / Piece
1000 Piece/Pieces

 18x7x18 Kraft Brown Paper Handle
US $0.1-1.0 / Piece
1000 Piece/Pieces

 wholesale promotional boutique logo printed
US $0.1-0.5 / Piece
1000 Piece/Pieces

 Eco-friendly cheap brown kraft paper bag
US $0.3-1.15 / Piece
1000 Piece/Pieces

 Cheap Kraft Paper Bag Wholesale Shenzhen
US $0.05-0.2 / Piece
1000 Piece/Pieces

 Factory wholesale christmas gift bag
US $0.2-0.88 / Piece
1000 Piece/Pieces

---

| Product Details | Company Profile | Transactions Overview |                    Report Suspicious Activity

Product description    product show    Packaging & Shipping    Our Services    Company Information    FAQ

## Overview

### Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Material: | Paper, Paper,art paper/kraft pa... | Paper Type: | Art Paper | Industrial Use: | Custom Playing Card Printing |
| Feature: | Recyclable, Recyclable | Surface Handli... | Embossing | Sealing & Hand... | Drawstring |
| Custom Order: | Accept | Place of Origin: | Guangdong, China (Mainland) | Brand Name: | VVB |
| Model Number: | VVB-53 | quality: | 100%QC,quality assurance | Print: | Full colour Offset print |
| Surface finished: | matt lamination,glossy finishe... | size&design: | size&design: customized | use: | Custom Playing Card Printing |
| Advantages: | Durable, Cheap, Eco-friendly, w... | Product name: | Custom Playing Card Printing | | |

### SupplyAbility

SupplyAbility:    50000 Piece/Pieces per Month

### Packaging & Delivery

Packaging Details    Packaging Detail:Standard Cartons
         Delivery Detail:7-15 days as the deposit received and sample approved

Port    shenzhen port

Lead Time ⓘ    7-15 work dsys



MANUFACTURER    Shenzhen WeiChengwang paper packaging co.,Ltd
Make your own style paper bag
Paper Bag

7/19/2018    Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr…

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 107 of 189

**Product description**




**Product    Description**

| Material | 1.Art paper (128g,157g,200g,210g,230g,250g) |
|---|---|
| | 2.Kraft paper(brown/white kraft paper) (100gsm,120gsm150gsm,200gsm250gsm.300gsm) |

**Surface treatment**

| | |
|---|---|
| Glossy lamination | Matte lamination |
| Glossy varnishing | Matte varnishing |
| Embossing | Debossing |
| Gold & Silver Stamping | Spot UV |
| **Choose the one you like!** | |

**Order quantity**

| Order Quantity | MOQ (Minimum Order Quantity) | 500pcs |
|---|---|---|
| | Normal Quantity | 1,000pcs |
| | Best Price Quantity | 3,000pcs |
| | Cheapest Price Quantity | 10,000pcs |
| | Sample order quantity | 3-5pcs |

**Production lead time**

| Sample production | 5 working days after confirmation of artwork and remittance | |
|---|---|---|
| Mass production | 1,000pcs | 5-7 working days |
| | 5,000pcs | 8~10 working days |
| | 10,000pcs | 10~15 working days |
| | 50,000pcs | 15~18 working days |
| | PS: After receiving the deposit and confirmation of all artworks. It also depends on the factory production capacity. | |

**Widely used sizes:inch**

| 5.5*3.25*8.375 | 5.5*3.25*13 | 10*5*10 |
|---|---|---|
| 10*5*13 | 13*6*16 | 13*7*13 |
| 13*7*17 | 14.5*9*16.5 | 16*6*12 |
| 16*6*16 | 18*7*18 | 12*7*12 |
| 12*7*15.75 | 8*4.75*10.25 | 16*6*19 |
| **Above sizes are for reference. We accept customized sizes order.** | | |

**product show**



**Product    Show**

754

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 108 of 189



7/19/2018    Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr…

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 109 of 189



7/19/2018     Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr…

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 110 of 189



7/19/2018    Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr…

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 111 of 189





**Our Services**



7/19/2018    Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr…

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 112 of 189



Company Information

7/19/2018   Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr...

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 113 of 189



**Company    Information**

Back to 2005, two brothers connected together and established a printing factory: ShenZhen Weichengwang Paper Packaging Co.,
Ltd.It has been involving in package industry for more than 12 years' development, and with a team of production, sales, R&D and
superior service, forest packing grows bigger and stronger, and also harvests great public praise from native and abroad.
 Our company manufactures all kinds of packaging products, including paper box, corrugated box, color box, cardboard, carton
box, Display box, Food box, Gift box, paper bag, Magazine Printing and Notebook etc. We have more than 100 advanced equipment,
such as German MAN Roland R904-7B four-color, R9055 five-color offset press , Heidelberg speed master CP102 four color sheet-fed
offset press, Japanese Roybi 754 four color offset press, five advanced 5-ply Corrugated Board Production Lines, automatic Printing
Slotting/Die-cutting Machines, automatic folder gluer, UV Spot and Overall Coating Machine, film blowing machines etc. We also
supply the whole service to our customers, like design-making, plates-printing together with the late machining process. Our
customers spread in different industry area all over the world.



**Our  Certifications**



FAQ

7/19/2018    Fancy Uno Playing Card Custom Playing Card,Game Card Printing For Family Party - Buy High Quality Playing Card Printing,Custom Playing Card Printing,Wedding Favor Gift Boxcustom Game Card Pr…

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 114 of 189

 **FAQ**

### Q:How to Get in Contact with Us?

| Opon One | Register on Alibaba and leave us a message or talk to us on Trading Manager **at the BOTTOM of this page** |
| Opon Two | Reach us Directly on **whatsapp:18164589330** |
| Opon Three | Call our Office Number **0086-755-23023934** or Mobile **0086 18164589330 Autumn Zhang** |

### Q:How should I Write the Enquiry?

First up, try to describe it according to the following aspects:

1, **Dimensions**: Length, width, height.

2, **Paper type:** Ivory Board, Art Paper, Kraft Paper etc.

3, **Handles**: Round PP Handles, Co on Handles, Flat Fabric Handles, Flat Paper Handles, Twisted Paper Handle, Hook Handles.

It will be more helpful if you include images in the enquiry. Our professional team will get back to you with the best soluons and designs f or your reference.

### Q:Are you a manufacturer or a trading company?

A:We are a manufacturer in the prinng & pack aging area for more than 10 years. Right now we have more than 300 workers in our factory in ShenZhen. Our products comply with ISO9001:2008 and BV. We are the AAA grade enterprise in China.

### Q:How can I get the samples?

A:We can make samples for you to run tests on but there will be sample costs and express charges. When you place the bulk order, we will refund you the amount.

### Q:How much is the freight for samples?

A: It really depends on the weight and size of them. Generally speaking, it should be no less than 50 USD.

### Q:How soon can I expect to get the sample?

A:The samples will be ready for delivery in 3-5 days and will be sent via express and arrive in another 3-5 days.

### Q:How to make the order?

A:Please send us your purchase order via Email or Fax (86-0755-23023934), or you can request us to send you the proforma invoice for your order. We need to know the following informaon f or your order:

1)Product informaon: Quan ty , Specificaons (Siz e, Material, Finish and Packing requirements etc.)
2)Required Delivery Time.
3)Shipping informaon: Compan y Name, Street address, Phone&Fax number,Desna on Sea P ort, etc.
4)Forwarder's contact details if there's any in China.

*Your inquiry will be answered within 24 hours .Please feel free to contact us ,we will be more than glad to serve you .Hope we can build long term cooperation with you !*



# Defendant's Storefront

7/17/2018    fancy UNO Playing Card custom playing card ,game card printing for family party - search result, Shenzhen Weichengwang Paper Packaging Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 116 of 189



7/17/2018                                   Company Overview - Shenzhen Weichengwang Paper Packaging Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 117 of 189



**Alibaba.com** Global trade starts here.

Sourcing Solutions ▾ | Services & Membership ▾ | Help & Community ▾ | My Alibaba 99+ | Orders 8 | ♡

6YRS | Shenzhen Weichengwang Paper P... ▾ | 🧡🧡🧡🏠 | ⭐ Favorite Supplier

On Site ▾ | What are you looking for? | 🔍

 Contact Supplier

 Leave Messages

 Browsing History

 Trade Manager

## Shenzhen VVE Paper Packaging Co.,Ltd

6YR Gold Supplier | Trade Assurance

| Home | Product Categories ▾ | Company Profile ▾ | Exhibition | Contacts |

Home > Company Profile

**Company Overview**

Company Introduction

**Company Capability**

Trade Capacity

Production Capacity

R&D Capacity

**Business Performance**

Buyer Interactions

Ratings & Reviews

Transaction History

**Additional Information**

Trade Shows

Transaction Level

### Shenzhen Weichengwang Paper Packaging ...

🔄 Leave Messages | ✉ Contact Supplier | Start Order





| | |
|---|---|
| Business Type: | Manufacturer, Trading Company |
| Location: | Guangdong, China (Mainland)   ✓ Verified |
| Main Products: | Gift box,Product packaging,Color card,Sticker,Label |
| Total Employees: | Fewer than 5 People |
| Total Annual Revenue: | US$5 Million - US$10 Million |
| Year Established: | 2010   ✓ Verified |
| Top 3 Markets: | Northern Europe 16.00%<br>Western Europe 15.00%<br>Oceania 11.00% |
| Certifications (2): | ISO9001, FSC |
| Trademarks (1): | VVE |

Shenzhen Weichengwang Paper Packaging Co., Ltd. is a professional manufacturer of various types of packaging and printing products, including color paper boxes, paper bags, instructional manuals, catalogs, packaging boxes, cards, tags, posters, gift boxes, playing cards, file folders and brochures.

Founded in 2002, through over 10 years' great efforts and development, now we have more than 100 employees and 8,000 square meters of factory area. Under the condition of continual employing and training professional technical personnel, purchasing advanced software and equipment, we can afford high quality and efficient productions. We have a lot of advanced equipment, such as, four-color machines, UV printing machines, automatic die-cutting machines, omnipotence folding paper machines and automatic glue-binding machines. Our company has an integrity and quality management system, and a heavy metal control system.

Due to competitive prices and satisfying services, our products gain a very good reputation among customers at home and abroad. Now we would like to develop more worldwide business relationships. We will try our best to supply the best quality and services if we have the opportunity to work for you. We hope to establish good cooperation relationships and develop together with you.

We are looking forward to working with you as a partner for mutual benefits. Should you get in touch with us, we could assure you of a speedy response from our sales team with professional knowledge related to paper packing. All feedbacks from you are welcome!

Less ▲

### Certification

| Picture | Certification Name | Certified By | Business Scope | Available Date --- Expired Date | Verified |
|---|---|---|---|---|---|
| | ISO9001 | China Great Wall Quality | paper packaging box | 2016-05-03 ~ 2019-05-02 | |
| | FSC | SCS | medium density fiberboard | 2017-01-26 ~ 2018-01-26 | |

### Trade Capacity

View More >

| Main Markets | Total Revenue(%) |
|---|---|
| Northern Europe | 16.00% |
| Western Europe | 15.00% |
| Oceania | 11.00% |
| North America | 10.00% |
| Central America | 10.00% |
| South Asia | 10.00% |
| Southern Europe | 10.00% |



TOP

7/17/2018
Company Overview - Shenzhen Weichengwang Paper Packaging Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 118 of 189

| Main Markets | Total Revenue(%) |
|---|---|
| Eastern Europe | 8.00% |
| South America | 5.00% |
| Domestic Market | 4.20% |
| Mid East | 0.50% |
| Southeast Asia | 0.30% |

Export Percentage:             31% - 40%
Export Mode:                   Using an agent
No. of Employees in Trade Department:   6-10 People

### Email to this supplier

To:   Sandra Li

*Message:   Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

765

7/17/2018     Transaction History - Shenzhen Weichengwang Paper Packaging Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 119 of 189

**Alibaba.com**
Global trade starts here.

Sourcing Solutions ▾    Services & Membership ▾    Help & Community ▾    My Alibaba 99+    Orders 8    ♡

6YRS   Shenzhen Weichengwang Paper P...   🧡🧡🧡💎   ⭐ Favorite Supplier    On Site ▾   What are you looking for...   🔍

**Shenzhen VVE Paper Packaging Co.,Ltd**

6YR Gold Supplier    Trade Assurance

| Home | Product Categories ▾ | Company Profile ▾ | Exhibition | Contacts |

Home > Company Profile > Transaction History

**Company Overview**

Company Introduction

**Company Capability**

Trade Capacity
Production Capacity
R&D Capacity

**Business Performance**

Buyer Interactions
Ratings & Reviews
Transaction History

**Additional Information**

Trade Shows
Transaction Level

## Transaction History

Leave Messages   Contact Supplier   Start Order

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details about the transaction data, please contact the supplier directly.

### Transaction Overview ◄ 2017.07 - 2018.06 ►

Transactions



Export Markets

No. of Transactions | Transaction Value

| | |
|---|---|
| CA | 5 |
| US | 4 |
| UK | 3 |
| TH | 1 |
| SG | 1 |
| IT | 1 |

### Transaction Details

United States ▾

This supplier has completed **23** Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| United States | USD $*,***.** | 07/06/2018 |
| United States | USD $*,***.** | 07/04/2018 |
| United States | USD $***.** | 06/28/2018 |
| United States | USD $*,***.** | 03/14/2018 |
| United States | USD $*,***.** | 02/06/2018 |
| United States | USD $*,***.** | 01/16/2018 |
| United States | USD $*,***.** | 06/17/2017 |
| United States | USD $*,***.** | 06/08/2017 |

◄ 1 **2** 3 ►     Go to Page [ ] Go

### Email to this supplier

To:   Sandra Li

*Message:   [ Enter your inquiry details such as product name, color, size, MOQ, FOB, etc. ]

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

766

https://vvt.en.alibaba.com/company_profile/transaction_history.html?spm=a2700.8304367.conu5cff17.7.4ffb49f3qkfoZl     1/2

**Alibaba.com**
Global trade starts here.™

Sourcing Solutions ▾    Services & Membership ▾    Help & Community ▾    My Alibaba 99+    Orders 8    ♡

6YRS  Shenzhen Weichengwang Paper P...    🧡🧡🧡🔶  ⬦ Favorite Supplier

On Site ▾    What are you looking for...    🔍

™
**Shenzhen VVE Paper Packaging Co.,Ltd**

6YR ⬤ Gold Supplier    ⬤ Trade Assurance

| Home | Product Categories ▾ | Company Profile ▾ | Exhibition | Contacts |

Home > Company Profile > Transaction History

### Company Overview
Company Introduction

### Company Capability
Trade Capacity
Production Capacity
R&D Capacity

### Business Performance
Buyer Interactions
Ratings & Reviews
**Transaction History**

### Additional Information
Trade Shows
Transaction Level

## Transaction History

⚪ Leave Messages    ✉ Contact Supplier    Start Order

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

### Transaction Overview    ◀  2017.07 - 2018.06  ▶

**Transactions**



**Export Markets**

No. of Transactions | Transaction Value

| | |
|---|---|
| CA | 5 |
| US | 4 |
| UK | 3 |
| TH | 1 |
| SG | 1 |
| IT | 1 |

### Transaction Details

| United States | ▾ |

This supplier has completed **23** Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| 🇺🇸 United States | USD $***.** | 06/06/2017 |
| 🇺🇸 United States | USD $***.** | 05/24/2017 |
| 🇺🇸 United States | USD $*,***.** | 03/16/2017 |
| 🇺🇸 United States | USD $***.** | 03/06/2017 |
| 🇺🇸 United States | USD $***.** | 03/02/2017 |
| 🇺🇸 United States | USD $*,***.** | 02/27/2017 |
| 🇺🇸 United States | USD $*,***.** | 01/05/2017 |
| 🇺🇸 United States | USD $***.** | 12/30/2016 |

◀  1  2  3  ▶    Go to Page [    ] Go

**Email to this supplier**

To:    Sandra Li

*Message:    [ Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.                    ]

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

767

https://vvt.en.alibaba.com/company_profile/transaction_history.html?spm=a2700.8304367.conu5cff17.7.4ffb49f3qkfoZl    1/2

7/17/2018 Transaction History - Shenzhen Weichengwang Paper Packaging Co., Ltd.

Case 1:18-cv-08824-LAP Document 15-4 Filed 10/18/18 Page 121 of 189

**Alibaba.com**
Global trade starts here.

Sourcing Solutions ⌄ | Services & Membership ⌄ | Help & Community ⌄ | 👤 My Alibaba 99+ | 🕐 Orders 8 | ♡

6YRS Shenzhen Weichengwang Paper P... 🧡🧡🧡 🏠 | ⭐ Favorite Supplier

On Site ⌄ | What are you looking for... | 🔍

™ **Shenzhen VVE Paper Packaging Co.,Ltd** | 6YR 🏅 Gold Supplier | 🛡 Trade Assurance

| Home | Product Categories ⌄ | Company Profile ⌄ | Exhibition | Contacts |

📧 Contact Supplier
Leave Messages
Browsing History
Trade Manager

Home > Company Profile > Transaction History

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity
R&D Capacity

**Business Performance**
Buyer Interactions
Ratings & Reviews
Transaction History

**Additional Information**
Trade Shows
Transaction Level

## Transaction History

💬 Leave Messages | 📧 Contact Supplier | Start Order

Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

### Transaction Overview ◄ 2017.07 - 2018.06 ►

Transactions



Export Markets | No. of Transactions | Transaction Value

CA — 5
US — 4
UK — 3
TH — 1
SG — 1
IT — 1

### Transaction Details

United States ▾

This supplier has completed **23** Transactions with buyers from United States.

| Shipping Destination | Transaction Value | Transaction Date |
|---|---|---|
| 🇺🇸 United States | USD $*,***.** | 12/13/2016 |
| 🇺🇸 United States | USD $*,***.** | 11/01/2016 |
| 🇺🇸 United States | USD $*,***.** | 08/25/2016 |
| 🇺🇸 United States | USD $*,***.** | 06/03/2016 |
| 🇺🇸 United States | USD $*,***.** | 04/12/2016 |
| 🇺🇸 United States | USD $***.** | 03/16/2016 |
| 🇺🇸 United States | USD $*,***.** | 03/31/2015 |

◄ 1 2 3 ► | Go to Page [ ] Go

### Email to this supplier

To: Sandra Li

*Message: [ Enter your inquiry details such as product name, color, size, MOQ, FOB, etc. ]

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

7/17/2018     Contact Information for Shenzhen Weichengwang Paper Packaging Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 122 of 189



**Alibaba.com**
Global trade starts here.™

Sourcing Solutions ⌄   Services & Membership ⌄   Help & Community ⌄    My Alibaba 99+   Orders 8   ♡

6YRS   Shenzhen Weichengwang Paper P... ⌄   🟠🟠🟠 🏠   ⭐ Favorite Supplier

On Site ⌄   What are you looking for...   🔍

## Shenzhen VVE Paper Packaging Co.,Ltd

6YR ⭐ Gold Supplier   🛡 Trade Assurance

| Home | Product Categories ⌄ | Company Profile ⌄ | Exhibition | Contacts |

Home > Contacts

🛡 Trade Assurance

6YRS   Shenzhen Weichengwang Paper Packaging Co., Ltd.

China (Mainland)

Transaction Level: 🟠🟠🟠

Supplier Assessments: 🔺

13 Transactions   💲 40,000+

Response Time   24h-48h
Response Rate   54.1%

## Contact Information



**Ms. Sandra Li**
Department:   Sales
Job Title:   Sales Representative

🔘 Leave Messages

✉ Contact Supplier

Start Order

| | |
|---|---|
| Telephone: | 86-755-23023934 |
| Mobile Phone: | 86-15013493625 |
| Fax: | 86-755-27798004 |
| Address: | Floor 3 Kaisheng Industrial,No.31 Tiezhai Road ,Xixiang Town,Baoan District ,shenzhen,Guangdong,China |
| Zip: | 518102 |
| Country/Region: | China (Mainland) |
| Province/State: | Guangdong |
| City: | Shenzhen |

### Company Contact Information

✓ Company Name:    Shenzhen Weichengwang Paper Packaging Co., Ltd.

✓ Operational Address:    B, 3/F, Bldg. 1, Gongle Industrial Village, Gongle Community, Xixiang St., Baoan, Shenzhen, Guangdong, China (Mainland)

Website:    http://www.szoyar.com

Website on alibaba.com:    vvt.en.alibaba.com

### Email to this supplier

To:    Sandra Li

*Message:    Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - ภาษาไทย

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

769

# Communications between NAL and Defendant





  Alibaba.com Global trade starts here. My Alibaba

99+ My Account Help

Buy Sell
Home
Message Center
Orders
Contacts
My Lists
Services

All inquiries

fancy UNO Playing Card custom clear

All Statuses Unread

**Product inquiry about fancy UNO Playing Card custom playing...**

Andy Qin 09:23
6YRS

Mr. Andy Qin
Leave Messages

Shenzhen Weichengwang Paper ... ID: 100698620396
6YRS
Show more

Location: CHINA (MAINLAND) IP: 119.123.134.*
Message only sent to you

[redacted] 2018-07-10 15:05

Hello,

This is [redacted] from [redacted] i want to inquire if you can supply our company thousands of this every month?

-[redacted]

Read

Notification 2018-07-10 15:05

Rate your supplier's reply (ANONYMOUS):

Very bad Bad Neutral Good Great

Cindy Wu 2018-07-11 11:20

Hi,Mrs.[redacted]

This is Cindy.I'm glad to assit you.

Yes.We can make it .

Could you please tell me how many card in one box?What's custom size(Length,Width) is it?

Cindy
Skype:Cindy Wu0503

[redacted] 2018-07-13 08:34

Dear, my boss really like this one VVB-53 model, can we just order this one?

Read

Cindy Wu 2018-07-13 11:25

Could you please tell me how many card in one box?What's custom size(Length,Width) is it?

[redacted] 2018-07-13 11:26

13*7*17

Read

Cindy Wu 2018-07-13 12:47

It doesn't make sense

[redacted] 2018-07-13 12:55

Dear, sorry i want the width 2 inch, and length of 3 inch. I want 108 card in one box dear.

Read

Cindy Wu 2018-07-13 17:05

How many box would you like to order?Our minimum order quantity is 500Pcs per size ,color and design with CMYK 4C

[redacted] 2018-07-16 07:16

Okay, by the way do you ship here in my address, Brooklyn, NY, USA?

Read

Cindy Wu 2018-07-16 14:18

Hi,[redacted]

The price is EXW USD1.59 per box .

We can shipping to your address.Please kindly know the cost will taken by you.

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

Draft Trade Assurance Or

Payment Security Quality o

Add product Add contract

Product details

Image * Product name

1. fancy UNO Playing card ,game card pr

* Quantity * U
1000 P

* Unit price Tot
US $ 0 US

Input specified product specif requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma

Shipment terms

Shipping address A

* Shipping Method: Express

* Shipping carrier Logistics Pro
Priority
Standard
Post Air
Other ser

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date Specify s
Shipme
Ship in
supplier
Please

771

Alibaba.com Global trade starts here. My Alibaba 99+ My Account Help

Buy Sell
Home
Message Center
Orders
Contacts
My Lists
Services

All inquiries

fancy UNO Playing Card custom clear

All Statuses Unread

**Product inquiry about fancy UNO Playing Card custom playing...**

Andy Qin 09:23
6YRS

Mr. Andy Qin
Leave Messages

Shenzhen Weichengwang Paper ... ID: 100698620396
6YRS
Show more

Cindy Wu 2018-07-13 17:05

How many box would you like to order?Our minimum order quantity is 500Pcs per size ,color and design with CMYK 4C

[redacted] 2018-07-16 07:16

Read Okay, by the way do you ship here in my address, Brooklyn, NY, USA?

Cindy Wu 2018-07-16 14:18

Hi,[redacted]

The price is EXW USD1.59 per box .

We can shipping to your address.Please kindly know the cost will taken by you.

[redacted] 2018-07-16 15:12

Read Okay, dear, can you make me PI for this 500 pcs. I will pay thru paypal, is it ok?

Notification 2018-07-16 15:12

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

Cindy Wu 2018-07-16 16:50

[redacted],I have sent PI through emial ,please kindly check.

Cindy Wu 2018-07-16 16:51

Could you please send us custom design document ?

[redacted] 2018-07-17 07:28

Read Dear, can you update the Pi, and put our address? so i can submit this to our finance?

Company name:[redacted]
Address:7854 Heritage St. Brooklyn, NY 11223
Contact number:[redacted]

Cindy Wu 2018-07-17 09:23

Good morning,Mrs.[redacted]

I have update the PI and send you again through email.Please check emial .

May I add you skype or whatsapp for good communication ?

Notification 2018-07-17 09:23

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

[redacted] 2018-07-17 09:26

Read Yes you can this is my skype account. [redacted]

Notification 2018-07-17 09:26

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

Draft Trade Assurance Or

Payment Security Quality o

Add product Add contract

Product details

Image * Product name

1. fancy UNO Playing card ,game card pı

* Quantity * U
1000 P

* Unit price Tot
US $ 0 US

Input specified product specif requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma

Shipment terms

Shipping address A

* Shipping Method: Express

* Shipping carrier Logistics Pro
Priority
Standard
Post Air
Other ser

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date Specify s
Shipme
Ship in
supplier
Please

772

**Gmail** ████ ◄ ████████ ►

## PI of UNO Playing card From Cindy

3 messages

---

**sales04@szoyar.com** <sales04@szoyar.com>            Mon, Jul 16, 2018 at 4:49 PM
To: ████████ < ████████ >

Dear Mrs. ██,

Hope this email find you well.

This is Cindy from Shenzhen Weichengwang Paper Packaging Co.,Ltd.Please kindly check  attached UNO
playing card PI.

If you have other requirment,please let me know.I'm glad to assist you.

Best regards,

Cindy Wu

Shenzhen Weichengwang Paper Packaging Co.,Ltd.
Address:Floor 3,Building No.5, Huafeng Industrial,No.46 Tiezai Road, ,Xixiang Town,Baoan District ,shenzhen,
Guangdong,China
Mobile /Wechat: (0086)15217013619
Skype:Cindy Wu
Email:sales04@szoyar.com
Website: http://vvt.en.alibaba.com/

📄 **20180716 PI of UNO Playing card to Mrs.██.xlsx**
122K

---

**sales04@szoyar.com** <sales04@szoyar.com>            Tue, Jul 17, 2018 at 9:28 AM
To: ████████ < ████████ >

Dear Mrs. ██,

Please kindly check attached update PI.Could you please send us design document for sample and  bulk products?

How many days it will take about payment procedure ?

Best regards,
Cindy Wu

**Shenzhen Weichengwang Paper Packaging Co.,Ltd.**
Address:Floor 3,Building No.5, Huafeng Industrial,No.46 Tiezai Road, ,Xixiang Town,Baoan District ,shenzhen,Guangdong,China
Mobile /Wechat: (0086)15217013619
Skype:Cindy Wu0503
Email:sales04@szoyar.com
Website: http://vvt.en.alibaba.com/

发件人： sales04@szoyar.com
发送时间： 2018-07-16 16:49
收件人： ████████
主题： PI of UNO Playing card From Cindy
[Quoted text hidden]

📄 **20180717 PI of UNO Playing card to Mrs.██.xlsx**
122K

---

████████ < ████████ >            Wed, Jul 18, 2018 at 8:25 AM
To: "sales04@szoyar.com" <sales04@szoyar.com>

I thought our finance already paid it, but they pen it because they want to know if is this also your store "VVE INTERNATIONAL LIMITED" ?
[Quoted text hidden]



**Cindy Wu0503**
Online

Hi, this is cindy wu from alibaba right?

Dear are you here?

Cindy Wu0503
Yes. ▮▮▮
Nice to talk with you on skype

Dear, do you also have zhifubao?

Cindy Wu0503
Yes.Our company alipay
Will you pay througn alipay

Yes, if our finance, would rather choose it, would you mind providing your zhifubao dear if it is ok?

Cindy Wu0503
伟成旺国际_支付宝收款...
2.7 MB

Is this your alipay dear 13670201865 ?

Cindy Wu0503
Yes.Choose that one 吴爱梅

Hello dear, sorry for the late purchase, but our finance want to know dear if is this also your store " VVE INTERNATIONAL LIMITED " ?

Please confirm dear, so our finance will pay this right away,

I thought our finance already paid it, but they pen it because they want to know if is this also your store "VVE INTERNATIONAL LIMITED" ?

Dear are you here?

Are you busy?

Okay, i will just wait for your reply.

But if you have time, please confirm it dear, because this is an urgent order.

Cindy Wu0503
Sorry ▮▮▮ we start work now
Yes.That's our company
I'll show your picture

Did you get my message ?

Yes, thanks

i will chat you, or call you later dear if we done paying this.

Type a message here

FAQs · Feedback · Download Desktop Client · English     Terms of use Terms · Privacy and cookie policy Privacy · © 2017 Skype and/or Microsoft. © 2017 Skype/Microsoft.



[redacted]
Business

Search Skype

today

Cindy Wu0503
Online

Cindy Wu0503
Online

Cindy Wu0503
Yes.Our company alipay
Will you pay througn alipay
Tue

Yes, if our finance, would rather choose it, would you mind providing your zhifubao dear if it is ok? Tue

Cindy Wu0503
伟成旺国际_支付宝收款....
2.7 MB
Tue

Is this your alipay dear 13670201865 ? Tue

Cindy Wu0503
Yes.Choose that one 吴爱梅 Tue

Hello dear, sorry for the late purchase, but our finance want to know dear if is this also your store " VVE INTERNATIONAL LIMITED " ? 8:18 am

Please confirm dear, so our finance will pay this right away,

I thought our finance already paid it, but they pen it because they want to know if is this also your store "VVE INTERNATIONAL LIMITED" ?

Dear are you here? 8:27 am

Are you busy?

Okay, i will just wait for your reply. 8:44 am

But if you have time, please confirm it dear, because this is an urgent order.

Cindy Wu0503
Sorry ,[redacted] we start work now 8:47 am
Yes.That's our company
I'll show your picture

8:53 am

Did you get my message ? 8:53 am

Yes, thanks 8:57 am

i will chat you, or call you later dear if we done paying this.

Cindy Wu0503
Ok.Thank you 8:59 am
Later,if you were free,please send me your design document

Okay sure. 9:01 am
Sent

via Skype

Type a message here

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

 **VVE INTERNATIONAL LIMITED** 

Company Address: Floor 3,Building No.5, Huafeng Industrial,No.46 Tiezai Road, ,Xixiang Town,Baoan District shenzhen Guangdong China

| | | | |
|---|---|---|---|
| Contact Person: | Cindy Wu | Tel: | 008615217013619 |
| Email: | sales04@szoyar.com | Website: | http://vvt.en.alibaba.com/ |

| | | | |
|---|---|---|---|
| To: | ███████ | Contact No. | ██████ |
| Email: | ████████████ | Company | ████████ |
| Address | 7854 Heritage St. Brooklyn, NY 11223 | Date | 7/17/2018 |

# Proforma Invoice

| Item name | Size | Details | Photo | Quantity | EXW price | Total amount |
|---|---|---|---|---|---|---|
| UNO playing card | size:3(Length)*2(Width)inch | Material :Art paper300gsm   Color :CMYK  Card:108 cards per box | | 500 | $1.59 | **$795.00** |

| | |
|---|---|
| Shipping cost from door to door | **$489.00** |
| Paypal charger cost | **$65.00** |
| Total amount | **$1,349.00** |

Bank information:                                                                                 Paypal
account: sandraliyanyan@gmail.com
Beneficiary Bank : PINGAN BANK CO.,LTD
SWIFT Code : SZDBCNBS
Name of Account Holder: VVE INTERNATIONAL LIMITED
Foreign Currency Account : OSA11014566755003
Bank Address: 11/F, No. 5047, Road Shennan Dong, Shenzhen, P. R. China

Remarks:
1, bulk order lead time：10-12 working days
2,printing color will have 10%-20% different for different batch
3, Packing by carton

# DEFENDANT Shijiazhuang Zhuxin Industry & Trade Co., Ltd.

# Defendant's Listing for Infringing Products

Alibaba.com Global trade starts here. Sourcing Solutions Services & Membership Help & Community One Request, Multiple Quotes | Get the App

Categories | Products | What are you looking for... | NEW Search | 5 My Alibaba | 3 Orders | 0 Favorites

Home > All Industries > Packaging & Printing > Printing Services > Paper & Paperboard Printing (135747) Subscribe to Trade Alert English

View larger image

Add to Compare Share

# Full color custom uno paper game card Hot Sale

FOB Reference Price: Get Latest Price

| 5000 - 9999 Sets | >=10000 Sets |
|---|---|
| US $0.80 | US $0.60 |

Contact Supplier | Start Order

Chat Now!

Seller Support: Trade Assurance – To protect your orders from payment to delivery

Payment: VISA TT e-Checking More

Shipping: Less than Container Load (LCL) Service to US Get shipping quote

- Transparent and fair price
- 24/7 online support
- Online tracking

**Shijiazhuang Zhuxin Industry & Trade Co., Ltd.**

1 YRS CN

Manufacturer, Trading Company

Gold Supplier

Trade Assurance

Onsite Check

4.8 /5 Satisfied 2 Reviews

Transaction Level:

1 Transactions 100+

Response Time <24h

Response Rate 97.1%

View Company Profile

Contact Supplier

Chat Now

Browsing History

Message Center

99 Trade Manager

**Product Details** | Company Profile | Transactions Overview | Report Suspicious Activity

Product Description | Detailed Images | Company products | Company profile | Packing & Delivery | FAQ | Company contact mode

## Overview

### Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Product Material: | Paper & Paperboard | Paper Type: | Coated Paper | Product Type: | Business Card |
| Surface Finish: | Film Lamination | Printing Type: | Offset Printing | Place of Origin: | Hebei, China (Mainland) |
| Brand Name: | zhuxin | Model Number: | uno paper card | Product name: | uno paper card |
| Material: | Cardboard | Printing: | Offest Printing | Size: | Custom Size |
| Color: | CMYK Color | Usage: | playing | Type: | Printing Servise |
| Item: | customized | MOQ: | 5000sets | Packing: | Carton |

### Packaging & Delivery

| | |
|---|---|
| Packaging Details | we use carton. or package as your require. |
| Port | Shijiazhuang and Tianjin |
| Lead Time ?: | 5~15days |

## Product Description

| | |
|---|---|
| **Product Name** | UNO card |
| **Printing** | Silk-screen printing, CMYK printing, laser printing etc. |
| **Surface Finish** | Lamination/glossy/frosted/matte |
| **Craft** | Protection film on both sides;Signature panel;Scratch-off panel<br>Thermal printing in black or silver color<br>Laser engraving numbers<br>Metallic printing in gold or silver background<br>Embossing numbers or letters in silver or gold color<br>Barcode,QR code;Magnetic stripe;chip , RFID |
| **Card Type** | Paper card,scratch card,PVC card,barcode card, magnetic card,blank card, blank chip card, thick id card, transparent card etc. |
| **Size** | 85.5*54mm as credit card or customized size or irregular shape |
| **Thickness** | 0.38mm/0.76mm or customized thickness |
| **Design** | Customized designs, colors, logos and sizes are welcome,OEM/ODM orders are accepted.UV coating |
| **Brand Name** | OEM / ODM |
| **Delivery Time** | By order |
| **Templates** | Customized templates or standard templates can be supplied for your needs. |

You May Like

colorized custom paper calling cards
US $0.02-0.03 / Piec
1000 Piece/Pieces

custom full color prin paper header greeting
US $0.8-1.0 / Piece
1000 Piece/Pieces

random code paper scratch cards
US $0.02-0.03 / Piec
10000 Piece/Pieces

business cards with copper foil logo
US $0.5-0.6 / Piece
10000 Piece/Pieces

black kraft paper wedding party cards
US $0.5-0.6 / Piece
10000 Piece/Pieces

spot uv embossed business card
US $0.03-0.04 / Piec
10000 Piece/Pieces

customized pull tab prize lottery
US $0.2-0.3 / Piece
10000 Piece/Pieces

Best - selling Custom design lottery ticket f
US $0.05-0.1 / Piece
10000 Piece/Pieces

TOP

780



7/16/2018     Full Color Custom Uno Paper Game Card Hot Sale - Buy Uno Game Card,Full Color Custom Card,Hot Sale Playing Paper Card Product on Alibaba.com

Case 1:18-cv-08824-LAP Document 15-4 Filed 10/18/18 Page 134 of 189

Detailed Images



781

7/16/2018    Full Color Custom Uno Paper Game Card Hot Sale - Buy Uno Game Card,Full Color Custom Card,Hot Sale Playing Paper Card Product on Alibaba.com

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 135 of 189








## Company products

**Shijiazhuang zhuxin industry and trade co., ltd.**

we have Lottery,award card, scratch card, promotional card, tear open raffle tickets, business cards, branded cards, game cards, cards, lottery tickets, peel off the security code, digital security, self-adhesive lottery, learning card, card, card, smart chip reading card, security cards, phone cards, Mobile Recharge Card, reading cards, gift cards, movie cards, monthly cards, prepaid cards, prize tickets, printing, order code, PVC cards, VIP cards, membership cards, discount cards, magnetic stripe cards, telecom barcode card, VIP card, bank card stock.



782

7/16/2018  Full Color Custom Uno Paper Game Card Hot Sale - Buy Uno Game Card,Full Color Custom Card,Hot Sale Playing Paper Card Product on Alibaba.com

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 136 of 189

1.Quote in 1work day when received the enquiry

2.Exellent design as customer's requirment

3.Provide free pre-production samples

4.OEM Manufacturer,Offset Printing

5.Profession technology team to solve all skillful problems

6.Carefully quality checking before shipping

7.Our shipment deparment will choose the best shipping agent for you.

## Company profile

**Shijiazhuang zhuxin industry and trade co., ltd.**

Shijiazhuang zhuxin industry and trade co., ltd. is a member of China anti-counterfeiting printing association, the company engaged in printing for many years, has rich business card printing technology experience, is a digital anti-counterfeiting technology research and market product development and application as the leading multi-variety card standard research and development enterprises.








## Packing & Delivery






| Shipment Weight | 1~45kg | 45~200kg | more |
|---|---|---|---|
| Mode Of Shipment | By courier | By courier /Air | By air/Sea |
| Lead Time | 3~7 days | 3~7days | 5~10 days to southeast Asia  30days to Europe/USA |
| Door to door delivery carrier includes: DHL, Fedx, UPS, TNT, EMS etc | | | |

7/16/2018    Full Color Custom Uno Paper Game Card Hot Sale - Buy Uno Game Card,Full Color Custom Card,Hot Sale Playing Paper Card Product on Alibaba.com

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 137 of 189

## FAQ

**1 How to inquiry ?**

Pls tell me the material, size, artwork, quantity of the products you need as well as delivery method.

If you are the first time to do the items, just send me your similar pictures, or tell me your idea,

I will give you suggestions for reference ...

**2 How to get a sample ?**

After confirming the order, you can get my similar sample for checking the quality.

If you want a blank sample or simple sample, we can offer free sample to you,but the shipping cost need to be paid by you.

If you want a printed sample, we will charge $30-$100 for the Tooling charge .

**3 What kind of design files do you accept for printing ?**

AI, PDF, CDR, High resolution JPG/PNG

**4 Can you do the design for me ?**

Yes, just tell me your ideas. We will design according to your ideas and information.

Simple design is offered for free.

**5 What is the usual shipping time?**

The shipping time is usually 3-7working days by express or by air, and around a month by sea.

**6 What's your payment terms?**

We accept T/T, west union ,bank transfer.

**7 What if there is problem with the products after receiving?**

Since printing products always has color deviation, we can not promise to avoid that,but we will take pictures for you before shipping to confirm.

**If it is other big mistakes made by us during production, we will reprint for you free of charge.**

## Company contact mode



**Send your message to this supplier**

To:   null null

7/16/2018      Full Color Custom Uno Paper Game Card Hot Sale - Buy Uno Game Card,Full Color Custom Card,Hot Sale Playing Paper Card Product on Alibaba.com

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 138 of 189

\*Message:

FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 5000    Set/Sets ▼

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    RFQ **Request for Quotation**

**Send**

---

### You May Like

colorized custom pap...
US $0.02-0.03 / Piece
1000 Piece/Pieces

custom full color print...
US $0.8-1.0 / Piece
1000 Piece/Pieces

random code paper s...
US $0.02-0.03 / Piece
10000 Piece/Pieces

business cards with c...
US $0.5-0.6 / Piece
10000 Piece/Pieces

Not exactly what you want? 1 request, multiple quotations   Get Quotations Now >>

**Related Searches :**

| playing cards | lotro game card | tarot cards |
| ds game card | yugioh cards | adult game cards |
| pokemon cards | tichu game cards | uno cards |

**China :**

| China tv game card | China sony game card | China popular game card |
| China 3d game card | China multi game card | China children game card |
| China ds game cards | China clear game card | China 8 bit tv game card |

**Similar products in other categories:**

Packaging & Printing > Printing Services > Card Printing (21655)

---

Available on the APP Store    Available on the Google Play

TradeManager:

Alibaba.com Site: International · Español · Português · Deutsch · Français · Italiano · हिंदी · Русский · 한국어 · 日本語 · العربية · עברית · Türk · Nederlands · tiếng Việt · Indonesian · עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

785

# Defendant's Storefront

7/16/2018    uno - search result, Shijiazhuang Zhuxin Industry & Trade Co., Ltd.

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 140 of 189

**Alibaba.com**
Global trade starts here.

Sourcing Solutions ⌄    Services & Membership ⌄    Help & Community ⌄

🔍 On Alibaba  |  My Alibaba 5  |  Orders 3

1 YRS 👑   Shijiazhuang Zhuxin Industry & Trade ...   ♡ Favorite Supplier     🛡 Trade Assurance    🏅 Gold Supplier

## TEN YEARS CUSTOM PRINTING EXPERIENCE
## ZHU·XIN

| Home | Product Categories | Company Profile | Contacts |

Search In This Store 🔍

Home > Product Categories > uno

Search products here 🔍

Selected Products (0/20)

Result found for "uno"

View as: ▦ ▦   ◀ 1 ▶

Contact Supplier | Start Order

Product Showcase ▶

### Product Categories

| Paper card | › |
| scratch card | › |
| anti-counterfeit label | › |
| PVC card | › |
| tag and hang tag | › |
| scratch art paper | › |
| matel card | › |
| envelope | |
| watermark paper | |

### Related Products

Click ➕ to select products and contact the supplier.





Diy Educational scraping drawing bl...

Mass customization of high quality ...

Custom design high quality exquisit...

High quality black scratch art pape...

Full color custom uno paper game card Hot Sale

Min. Order: 5000 Sets
FOB Price: US $0.6 - 0.8 / Set

➕

☐ Display similar product

◀ 1 ▶     Go to page [ ] Go

### Main Products


Diy Educational scraping drawing bl...


Mass customization of high quality ...


Custom design high quality exquisit...


High quality black scratch art pape...


Custom design art card printing for...





Contact Supplier
Chat Now
Browsing History
Message Center
Trade Manager

🌐 Alibaba.com Site: International · Español · Português · Deutsch · Français · Italiano · हिंदी · Русский · 한국어 · 日本語 · العربية · ไทย · Türk · Nederlands · tiếng Việt · Indonesian · עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · Law Enforcement Compliance Guide
© 1999-2018 Alibaba.com. All rights reserved.


TOP

787

https://zhuxinfangwei.en.alibaba.com/search/product?SearchText=uno      1/2

7/16/2018     Company Overview - Shijiazhuang Zhuxin Industry & Trade Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 141 of 189



| Alibaba.com | Sourcing Solutions ⌄ | Services & Membership ⌄ | Help & Community ⌄ | | 🔍 On Alibaba | 👤 My Alibaba 5 | 🛒 Orders 3 |
|---|---|---|---|---|---|---|---|

1 YRS    Shijiazhuang Zhuxin Industry & Trade ...   ♡ Favorite Supplier      🏵 Trade Assurance     🏅 Gold Supplier

| Home | Product Categories | Company Profile | Contacts | | Search In This Store 🔍 |
|---|---|---|---|---|---|

Home > Company Profile

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity

**Business Performance**
Buyer Interactions
Ratings & Reviews
Transaction History

**Additional Information**
Transaction Level



**Shijiazhuang Zhuxin Industry & Trade Co., Ltd.** 💬     💬 Chat Now!   ✉ Contact Supplier   Start Order

| | | |
|---|---|---|
| Business Type: | Manufacturer, Trading Company | ✓ Verified |
| Location: | Hebei, China (Mainland) | ✓ Verified |
| Main Products: | paper cards,scratch cards,anti counterfeit labels,pvc cards,hang tags | |
| Total Employees: | 5 - 10 People | |
| Year Established: | 2005 | ✓ Verified |

**Email to this supplier**

To:   null null

*Message:   [Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.]

Your message must be between 20-8000 characters

**Send**

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - שﻟﻮﺍﺩﻯ - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

7/16/2018     Contact Information for Shijiazhuang Zhuxin Industry & Trade Co., Ltd.

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 142 of 189





Sourcing Solutions ⌄    Services & Membership ⌄    Help & Community ⌄

1 YRS 👑   Shijiazhuang Zhuxin Industry & Trade C... ⌄   ♡ Favorite Supplier      🛡 Trade Assurance      🏅 Gold Supplier



TEN YEARS CUSTOM PRINTING EXPERIENCE

Z H U • X I N

| Home | Product Categories | Company Profile | Contacts | | Search In This Store 🔍 |

### Contact Information



🔵 Chat Now!

Country/Region:   China (Mainland)

[ ✉ Contact Supplier ]    [ Start Order ]

### Company Contact Information

✓ Company Name:    Shijiazhuang Zhuxin Industry & Trade Co., Ltd.
✓ Operational Address:    A308, No. 368, Lianmeng Road, Xinhua Dist., Shijiazhuang, Hebei, China (Mainland)
   Website on alibaba.com:    zhuxinfangwei.en.alibaba.com



**Send message to supplier**

To:   null null

* Message:   | Enter your inquiry details such as product name, color, size, quantity, material, etc. |
   0/8000

[ Send ]

Contact Supplier

Chat Now

Browsing History

Message Center

Trade Manager

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2018 Alibaba.com. All rights reserved.

TOP

# Communications between NAL and Defendant





Alibaba.com Global trade starts here.™ My Alibaba

My Account Help

Buy Sell

Make Alibaba work better for you. share your thoughts here

Home
Message Center
Orders
Contacts
My Lists
Services

All inquiries

Click to search...

All Statuses Unread

**Product inquiry about Full color custom uno paper game card...**

null null 14:51
1 YRS

Shijiazhuang Zhuxin Industry & T... ID: 100700098049
1 YRS

Chat Now!

Show more

Location: CHINA (MAINLAND) IP: 119.248.40.*
Message only sent to you

[redacted] 2018-07-16 11:24

I am having trouble in checking out this item, can I just pay you directly to your paypal address ? can you deliver to Bensenville, USA ?

Read

Notification 2018-07-16 11:24

Rate your supplier's reply (ANONYMOUS):

Very bad Bad Neutral Good Great

Notification 2018-07-16 11:24

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

null null 2018-07-16 11:26

I'm sorry, please wait a few days. our paypal is currently reviewing our qualifications.

Notification 2018-07-16 11:26

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

[redacted] 2018-07-16 11:27

alright, have you shipped to USA?

Read

null null 2018-07-16 11:28

sure of course

[redacted] 2018-07-16 11:29

Good, I would like to purchase 3000 pcs of this is it in stock now?

Read

null null 2018-07-16 11:31

I'm sorry, we are a custom-made enterprise. we don't have any stock at present. we need a 10 - 15 production cycle.

[redacted] 2018-07-16 11:32

okay that's fine. we can wait. How long will it take to arrive here in New York, USA?

Read

null null 2018-07-16 11:45

Sea LCL takes about 25 days and air transportation takes about one week.

[redacted] 2018-07-16 11:51

Alright, can you provide me a PI for this? and kindly include our complete address on it.

105 Avenue B, Apt 4B, New York, NY, 10009

Read

null null 2018-07-16 11:56

please wait a moment

null null 2018-07-16 12:02

Please pay attention to the attachment.

PI of UNO card 2018.7.16.xls Download

What is Trade Assurance.pdf Download

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

Draft Trade Assurance Or

Payment Security Quality o

Add product Add contract

Product details

Image * Product name

1. Full color custom u Hot Sale

* Quantity * U
5000 P

* Unit price Tot
US $ 0 US

Input specified product specif requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma:

Shipment terms

Shipping address A

* Shipping Method: Express

* Shipping carrier Logistics Pro
Priority
Standard
Post Air
Other ser

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date Specify s
Shipme
Ship in
supplier r
Please

Payment terms Pay

* Total order US $0.00

791

Alibaba.com Global trade starts here.™ | My Alibaba

My Account | Help

Make Alibaba work better for you. share your thoughts here

Buy | Sell

Home | Message Center | Orders | Contacts | My Lists | Services

**All inquiries**

Click to search...

All Statuses | Unread

**Product inquiry about Full color custom uno paper game card...**

null null 14:51
1 YRS

Shijiazhuang Zhuxin Industry & T... ID: 100700098049
1 YRS

Chat Now!

Show more

null null 2018-07-16 12:02

Please pay attention to the attachment.

PI of UNO card 2018.7.16.xls Download

What is Trade Assurance.pdf Download

[redacted] 2018-07-16 12:04

Thank you friend, is it possible to pay you through paypal? It's my most convenient way to pay you right now.

Read

Notification 2018-07-16 12:04

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

[redacted] 2018-07-16 13:08

hello? still there?

Read

null null 2018-07-16 14:10

Hello dear
Yeah I'm here now.
I'm sorry that just now was our lunch break at noon.

[redacted] 2018-07-16 14:11

its alright friend.

Read

[redacted] 2018-07-16 14:28

is it possible to pay you through paypal? It's my most convenient way to pay you right now.

Read

Notification 2018-07-16 14:28

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

null null 2018-07-16 14:31

Hello dear

I'm sorry that our Alibaba account manager told us that products cannot be serviced offline, only through credit guarantee orders. our guarantee amount is 32,000 us dollars. I hope we can cooperate well.

Best Regards.
Su

What is Trade Assurance.pdf Download

[redacted] 2018-07-16 14:32

ok, how about Chinese Alipay friend?

Read

[redacted] 2018-07-16 14:48

Hello?

Read

null null 2018-07-16 14:51

I'm sorry, we haven't used paypal and AliPay to carry out transactions on Ali. for the benefit of both parties, we still recommend you to use credit guarantee orders. I hope you can understand.

Notification 2018-07-16 14:51

Trade Assurance order may be at risk if you communicate and order outside of Alibaba.com's platform. To help protect yourself:

- Keep communication transcript
- Complete order payment on Alibaba.com

only you can see this message

Please type message... Send

1 Start order — 2 Seller confirm — 3 Payme

**Draft Trade Assurance O**

✔ Payment Security ✔ Quality o

Add product | Add contract

Product details

Image | * Product name

1. Full color custom u
Hot Sale

* Quantity | * U
5000 | P

* Unit price | Tot
US $ 0 | US

Input specified product specif requirement.

Add posted products

Add Unreleased Products

Upload file( 5 attachments at ma

Shipment terms

Shipping address: A

* Shipping Method: Express

* Shipping carrier: Logistics Pro
Priority
Standard
Post Air
Other se

Trade terms: Please sele

Shipping Fee: US $ 0.0

Logistics insurance: US $ 0.0

* Shipment date: Specify s
Shipme
Ship in
supplier
Please

Payment terms Pay

* Total order US $0.00

792

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant

**石家庄铸信工贸有限公司**

Shijiazhuang zhuxin industry and trade co., ltd.
 room A - 308, jinbaoli commercial building, 368 Lianmeng road, Shijiazhuang city,Hebei,China
Tel:0311-87168551          wechat:15833968873

██████████
 105 Avenue B, Apt 4B, New York, NY, 10009
 NY 10009

No.2018.7.16.02
Time:2018.7.16
period of validity: One month

Unit: $

| Product name | Material | Printing color | Size | Total | Unit price | Total price |
|---|---|---|---|---|---|---|
| UNO card | paper | CMYK | 5.65 * 8.65 cm | 3000 | 0.75 | 2250 |
| Transport costs and modes | | | | | | |

Annex:
Packaging requirements: each 54 pieces of heat shrinkable film are packed with gold wire, and 108 pieces are packed with a card box.
Unit weight: 180g
Total weight: 540kg

Total price:2250$+Transportation cost ( depending on the transportation method you choose )

Delivery within 7 days after receipt of payment.

Receiving bank account number:
1、Bank of China
Account name: su Ligang
Card number: 6217 8550 0006 1603 312
2、Bank of China corporate account
Account name: Shijiazhuang zhuxin industry and trade co., ltd.
Account number: 10135814266
Bank name: business department of Shijiazhuang airport road sub-branch of bank of China

# DEFENDANT Shop3615057 Store

# Defendant's Listing for Infringing Products

By continuing to use AliExpress you accept our use of cookies (view more on our Privacy Policy). You can adjust your Cookie Preferences at the bottom of this page.

Cookie Preferences    Buyer Protection    Help    Save big on our app!    Ship to    /  USD    Language

**AliExpress**    I'm shopping for...

Store:  **Shop3615057 Store**    98.1%  Positive feedback    Follow

New here? Get your coupons!

Home / All Categories / Sports & Entertainment / Entertainment / Board Games

### 108 Cards Family Fun Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand poker

1 order

| | |
|---|---|
| Price: | US $4.94 / piece |
| Discount Price: | **US $3.85** / piece   -22%   06h:46m:06s |
| | ⊞ Get our app to see exclusive prices ▾    Bulk Price ▾ |

**Shipping:** **Free Shipping to United States via China Post Ordinary Small Packet Plus** ⌄
Estimated Delivery Time: 20-39 days

**Quantity:**  − 1 +  piece (993 pieces available)

**Total Price:** **US $3.85**

[ Buy Now ]   [ Add to Cart ]

♡ Add to Wish List ▾

| New User Coupon: | US $4.00   GET IT NOW |
|---|---|
| Store Promotion: | Get Seller Coupons ▾   US $1.00 off per US $39.00 ▾ |
| Return Policy | Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸ |
| Seller Guarantees: | On-time Delivery  60 days |
| Payment: | VISA  🏦  ⬜  AE  WESTERN UNION  🏦  Bank Transfer  View More ▸ |

🛡 **Buyer Protection**
✓ **Full Refund** if you don't receive your order    ✓ **Full or Partial Refund**, if the item is not as described

Learn More ▸

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |
|---|---|---|---|

◀ **Seller Discount**
On all products
Time left until promotion ends:  15d 0h 0m
Shop Now ▸

• Get US $1.00 off on orders over US $39.00
• Get US $2.00 off on orders over US $59.00
• Get US $4.00 off on orders over US $99.00
(Incl. shipping costs)

If you want to purchase more than one product, please add everything to your Cart first. When you proceed to the checkout page, the Seller Discount will be automatically calculated.

### Item specifics

| | | | |
|---|---|---|---|
| Brand Name: | Mix&equipment | is_customized: | Yes |
| Model Number: | HW1116-01 | Type: | UNO Card |
| Size: | 8.6cm x 5.6 cm | Card-Color: | Multi-colored |
| Material: | Chrome Paper | | |

### Product Description

**Features:**
Number One For Fun Family activities between Friends.
Appropriate for ages 7 to adult.
Suitable for 2 to 10 players.
Great for family,bring great fun for you.
Lightweight and portable,good entertainment of your travel and party.

**Product Properties:**
is_customized:Yes
Tabletop Game Product:Card Cover
Type:UNO Card
Game Length:0-30 minutes
Game Difficulty Level:Advanced
Age: more than 8 Years
Type:Normal

**Specifications:**
Card Color: Multi-colored
Material: Chrome Paper
Card Size: 8.6cm x 5.6 cm (L x W)

797

Recently Viewed ▲

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 151 of 189

**Package Includes:**
1 pcs Family Game Poker (108 cards)

**Note:**
Due to the difference between different Monitors, the picture may not reflect the actual color of the article. We guarantee the style is the same as shown in the pictures. Thank you!






Recently Viewed ⌃

798

7/17/2018    108 Cards Family Fun Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand poker-in Board Games from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 152 of 189





Recently Viewed ⌃

799

7/17/2018    108 Cards Family Fun Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand poker-in Board Games from Sports & Entertainment on Aliexpress.com | Alibaba Group

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 153 of 189



### Packaging Details

Unit Type: **piece**

Package Size: **15cm x 15cm x 1cm (5.91in x 5.91in x 0.39in)**

Package Weight: **0.19kg (0.42lb.)**

## Transaction History

1 transactions in last 6 months.   Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
|  O***.  FR | 1 piece<br>09 Jul 2018 01:28 |

◀   1   ▶

## More Products

**From This Seller**

     

Recently Viewed ⌃

800

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 154 of 189

       

| US $2.77 | US $2.49 | US $1.38 | US $1.90 | US $0.55 | US $2.01 | US $0.83 | US $0.9 |
|----------|----------|----------|----------|----------|----------|----------|---------|
| (25) | (16) | (9) | (3) | (34) | (12) | | |
| 152 orders | 109 orders | 51 orders | 58 orders | 107 orders | 58 orders | 57 orders | 72 orders |

**From Other Sellers**

| US $4.00 | US $16.25 | US $9.92 | US $4.89 | US $3.85 | US $9.43 | US $6.51 | US $3.5 |
|----------|-----------|----------|----------|----------|----------|----------|---------|
| (1) | (1) | (121) | (1) | (1) | (1) | (1) | |
| | | 214 orders | 12 orders | | 10 orders | 2 orders | 4 orders |

**Premium Related Products**

**Board Games Products Related Searches:**

| | | |
|---|---|---|
| card gamers | card playing | sims cards |
| games family | card poker | aftermath entertainment |
| uno game card | board games family | game board family |

**Wholesale Board Games:**

| | | |
|---|---|---|
| Wholesale board game | Wholesale rduino uno | Wholesale playing cards |
| Wholesale besieged game | Wholesale games board | Wholesale card game uno |
| Wholesale card gamers | Wholesale card playing | Wholesale sims cards |

**Board Games Price:**

| | | |
|---|---|---|
| arduinu uno Price | fournier playing cards Price | desperado game Price |
| board games Price | uno game card Price | sims cards Price |
| playing card Price | plays card Price | games family feud Price |

**Board Games Promotion:**

| | | |
|---|---|---|
| uno game card Promotion | board games family Promotion | game board family Promotion |
| game cards playing Promotion | games playing Promotion | game family fun Promotion |
| equipment game Promotion | equipment entertainment Promotion | direct tv games Promotion |

**Help**

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688



Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide  © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed

801

Case 1:19-cv-02824-LAP   Document 15-1   Filed 10/18/18   Page 155 of 189

**GET LOST IN SOUND** On sale July 18th   SHOP NOW

By continuing to use AliExpress you accept our use of cookies (view more on our Privacy Policy). You can adjust your Cookie Preferences at the bottom of this page.   ✕

Cookie Preferences   Buyer Protection   Help   Save big on our app!   Ship to 🇺🇸 / USD   Language

# AliExpress

I'm shopping for...  🔍

New here? Get your coupons!

Store: **Shop3615057 Store**   98.1% Positive feedback   Follow

Home > All Categories > Sports & Entertainment > Entertainment > Board Games

108 Cards Family Fun Entertainment Board Game UNO Fun Poker Playing Cards Puzzle Games Brand poker

1 order

| | |
|---|---|
| Price: | US $4.94 / piece |
| Discount Price: | **US $3.85** / piece  -22%  06h:45m:01s |
| | 🅠 **Get our app to see exclusive prices** ▾ |

Shipping:   Free Shipping to United States via China Post Ordinary Small Packet Plus ▾
Estimated Delivery Time: 20-39 days ℹ

Quantity:   − 1 +   piece (993 pieces available)

Total Price:   **US $3.85**

**Buy Now**   **Add to Cart**

♡ Add to Wish List

New User Coupon:   US $4.00   GET IT NOW

Store Promotion:   Get Seller Coupons ▾   US $1.00 off per US $39.00 ▾

Return Policy   Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ›

Seller Guarantees:   On-time Delivery   60 days

Payment:   VISA 💳 🔲 💳 WESTERN UNION 🏦 Bank Transfer   View More ›

🛡 **Buyer Protection**
✓ **Full Refund** if you don't receive your order   ✓ **Full or Partial Refund**, if the item is not as described

Learn More ›

| Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees |
|---|---|---|---|

## Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1   Ship to: 🇺🇸 United States

| Shipping Company | Shipping Cost | Estimated Delivery Time ℹ | Tracking Information |
|---|---|---|---|
| **China Post Ordinary Small Packet Plus** | US $4.14   Free Shipping | 20-39 days | Not available |
| ePacket | US $4.22   US $1.39   You save: US $2.83 (about 67%) | 12-20 days | Available |
| AliExpress Standard Shipping | US $6.81   US $1.96   You save: US $4.85 (about 71%) | 19-39 days | Available |
| EMS | US $40.17   US $24.11   You save: US $16.06 (about 40%) | 12-21 days | Available |

## Packaging Details

Unit Type: piece      Package Weight: 0.19kg (0.42lb.)
Package Size: 15cm x 15cm x 1cm (5.91in x 5.91in x 0.39in)

## Payment

We support the following payment methods.

VISA 💳 💳 💳 QIWI Wallet   WebMoney   Наличный расчет   Мобильный платеж   💳 Boleto   Debito Online   SOFORT Überweisung   giropay   mercado pago   Doku   WESTERN UNION   🏦 Bank Transfer

## More Products

**From This Seller**

Recently Viewed ▾

‹    ›





Store Categories

- Outdoors Activities
  - Fishing
  - Camping&Hiking
  - Hunting
  - Cycling
- Sportswear&Accessori...
  - Sports Safety
  - Swimming
  - Bikini
  - Sports Bras
  - Sports Caps
- Outdoor Accessories
  - Outdoor Bags
  - Outdoor Glasses
  - Outdoor Gloves
  - Outdoor tools
  - Outdoor Lighting
- Fitness&Body Building
  - Fitness Equipments
- Ball Sports
- Entertainment
- Sports Accessories
  - Soccer
- Socks
  - Socks
- Instrument
  - New Arrival
- Others

Service Center

Contact Now

Follow

23 Followers

Top Selling

Portable camping equipment outdoor... US $1.29 / piece Orders(195)

High Decibel Loud Bike Bell Cycling... US $2.86 / piece Orders(152)

Bicycle Tire Repair Glue Road Mountain... US $0.55 / piece Orders(145)

Practical 4 PCs Colorful LED US $2.49 / piece Orders(109)

1pcs Rugby Party Training Metal... US $0.64 / piece Orders(107)

Hot New Silicone Bicycle Bike Head... US $0.83 / piece Orders(95)

1PC Night pesca Fishing Plastic Float... US $0.64 / piece Orders(89)

High Definition Night Vision Glasses... US $1.65 / piece Orders(86)

Unisex Polarized Clip On Sunglasses... US $1.73 / piece Orders(80)

Plastic Blue Football Soccer... US $0.92 / piece Orders(72)

Hot Sale 10Pcs Fishing Floats Set Buoy... US $1.92 / piece Orders(72)

## Seller Feedback

### Seller Summary

Seller: **Shop3615057 Store**

Positive Feedback (Past 6 months): **98.1%**

AliExpress Seller Since: **07 Feb 2018**

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | 4.7 (1129 ratings) | 1.47% Lower | than other sellers |
| Communication : | 4.8 (1129 ratings) | 0.63% Higher | than other sellers |
| Shipping Speed : | 4.7 (1129 ratings) | Equal to | other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| **Positive (4-5 Stars)** | 549 | 872 | 885 |
| **Neutral (3 Stars)** | 13 | 24 | 24 |
| **Negative (1-2 Stars)** | 9 | 17 | 17 |
| **Positive feedback rate** | 98.4% | 98.1% | 98.1% |

Negative Feedback Received as a Seller (Past 6 months) | Feedback Received as a Seller

Viewing 1 - 10 — Previous 1 2 3 Next

Sort by default

| Buyer | Transaction Details | Feedback |
|---|---|---|
| M***v | 5 Pcs Standard Size Needles Pump Ad... 1 set | 13 Jul 2018 09:10 trash! there is nothing to press the needle of the valve so I can pump through it! No Feedback Score |
| D***e | Hot New Silicone Bicycle Bike Head ... 1 piece | 12 Jul 2018 06:17 bad packaging. |
| D***e | Hot New Silicone Bicycle Bike Head ... 1 piece | 12 Jul 2018 06:17 Came with empty batteries. Probably go switched on during transit. Bar packaging. The worst part is, the seller doesn't care. |
| N***c | Kid Bicycle Plastic Horn Bell Trump... 1 piece | 09 Jul 2018 12:59 It came broken. |
| S***l | Cycling bike bicycle mirror Univers... 1 piece | 07 Jul 2018 01:47 Le rértroviseur s'est cassé au bout de moins d'une heure de route. Méddiocre qualité, fabrication très très bas de gamme. No Feedback Score |
| A***r | Lightweight Carbon Fiber Road Bicyc... 2 pieces | 05 Jul 2018 09:18 The product description said its made from carbon fibre and it's non-deformable; but it's only made from cheap plastic and can be bend easily. |
| M***e | Practical 4 PCs Colorful LED Badmin... 1 piece | 04 Jul 2018 09:25 Très déçue !! Le colis est arrivé abîmé. Les volants sont inutilisables. Je vais devoir trouver un autre cadeau pour mon ami qui est fan de badminton. À fuir ! |
| M***a | Bike No Need Of Glue Bicycle Inner ... 4 pieces | 02 Jul 2018 12:09 I did not get four packs of six patches but only four pcs patches |
| L***i | 1 Pair Mini Aluminum Alloy Road Bik... 1 Lot | 29 Jun 2018 10:48 bonita la serigrafia de estos tapones de manillar, y buenos acabados metalizados, pero no se pueden adaptar bien a cualquier manillar, el interior del tubo manillar mide 19,13 mm. y las gomas adaptadoras de estos tapones son demasiado finas por lo que no encaja de un modo firme y correcto, a pesar de que trae dos juegos de goma de repuesto estas gomas son de la misma medida, y estos tapones(18,35 mm.) no encajan bien en mi manillar |
| A***v | Gripper Exerciser Tool Drop Shippin... 1 piece | 28 Jun 2018 11:12 Полная фигня. Люфтит. Пружина оказалась длинновата. Из-за этого ход экспандера на треть меньше, он уже висит фактически. Заказывал черный, пришел белый. Но цвет не главное, главное что там не может быть и речи о 40 кг нагрузки. Может быть максимум от силы 15. У товарища такой же только от другого продавца. Гораздо лучше качеством. |

Previous 1 2 3 Next

Recently Viewed

803

# Defendant's Storefront

By continuing to use AliExpress you accept our use of cookies (view more on our Privacy Policy). You can adjust your Cookie Preferences at the bottom of this page.

Cookie Preferences | Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | I'm shopping for... | On AliExpress | In this store | 1

Store: **Shop3615057 Store** 98.1% Positive feedback | Follow | 23 Followers

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > 108 Cards Family Fun Entertainment Board Game UNO

**Store Categories**

- Outdoors Activities
  - Fishing
  - Camping&Hiking
  - Hunting
  - Cycling
- Sportswear&Accessori...
  - Sports Safety
  - Swimming
  - Bikini
  - Sports Bras
  - Sports Caps
- Outdoor Accessories
  - Outdoor Bags
  - Outdoor Glasses
  - Outdoor Gloves
  - Outdoor tools
  - Outdoor Lighting
- Fitness&Body Building
  - Fitness Equipments
- Ball Sports
- Entertainment
- Sports Accessories
  - Soccer
- Socks
  - Socks
- Instrument
  - New Arrival
- Others

**Service Center**

Contact Now

Follow
23 Followers

**Top Selling**

Portable camping equipment outdoor...
US $1.29 / piece
Orders(195)

High Decibel Loud Bike Bell Cycling...
US $2.86 / piece
Orders(152)

Bicycle Tire Repair Glue Road Mountain...
US $0.55 / piece
Orders(145)

Practical 4 PCs Colorful LED
US $2.49 / piece
Orders(109)

1pcs Rugby Party Training Metal...
US $0.64 / piece
Orders(107)

Hot New Silicone Bicycle Bike Head...
US $0.83 / piece
Orders(95)

1PC Night pesca Fishing Plastic Float...
US $0.64 / piece
Orders(89)

High Definition Night Vision Glasses...

**Store Categories >** 108 Cards Family Fun Entertair | 1 Items found | Hide Filter

Best Match | Orders | New | price | Free Shipping | View

108 Cards Family Fun Entertainment Board Game UNO Fun...
US $3.85 / piece
~~US $4.94 / piece~~
Order(1)

1

805



# Communications between NAL and Defendant



**AliExpress**

I'm shopping for...

Cart 1

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |



## Message Center

**Conversations**

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

‹ Back  **View Details**

Send to: joylivecy Bragi    🛒 Shop3615057 Store    |    Add to Blacklist

Insert smileys

◄ ► 1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

---

## Message History

Delete Conversation

Messages Translation: ● Disable ○ English ○ ไทย

About this product
108 Cards Family Fun Entertainment Board Game UNO F...

How much for shipping fee?    Me
18/07/03 18:24

◄ 1 2 3 ►    Go to Page [    ] Go

---

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, YunOS, 1688

 

Privacy Policy · Terms of Use · Law Enforcement Compliance Guide  © 2010-2017 AliExpress.com. All rights reserved.

807

AliExpress

I'm shopping for...

Cart 1

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

### Message Center
Conversations
Spam

### Service Notification
Notifications

### Setting
Contact Blacklist

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

‹ Back  **View Details**

Send to:  joylivecy Bragi   🏪 Shop3615057 Store  |  Add to Blacklist



Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

---

## Message History

Delete Conversation

**Messages Translation:** ◉ Disable ○ English ○ ไทย

About this product
108 Cards Family Fun Entertainment Board Game UNO F...

My parents ignored me, my teachers sneered at me and my friends, they neglected me. One night I asked my mother to teach me how to appreciate the values in life. Would you care what she told me? "Stop bothering me! Can't you see? I had to dress up for my mahjong session, some other time my child". I turned to my father to console me, but, what a wonderful thing he told me. "Child, here's 500 bucks, get it and enjoy yourself, go and ask for your payment".
Me 18/07/11 00:55

joylivecy Bragi 18/07/08 22:10    sorry.

How about alipay.    Me 18/07/08 21:02

joylivecy Bragi 18/07/08 20:59    sorry. we do not have pp.

Do you accept paypal payment?    Me 18/07/08 20:43

joylivecy Bragi 18/07/05 20:34    you can place an order. dear

Thanks, How about the payment where should I sent it to you?    Me 18/07/04 20:51

joylivecy Bragi 18/07/04 19:29    of course. dear

thank you anyway have you tried to ship to this address  1685  Bicetown Road New York New York 10016?    Me 18/07/04 18:13

joylivecy Bragi 18/07/04 01:18



◀ 1 2 3 ▶        Go to Page [    ] Go

---

Help
Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

808



AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: joylivecy Bragi | Shop3615057 Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English ไทย

About this product

108 Cards Family Fun Entertainment Board Game UNO F...

is your email also your paypal account, Im sorry im in a hurry im in the bank right now so ill make payment to assu re that i can get the item.

Me 18/07/16 21:49

joylivecy Bragi 18/07/16 19:34

1280118730@QQ.COM
WELCOME YOU.

Do you have email address dear?

Me 18/07/16 17:10

joylivecy Bragi 18/07/16 02:09

yes. dear

really?

Me 18/07/15 17:21

joylivecy Bragi 18/07/12 19:02

all our payment method supported is shown in the picture. dear friend.
the other way are not supported. sorry.

Me 18/07/12 00:03

can I pay this item through Us bank account.

Me 18/07/12 00:03

joylivecy Bragi 18/07/11 22:07

here are our payment method supported. i am so sorry to hear what you experienced in your life. please be happy and positive to life. be strong to let them who do not care about you regret. have a good mood.

joylivecy Bragi 18/07/11 22:05

dear friend. you can buy it here.

1 2 3 Go to Page Go

809

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



**AliExpress**

**Review your Order**

### 1. Select your shipping information:

1685 Bicetown Road
New york, New York, 10016
United States

✎ Edit

+ Add a new address      ◉ Select another address

### 2. Review and confirm your order (1 items):

Seller: Shop3615057 Store
Product Name & Details



108 Cards Family Fun Entertainment Board Game UN O Fun Poker Playing Cards Puzzle Games Brand poker

2 pieces × US $3.85        ePacket

US $1.39
Delivery Time: 12-20 days

Leave a message for this seller:
You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

| | |
|---|---|
| Subtotal: | US $7.70 |
| Shipping: | US $1.39 |
| Total: | US $9.09 |

### 3. Payment method

◉ VISA
◯ WebMoney
◉ Other payment methods

Show all payment methods

☐ Apply AliExpress Coupon:  You don't have any coupons     - US $0.00

**Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

All Total: **US $9.09**

**Confirm & Pay**

Upon clicking the button to confirm and pay, I warrant that I have read and acknowledged:
- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement
- Alipay Privacy Notice
- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help
Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

811

# DEFENDANT Shop Fun Store

# Defendant's Listing for Infringing Products

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/16/18    Page 167 of 189

SHOP LIKE A CHAMPION  Featured Brands 🏛  THE ONE AND ONLY  Experience a faster, smoother phone    SHOP NOW

AliExpress

I'm shopping for...

🛒 0   ♡   👤

Store:  **Shop Fun Store**    No feedback score ▾   Follow

Home > All Categories > Sports & Entertainment > Entertainment > Gambling > Playing Cards

**1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy**

1 order

| | |
|---|---|
| Price: | US $4.99 / piece |
| Discount Price: | **US $4.74** / piece  -5%  01h:45m:05s |
| | 🏷 Get our app to see exclusive prices ▾   Bulk Price ▾ |

Shipping:  **Free Shipping** to United States via China Post Ordinary Small Packet Plus ▾
Estimated Delivery Time: 20-39 days ❓

Quantity:  − 1 +  piece (29 pieces available)

Total Price:  **US $4.74**

**Buy Now**    **Add to Cart**

♡ Add to Wish List (10 Adds) ▾

New User Coupon:  US $4.00   GET IT NOW
Store Promotion:  Get Seller Coupons ▾   US $1.00 off per US $15.00 ▾

Return Policy:  Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details ▸

Seller Guarantees:  On-time Delivery  **60 days**

Payment:  VISA  MasterCard  🟥  PayPal  WESTERN UNION  Bank Transfer  View More ▸

🛡 **Buyer Protection**
☑ **Full Refund** if you don't receive your order
☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

---

Product Details   Feedback (0)   Shipping & Payment   Seller Guarantees

**Seller Discount**
**On all products**

Time left until promotion ends: 0d 1h 45m
Shop Now ▸

• Get US $1.00 off on orders over US $15.00
• Get US $4.00 off on orders over US $57.00
• Get US $8.00 off on orders over US $113.00
(Incl. shipping costs)

If you want to purchase more than one product, please add everything to your Cart first. When you proceed to the checkout page, the Seller Discount will be automatically calculated.

**Item specifics**

| | | |
|---|---|---|
| Age: | >8 Years | Minimum Player Number: 2 |
| is_customized: | Yes | Type: UNO Card |
| Model Number: | RCB16 | Game Difficulty Level: Primary |
| Maximum Player Number: | 10 | Material: Paper |
| Game Length: | 0-30 minutes | Type: Normal |
| dvantage: | They are for family fun ,activities amon... | Card size: 8.7*5.7cm |
| Product name: | UNO Cards | Condition: 100% brand new |

**Product Description**

**1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy**
**Descripsions:**
Condition: 100% brand new.
Great for family, friends playing together for hours.
Suitable for: 2 - 10 players
Suitable for: ages 7+
Quantity: contains108 playing cards +1x User manual.
Card size: about 8.7*5.7cm
When you're down to one card , don't forget to yell " UNO"

Recently Viewed ▾

**Package include**

1 set of UNO Playing Cards

100% brand new. Dimensions: about 8.6 cm(L) x 5.6cm(w) Play by matching cards' color and number or play an Action Card against your opponents. When you're down to one card , don't forget to yell " UNO" ! They are for family fun ,activities among friends. It is appropriate for ages 7 to adult. 2 to 10 players. 108 cards and Instructions. Package include: 1 set of UNO Playing Cards

Important note : This product by Fun Living Store . Add to cart / wish list , we will let you know when discount .



1. enlightenment & entertainment
2. all are already produced in stock and can be send out at anytime
3. exquisite and easy-easy,get on with the challenge anytime,anywhere
4. our old customers know our quality and they can order directly . hope all new customers will be my old customers

7/4/2018    1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba …

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 169 of 189





7/4/2018    1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba …

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 170 of 189



Recently Viewed

7/4/2018    1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba …

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 171 of 189





7/4/2018    1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba …

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 172 of 189

## WHY CHOOSE OUR FUN LIVING STORE



**Genuine Security**



**Free Shipping**



**Buyer Protection**



**Repair Warranty**



**Local Delivery**



**Professional Service Team**

### Scan QR code to get More Discount Right Now



- Enjoy Fans Exclusive discount for all product
- Win Free Product and Big Coupon on Store Club
- Know Big promotion activity and New arrivals Timely



ITALY (30-45 DAYS)
BELGIUM (30-60 DAYS)
SWITZERLAND (30-60 DAYS)
HOLLAND (30-60 DAYS)
DENMARK (30-60 DAYS)
RUSSIA (15-35 DAYS)
USA (7-20 DAYS)
SWEDEN (30-45 DAYS)
NEW ZEALAND (30-45 DAYS)
NORWAY (30-60 DAYS)
FRANCE (7-20 DAYS)
SPAIN (20-30 DAYS)
CANADA (7-20 DAYS)
POLAND (30-60 DAYS)
FINLAND (30-60 DAYS)
BELARUS (30-45 DAYS)
KAZAKHSTAN (30-45 DAYS)
UKRAINE (30-45 DAYS)

Share our store or products on **YouTube** channel. You will get **$15** cash back!!!

  

## FIVE STAR FEEDBACK



if you have any problems about the order , please feel free to contact us.

| Item as described : | ⭐⭐⭐⭐⭐ 5 STAR |
| Communication : | ⭐⭐⭐⭐⭐ 5 STAR |
| Shipping speed: | ⭐⭐⭐⭐⭐ 5 STAR |

If satisfied with our products , kindly leave a 5-star rating and share with your friends.

Packaging Details

Unit Type: **piece**     Package Weight: **0.21kg (0.46lb.)**

Recently Viewed

7/4/2018    1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba …

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 173 of 189

Package Size: 20cm x 10cm x 5cm(Approx. 7.87inch x 3.94inch x 1.97inch)

## Transaction History

1 transactions in last 6 months.    Sort by latest ⬇

| Buyer | Transaction Information |
|-------|------------------------|
| A2 G***. BY | 1 piece 23 Jun 2018 04:04 |

◀  1  ▶

## More Products

**From This Seller**



| US $1.21 | US $9.36 | US $4.58 | US $3.09 | US $2.07 | US $3.38 | US $3.78 |
|----------|----------|----------|----------|----------|----------|----------|
| ☆☆☆☆☆ | 5 orders | 7 orders | 27 orders | 8 orders | ★★★★★ (2) 90 orders | ★★★★★ (3) 113 orders |

**From Other Sellers**

| US $4.39 | US $4.38 | US $6.51 | US $5.01 | US $4.17 | US $3.14 | US $3.83 |
|----------|----------|----------|----------|----------|----------|----------|
| ★★★★★ (20) 67 orders | ★★★★★ (3) 6 orders | ★★★★★ (1) 2 orders | ★★★★★ (84) 230 orders | ★★★★★ (1) | ★★★★★ (8) 32 orders | ★★★★★ (2) 2 orders |

**Premium Related Products**

| 1PC 1/8–1/2" Step Drill Bit Set Titanium Coated High | Home Decor Modern Wall Art Picture Purple Flower | BANMU 4 Panel Elegant Tulip Purple Flower | Purple Dream Clock 5D DIY diamond painting | Frameless Acrylic Picture Lavender DIY Painting By |
|---|---|---|---|---|
| US $1.99 / piece | US $6.26 - 17.30 / piece | US $4.07 - 26.79 / piece | US $23.00 - 39.00 / piece | US $7.85 / piece |

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Terms of Use · Law Enforcement Compliance Guide · © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed ⊘

820

Case 1:18-cv-08824-LAP Document 15-4 Filed 10/18/18 Page 174 of 189

SHOP LIKE A CHAMPION Featured Brands THE ONE AND ONLY Experience a faster, smoother phone SHOP NOW

1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy

1 order

Price: ~~US $4.99 / piece~~

Discount Price: **US $4.74** / piece -5% 01h:44m:31s

Get our app to see exclusive prices | Bulk Price

Shipping: **Free Shipping to United States via China Post Ordinary Small Packet Plus**
Estimated Delivery Time: 20-39 days

Quantity: 1 piece (29 pieces available)

Total Price: **US $4.74**

Buy Now | Add to Cart

Add to Wish List (10 Adds)

New User Coupon: US $4.00 GET IT NOW

Store Promotion: Get Seller Coupons | **US $1.00** off per **US $15.00**

Return Policy: Returns accepted if product not as described, buyer pays return shipping fee; or keep the product & agree refund with seller. View details

Seller Guarantees: On-time Delivery **60 days**

Payment: VISA PayPal WESTERN UNION Bank Transfer View More

## Buyer Protection

- **Full Refund** if you don't receive your order
- **Full or Partial Refund** , if the item is not as described

Learn More

Product Details | Feedback (0) | Shipping & Payment | Seller Guarantees

### Shipping

Calculate your shipping cost by country/region and quantity.

Quantity: 1 Ship to: United States

| Shipping Company | Shipping Cost | Estimated Delivery Time | Tracking Information |
|---|---|---|---|
| **China Post Ordinary Small Packet Plus** | ~~US $4.57~~ Free Shipping | 20-39 days | Not available |
| **ePacket** | ~~US $4.48~~ US $1.16<br>You save: US $3.32 (about 74%) | 12-20 days | Available |
| **AliExpress Standard Shipping** | ~~US $7.13~~ US $1.37<br>You save: US $5.76 (about 81%) | 19-39 days | Available |
| **e-EMS** | US $10.38 | 20-40 days | Not available |
| **AliExpress Premium Shipping** | US $22.80 | 10-15 days | Available |
| **EMS** | US $40.17 | 12-21 days | Available |
| **DHL** | US $57.54 | 6-13 days | Available |
| **UPS Express Saver** | US $57.93 | 5-8 days | Available |
| **Fedex IP** | US $59.91 | 5-8 days | Available |
| **TNT** | US $71.48 | 12-60 days | Available |

Note: Shipping costs shown include fuel surcharges. Import duties, taxes and other customs related charges are not included. Buyers bear all responsibility for all extra charges incurred (if any).

Note: UPS shipping cost savings displayed above reflect discounts offered to AliExpress sellers. They may also include other promotions, subsidies or discounts offered by individual sellers to their buyers, and are only valid on transactions completed via AliExpress.

### Packaging Details

Recently Viewed

821



7/4/2018     1 set of 108pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy-in Playing Cards from Sports & Entertainment on Aliexpress.com | Alibaba ...

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 175 of 189

Unit Type: piece
Package Size: 20cm x 10cm x 5cm (7.87in x 3.94in x 1.97in)
Package Weight: 0.21kg (0.46lb.)

| Payment |
| --- |

We support the following payment methods.



## More Products

### From This Seller

      

| US $1.21 | US $9.36 | US $4.58 | US $3.09 | US $2.07 | US $3.38 (2) | US $3.78 (3) |
| --- | --- | --- | --- | --- | --- | --- |
| | 5 orders | 7 orders | 27 orders | 8 orders | 90 orders | 113 orders |

### From Other Sellers

      

| US $4.39 (20) | US $4.38 (3) | US $6.51 (1) | US $5.01 (84) | US $4.17 (1) | US $3.14 (8) | US $3.83 (2) |
| --- | --- | --- | --- | --- | --- | --- |
| 67 orders | 6 orders | 2 orders | 230 orders | | 32 orders | 2 orders |

### Premium Related Products

    

| 1PC 1/8~1/2" Step Drill Bit Set Titanium Coated High | Home Decor Modern Wall Art Picture Purple Flower | BANMU 4 Panel Elegant Tulip Purple Flower | Purple Dream Clock 5D DIY diamond painting | Frameless Acrylic Picture Lavender DIY Painting By |
| --- | --- | --- | --- | --- |
| US $1.99 / piece | US $6.26 - 17.30 / piece | US $4.07 - 26.79 / piece | US $23.00 - 39.00 / piece | US $7.85 / piece |

Help
Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2018 AliExpress.com. All rights reserved.

Recently Viewed ◉

822

# Defendant's Storefront

Cookie Preferences | Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | I'm shopping for... | On AliExpress | In this store | 0

Store: **Shop Fun Store** | Follow | 8 Followers

YOUNG Shop Fun Store | Sports | HOT

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > 1 set of 108pcs Standard UNO playing cards

## Store Categories

- Sports socks
- Sports Gloves
- Sports Safety
- Game sports
- Water sports
- Sports clothes
- Hunting
- Others

## Service Center

Contact Now

Follow
8 Followers

FAVORITE US

## Top Selling

High Quality Paper Card Spot Cards it...
US $3.78 / piece
Orders(113)

hot board game spot cards it card game...
US $3.38 / piece
Orders(90)

Newest board game spot cards it w/ bag...
US $3.38 / piece
Orders(47)

Sushi Go! Board Game Cards Game
US $4.59 / piece
Orders(45)

Gold Foil Plated Poker Plastic Poker...
US $1.20 / piece
Orders(34)

1 PCS PVC Poker Waterproof Plastic...
US $1.20 / piece
Orders(34)

5 Colors Travel Zipper Carry EVA Hard...
US $3.09 / piece
Orders(30)

Hot 1 Pair Football Socks Soccer Sock...
US $2.34 / piece
Orders(28)

Movie Cards Harry Potter Playing Game...
US $1.66 / piece
Orders(28)

Travel Zipper Carry EVA Hard Case UNO...

**Store Categories >** 1 set of 108pcs Standard UNO | **2 items found** | Hide Filter

Related Categories: Board Games (1) | Playing Cards (1)

Best Match | Orders | New | price | Free Shipping | View

1 set of 108pcs Standard UNO playing cards poker game...
US $4.74 / piece
~~US $4.99 / piece~~
Order(1)

1 set of 108pcs Standard Waterproof UNO H2O playing...
US $7.92 / piece
~~US $11.00 / piece~~
Orders(4)

1

Recently Viewed

824



# Communications between NAL and Defendant







Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (23)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

‹ Back **View Details**

Send to: rui li Shop Fun Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

About this product
Newest 108pcs Game Cards UNO Playing Cards Board Ga...

rui li
18/07/03 18:49
yes，this is UNO Playing Cards.

Me
18/07/03 17:45
Hello, is this a playing card? if yes i will order now for just 500 pieces dear. CAN I? I hope i can.

Awaiting for your reply.

1 2 3 4 Go to Page Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

Google Play App Store

Privacy Policy - Terms of Use - Law Enforcement Compliance Guide © 2010-2017 AliExpress.com. All rights reserved.

826

Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... | Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (23)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: rui li | Shop Fun Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

About this product

Newest 108pcs Game Cards UNO Playing Cards Board Ga...

rui li 18/07/03 20:48

there is no guarantee for you.

Me 18/07/03 20:47

Can i pay you now through paypal?

rui li 18/07/03 20:46

of course,yes.

Me 18/07/03 20:34

Can you ship to new york?

rui li 18/07/03 19:47

dear, you can order by this link https://www.aliexpress.com/store/product/Pay-on-Your-Order-Online-Store/3891034_32879794116.html?spm=2114.12010615.8148356.5.5986355czvO0UM
and Shipping choose ems,Quantity choose 4000,then pay by your paypal

rui li 18/07/03 19:35

Dear,

Please give me your shipping address and local postal code.

Me 18/07/03 19:25

I was also trying to pay in the platform many times but it's not going through! i am so tired of it! that's why i am asking for your paypal!

rui li 18/07/03 19:24

order by this link https://www.aliexpress.com/store/product/Pay-on-Your-Order-Online-Store/3891034_32879794116.html?spm=2114.12010615.8148356.5.4415355cCyG13u,and you can pay through by paypal for me

Me 18/07/03 19:18

Can i pay you through paypal?

rui li 18/07/03 18:51

of course,you can order 500 pieces,now

< 1 2 3 4 > Go to Page Go

827

Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for... Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (23)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

< Back **View Details**

Send to: rui li Shop Fun Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

About this product

Newest 108pcs Game Cards UNO Playing Cards Board Ga...

Me 18/07/03 21:01: but have you been shipped before in USA?

rui li 18/07/03 21:00: yes,and please give me your email also

Me 18/07/03 20:59: is your email is also your paypal?

rui li 18/07/03 20:56: my email 75359347@qq.com

Me 18/07/03 20:53: but do you have email?

rui li 18/07/03 20:52: After receiving your order, we will arrange to ship your goods as soon as possible.

rui li 18/07/03 20:52: The platform does not allow private transactions，you can order by this link https://www.aliexpress.com/store/product/Pay-on-Your-Order-Online-Store/3891034_32879794116.html?spm=2114.12010615.8148356.5.5986355czvO0UM
and Shipping choose ems,Quantity choose 4000,then pay by your paypal

Me 18/07/03 20:50: i will pay in the platform right after you will provide me your paypal.

Me 18/07/03 20:49: but i can guarantee you dear that i will pay yopu through paypal. If you will provide me your paypal now i can pay you now actually.

rui li 18/07/03 20:49: Suggest pay in the platform

1 2 3 4 Go to Page Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

828



Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

I'm shopping for...

Cart 0

My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings

**Message Center**

Conversations (23)

Spam

**Service Notification**

Notifications

**Setting**

Contact Blacklist

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

‹ Back **View Details**

Send to: rui li | Shop Fun Store | Add to Blacklist

Insert smileys

1/9

Browse

You can only upload 1 files in total. Each file cannot exceed 5MB. Supports JPG, JPEG, GIF, PNG, BMP

Send

## Message History

Delete Conversation

**Messages Translation:** Disable English

rui li
18/07/03 22:37
the same my email 75359347@qq.com

Me
18/07/03 22:24
then what is your alipay?

rui li
18/07/03 22:12
of course,yes.

Me
18/07/03 22:08
Do you also have alipay?

rui li
18/07/03 21:31
yes,uno cards with case

Me
18/07/03 21:14
Hello can you also send me this https://www.aliexpress.com/store/product/1-set-of-108pcs-Standard-UNO-playing-cards-poker-game-Friends-Kids-Children-Entertainment-Fun-Playing/3891034_32888159499.html?spm=2114.12010615.8148356.4.65a0407e1hyrEL

rui li
18/07/03 21:08
with case

rui li
18/07/03 21:07
yes

About this product
Newest 108pcs Game Cards UNO Playing Cards Board Ga...

Me
18/07/03 21:06
Is this an UNO CARD?

rui li
18/07/03 21:03
yes,have been shipped.

1 2 3 4 Go to Page Go

Help

Customer Service, Disputes & Reports, Making Payment, Delivery Options, Buyer Protection, New User Guide, Intellectual Property Protection

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Retail, Reviews, China Brands

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Markertplace, Tmall, Xiami, YunOS, 1688

829

# NAL's Checkout Page and\or Order Form for Infringing Products from Defendant



You have changed the shipping destination; please note that the shipping cost will change accordingly.

## 1. Select your shipping information:



Default address

105 Avenue B
Apt 4B
New york, New York, 10009
United States

✏ Edit

➕ Add a new address

## 2. Review and confirm your order (1 items):



Seller: Shop Fun Store

Product Name & Details

1 set of 168pcs Standard UNO playing cards poker game Friends Kids Children Entertainment Fun Playing Board Game Kit Toy

| 1 | piece | × | US $4.74 |

China Post Ordinary Small Packet Plus

**Free shipping**
Delivery Time: 20-39 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.



| Subtotal: | US $4.74 |
| Shipping: | US $0.00 |
| Total: | US $4.74 |

## 3. Payment method



○ VISA

● PayPal **PayPal**

AliExpress charges a fee of US $0.80 to use PayPal.

○ Other payment methods



☐ Apply AliExpress Coupon: You don't have any coupons    - US $0.00

🛡 **Buyer Protection**

☑ **Full Refund** if you don't receive your order

☑ **Full or Partial Refund**, if the item is not as described

Learn More ▸

All Total: **US $5.54**

**Confirm & Pay**

Upon clicking 'Place Order', I acknowledge I have read and agreed to:

- Alibaba.com Transaction Services Agreement
- Alipay Services Agreement

- Promotion Terms & Conditions

Click here to learn more about Buyer Protection for online transactions on AliExpress

Help

Customer Service, Disputes & Reports, Buyer Protection, New User Guide, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

# DEFENDANT sixin_toy

# Defendant's Listing for Infringing Products

Case 1-18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 187 of 189



14TH ANNIVERSARY EPIC CELEBRATION UP TO 90% OFF    shop now ▸

Welcome! **Join Free** or **Sign in**    DH Buyer Protection    Help ▾    DHport    Save more on our App!    English ▾

Shop by Categories ▾    I'm shopping for...    All Categories ▾    🔍    Hi, Sign in My DHgate ▾    ♡ Favorites    🛒 0 Cart ▾

Home > Toys & Gifts > Games > Card Games > Product detail



Free Shipping

See larger image

Share on  f  P  t  B  g  ✉

     

### New Arrival Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard

| | |
|---|---|
| Price: | **US $1.29 - 1.47** / Set    Reference Currency ▾ |

| Wholesale Price ( Set ): | 500 + US $1.47 | 706 + US $1.42 | 1000 + US $1.29 |
|---|---|---|---|

Quantity: 500 Sets

Shipping Cost: **Free Shipping** to United States Via DHL ▾
Estimated delivery time: Aug 29 and Sep 1, ships out within 4 business days ⑦

Total Cost: **US $735.00**

[ Buy it Now ]    [ Add to Cart ]

♡ Add to Favorite Items ▾ ( 0 )

Seller Guarantee    ◈ Return policy    ◈ On-time Delivery in 7 days

**Sold By**
Sixin_toy
134 Transactions
97.7% Positive Feedback
Detailed seller ratings ▾
[ Visit Store ]  [ Favorite Store ]

**Contact Seller**
✉ Message
💬 Online Chat

DH **Buyer Protection**
- Guaranteed Secure Payments on Every Order
- Refund if your item is not delivered or as described
- Buyer Protection after order confirmation

VISA  MasterCard  Skrill
BANK TRANSFER  AMERICAN EXPRESS
Learn more ▸


14TH ANNIVERSARY EPIC CELEBRATION

## Customers Who Bought This Item Also Bought    1/4

| | | | | | |
|---|---|---|---|---|---|
| Family UNO Poker Cards Entertainment Table Games | UNO Poker Card Family Fun Entertainment Board Game | ulik hight quality UNO poker card standard Card Games | Family Funny Entertainment Playing Cards 108 Board | 120 Set Entertainment Card Games UNO cards Fun Poker | 500Set UNO poker card standard edition family fun |
| **US $2.88 - 3.89** / Piece | **US $1.81 - 2.4** / Piece | **US $1.21 - 1.72** / Piece | **US $5.74 - 7.25** / Piece | **US $1.46 - 1.67** / Piece | **US $1.36 - 1.55** / Set |
| 100 % Positive feedback | 96.5 % Positive feedback | 100 % Positive feedback | 92.3 % Positive feedback | 100 % Positive feedback | Sold: 500 |

| **Item Description** | Customer Reviews(0) | Shipping Time & Cost | | Report Item |
|---|---|---|---|---|

 14TH ANNIVERSARY EPIC CELEBRATION UP TO 90% OFF

### Item specifics

| | |
|---|---|
| Gender: | Unisex |
| Age: | Big Kids |
| Theme: | UNO |
| Type: | Trading Card Games |
| Material: | Paper |
| Location: | Yiwu Toy |

### Return policy details

* Buyers can receive a partial refund, and keep the item(s) if they are not as described or with quality issues by negotiating directly with seller within 30 days from the day the item(s) were received.

### Description

| | |
|---|---|
| Product Name: | New Arrival Entertainment Card Games UNO cards Fun Poker Playing Cards Family Funny Board Games Standard |
| Item Code: | 411942031 |
| Category: | Card Games |
| Short Description: | Size : 56*86mm Weight: 0.18KG/set Color: Same as pictures Fabric: Paper Size: 56*86 mm per card Please contact us if there&'s anything we can help with. |
| Quantity: | 1  Set |
| Package Size: | 10.0 * 10.0 * 10.0 ( cm ) |
| Gross Weight/Package: | 1.0 ( kg ) |

8/22/2018    New Arrival Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Free Card Games Poker Word Card Games From Sixin_toy, $1.29| Dhgate.Com

Case 1:18-cv-08824-LAP    Document 15-4    Filed 10/18/18    Page 188 of 189



## DESCRIPTION

Size : 56*86mm

Weitgh: 0.18KG/set

Color: Same as pictures

Fabric: Paper

We Support Mix Order. If you interest any other items, pls note me.

There will have a better price!

Size: 56*86 mm per card

Notice: Each Batch may have little difference. What you received is the actural item.

8/22/2018   New Arrival Entertainment Card Games Uno Cards Fun Poker Playing Cards Family Funny Board Games Standard Free Card Games Poker Word Card Games From Sixin_toy, $1.29| Dhgate.Com

Case 1:18-cv-08824-LAP   Document 15-4   Filed 10/18/18   Page 189 of 189



