IH-32 Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
## Related Case Statement

**Full Caption of Later Filed Case:**

Mattel, Inc.

| Plaintiff | Case Number |
|---|---|
| vs. | 18 CV 8824 |
| AnimeFun Store, et al. | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Mattel, Inc.

| Plaintiff | Case Number |
|---|---|
| vs. | 18-cv-8821 |
| 1622758984, et al. | |
| Defendant | |

IH-32                                                                                                                         Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

The first action was filed on September 26, 2018.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiff respectfully submits that the current matter is related to the earlier filed case. Both the current and previous actions involve the same intellectual property rights, the claims in both actions arise from like transactions by defendants on similar online marketplace platforms and both actions involve the same plaintiff and like defendants. There is a substantial factual overlap in that the defendants are engaged in their infringing activity, which is directed and targeted towards the same consumers, during the same time period, in both actions.

Additionally, Plaintiff believes that absent a determination of relatedness, there exists the possibility for conflicting orders and a duplication of judicial resources on the part of the Court. Defendants' online storefronts on the online marketplace platforms share unique identifiers, including, but not limited to, design elements of storefronts themselves as well as descriptions of the infringing goods at issue, leading Plaintiff to believe that there may be common defendants across both actions.

Signature: /s/ Spencer Wolgang                                Date: 9/26/18

Firm: Epstein Drangel LLP
      60 East 42nd Street, Ste. 2520, NY, NY 10165