

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

May 14, 2020

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Mattel, Inc. v. AnimeFun Store, et al.*
             Civil Case No. 18-cv-8824 (LAP)
            <u>Letter Regarding the Court's May 1, 2020 Opinion and Order</u>

Dear Judge Preska,

    We represent Plaintiff Mattel, Inc. ("Plaintiff" or "Mattel"), in the above-referenced action.[1] In accordance with the Court's May 1, 2020 Opinion and Order, Plaintiff's counsel has met and conferred with counsel for the Wang Defendants regarding how the parties wish to proceed in this action. It is Plaintiff's position that it is appropriate at this time to file a summary judgment motion. However, counsel for the Wang Defendants instead prefer to proceed to trial.

    We thank the Court for its time and attention to this matter.

                                          Respectfully submitted,

                                          **EPSTEIN DRANGEL LLP**

                                          BY: <u>/s/ Danielle S. Yamali</u>
                                          Danielle S. Yamali (DY 4228)
                                          dfutterman@ipcounselors.com
                                          60 East 42nd Street, Suite 2520
                                          New York, NY 10165
                                          Telephone: (212) 292-5390
                                          Facsimile: (212) 292-5391
                                          *Attorneys for Plaintiff*
                                          *Mattel, Inc.*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.