UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ANIMEFUNSTORE, ET AL.,, <br><br> Defendants. | No. 18 Civ. 8824 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed Plaintiff's letter dated May 14, 2020, updating the Court as to the status of the action and the parties' proposed next steps.  (See dkt. no. 83.)  Counsel shall appear for a telephonic conference on June 5, 2020, at 10:00 a.m. EST.  The dial in for the conference is (888) 363-4734, access code: 4645450.  The parties are directed to call in promptly at 10:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         May 15, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1