UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

             Plaintiff,

-against-

ANIMEFUNSTORE, et al.,

             Defendants.

18 Civ. 8824 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for Plaintiff and the Wang Defendants shall confer and submit a joint pretrial order no later than April 8, 2021.

    Counsel shall also review who the Wang Defendants are. (Compare Letter from Danielle S. Yamali, dated Mar. 5, 2021 [dkt. no. 107], n.2 ("Defendants herpop, go-gift1225, prcbey, keepupop, ebbpop, ovepop2009, ccs_online, lucy992016, popular888 and ilante are collectively referred to as the 'Wang Defendants'."), with Memorandum & Order, dated Feb. 26, 2021 [dkt no. 106] (defining the "Wang Defendants" as "AnimeFun Store, Bingo 1993, Bingoes Hot Toy Factory, Miliy Store, and Q374428329"), and Plaintiff's Memorandum of Law in Support of its Motion for Summary Judgment, dated July 31, 2020 [dkt. no. 88], at iv (defining "Wang Defendants" as "AnimeFun Store, bingo 1993, Bingoes Hot Toy Factory, Miliy Store and q374428329").)

    Plaintiff's counsel shall also inform the Court of the status of any remaining claims against the remaining Defendants.

1

**SO ORDERED.**

Dated:   New York, New York
         March 8, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge