```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MATTEL, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>ANIMEFUNSTORE, et al.,<br><br>                    Defendants. | 18 Civ. 8824 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for Plaintiff and Defendants shall appear by telephone for a conference on April 20, 2021 at 10:00 a.m. The dial-in information for the conference is: (877) 402-9753, access code: 6545179

    In particular, the parties shall be prepared to discuss their views on damages, especially in light of recent decisions on the subject in this district, for example in Mattel, Inc. v. 1622758984, No. 18-CV-8821 (AJN), 2020 WL 2832812 (S.D.N.Y. May 31, 2020) and Ideavillage Prod. Corp. v. 123LOPF//V, No. 19-CV-9159 (PKC), 2020 WL 7496501 (S.D.N.Y. Dec. 21, 2020).

    SO ORDERED.

Dated:   New York, New York
         April 13, 2021

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge