UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>ANIMEFUNSTORE, et al.,<br><br>                Defendants. | 18 Civ. 8824 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear on May 4, 2021 at 11:00 a.m. for argument on damages.  Argument will take place in courtroom 12A, 500 Pearl St., New York, NY 10007.

    SO ORDERED.

Dated:    New York, New York
           April 21, 2021

                      /s/ Loretta A. Preska
                      LORETTA A. PRESKA
                      Senior United States District Judge