UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Mattel,
　　　　　　　　Plaintiff(s),

　　-against-

AnimeFun Store,
　　　　　　　　Defendant(s).
------------------------------------x

18cv8824 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

　　Counsel shall confer and inform Judge Preska by letter no later than August 23, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: August 16, 2022
New York, New York