UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

               Plaintiff,

-against-

ANIMEFUN STORE, ET AL.,

               Defendants.

No. 18 CV 8824 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On October 12, 2023, the Court ordered the parties to submit further briefing regarding the applicability and impact, if any, of Abitron Austria GmbH v. Hetronic Int'l, Inc., 600 U.S. 412 (2023), on the resolution of the remaining issues in this case. (See dkt. no. 124.)  Pursuant to the Court's October 27, 2023 Order granting the parties an extension of time [dkt. no. 127], the issue should have been fully briefed by December 21, 2023.  To date, only Plaintiff has filed a memorandum of law [dkt. no. 128], and Defendants have not submitted any briefing to the Court.

    Accordingly, the parties shall update the Court by March 6, 2024, on the status of this issue and the outstanding briefing.

**SO ORDERED.**

Dated:    March 1, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge